# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of NEW YORK

Index Number: 07CV11480                                Date Filed: _____

Plaintiff:
**CARLOS RAY NORRIS, a/k/a CHUCK NORRIS,**

vs.

Defendant:
**PENGUIN GROUP (USA), INC.,**

For:
PATTON BOGGS LLP
One Riverfront Plaza
Newark, NJ  07102

Received by GOTCHA ATTORNEY SERVICES, INC. to be served on **QUBEFACTOR TECHNOLOGIES, 300 OLD COUNTRY ROAD, SUITE, MINEOLA, NY 11501**.

I, Shawn Hubbard, being duly sworn, depose and say that on the **3rd day of January, 2008** at **2:05 pm**, I:

Served the above entity by delivering a true copy of the **SUMMONS, COMPLAINT, PROCEDURES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL AND GUIDLINES FOR ELECTRONIC CASE FILING** to: **NEIL SPECTOR**, as **PRINCIPAL** at the address of: **300 OLD COUNTRY ROAD, SUITE, MINEOLA, NY 11501**, who stated they are authorized to accept service for **QUBEFACTOR TECHNOLOGIES**

**Description** of Person Served: Age: 53, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 180, Hair: Grey, Glasses: Y

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

Subscribed and Sworn to before me on the 4th day of January, 2008 by the affiant who is personally known to me.

*Andrea Molody*
NOTARY PUBLIC

ANDREA MOLODY
Notary Public, State of New York
No. 01MO6037166
Qualified in Suffolk County
Commission Expires Feb. 14, 2010

*Shawn Hubbard*
Shawn Hubbard
Process Server

GOTCHA ATTORNEY SERVICES, INC.
P.O. Drawer 1240
Aquebogue, NY  11931
(631) 369-4925

Our Job Serial Number: 2008000023

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9t

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                        District of                    New York

CARLOS RAY NORRIS,
a/k/a CHUCK NORRIS, an individual,

V.

PENGUIN GROUP (USA), INC.,
et al.

07-CV-11480

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

TO: (Name and address of Defendant)

Qubefactor Technologies
300 Old Country road
Suite 351
Mineola, NY 11501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony J. Laura
Patton Boggs LLP
1675 Broadway at 52nd St.
31st Fl, New York NY 10019

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                         DEC 21 2007

CLERK                                      DATE

(By) DEPUTY CLERK