## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CARLOS RAY NORRIS,<br>a/k/a CHUCK NORRIS, an individual, | ) ) ) | Civil Action No.  07 CV 11480 (RWS) |
| Plaintiff, | ) ) | **DECLARATION OF**<br>**MICHAEL G. KESSLER** |
| v. | ) ) | |
| PENGUIN GROUP (USA), INC.,<br>a Delaware corporation,<br>IAN SPECTOR, an individual, and<br>QUBEFACTOR, INC., a New York<br>Corporation, d/b/a QUBEFACTOR<br>TECHNOLOGIES, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

I, Michael G. Kessler hereby declare under penalty of perjury:

1. I am the president of Michael G. Kessler & Associates, Ltd. d/b/a Kessler International (hereinafter "KI").   KI is a corporate investigation, forensic accounting and computer forensics firm headquartered at 45 Rockefeller Plaza, 20th Floor, New York, New York 10111 and licensed *inter alia* by the State of New York.   KI investigates such matters as trademark infringement, product diversion, product counterfeiting, and other kinds of intellectual property misappropriations for Multi-National corporations.

2. In 1990, I began working as a private investigator, and have been President of KI since that date.   Prior to going into private practice, I was employed from September 1988 to May 1990 as Deputy Inspector General for The New York Metropolitan Transportation Authority, from

4928034

March 1987 to September 1988, as Chief of Investigations for the New York State Revenue

Crimes Bureau, from October 1979 to January 1987 as Assistant Chief Auditor/Investigator

for the New York State Special Prosecutor (New York State Attorney General) and Principal

Investigator and Auditor from January 1978 to October 1979.

3. KI is frequently hired by companies owning valuable trademarks to investigate business

misconduct by companies infringing upon their trademark.

4. In connection with this investigation, I conducted online research in generally accessible

Internet sources, federal trademark registries, and professional databases. In addition, I

reviewed Defendants' Book entitled "The Truth About Chuck Norris" (the "Book"), and

visited the Internet sites "truthaboutchucknorris.com" and "truthaboutchuck.com." The

results of my investigation are annexed as Exhibits 1 through 17 to this Declaration and

described in the following paragraphs.

5. I found several Websites describing Mr. Norris and his accomplishments. One article from

the Website biography.co.uk describes Chuck Norris as an "[a]ction-man, family man,

religious man, movie star, television producer, internet super-hero, sports star and

humanitarian." *See* Exhibit 1 attached hereto. Other articles describing Chuck Norris and

mentioning his professional accomplishments are annexed as Exhibit 2. For example, one

Website for a karate school states:

> Grand Master Chuck Norris personifies the clean, positive All-American image
> that his classes, studios and students have come to represent. He was the first
> karate champion to be named to the Black Belt Hall of Fame three times, first as a
> competitor then as an instructor, and also as Man of the year. Mr. Norris retired

from competition as World Middleweight Champion. He is still very active in Chunk Kuk Do and works out daily. His weekly TV show "Walker Texas Ranger" on CBS can still be seen in syndication.

*Id.*

6. I reviewed the 4q.cc Website. This Website lists thousands of Chuck Norris "facts." Sample pages from the Website are annexed as Exhibit 3. The 4q.cc Website also lists "facts" relating to Vin Diesel and Mr. T. *Id.* The QubeFactor Website contains a disclaimer acknowledging that each celebrity's trademarks and other rights belong to the celebrity. *Id.*

7. I reviewed Amazon.com's Website. A search for "Chuck Norris" on Amazon.com's website retrieved Chuck Norris's movies and books, as well as Defendants' Book. See Exhibit 4 annexed hereto. I found comments posted on the Internet Website Amazon.com by people who had read Mr. Norris's books. Many of these comments conveyed a favorable impression of Chuck Norris, *e.g.*:

> I can recommend [the Secret of Inner Strength] for many reasons. The two main reasons I do so are that it dispels the cyncial [*sic*] belief that honesty and good values are no longer worth anything. And in the end, Chuck Norris' life story serves as an inspirational motivator; to go out and make something of oneself. (submitted by "C.J. Hardman").

> The author has a very honest and non-assumption style to his writing; rather than focusing on achievements and personal aggrandizing, he emphasizes his struggles with marriage, tournament fighting, recovery from a bankrupt school, and a brother killed in Viet Nam. I personally found [the Secret Power Within] to be very inspiring and renewed a desire to be a leader and better example to my students and those around me. (submitted by "Golden Lion "Reader"").

*See* Exhibit 5 annexed hereto.

8. Reviews of Defendants' Book were mixed. One reviewer on Amazon.com was critical of the vulgar content in the Book and noted that:

> ...there are an equal number of offensive and sexual jokes. Many of the sayings

4928034

> are sacreligious [*sic*] … Neither the book nor Amazon gave any indication of the vulgar material in the book. I bought three of them for gifts that I am going to have to return now." (submitted by "Alice Sword").

*See* Exhibit 6 annexed hereto. Another reviewer on Overstock.com submitted the following statement under the heading "Not what I expected":

> The bulk of this collection is crude, X-rated humor with a fair amount of blaspheme thrown in. My teenage kids and I have heard a lot of the Chuck jokes going around and thought they were really funny. So I thought this would be a fun book to share with them. I am so glad I reviewed the book before handing it over to them! This book is hardcore and not for the genereral [*sic*] public.

*Id.*

9. I also reviewed a USA Today article published on December 12, 2007, entitled "Not Chuckling" that reviews Defendants' Book, annexed hereto as Exhibit 7. In that blurb, Gotham publisher William Shrinker states, "… I hope they sue. It will sell more books."

10. I also investigated the Internet "facts" phenomenon. The Chuck Norris "facts" featured in the Book appear to be part of an Internet pop culture phenomenon, in which Internet users circulated untrue statements, dubbed "facts," about different celebrities. *See* annexed article from "Wikipedia" annexed hereto as Exhibit 8; news articles discussing this phenomenon annexed as Exhibit 9. There are hundreds, if not thousands, of Chuck Norris "facts" that associate Chuck Norris's celebrity image with super-human and fantastical abilities. Some examples of Web sites featuring these facts are annexed as Exhibit 10. These celebrity "facts" appear to be derived as a collaborative effort by many anonymous and disparate Internet users.

11. QubeFactor, Inc. appears to be owned or controlled by Mr. Spector. *See* Exhibit 11. It appears that QubeFactor, Inc. is also operating under the name QubeFactor Technologies. *Id.*

Mr. Spector and QubeFactor are listed as the administrative contact, technical contact, and registrant for the websites 4q.cc, truthaboutchucknorris.com, and truthaboutchuck.com. *See* Exhibit 12.    The URLs for truthaboutchucknorris.com and truthaboutchuck.com were first created on May 10, 2007.    *Id.*    The URLs for truthaboutchucknorris.com and truthaboutchuck.com both directed me to a page on 4q.cc's Website that is selling and advertising the Book. *See* Exhibit 13.

12. The home page of the 4q.cc Website also states: "We also put together a pretty cool YouTube video, "The Ballad of Chuck Norris" for your viewing pleasure. Take a look and pass it around." *See* Exhibit 3, p.3. This statement contains a hyperlink that called up a YouTube video advertising the Book.  A true and correct copy of the YouTube video advertisement for the Book that I had saved to a compact disc on December 20, 2007 is attached as Exhibit 14.  This video contains cartoon images of Chuck Norris acting out various facts.  On January 10, 2008, I reviewed the 4q.cc Website and discovered that the Website still contains the text and the hyperlink but the video was not available on the YouTube Website.  The YouTube Website stated that the video had been removed by the user.  I confirmed that this video advertisement is still viewable on other Websites, including Livevideo.com and Mojoflix.com.

13. I reviewed online news articles that discussed this lawsuit.  A Boston Herald online article stated "In New York lawsuit, Chuck Norris gets tough with publisher of new biography." Another article headline reads: "Chuck Norris tries to block book about his life" next to an

...image of a cover of Defendants' book.  Other articles also reported that the lawsuit involved

Chuck Norris's biography. A sample of these news articles are attached as Exhibit 15.

14. I reviewed an online blog by Daniel Radosh for the Huffington Post which included the

following commentary on the lawsuit:

> It's safe to say that most of Norris's Christian fan base is unaware of the Chuck
> Facts Internet meme.  This book will be their first exposure to these jokes.  And
> while it's extremely unlikely, as Norris's lawsuit claims, that any of them will
> believe the books "facts" are really factual, they may think that the joke itself is
> endorsed by Norris, and that would be nearly as upsetting to them.  To think that
> Norris is portraying himself, even humorously, as a perfect hero might deeply
> offend people who already own a book about a person like that.  A book first
> published nearly 2,000 years ago and taken very, very seriously.

See Exhibit 16.

15. I reviewed comments on the 4q.cc Website that discuss this lawsuit.  One posting states:  "If

you read the preface of the book, you'll see that Ian's parents are attorneys. I really don't think

this book was published without Chuck Norris' permission." *See* Exhibit 17.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on:  _JANUARY  10, 2008_ _____

_signature_

Michael G. Kessler

**Exhibit 1**

**Chuck Norris Article**
**From**
**Biography.co.uk**



SEARCH THE SITE

# movies.



HOME
BIOGRAPHIES
ENTERTAINMENT
FEATURED SERIES

TV LISTINGS
  DAY LISTING
  WEEK LISTING
  TV PRINTOUT

CATEGORY HIGHLIGHTS
  MOVIE STARS
  MUSIC STARS
  REAL LIVES

VIDEO CLIPS
COMPETITIONS
QUICK QUIZ
GAMES
SURVEY

ABOUT US
  REGISTER
  FEEDBACK
  PRESS INFO
  MOBILE SERVICE
  ADVERTISE WITH US

**CHUCK NORRIS**
SAT 26TH JAN - 6:00PM

He fell in love with martial arts while
was soon teaching Hollywood's elite
McQueen encouraged him to act, a
tough guys was born.

REMIND ME

BIOGRAPHY  CURIOUS  FILMS  QUOTES

1 2 3                    NEXT >>

**CHUCK NORRIS**
born: 10-03-1940
birth place: **Ryan, Oklahoma, USA**

**The eldest of three sons, Chuck was born to Irish mother, Wilma
and Cherokee Indian father, Ray Norris. His brothers are Wieland
(1943 – 1970, killed in action in Vietnam) and the youngest Aaron
Norris (born 1951).**

Father, Ray's alcoholism lead to a divorce when Norris was only ten. He helped
his mother raise his younger brothers and the family moved to Torrence,
California, when Norris was 12-years-old. As a child, he was shy, not at all
athletic, and a mediocre achiever at school. He was teased about his mixed
ethnicity and he dreamed about being able to beat up his tormentors.

After his graduation from high school, Norris married his girlfriend Diane
Holchek, in December 1958. They were divorced, thirty years later, in 1988 and
have three children, Mike (born 1962), Dina (born 1964), and Eric (born 1965).
Eric is now a famous stock car driver.

Shortly after marrying Diane, he joined the United States Air Force as a Military
Policeman. He was sent to Osan Air Base in South Korea, where he acquired
his nickname 'Chuck' and soon became interested in martial arts. He began
training in the Asian form of Tang Soo Do.

Upon his return to America, Norris continued to act as a Military Policeman, this
time at March Air Force Base, California. He was discharged in August 1962,
without ever having seen any combat. Norris then worked for Northrop Aviation
but his passion for martial arts could not be quelled. He moonlighted as a
karate instructor and two years later, found himself teaching full-time and
running a number of martial arts schools. He taught the likes of the Osmonds,
Priscilla Presley, Steve McQueen and his son Chad McQueen.

By 1966, Norris was almost unbeatable and 1968 saw him becoming the
Professional World Full-Contact Middleweight Karate Champion, a title he held
undefeated until his retirement from professional fighting, in 1974. In 1969, he
won the Triple Crown for the highest number of tournament wins and was
named by "Black Belt" magazine as Fighter of the Year.



**Sign-Up for our monthly
Movie Stars Newsletter**

Your email address...

LOGIN

Your email address...

Remember Me?  [ ]   GO

Forgotten Password?

mc

Val Kilm
Sun 16th

DEAD F/
Monroe
Mon 17th

Clint Eas
Tue 18th

Roger M
Wed 19th

Maureen
Thu 20th



PLAY THE
SOLU
CLICK HERE

**Biograph**
Shop Nov
Card With
$75 at A&
www.ShopE

**WATCH IT**

**SKY** Channel 156
**Virgin TV** Channel 242
For full tv listings click here



In 1974, at the age of 34, Norris had not only been a champion for six years, he had established no less than 32 karate schools. His award list was impressive but he was hankering for more and decided to use his martial arts skills in the world of film. It was his friend Steve Mc Queen who had encouraged him to pursue an acting career, saying "if you can't do anything else, there's always acting".

Norris had already dabbled in some acting. His film debut was an uncredited role in the Dean Martin film, "The Wrecking Crew" (1969). A few years later, he was in "Meng Long Guojiang" (1972) (also known as "Fury of the Dragon"). In 1972, Norris met Bruce Lee, the icon of martial arts cinema, and played opposite him in "Return of the Dragon" (1973). He continued appearing in high-kicking, low-dialogue roles, starting to achieve some fame and did a lot of work for the Cannon Studios.

REMIND ME

1 2 3                                    NEXT >>

**RELATED TAGS**
**Action,  Hero,  Martial Arts,  Vietnam**

The Biography Channel is a registered trademark of A&E Television Networks | Privacy Policy | Terms & Conditions | Contact Us | A



## movies.

SEARCH THE SITE

[          ] GO

HOME
BIOGRAPHIES
ENTERTAINMENT
FEATURED SERIES

TV LISTINGS
    DAY LISTING
    WEEK LISTING
    TV PRINTOUT

CATEGORY HIGHLIGHTS
    MOVIE STARS
    MUSIC STARS
    REAL LIVES

VIDEO CLIPS
COMPETITIONS
QUICK QUIZ
GAMES
SURVEY

ABOUT US
    REGISTER
    FEEDBACK
    PRESS INFO
    MOBILE SERVICE
    ADVERTISE WITH US



**CHUCK NORRIS**
SAT 26TH JAN - 6:00PM

He fell in love with martial arts while
was soon teaching Hollywood's elite
McQueen encouraged him to act, a
tough guys was born.

REMIND ME

BIOGRAPHY  CURIOUS  FILMS  QUOTES

<< BACK            1 2 3            NEXT >>

**CHUCK NORRIS**
born: **10-03-1940**
birth place: **Ryan, Oklahoma, USA**

His first starring role was in "Breaker! Breaker!" (1977) and his box office ratings
increased with subsequent films "The Octagon" (1980), "An Eye for an
Eye" (1981), and "Lone Wolf McQuade" (1983).

"Missing in Action" (1984), a Rambo-like film, was a success and Norris
followed Sylvester Stallone's lead, and made two follow-ups, "Missing in Action
II – the Beginning" (1985) and "Braddock: Missing in Action III" (1988).

Norris was only to gain critical acceptance with his role in the urban cop film
"Code of Silence" (1985). It is believed that this role had originally been written
for Clint Eastwood in his 'Dirty Harry' persona. Other notable Cannon studio
films for Norris were "The Delta Force" (1986) and "Firewalker" (1986).

In 1988, Norris wrote his autobiography "The Secret of Inner Strength", which
became a New York Times Best Seller. A few years later, he wrote "The Secret
Power Within: Zen Solutions to Real Problems".

By the end of the 1980s, Cannon Films were no longer prominent and Norris'
movie appeal had seemed to fade. "Delta Force II: Operation
Stranglehold" (1990) failed to cause a stir. Norris had reached his forties and
was worried about his diminishing audience and the large number of younger
actors muscling in on the action movie roles. With this in mind, he took on roles,
ranging from the mean, blood-thirsty character in action crime thriller
"Hitman" (1991). to playing himself, coaching a young fan, in "Sidekicks" (1993).
He even cast his son, Mike, in "Delta Force III" (1991). None of this improved
his bankability, so Norris decided that television may be the answer.

His television debut was in the series "Walker, Texas Ranger" (1993-present)
and he became an executive producer of the show. CBS ran the show for eight
years, after which it continued to run on other channels. On 16 October 2005,
CBS premiered their Sunday night 'Movie of the Week' and it was "Walker
Texas Ranger: Trial by Fire" (2005). Despite the fact that it was not meant as a
reunion movie, Norris reprised his role as Cordell Walker. He has indicated that
future "Walker Texas Ranger" 'Movie of the Week' projects are expected.

LOGIN

Your email address...

[                    ]

Remember Me?  [ ]   GO

Forgotten Password?



**Sign-Up for our monthly
Movie Stars Newsletter**

Your email address...

[■■■■■■■■■]

m

Val Kilm
Sun 16th

DEAD F/
Monroe
Mon 17tl

Clint Ea:
Tue 18th

Roger M
Wed 19tl

Maureen
Thu 20th



PLAY THE
SOLU
CLICK HERE

**Buy Hard**
100s of L
Shows. A
Ratings &
www.Jenny

**WATCH IT**

**SKY** Channel 156
**Virgin TV** Channel 242
For full tv listings click here

In the early to mid 1990s, Norris continued to make movies, "The Hitman" (1991), "Sidekicks" (1992), "Hellbound" (1994), "Top Dog" (1995) and "Forest Warrior" (1996). He then took an extended break and concentrated more fully on television work and his series.

2003 found Norris turning once more to film, and often with his brother, Aaron, directing him. "Bells of Innocence" (2003), "Dodgeball (2004)", "The Cutter" (2005) and "The Contender" (2005) were to follow.



 REMIND ME

<< BACK                    1 2 3                    NEXT >>

**RELATED TAGS**
**Action,  Hero,  Martial Arts,  Vietnam**

The Biography Channel is a registered trademark of A&E Television Networks | Privacy Policy | Terms & Conditions | Contact Us | A



# movies.

SEARCH THE SITE

[          ] GO

HOME
BIOGRAPHIES
ENTERTAINMENT
FEATURED SERIES

TV LISTINGS
   DAY LISTING
   WEEK LISTING
   TV PRINTOUT

CATEGORY HIGHLIGHTS
   MOVIE STARS
   MUSIC STARS
   REAL LIVES

VIDEO CLIPS
COMPETITIONS
QUICK QUIZ
GAMES
SURVEY

ABOUT US
   REGISTER
   FEEDBACK
   PRESS INFO
   MOBILE SERVICE
   ADVERTISE WITH US

LOGIN

Your email address...

[                    ]

Remember Me? [ ]   GO

Forgotten Password?



**Sign-Up for our monthly
Movie Stars Newsletter**

Your email address...





**CHUCK NORRIS**
SAT 26TH JAN - 6:00PM

He fell in love with martial arts while
was soon teaching Hollywood's elite
McQueen encouraged him to act, a
tough guys was born.

REMIND ME

BIOGRAPHY   CURIOUS   FILMS   QUOTES

<< BACK                1 2 3

**CHUCK NORRIS**
born: **10-03-1940**
birth place: **Ryan, Oklahoma, USA**

He is never idle, and with his huge variety of interests, as well as his love of speed, Norris became an offshore powerboat racer, winning the World Off Shore Powerboat championships in 1991. He set a new world record for racing a Scarab boat across the Great Lakes, 605 miles from Chicago to Detroit, in 12 hours and 8 minutes. In 1996, he became the first Westerner to earn an eighth-degree black belt in Tae Kwon Do, a much-esteemed honour in this 4,500 year Eastern tradition.

Curiously, he has achieved the status of a cult icon through the internet phenomenon known as 'Chuck Norris Facts'. People claim he has almost super-human powers and attribute him with mock-heroic feats and characteristics. He finds this incredibly amusing and often turns up on television, parodying himself, especially on "Late Night with Conan O'Brien". The show has become extremely popular.

Norris married his second wife, Gina O'Kelley, on 28th November, 1998. They have two children, twins Dakota Alan and Danilee Kelly (born 30 August 2001). Norris is a born-again Christian and enjoys giving back to society. He works for a number of charities, including Funds for Kids, Veterans Administration National Salute to Hospitalized Veterans, and the United Make-A-Wish Foundation. He is particularly proud of KickStart, a non-profit organisation he created with help from President George Bush to help fight drugs and violence in schools.

Action-man, family man, religious man, movie star, television producer, internet super-hero, sports star and humanitarian, Norris wears many hats, all of which seem to fit rather well. He certainly doesn't lack energy, drive and good will. Perhaps it can all be traced back to his childhood, which he described as downbeat, and when he was abandoned by his father and bullied by his fellow pupils. It may have been his bleak beginnings in life, which provided him with the determination to succeed, and to continue doing whatever he does with integrity and panache.

*Carey Latimore*

## mo

**Val Kilm**
Sun 16th

**DEAD F/**
Monroe
Mon 17th

**Clint Eas**
Tue 18th

**Roger M**
Wed 19th

**Maureen**
Thu 20th



ci

PLAY THE
SOLU
CLICK HERE

**Biograph**
Shop Nov
Card With
$75 at A&
www.Shop

**Exhibit 2**

**Chuck Norris Articles**
**From**
**Various Sources**

Champion Martial Arts: Our Style



# Champion Martial Arts

1075-106 Garrisonville Road, Stafford, VA 22556  (540)659-8878

Home  |  Our Style  |  Instructors  |  Karate for Kids  |  Karate for Adults  |  Calendar/ Schedule  |  Student Page  |  Photos  |  Email  |

## Welcome to Champion Martial Arts

### Our Style

*Chun Kuk Do* - means the "Universal Way". It is not all about fighting, it is about a way of life that teaches many different life skills necessary to survive and succeed in our ever changing society. Not everyone joins a martial arts class just to learn self defense. Chun Kuk Do develops your mental focus, emotional self control, and concentration as well as your flexibility, strength, speed and endurance. This system of martial arts is different from other forms of martial arts in that it blends aspects of karate, aikido, judo, jujitsu and boxing, for a total exercise. Grandmaster Chuck Norris is the founder and chairman of this system. His brother, Aaron Norris, is the President. Our Black Belts are committed to helping you achieve your martial arts goals.
*For More Information on Chun Kuk Do* - visit the national website: Chun Kuk Do.

*Grand Master Chuck Norris* - personifies the clean, positive All-American image that his classes, studios and students have come to represent. He was the first karate champion to be named to the Black Belt Hall of Fame three times, first as a competitor then as an instructor, and also as Man of the year. Mr. Norris retired from competition as *World Middleweight Champion*. He is still very active in Chunk Kuk Do and works out daily. His weekly TV show "Walker Texas Ranger" on CBS can still be seen in syndication.

*The United Fighting Arts Federation*, or UFAF, is an organization founded and chaired by Chuck Norris. His brother, Aaron Norris, is the President. Members of the organization study the style of **Chun Kuk Do** which means "Universal Way." UFAF is made up of 12 regions across the United States, Canada and Mexico. Each Region has a Regional Chair and Regional Board that oversees testing, seminars, school applications and general operations for the region. There are over 75 schools located throughout these regions, all with UFAF Black Belt instructors.
*For More Information on the UFAF* - visit the United Fighting Arts Federation Website at UFAF.

### Ranks

## Studio News:

**Student of the Month**
Thomas C.
Congratulations!
»Student

**Christmas Sale**
Dec. 3rd — 20th, 2007
Great Discounts On All Merchandise
List of items that need to be ordered for Christmas must be given to Master Modelski by Dec. 11th.

**11th Anniversary**
We celebrated our 11th anniversary Sunday the 4th of November.

**Popular Links:**
»Archives
»Calendar
»Class Schedule
»Newsletter
»Photo Album
»Rank Requirements
»Site Index
»Specials
»Student Promotions

**Rank Promotions**
See who was promoted this month. Be sure to congratulate them on their achievement.
»Promotions

UFAF - Our Founder, Chuck Norris



**UNITED FIGHTING ARTS FEDERATION**

## About Our Founder

Many visitors to our site have found us through a search for info on their favorite action hero, Chuck Norris. Of course the members in our organization are fans to some degree, but first and foremost he is a hero to us in his accomplishments as a martial artist. **Most of the world knows Chuck Norris, the actor; to the Chun Kuk Do Black Belts of UFAF he is Mr. Norris, our founder, instructor and inspiration to be great martial artists.**

Below is short bio of Mr. Norris' achievement, if you would like more information about Mr. Norris' acting career or are seeking fan merchandise, please visit www.chucknorris.com.

## Chuck Norris

When you think of Chuck Norris, often what comes to mind is one of two things:   action movie star (recalling Mr. Norris' numerous feature films), or television star, because of his long-running CBS television series, "Walker, Texas Ranger".

What you may not think of is that prior to his on-screen career, Mr. Norris was a martial arts star who won many championships.  Of of his many victories are his being a six-time undefeated World Professional Middleweight Karate Champion.  Mr. Norris was also a renowned teacher in the martial arts. Some of his many students included Steve McQueen, Bob Barker, Priscilla Presley and Donnie & Marie Osmond.

Mr. Norris was the first person ever voted into the Black Belt Hall of Fame.  From 1965 through 1980, he won many state, national, and international championships.  Mr. Norris received the Competitor of the Year award in 1968 and was the first man ever to win the World Professional Karate Championship.  In 1975, Mr. Norris received the Instructor of the Year award, and in 1977, the Competitor of the Year.

Mr. Norris is also founder of the United Fighting Arts Federation with more than 2,300 Chun Kuk Do Black Belts all over the world.

In 1997, Mr. Norris reached another milestone in his life:  he was the first man ever in the western hemisphere to be awarded an 8th degree Black Belt Grand Master recognition in the Tae Kwon Do martial arts system. This was a first in 4,500 years of tradition.

Mr. Norris' intense drive and determination extended beyond his martial arts and acting career.  He was an offshore powerboat racer with speeds of 140 miles per hour.  In 1991, Mr. Norris and his team, with sponsor "Popeye's Chicken", won the World Off Shore Powerboat Championships. Mr. Norris went on to set a new world record by racing a 38 foot Scarab boat 605 miles across the Great Lakes, from Chicago to Detroit, in 12 hours and 8 minutes.

UFAF - Our Founder, Chuck Norris

In 1988, Mr. Norris wrote his autobiography, "The Secret of Inner Strength" (Little Brown Publishing), which reached the New York Times Best Seller list. He followed up a few years later with a second book, "The Secret Power Within: Zen Solutions to Real Problems", also with Little Brown Publishing.

When Mr. Norris was asked how he would like to be remembered, his answer was as a Humanitarian.

He has gotten a good start from the following:

1. Spokesperson for the United Way, doing an eight minute commercial, which helped bring in over two million dollars.

2. Spokesperson for the Veterans Administration - visiting over 12 V.A. hospitals and speaking with World War II, Korean, and Vietnam War Veterans including on from World War I.

3. Winning the 1998 Epiphany award on Walker, Texas Ranger for the best Christian Episode.

4. Winning the Jewish Humanitarian Man of the Year Award.

5. Active involvement with the Make-A-Wish Foundation for twenty years by making dreams come true for terminally ill children.

6. Winning the BMI Music Television Award for Walker, Texas Ranger theme song, "Eyes of a Ranger".

7. Placement on the Texas Ranger Hall of Fame.

8. Working as a commissioned police officer in the city of Terrell, Texas.

9. Motivational speaker for many Christian ministries, including the T.D. Jakes Ministry, Trinity Broadcasting, and Bill Glass crusade.

Mr. Norris thinks that his most rewarding accomplishment was the creation of the Kick Drugs Out of America Foundation.

With the help of former President George Bush, Mr. Norris began teaching martial arts as part of the curriculum at the M. C. Williams Middle School in Houston, Texas. The program was incredibly successful in helping the students to raise their self-esteem, instill discipline and respect, and get them out of gangs. The program is now in 30 schools with over 4,200 youth actively participating.

The following are the twelve points that guide Mr. Norris' life:

1. I will develop myself to the maximum of my potential in all ways.

2. I will forget the mistakes of the past and press on to greater achievements.

3. I will always be in a positive frame of mind and convey this feeling to every person that I meet.

4. I will continually work at developing love, happiness and loyalty in my family and acknowledge that no other success can compensate for failure in the home.

5. I will look for the good in all people and make them feel worthwhile.

UFAF - Our Founder. Chuck Norris

6. If I have nothing good to say about a person, I will say nothing.

7. I will give so much time to the improvement of myself that I will have no time to criticize others.

8. I will always be as enthusiastic about the success of others as I am about my own.

9. I will maintain an attitude of open-mindedness toward another person's viewpoint while still holding fast to that which I know to be true and honest.

10. I will maintain respect for those in authority and demonstrate this respect at all times.

11. I will always remain loyal to God, my country, family and my friends.

12. I will remain highly goal-oriented throughout my life because that positive attitude helps my family, my country, and myself.

Return to the Homepage

 **UNITED FIGHTING ARTS FEDERATION**

P.O. Box 437   Orem, UT   84059      www.ufaf.org

**The New York Times**
nytimes.com

---

September 1, 1985

# CHUCK NORRIS -- STRONG, SILENT AND POPULAR

By JUDY KLEMESRUD

Chuck Norris, the movie star, former karate champion and superpatriot on the order of his idol, John Wayne, was sitting in a Manhattan office the other day doing two things he doesn't do very much of in his movies: smiling and talking.

Mr. Norris has good reason to be happy. Like another strong, silent type before him, Clint Eastwood, Mr. Norris has been belatedly "discovered" by audiences and critics alike after a nine-year career in which his films were routinely lambasted and he was written off as a wooden actor whose only talents were his high kicks and lethal karate chops. He was, to some critics, "the blond Bruce Lee."

The keys to the 45-year-old actor's newfound success are two recent movies in which he got to do more - at least a little bit more - than just kick, chop, knife, shoot and bomb his enemies into submission. The first was "Missing in Action," in which he played an American Army colonel, who, after years as a prisoner of war in Vietnam, returns there to try to rescue other prisoners. The second was "Code of Silence," in which he played a taciturn-yet-tough Chicago police inspector caught in the middle of a cocaine war between rival underworld gangs. Both films were box-office hits, and they also prompted some of the first kind words the critics ever uttered about Chuck Norris.

"I really appreciate the acclaim," Mr. Norris said in his soft, affable voice, which still bears a slight drawl from his native Oklahoma. "I've worked hard these last nine years to get critics to look at me in a different light. They're usually more concerned with things like 'Passage to India,' and they've hit me hard all these years, especially in the beginning. I'm really excited, to say the least."

Mr. Norris, who now earns close to $2 million per film, was in town on behalf of his latest shoot-'em-up, "Invasion U.S.A," directed by Joseph Zito, which opens Oct. 4 in 1,600 theaters. He said it is about a band of terrorists who invade the United States and start blowing up shopping malls and tract homes, "all the places where working people go." As a result, he said, "the whole economic system starts to collapse." That is, until Matt Hunter (played by Mr. Norris), a former Government agent now in retirement in the Florida Everglades, enters the picture.

Mr. Norris, who co-wrote the screenplay, said he got the idea after reading an article in Readers Digest that said hundreds of terrorists were running loose in the United States. "I thought, 'Boy, that's scary,' " he said. " 'What if some guy on the order of a Khomeini or a Qaddafi mobilized those guys and started sending them out to every major city?' "

The actor said he was especially proud of a $5 million scene (the film's total cost to Cannon Films: $16 million) in which 2,000 National Guardsmen battle 300 terrorists in the streets of Atlanta. "There are tanks firing, and helicopters flying among the real buildings," he said. "It's a battle like in 'Gone with the Wind,' one of the best action battle scenes that's ever been done so far."

Does he really think America is in danger of being attacked by terrorists? He nodded his head gravely. "I know it's going to happen," he said, "and even in the movie, the head terrorist says, 'It's so easy because of the freedom of movement in this country.' So we're really accessible to this. The movie is not meant to scare people, but to make us aware of a potential problem."

Later this month, Mr. Norris plans to go to the Middle East to begin filming another terrorist-oriented film, "Delta Force," with Lee Marvin and George Kennedy. "It is very similar, due to a freakish coincidence, to the recent airport hostage situation in Beirut," he said. "But the script was written before that occurred." Mr. Norris, of course, will be in charge of rescuing the hostages.

Off scree this red-blooded American hero seems no larger than life -5-foot-10-inches and 167 pounds. But, oh, is he in shape. He said he spends three hours every morning working out with his stunt men in a gymnasium in his home in Rolling Hills Estates, Calif., "to maintain a certain youthful appearance." The workouts have not been in vain, judging from the impressive figure he cuts in tight blue jeans and a red plaid cowboy shirt. He has longish blond hair with a fringe of bangs flopping over his forehead, a blond mustache and a blond beard. Underneath all the hair he bears a somewhat craggy resemblance to Robert Redford.

Why does he think he's become so popular with audiences? "Well, my films do deal with certain positive things," he said. "The endings are always positive. I think a lot of people are tired of depressing, boring films. I think they like to feel good at the end of a film. One of the biggest thrills of my life came when I went to a theater to see 'Missing in Action,' and all the people stood up and applauded at the end. That's when my character brings some P.O.W.'s he's just rescued to a conference in Saigon, where the politicians are saying there aren't any more prisoners of war."

Talk like that brings forth memories of John Wayne anbd Charles Bronson, as well as Sylvester Stallone as Rambo. Asked if he's as patriotic as the characters he has played, Mr. Norris crosses his left foot, shod in a gray ostrich-skin cowboy boot, over his right knee and replies: "I am a conservative, a real flag waver, a big Ronald Reagan fan. I'm not so much a Republican or Democrat; I go more for the man himself. Ronald Reagan says what he thinks, he's not afraid to speak his mind, even if he may be unpopular. I want a strong leader and he is a strong leader. And ever since he has been in office there has

been a more positive, patriotic feeling in this country."

Mr. Norris said he thought there was a big difference between "Missing in Action" and Mr. Stallone's recent "Rambo: First Blood Part II," in which Rambo also rescues some prisoners of war. "I'm not quite as anti-Government as Rambo is," he said. "When the helicopter comes to rescue Rambo and the American M.I.A., and then leaves them stranded, I found that unrealistic. There is not an American pilot alive who would leave them there. They'd have to shoot me to stop me from picking them up, because I'd be dead inside if I didn't."

He added that he had made "Missing in Action" and its sequel, "Missing in Action 2: The Beginning," as a tribute to his younger brother, Wieland, who died in Vietnam in 1970 while leading a squad of soldiers on patrol in the jungle. "Vietnam was a tragic mistake," he said. "If you don't want to win the battle, don't get involved."

Mr. Norris, born Carlos Ray Norris, said he grew up under the influence of the movies of John Wayne, whom he regarded as his "substitute father" after his own Cherokee father, an alcoholic, left the family's home in Ryan, Okla., when he was 10. His Irish-English mother later moved the family of three boys to Torrance, Calif.

After high school, Mr. Norris did a stint with the Air Force in South Korea, where he learned karate. "I studied it because I wanted to be a police officer when I got home, and I thought it would help." Instead, he opened a chain of karate schools in southern California. He also became the the world middleweight karate champion, a title he held from 1968 to 1974.

He said he was pushed into the movies reluctantly by the late Steve McQueen, who with his son, Chad, took karate lessons from the champ. "He told me that I should think about projecting a presence, and never do a part that had a lot of dialogue," he said. "He told me, 'Movies are visual, and when you try to verbalize something, you're going to lose the audience.' He said to let the character actors lay out the plot, and that when there were important things to say, you say it, and people will remember."

Mr. Norris made his film debut in Bruce Lee's "Return of the Dragon" in 1973, and followed it with "Breaker! Breaker!" "A Force of One," "Good Guys Wear Black," "The Octagon" "An Eye for an Eye," "Forced Vengeance," "Silent Rage" and "Lone Wolf McQuade." He usually played a soft-spoken loner who let his fists and feet do the talking.

The movies are all marked by R-rated mayhem, prompting questions about the effects of this violence on audiences. Mr. Norris, who sounded as though he had answered the questions many times, said he didn't think his brand of violence was harmful or suggestive. "I don't initiate violence, I retaliate," he said. "In my films I'm forced into a situation that I must cope with. Even though I have to do it in a violent way, I think the audience understands the motivation behind it. That's why I don't think it promotes violence on the streets."

Mr. Norris has been married for 26 years to his wife, Dianne, his high school sweetheart. They have two sons, Mike, 22, an actor, and Eric, 20, an aspiring producer.

Discussing the longevity of his marriage, he said: "She has always been very supportive of my goals. She never complained, even when we were scrimping and scraping." So when she told him in 1983 that she wanted to go into the restaurant business, he rewarded her with a $600,000 restaurant, called Woody's Wharf, in Newport Beach, Calif. "It's now the No. 1 restaurant in town," he said proudly.

- <u>Copyright 2007</u> <u>The New York Times Company</u>
- <u>Home</u>
- <u>Privacy Policy</u>
- <u>Search</u>
- <u>Corrections</u>
- <u>XML</u>
- <u>Help</u>
- <u>Contact Us</u>
- <u>Work for Us</u>
- <u>Back to Top</u>

Chuck Norris - Wikipedia, the free encyclopedia

**38,843** have donated.

[Hide this message]

# You can help Wikipedia change the world!

From the fundraising blog – **Contribute in Honor of Teachers**

"A great site! My kids love it and use it often" — Anon.

# Chuck Norris

### From Wikipedia, the free encyclopedia

Jump to: navigation, search



Chuck Norris

Chuck Norris receiving the Veteran of the Year award by the U.S. Air Force (2001)

| | |
|---|---|
| **Birth name** | Carlos Ray Norris |
| **Born** | March 10, 1940 (age 67)<br>Ryan, Oklahoma, United States |

For the satirical facts about the actor, see Chuck Norris Facts.

**Carlos Ray "Chuck" Norris** (born March 10, 1940) is an American martial artist, action star, and Hollywood actor who is most well known for playing Cordell "Cord" Walker on Walker, Texas Ranger, his training with Bruce Lee and for his iconically tough image.

# Contents

[hide]

- 1 Biography
  - 1.1 Early life
  - 1.2 Rise to fame
  - 1.3 Walker, Texas Ranger
  - 1.4 Personal life
  - 1.5 Political views
  - 1.6 Chun Kuk Do
  - 1.7 Norris in popular culture
- 2 Filmography
  - 2.1 Actor
- 3 See also
- 4 References
- 5 Further reading
- 6 External links

# Biography

## Early life

Norris was born in Ryan, Oklahoma, the son of Wilma Scarberry and Carlos Ray Norris (a mechanic, bus driver, and truck driver).[1] Norris's paternal grandfather (an immigrant) and maternal grandmother were Irish, while his paternal grandmother and maternal grandfather were Cherokee Native Americans.[2][3] Norris was named after Carlos Berry, his father's minister.[2] He has two younger brothers, **Weiland** (deceased) and **Aaron** (a Hollywood producer). When Norris was sixteen, his parents divorced,[4] and he later relocated to Prairie Village, Kansas and then Torrance, California with his mother and brothers.[5] Norris describes his childhood as downbeat. He was nonathletic, shy, and scholastically mediocre. Other children taunted him about his mixed ethnicity, and Norris daydreamed about beating up his tormentors. Norris mentioned in his autobiography that his father had a very serious problem with drinking and "wasn't there" a lot for him growing up. Norris admitted that he loved his father but did not like him. However, he professed that the only

Chuck Norris - Wikipedia, the free encyclopedia

felt pity for the man because "that was just how he was, and he missed so much."

Norris finished high school and soon married his girlfriend, Diane Holechek. He then joined the United States Air Force as an Air Policeman in 1958 and was sent to Osan Air Base, South Korea. It was in South Korea that Norris acquired the nickname Chuck and began his training in Tang Soo Do (tangsudo), an interest that would lead to black belts in that art and the founding of the Chun Kuk Do ("Universal Way") form. He also created the education associations United Fighting Arts Federation and "KickStart" (formerly "Kick Drugs Out of America"), a middle school and high school–based program intended to give at-risk children a focus point in life through the martial arts. When he returned to the United States of America, he continued to act as an AP at March Air Force Base California. Norris was discharged in August of 1962. He worked for the Northrop Corporation and opened a chain of karate schools, which Chad McQueen, Steve McQueen's son, attended.[5]

## Rise to fame

Norris' career in tournament karate began on a losing note. He was defeated in his first two tournaments, dropping decisions to Joe Lewis and Allan Steen and three matches at the International Karate Championships to Tony Tulleners. However, by 1967, Norris began to demonstrate his skill and scored victories over the likes of Joe Lewis, Skipper Mullins, Arnold Urquidez, Victor Moore, Ron Marchini, and Steve Sanders. In early 1968, Norris suffered the fifth and last loss of his career, losing an upset decision to Louis Delgado. However, on November 24, 1968, he avenged his defeat to Delgado and in the process won the Professional Middleweight Karate champion (non-contact) title, which he held for six consecutive years.[6] In 1969, he won Karate's triple crown for the most tournament wins of the year, and the fighter of the year award by Black Belt Magazine. It was also in 1969 that Norris made his acting debut in the Dean Martin movie The Wrecking Crew.

In 1970, his younger brother Weiland was killed in Vietnam. Norris later dedicated his Missing in Action films to his brother's memory. At a martial arts demonstration in Long Beach, Norris met the soon-to-be famous martial artist Bruce Lee whom he respects and considers as superior. In 1972, he acted as Bruce Lee's nemesis in the movie Way of the Dragon (titled Return of the Dragon in its US distribution), which is widely credited with launching his way into stardom. In Asia, he is still known primarily for this role. In 1974, McQueen encouraged him to begin acting classes at MGM. Chuck Norris retired with a karate record of 65–5, having avenged all of his defeats.

Norris' first starring role was 1977's Breaker! Breaker!, and subsequent films such as The Octagon (1980), An Eye for an Eye (1981), and Lone Wolf McQuade proved his increasing box office bankability. In 1984, Norris starred in Missing in Action, the first of a series of POW rescue fantasies produced by Israeli cousins Menahem Golan and Yoram Globus and released under their Cannon Films banner. Also in that year, he was offered the part of the sensei of the Kobra Kai dojo in the movie The Karate Kid, but declined the part. He reportedly did not want to take part in depicting martial artists in an unfavorable light. However, Norris disputes this story.[7] On a February 9, 2006 episode of Adam Carolla's radio show, Norris said that he was never offered the role. Norris noted that he was already playing leading roles by the time The Karate Kid was in production.

Over the next four years, Norris became Cannon's most prominent star, appearing in eight films, including Code of Silence, The Delta Force, and Firewalker, in which he co-starred with Academy Award winner Louis Gossett Jr.. Many of the aforementioned films were produced by Chuck Norris'

Chuck Norris - Wikipedia, the free encyclopedia

brother **Aaron**, as were several episodes of *Walker, Texas Ranger*. In 1986, he was involved in the production of the Ruby Spears cartoon *Karate Kommandos*.

It is occasionally cited that Norris made history in 1997 when he was the first Westerner in the documented history of Tae Kwon Do to be given the rank of 8th Degree Black Belt Grand Master.[8] However Norris himself appears to have been misled about this as there were at least two other US Black Belts (Charles 'Chuck' Sereff and Edward Sell[1][2]) awarded TKD 8th Dan several years previously. On July 1, 2000 he was presented the Golden Lifetime Achievement Award by the World Karate Union Hall of Fame.

## *Walker, Texas Ranger*

By the close of the 1980s, Cannon Films had faded from prominence, and Norris' star appeal seemed to go with it. He reprised his *Delta Force* role for MGM, which had acquired the Cannon library after the latter's Chapter 11 bankruptcy. Norris went on to make several more largely ignored films before making a transition to television. In 1993, he began shooting the series *Walker, Texas Ranger*, which lasted eight years on CBS and continued in heavy syndication on other channels.

On October 17, 2005, CBS premiered the Sunday night "Movie of the Week" *Walker, Texas Ranger: Trial by Fire*. The production was a continuation of the series, and not scripted to be a reunion movie. Norris reprised his role as Cordell "Cord" Walker for the movie. He has stated that future *Walker, Texas Ranger* "Movie of the Week" projects are expected, however, this was severely impaired by CBS' 2006–2007 season decision to no longer regularly schedule MOWs on Sunday night.

## Personal life



Norris pinning corporal chevrons on United States Marine Corps Corporal John Wright during a promotion ceremony at Camp Taqaddum in the Al Anbar province of Iraq on November 2, 2006.

In 1963, his first child with Holechek, a son named Mike, was born. A daughter, Dina, was born in 1964, and a second son, Eric, followed in 1965. After 30 years of marriage, Norris and Holechek divorced in 1988. He married again in 1998, this time to former model Gena O'Kelley, and she delivered twins in 2001: Dakota Alan Norris, a boy, and Danilee Kelly Norris, a girl. Norris has always been a very loving family man; it was noted in *People* that his adult sons still hug and kiss him goodbye. "It's great my boys aren't afraid to show love," Norris said, "nothing can buy that". Norris's son, Mike, said of his father: "Dad never had a lot of love growing up, but he has given me and my brother all that he should have had in multiples". Both of Norris's sons are married and he has 6 grandchildren including American actress Gabby Di Ciolli.

Currently, Norris lives in north Dallas and owns a ranch between Navasota, Texas and Anderson, Texas. He also has a small residence in Los Angeles for when he does films or television shows. He works for KickStart, which is located in Dallas and Houston.

Now an outspoken Christian, Norris is the author of several Christian books, such as *The Justice Riders*. He has also been in a few TV commercials promoting Bible study and prayer in public schools, in addition to efforts to reduce drug use. In 2006, he began penning a column for the conservative news website WorldNetDaily. In his columns, he has expressed belief in Biblical creationism, [9] those who are troubled should turn to Jesus, and is quoted as saying "true patriots" do not stay clear of discussing religion and politics. [10]

Norris serves on the board of directors of the NCBCPS, an organization promoting the use of the Bible in public schools, and also speaks on behalf of organizations advocating prayer in public schools.

## Political views

Norris anchoring on Fox
News Channel *Hannity &
Colmes*.

Norris is a political conservative, often championing values shared by the Republican Party. Norris has donated over $32,000 to Republican candidates and organizations since 1988. [11] On January 26, 2007 Norris filled in for Sean Hannity as a co-host on the popular Fox News Channel debate program *Hannity & Colmes* alongside Alan Colmes. On October 22, 2007, Norris announced his endorsement of Arkansas Governor Mike Huckabee for President. [12] Norris said "I believe the only one who has all of the characteristics to lead America forward into the future is ex-Arkansas Gov. Mike Huckabee." [13]

## Chun Kuk Do

*Main article: Chun Kuk Do*

Chuck Norris - Wikipedia, the free encyclopedia



Chuck Norris in 1976.

Norris created the martial art Chun Kuk Do, which is based primarily on Tang Soo Do and includes elements from every combat style he knows. Like many other martial arts Chun Kuk Do includes a code of honor and rules to live by. These rules are from Chuck Norris' personal code. They are:

1.  I will develop myself to the maximum of my potential in all ways.
2.  I will forget the mistakes of the past and press on to greater achievements.
3.  I will continually work at developing love, happiness and loyalty in my family.
4.  I will look for the good in all people and make them feel worthwhile.
5.  If I have nothing good to say about a person, I will say nothing.
6.  I will always be as enthusiastic about the success of others as I am about my own.
7.  I will maintain an attitude of open-mindedness.
8.  I will maintain respect for those in authority and demonstrate this respect at all times.
9.  I will always remain loyal to God, my country, family and my friends.
10. I will remain highly goal-oriented throughout my life because that positive attitude helps my family, my country, and myself.

Chuck Norris - Wikipedia, the free encyclopedia

# Norris in popular culture

On September 22, 2004 Norris told *Entertainment Tonight*'s Mary Hart that his daughter Dina, born in 1964 was the result of an extra-marital affair. He did not meet her until she was 26 although she learned she was her father at the age of 16. She sent him a letter to his home informing him that she was his daughter, after meeting her he acknowledged that he knew she was his upon seeing her. [14]

In 2004, *Late Night with Conan O'Brien* began a recurring sketch in which O'Brien would pull a *Walker, Texas Ranger* Lever next to his desk, which would cause a brief, out-of-context clip from *Walker, Texas Ranger* to play. This became one of the more popular segments on O'Brien's show and led to a guest appearance by Norris himself, who pulled his own "Conan O'Brien Lever" to play a clip of Norris beating up O'Brien. This segment has been credited as jump-starting the Norris craze and leading to enough interest to produce a *Walker, Texas Ranger* TV movie.

In late 2005, Norris became the object of an internet phenomenon known as *Chuck Norris Facts*, which document fictional, often absurdly heroic feats and characteristics about Norris himself. The phenomenon originally started in the "Vin Diesel Fact Generator", and Chuck Norris Facts were created as a byproduct, often using the same facts featured in the Vin Diesel Fact Generator. In time, Chuck Norris Facts became wildly popular, even more so than the original Vin Diesel Fact Generator. Norris has written his own response to the parody on his website, stating that he does not feel offended by them, and finds some of them funny. [15] He made an appearance on *The Best Damn Sports Show, Period*, where he commented on 11 of them, with his favorite being: *"They once tried to carve Chuck Norris' face into Mount Rushmore, but the granite wasn't hard enough for his beard."*

In the parody song "'The Ultimate Showdown of Ultimate Destiny'" the following cast is assembled to ultimately defeat Chuck Norris in battle after he defeats Indiana Jones and kills Batman: "Gandalf the Grey, Gandalf the White, *Monty Python and the Holy Grail*'s Black Knight, Benito Mussolini, The Blue Meanie, Cowboy Curtis, Jambi the Genie, Robocop, the Terminator, Captain Kirk, Darth Vader, Lo Pan, Superman, every single Power Ranger, Bill S. Preston and Theodore Logan, Spock, The Rock, Doc Ock, and Hulk Hogan". [16]

Norris rode out in a convertible on *The Price is Right* *$1,000,000 Spectacular* in 2003 to wish Bob Barker a happy 80th birthday. He also helped a contestant win the convertible playing the Lucky Seven game. Norris had instructed Bob Barker in karate for years.

During the March 10, 2006 show of ESPN's *Pardon the Interruption*, numerous references were made to Norris on his birthday, including all of the cut-out heads on the set, which are usually of current sports stars, being replaced with Chuck Norris heads. Also, several humorous comments in reference to Chuck Norris were made by co-host, Tony Kornheiser, in a similar tone to that featured on the *Chuck Norris Facts* website.

Norris served as a guest referee at the World Wrestling Federation's Survivor Series 1994 for the casket match between The Undertaker and Yokozuna. A similar match took place at the Royal Rumble 1994 where ten other wrestlers beat down The Undertaker. Norris was called upon to ensure a similar situation didn't take place. As guest referee, he kicked Jeff Jarrett in the stomach.

Norris starred in his own Atari 2600 videogame, *Chuck Norris Superkicks*. [17] Norris also appears in Maddox (real name George Ouzounian)'s book:

Chuck Norris - Wikipedia, the free encyclopedia

*Alphabet of Manliness* under the letter N; where he is described as "the greatest American ever to live". In the video game magazine Nintendo Power, Volume 203's Pulse section featured many references to Chuck Norris. He has since become a regular reference, along with Mr. T.

In *Crash of the Titans*, there is an unlockable move called the Norris Roundhouse.

Norris has a regular column on WorldNetDaily, sharing his 'musings about faith, family, freedom, country, loyalty – maybe even kickboxing.'

On December 12, 2007, ESPN reported that Chuck Norris had sent a congratulatory letter to Tim Tebow, Quarterback of the Florida Gators, following his Heisman Trophy win.

# Filmography

## Actor

- *The Green Berets* (1968), with Chuck Norris as *Martial arts performer*.
- *The Wrecking Crew* (1969)
- *Way of the Dragon* (1972)
- *The Student Teachers* (1973)
- *Slaughter in San Francisco* (1974)
- *The Warrior Within* (1976) (documentary)
- *Bruce Lee, the Legend* (1977) (documentary)
- *Breaker! Breaker!* (1977)
- *Good Guys Wear Black* (1978)
- *A Force of One* (1979)
- *The Octagon* (1980)
- *An Eye for an Eye* (1981)
- *Silent Rage* (1982)
- *Forced Vengeance* (1982)
- *Lone Wolf McQuade* (1983)
- *Missing in Action* (1984)
- *Missing in Action 2 : The Beginning* (1985)
- *Code of Silence* (1985)
- *Invasion U.S.A.* (1985)
- *The Delta Force* (1986)
- *The Karate Kommandos* (1986), animated children's show, with *Chuck Norris himself* appearing to reveal the episode and the moral contained in the episode.

- *Braddock: Missing in Action III* (1988)
- *Hero and the Terror* (1988)
- *Delta Force 2: The Colombian Connection* (1990)
- *The Hitman* (1991)
- *Sidekicks* (1992)
- *Hellbound* (1994)
- *Top Dog* (1995)
- *Forest Warrior* (1996)
- *The President's Man* (2000)
- *The President's Man 2: A Line in the Sand* (2002)
- *Bells of Innocence* (2003)
- *Dodgeball: A True Underdog Story* (2004)
- *The Contender* (2005)
- *The Cutter* (2005)

## See also

- Chuck Norris facts

## References

1. ^ http://www.filmreference.com/film/3/Chuck-Norris.html
2. ^ **Cite error 8; No text given.**
3. ^ "At Dinner with: Chuck Norris", *The New York Times*, 12 May 1993
4. ^ "Chuck Norris — Strong, Silent, Popular", *The New York Times*, 1 September 1985
5. ^ ᵃ ᵇ "At Dinner with: Chuck Norris," *The New York Times*, May 12, 1993
6. ^ "Chuck Norris — Strong, Silent, Popular", *The New York Times*, September 1, 1985
7. ^ http://www.imdb.com/title/tt0087538/trivia
8. ^ Questions I am asked most about martial arts
9. ^ "WorldNetDaily: On Chuck Norris 'mania sweeping the net'", 2006. Retrieved on 2006-12-09.
10. ^ "WorldNetDaily: America's Code of Silence", 2006. Retrieved on 2006-12-09.
11. ^ "Newsmeat: Chuck Norris' Federal Campaign Contribution Report", 2006. Retrieved on 2006-12-09.
12. ^ http://www.mikehuckabee.com/index.cfm?FuseAction=Blogs.View&Blog_id=610
13. ^ http://wnd.com/news/article.asp?ARTICLE_ID=58255
14. ^ http://www.etonline.com/celebrities/34237/index.html

Copyright 1993 The Dallas Morning News
THE DALLAS MORNING NEWS

April 18, 1993, Sunday, HOME FINAL EDITION

**SECTION:** HIGH PROFILE; Pg. 1E

**LENGTH:** 2510 words

**HEADLINE:** Chuck Norris;
Knock'em on the big screen as TV debut flickers

**BYLINE:** Kimberly Goad

**BODY:**

People-worthy parade of celebrities -- Joe Piscopo, Beau Bridges, George W. Bush, former Dallas star Sheree J. Wilson -- has arrived at the AMC Glen Lakes theater for the premiere of Sidekicks, the new Chuck Norris movie.

But only with the arrival of the karate champ himself does the movie theater break out into a sweat.

"There he is!'

"There he is!!'

An unassuming Chuck Norris makes his entrance as if he has simply wandered in off the street to take in a movie. Taking his seat between his daughter and girlfriend Monica Hall, he seems oblivious to the blinding white lights, the flashing bulbs, the mild riot unfolding around him.

The theater is packed with the sort of moviegoer that has exalted Chuck Norris to Legend: They are not film critics. They are Everyman.

And Everyman wants a piece of Chuck Norris.

"Chuck!'

"Hi, Chuck!!'

He signs autographs for kids dressed in karate garb. He smiles awkwardly for the flashing cameras.

OK. Clint Eastwood, he's not. But for some of the moviegoers here tonight, this is as Hollywood as it ever gets in Dallas, Texas.

Chuck Norris has high-kicked his way through a string of martial arts movies. Movies with names like Missing in Action, M.I.A. 2 -- The Beginning and Braddock: Missing in Action III. Movies that typically cast him as an underdog looking to avenge some horrible, horrible wrong.

Sidekicks spoofs the genre.

The movie centers on an asthmatic boy whose fantasies about Chuck Norris feature the boy himself as the action hero's sidekick in action sequences from assorted Chuck Norris movies. Mr. Norris plays himself.

He chops with his hands. He does spectacularly high kicks. And, like Mr. Eastwood and Charles Bronson -- those other two Hollywood tough guys -- he never says more than is absolutely necessary.

It's a role Chuck Norris knows well: the strong, silent type.

After making, on average, more than one movie a year for the past 17 years, Mr. Norris, now 53, started looking to television as a means of slowing down. He'd been offered plenty of TV series before, most of which centered on the sort of tough-guy-with-a-conscience he's come to know well. But it wasn't until he was offered a modern Western about a Texas Ranger who uses karate to battle crime that he agreed to the grind of a weekly TV series.

That Walker, Texas Ranger would be shooting in and around Dallas also meant he could spend his weekends at his ranch in Navasota, three hours away.

Who could've guessed that Cannon Television, the series' pro- duction company, would run out of money after shooting only three episodes? Two weeks before the series' April 21 premiere, a memo was issued to the Walker cast and crew: Cannon was "forced to suspend production,' citing a delay in bank financing that was to have covered its deficits.

Walker is still scheduled to premiere Wednesday on CBS with a two-hour movie, but only one episode of the series will air locally (May 1) in what was to have been the series' regular time slot (9 p.m. on Saturday).

*

His friends warned him.

Last fall, not long after Chuck Norris agreed to do Walker, but before the details had been worked out, Tom Selleck said: Why in the world are you doing a television series?

Mr. Norris told him: "We'll be filming in Dallas. And if the series goes, I can spend my hiatus at my ranch . . . '

When Mr. Selleck then asked his friend if he knew how difficult filming a weekly one-hour action drama could be, Mr. Norris said gamely, "Well, I like to work hard.'

It was Paul Sorvino (formerly of Law & Order) who advised Mr. Norris not to start production on any TV series without at least eight teleplays (TV screenplays) in hand. Once shooting begins, he said, the schedule makes no allowances for rewrites.

"When I read the first two-hour teleplay,' recalls Mr. Norris, "I said, "This is the character I want to play. You've got a good cast.

You've got a well-written two-hour (premiere episode). All I want is seven more.' '

He left for Israel to film his next movie, and when he returned to California in December, only two more scripts were completed. "I start shooting in January because CBS wants it badly,' says Mr. Norris.

"They're all telling me, "Don't worry, go ahead and start. We'll catch up with the teleplays.'

"So we shoot the two-hour (premiere) and the two one-hour (episodes), and we have no more scripts. So I'm saying, "What are we going to do? I can't continue the series unless we have the teleplays.' About that time, Cannon couldn't raise the funds needed.'

Mr. Norris, who was to have had substantial profit participation in the show, is hoping the two-hour premiere will garner the kind of ratings that will make it attractive to other investors. According to Mr. Norris, several companies already are interested in funding the series, including Viacom International and Vision International, which is distributing Sidekicks.

As for the immediate future, Mr. Norris wants to finish promoting Sidekicks and then take a few weeks off. If he has his way, Walker won't resume production for a few months, with an eye on the fall season.

"It was a blessing in disguise,' he says. "I came from doing a movie in Israel right into a series without any rest. And a series is four times harder than doing a movie. To say I was exhausted would be an understatement. I don't know that I could've finished 13 episodes.'

*

Talk about typecasting.

TV Texas Ranger Cordell Walker: son of a Cherokee Indian who is killed in an accident when Walker is 12. Joins Marines at 18. Becomes kick-boxer; eventually, all-Marine kick-boxing champion.

Chuck Norris: born Carlos Ray Norris in Ryan, Okla., the oldest of three boys born to a Cherokee father who dies in a car accident when Carlos Ray is 12. (Mr. Norris' Missing in Action films are a tribute to the middle brother, who was killed in Vietnam.) Joins Air Force at 18. Stationed in Korea, he learns judo and karate, later becomes professional world middleweight karate champion, holds the title from 1968 to 1974.

Both heroes believe in fighting for truth and justice.

The one difference?  If he gets a weekly berth, Walker will do so on a regular basis.  Chuck Norris, on the other hand, has never been in a fight in his life.

"I'm very firm in my convictions, just like Walker,' says Mr. Norris.  "His conviction is to eliminate crime the best he can.  Walker bends the law a little bit, but he never breaks it.  And that's key.'

Carlos Ray Norris, always "the shy kid who never excelled at anything,' wanted to be a policeman.  Instead, he joined the Air Force and studied the martial arts.  Two weeks into his judo training, he broke his shoulder.  His arm in a sling, he walked into town one day and saw a group of Korean kids doing a style of karate called Tang Soo Do.

"Absolutely mesmerized by the agility that they had,' he went back to his judo instructor and asked him about it.

"I said, "Well, if I can't do judo, I'd like to be able to do that.'  At least I could kick with my arm in a sling.  So I started training in what we call karate.  I trained Monday through Saturday, three or four hours a day.  And when my arm healed, I kept my judo training on Sundays.'

When he left Korea 15 months later he had a black belt in karate and a brown belt in judo.

"It changed my whole life,' says Mr. Norris, who dropped "Carlos Ray' after his Air Force buddies began calling him "Chuck.'

"I was an insecure young man, and martial arts is tremendous with raising self-esteem.  And what's amazing is the better you are, the less likely you'll have to use it.  You have a certain aura.'

The younger of his two sons, Eric Norris, worked as a stunt coordinator on Walker.  He says: "People see Dad with this hard, gruff personality on camera and then when they meet him, he's not extroverted.  Everything is about control for him.'

Says Sheree J. Wilson: "It would take a lot to make Chuck Norris angry.  And I would hate to see him if it ever happens.  He's got this intensity.'

"You see it with a lot of these top martial artists,' says Chuck Norris.  "They are the nicest guys in the world, but you see an intensity in them.  You know if that ever got ignited, there'd be hell to pay.'

Even before Joe Piscopo got the call -- "How would you like to fight Chuck Norris in a movie?' -- he was already "aware of the legend of Chuck Norris.'

Mr. Piscopo, who goes feet-to-face with Chuck Norris in the final scenes of Sidekicks, trained for weeks before he met the martial artist turned movie star.  Mr. Norris was staying at a Houston hotel.  Mr. Piscopo remembers knocking on the door and hearing, first nothing, and then: "Heeee-YAH, Chooooom!' Mr. Norris had turned his hotel suite into a sparring den, with mats all over the floor.

"It was like working out with Arnold Schwarzenegger,' Mr. Piscopo says.  "They both radiate self-control and a spirituality.

"I'm not impressed with anybody,' he says.  "When you break into entertainment and you meet everybody, your bubble is burst immediately.

It's like that old song, Is That All There Is?  You meet people and you think, "What a . . . (jerk)!  I used to like that guy.'  There are very few people I'm impressed with as people.  Frank Sinatra is one.

(Sylvester) Stallone.  Schwarzenegger.  These guys are centered, regular people when you meet them.

"Chuck is right up there.  He's a real spiritual person with a sensitive soul and a heart.'

*

At 34, the karate champ had become karate teacher to the stars.

When he lost his chain of 32 karate studios "in a business transaction,' it was a student of his, Steve McQueen, who suggested he try acting.

Mr. McQueen had initially brought his son, Chad, to the Chuck Norris Karate school for private lessons.  Eventually, he became interested as well.  And the martial artist and the actor became friends.

"He asked me what I was going to do now that I'd lost all my schools,' says Mr. Norris.  "I said I wasn't really sure what course of action I was going to take.  He said, "Have you ever thought about acting?' '

Mr. Norris' acting experience, at that point, amounted to a small part in Return of the Dragon, the 1972 Bruce Lee movie about organized crime in the Chinese restaurant business.  Mr. Norris fought Mr. Lee inside the Roman Colosseum.

It was 1974, and Mr. Norris, broke and unemployed, decided to take a year's worth of acting lessons on his GI bill.

"At that time, movies were anti-heroic.  There were no real strong, heroic images on the screen and people liked those kinds of John Wayne-, Gary Cooper-type movies,' says Mr. Norris.  "Bruce Lee had died, and there was no other martial arts guy at that time.  I thought I could fill a certain void.  So I decided to pursue that angle, doing movies with martial arts in them -- but not martial arts movies.'

He wrote a screenplay, Only Good Guys Wear Black, and for three years peddled it around Hollywood.  He was turned away by a string of producers who couldn't reconcile the image of the martial artist with that of leading man.

Finally, he met a young producer willing to gamble on the project.

"When I first started they kept calling me "chop-socky,' ' says Mr. Norris.  "So I decided to push the action concept of my movies, and slowly . . . I became known as an action star.  I wasn't concerned about the quantity as much as the quality of martial arts in my films.'

With films like The Hitman, The Delta Force and Firewalker, Chuck Norris proved he was a box-office success.  But critical approval eluded him for years -- until he played a Chicago police officer in the 1985 movie Code of Silence.  Vincent Canby of The New York Times called the movie "a first-rate action picture' and Mr. Norris "a major "new' movie star.'

As for whether the current crop of chop-socky stars -- Steven Seagal, Jean-Claude Van Damme -- has edged Chuck Norris out of movies, Mr. Norris says this: "I am who I am.  I do what I can do.  And I don't start comparing myself to anyone else.  That's like Steve McQueen and Paul Newman comparing themselves to each other.

"You don't do that.'

\*

On the fringe of downtown Dallas, a dusty den of barbells and soaring testosterone levels called Doug's Gym has been transformed into the made-for-TV Gilliam's Gym.  Walker, Texas Ranger is on location.

As we join our hero, he is in pursuit of this episode's Bad Guy -- a drug pusher named Dewey Baker who has been stalking Alex Cahill, the assistant district attorney (played by Ms. Wilson).

The three toughs working out in the corner of the gym know where Baker is, but they're not talking.  And that makes Walker mad.  Plenty mad.

"Quiet on the set!

"And . . .

"Action!'

Walker makes his way over to the bench press where three thugs are "benching serious iron' (as the script notes).

"Howdy, Mando,' Walker says to one of the thugs, a crack dealer.

"That's a lot of weight.  Don't want to get a hernia now.'

"Load it up,' Mando says.  The other two thugs add weights to the barbell.

As Mando begins to lift the weights, Walker places his foot on Mando's stomach.

"Hey!  You can't do that to our boss!'

"Say please,' says Walker.

But things get nasty in a hurry.  With a series of fan-kicks and knee jabs, the 53-year-old actor, as Walker, flattens the men -- all of them twice his size and half his age.  Lesser lawmen might resort to gunfire.  But this is no ordinary lawman.  This is . . .

Walker!  Texas Ranger!

Four hours are spent blocking, rehearsing and shooting the four-minute scene.  The director yells, "It's a print!'

In between takes, Mr. Norris eats pineapple slices out of a paper cup; a makeup artist named Ilona Bobak touches up his makeup.  Ms. Bobak met Mr. Norris on the set of Code of Silence eight years ago.

"I've done all his movies since then,' says Ms. Bobak.  "He is very loyal.  Many times money and success ruin a person, but they have enhanced him.  And the ladies, they think he is handsome.' She giggles.

For the first time in his life, Chuck Norris is a single man, having divorced his wife of 30 years almost four years ago.  "See, I went from a mother to a wife,' says Mr. Norris, who was 18 when he married his high school sweetheart, the former Dianne Holechek.  "So I grew up "married.' When I divorced, I didn't like being single.  I hate being alone.  I like companionship.

"The gal I'm with right now' -- an interior designer who lives with the actor -- "is a very compatible person who really takes care of my needs.  She cooks for me.  She runs all the errands for me.  I don't have to think about "outside' things.  I can concentrate on my work.  She takes care of everything.

"But I have no desire to get (re)married,' he says.  "I don't know that I ever will.'

Mr. Norris is called back on the set for yet another take -- this one, a close-up -- of Walker's final line.  Curiously, the line bespeaks the career of Walker's alter ego.

"Quiet on the set!

"Action!'

"You know the old saying,' Walker says.  "Luck is 98 percent hard work.'

"Cut!'

# The New York Times
## nytimes.com

May 12, 1993

# AT DINNER WITH: Chuck Norris; When That 97-Pound Weakling Grows Up

By IRA BERKOW

ALL right, if Chuck Norris is such a tough guy, I decided, let's see how he handles Lutece.

Mr. Norris, the great martial-arts, action-adventure, karate-wheeling movie star, was in town recently promoting his new film, "Sidekicks." The title refers to the asthmatic teen-age boy Mr. Norris befriends and inspires in the movie and to his own swift foot-in-the-belly predilections.

Before picking a place for dinner with Mr. Norris, I did some research on him.

It happens that in "Return of the Dragon" (1973), the first movie he ever made, he played a small, villainous role. The plot revolves around its star, Bruce Lee, the first of the famous barefoot bashers, who saves the owner of a Chinese restaurant in Rome from Mafia scum.

"Sidekicks" has some important scenes set in the Frying Dragon, a fictional Chinese restaurant in an unnamed city in Texas. Mr. Norris has found himself in Chinese restaurants in some of his other 19 films, and you have to figure that by now he is fed up with Chinese restaurants. Scratch them. I also saw his new CBS series, "Walker, Texas Ranger," in which he beats up about a dozen desperadoes in maybe 15 seconds in a Mexican restaurant. The tacos there might have left a bad taste in his mouth. So forget Mexican, too.

Then I recalled something Goose Gossage told me when he was with the Yankees and, with his blazing fast ball and curling mustache, was the most feared pitcher in baseball.

"Goose," I said, "you intimidate everyone in baseball. Who intimidates you?"

"New York waiters," he said.

That's it! What better test of the mettle of Chuck Norris than to take him to the most formidable

AT DINNER WITH: Chuck Norris; When That 97-Pound Weakling Grows Up - New York Times

restaurant in New York?

Tieless in a brown checked sport jacket, black knit sweater-shirt and black slacks, Mr. Norris, with his trademark neatly trimmed blond mustache and beard and quiet smile, entered the restaurant, a former town house on East 50th Street, and was led into the "defense de fumer" section.

Mr. Norris moves with an easy gait, as befits a man whose diligent daily workout routines keep him, he says, in the kind of condition that helped him win seven straight world middleweight karate championships, the last in 1974.

"Oh, hello, Mr. Norris," said one waiter in black tie, standing aside and letting Mr. Norris follow the maitre d'hotel to a table in a far corner of the garden dining room. "Hello," said another waiter, and a captain or two. "Hello, Mr. Norris," came a chorus from cooks leaning out of the open windows of the kitchen.

"Hi, guys," Mr. Norris said, smiling and shaking a hand. "Good to see you."

There wasn't a single "Bon soir," which most guests get. Suspicious.

We sat down in front of the white latticework, like a high fence against the pink walls. Three fresh sweetheart roses in a thin vase greeted us.

The guy's a phony, I concluded. Everyone knows him. He was born in the prairie town of Ryan, Okla., moved when he was 9 years old to Torrance, Calif., now owns a home in Tarzana, Calif., and a ranch outside Houston, but the guy's got to be a regular here.

"You come to this restaurant often?" I asked.

"Nah," Mr. Norris said. "Never been here before."

"Never?"

"They know me from my movies -- they've been on television a lot lately," he said. "I think I was on 20 times last week alone. TNT recently had a Chuck Week." He laughed. "I get the same thing all over. It's like I'm part of the family."

Shortly, the chef and owner of the restaurant, Andre Soltner, in whites and a chef's toque that seemed to reach the ceiling, appeared at the table. He had a small pencil and a small pad of paper in hand.

"Good evening, Mr. Norris," he said. "The waiters, they are all scared. They don't want you should beat them up. So I come myself to take the order."

"Aw, I'm not here to hurt anyone," Mr. Norris said gently, smiling. "I'm here to eat."

I glanced around and saw a handful of waiters watching in awe, at a respectful distance. Mr. Soltner was smiling.

"For appetizer," he said, "our specials today we have the gambas -- the fresh shrimp -- with scallops in light Nantua sauce, and we have halibut on puree of eggplant and, um, the salmon stuffed with mousseline of pike in pastry with sauce Choron."

"I don't eat appetizers," Mr. Norris said, politely.

Mr. Soltner cleared his throat. He looked slightly mournful.

I said quietly to Mr. Norris, "Maybe you ought to at least try one of them."

"Uh, O.K.," he said, agreeably. "Halibut."

"And for the main dish," Mr. Soltner said, "we have beef, veal, seafood, chicken, sweetbreads -- "

Mr. Norris stopped him at sweetbreads. "I'll have the chicken," he said.

"We have a nice baby chicken, roasted crisp in natural juice and herbs, and with vegetables."

"That'll be fine."

"And to drink? We have an extensive wine list."

"Iced tea," Mr. Norris said.

"Iced tea," Mr. Soltner said. "Yes, certainly, iced tea."

He wrote this down dutifully.

"Thank you," Mr. Soltner said.

"My pleasure," Mr. Norris said.

Mr. Norris said that he rarely eats in French restaurants. "Don't go in much for sauces," he said. And he doesn't eat hearty dinners. "I eat my big meal at lunch, and that's usually pasta and vegetables," he added.

AT DINNER WITH: Chuck Norris; When That 97-Pound Weakling Grows Up - New York Times

The 5-foot-10, 53-year-old Mr. Norris watches his weight carefully and remains in fighting trim at about 160 pounds. His workout routine -- he spends nearly six hours a day, six days a week -- goes from tromping up the Stairmaster to tangling with jujitsu.

"I identify with the kid in 'Sidekicks,' " he was saying, as he took one bite of the complimentary onion tart and casually inched it away. "I grew up a dreamer, like he did. John Wayne was my hero." In the movie, the boy idolizes Chuck Norris, who plays himself.

"But I was shy, unathletic and only a C student," Mr. Norris continued. "I did make the football team, but I was second string. The coach wanted those aggressive types. I just wasn't one of them."

Mr. Norris also grew up poor, with an alcoholic father, a Cherokee Indian, who was gone from home much of the time, and he and his brother Aaron, who directed "Sidekicks," and a third brother, Wieland, were raised for the most part by their Irish mother.

"There were taunts by kids about being a half-breed," Mr. Norris said. "I had very low self-esteem. And I used to daydream about being strong and being able to handle myself. To beat up the bullies."

He went into the Army right out of high school and was stationed in Korea. That was when he took up karate.

"Four months later, my coach told me I was ready to break cinder blocks with my hand," he said. "You have to strike at the middle of the blocks and hit them with the knuckles of your first two fingers -- because they can take a lot of pressure -- and follow through. And you have to have your mind focused solely on the task at hand. It's an exercise in discipline and teaching you to focus in life.

"So I got all ready, staring, concentrating hard, and then brought down my fist. But just at the point of impact, I got scared, and turned my hand just a little. Wound up in a cast for six weeks."

He later broke the hand again, and his nose, too, in karate fights. But he persevered, another lesson not lost in his movies.

The baby chicken in natural juice and herbs arrived. Mr. Norris checked it out, without comment. The waiter checked out Mr. Norris in a similar wary fashion. And departed.

Mr. Norris said he never had any intention of becoming an actor. His plan was to be a karate instructor. Upon leaving the Army, he opened a karate school in Los Angeles, then added five more. He sold them to a conglomerate, which mismanaged them, and when he was brought back to run them, he went broke.

Mr. Norris, married (he's now divorced) and the father of two boys, had to start over again. He opened another karate school, and one of his students happened to be the son of Steve McQueen.

AT DINNER WITH: Chuck Norris; When That 97-Pound Weakling Grows Up - New York Times

"Steve thought I might have a shot at the movies," Mr. Norris said. "He said, 'You've got this intensity in your eyes when you fight that audiences might find appealing -- could be profitable for you.' "

It has been, making Mr. Norris one of filmdom's top box-office draws, putting him up there with such knock-'em-down heroes as Clint Eastwood, Charles Bronson and McQueen.

"But none of it came easy," Mr. Norris said, picking at the chicken. "I remember going for a casting call. There were about 50 of us for one small part, and some jerk in charge is screaming at us, 'Get in line, you slobs!' I got so mad, I grabbed him by the collar. Needless to say, I didn't get the part. I thought: 'This just isn't going to work. I have to find another way.' "

He and a friend then wrote the script for "Good Guys Wear Black" and took it to about 30 producers, all of whom turned it down. He finally found one who loved the script and filmed it in 1977. Despite some terrible reviews, Mr. Norris was on his way to stardom.

McQueen had one piece of advice: "Next time, not so much dialogue." And Mr. Norris has hewed to that line of the strong, silent type, letting his punches and boots, often in lyrical, balletic sequences, do the talking.

"All I wanted to do in movies was be a positive image," he said. "I wanted to be likable, as I do in real life. I don't like violence for violence's sake. I hated the movie 'Blue Velvet,' for example. I liked 'Aladdin,' because it has a positive message. In my movies, I never attack anyone. I don't cause trouble, but I end it.

"I never wanted to be Dustin Hoffman or Al Pacino. I mean, I never dreamed of being an Ac-tor." He said the word slowly. "I do what I do."

Among other things, he has written several books on karate and an autobiography, "The Secret of Inner Strength: My Story," with Joe Hyams (Little, Brown, 1988).

"Are you finished, Mr. Norris?" asked a waiter, with circumspection. About half the chicken in its bright yellow sauce remained uneaten.

"Yeah, thanks," Mr. Norris said.

Desserts were suggested. Mr. Norris declined. For the sake of reportorial thoroughness, I went for the tarte au chocolat with the caramel ice cream.

"Do you mind?" I asked.

"No, go ahead," Mr. Norris said, reaching for his iced tea.

AT DINNER WITH: Chuck Norris; When That 97-Pound Weakling Grows Up - New York Times

On another subject he recalled a time when he himself was in awe, when he met George Bush when he was running for President in 1988. "But he made me feel comfortable right off the bat," Mr. Norris said. "This was at a time when people were calling him a wimpy candidate, and I was asked to emcee a rally in Riverside, Calif., for him. And I was asked to travel with him, and I did for a little while. It was funny. His image had changed. You'd read in the papers, 'Two macho men have just arrived in town. . . .' " He laughed.

"This 'macho man' stuff is strange. You know, some people get things into their heads and make you bigger than you are. I'm not Superman. If a guy comes up behind me and puts a gun to my back and tells me to give him my wallet, what I'd do is reach back, pull out my wallet and give it to him. Absolutely. You'd be foolish to gamble your life for money."

At the next table, a woman leaned over and said, "Excuse me, Mr. Norris, but I just have to tell you that you have saved our marriage, numerous times."

"Oh?" Mr. Norris said.

"My husband" -- here the woman half-turned to the man shyly smiling at her right -- "always goes down to our den when we've had a fight and puts on your films. I think his favorite is 'Delta Force.' He gets his aggressions out that way."

"Glad to be of service," Mr. Norris said.

As Mr. Norris departed, the waiters and the captains and the cooks in the kitchen said: "Goodbye, Mr. Norris." "So long, Mr. Norris."

Andre Soltner shook his hand with a little bow. There was not one "Au revoir, monsieur."

Incredible! Without delivering a single blow, not by fist and not by hoof, Mr. Norris had brought Lutece to its knees. No contest. The winner and still champ, Chuck Norris.

- Copyright 2007 The New York Times Company
- Home
- Privacy Policy
- Search
- Corrections
- XML
- Help
- Contact Us
- Work for Us

Conway makes Chuck Norris honorary Marine - Marine Corps News, news from Iraq, photos from the war, late breaking reports - Marine Corps Times



JUST $1.07 PER WEEK

Subscribe Today!

Click Here

Classifieds

- Announcements
- Attorneys
- Automobiles
- Business
- Computers
- Education

- Employment
- Financial Services
- Mail Order Market
- Milestones
- Real Estate
- Travel



# Conway makes Chuck Norris honorary Marine

By Kimberly Johnson - Staff writer
Posted : Friday Mar 30, 2007 16:57:01 EDT

So you've got a problem with the new tattoo policy? Don't feel like going on your third deployment? Think your crummy barracks needs renovating?

Don't complain to the commandant. Unless you want a roundhouse kick to the throat from his new friend.

On Wednesday night, Commandant Gen. James Conway made legendary martial-arts ninja and action movie star Chuck Norris an "Honorary Marine" during dinner at the commandant's residence in Washington, D.C.

The honorary award was the first such given by Conway and was the result of a nominative process, said Col. Frank McKenzie, military secretary for Conway. The title of Honorary Marine "is not given lightly," McKenzie said.

In recent years, Norris' popularity has surged with Marines. Leathernecks worldwide have been known to cite satirical Chuck Norris "facts" — unconfirmed and exaggerated declarations about the newest Honorary Marine along the lines of "There is no theory of evolution. Just a list of creatures Chuck Norris has allowed to live."

Norris has said he is aware of the circulation of the "facts," but doesn't take them too seriously.

"The thing that is so engaging about Chuck Norris is that he's so straightforward," McKenzie said. "There's no artifice about him. He represents a lot of values Marines value."

The television star of "Walker, Texas Ranger" has also been very supportive of the Corps.

"He's been very active in support of our wounded warriors," said McKenzie, who was present at the dinner. Norris also recently took a trip to Iraq with Assistant Commandant Gen. Robert Magnus, which was considered one of the best-received visits to date, McKenzie said. "The Marines were ecstatic."

Now that Norris is an Honorary Marine, will the Corps be calling him up as part of "Every Marine Into the Fight?"

"Knowing Chuck Norris, I guarantee he'll be going back to Iraq," McKenzie said.



**Exhibit 3**

**Pages from 4q.cc Website**











4Q.cc Home
Forums

View Facts About:
Vin Diesel
Mr. T
Chuck Norris
Anybody

Top 100 Facts:
Vin Diesel
Mr. T
Chuck Norris
Anybody

View All Facts
Search Facts

Atom Feeds
Facts for MySpace

Login
Register

About 4Q

# About Us

4Q.cc is the home of the Chuck Norris, Vin Diesel, and Mr. T Random Fact Generators. We know there are a lot of sites like ours online today, but we're the one that started it all. Since April of 2005, we've received over 200 million visitors from around the world as well as international press coverage. Read on.

# Site News

## Book's Out!

Posted by **Ian** on **December 2nd, 12:32 PM**

Hi everyone--

First off, for those of you who may have missed it, The Truth About Chuck Norris: 400 Facts About the World's Greatest Human is now available in bookstores nationwide and online. You can **click here** to learn more and pick up a copy. It's only $12 and usually less than $10 at the big stores.

We also put together a pretty cool YouTube video, "The Ballad of Chuck Norris" for your viewing pleasure. Take a look and pass it around. Speaking of YouTube videos, we also put together a video unit that features content relevant to Chuck Norris and comedy. You can take a look at that **here**.

2 comments

## Mr. Huckabee

Posted by **Ian** on **November 20th, 8:43 AM**

Some of you may have already seen this new commercial running in Iowa for political candidate Mike Huckabee. For those of you who haven't seen it, Mike Huckabee throws out some Chuck Norris Facts (from our website) and Chuck Norris mentions some facts about Huckabee. There are well over a hundred news articles available to read that discuss the "best ad of the campaign so far" and its context in Huckabee's political strategy.

Now, I'm not really all that much of a political person, but here's what I think, because apparently people want to know. As a somewhat high-profile supporter of Huckabee, it is a completely logical step for Chuck and Huckabee to get together and bang this ad out. Huckabee is just using another resource available to him as far as I can tell, and there's nothing wrong with that. Obviously, I never had any intentions of these Chuck Norris Facts getting so popular in the first place, so the fact that they've now entered into mainstream politics is rather surprising and enjoyable, but not really in the traditional sense. You know how if you've ever played a prank, and somehow it keeps "going further and further"? Sort of like that.

That being said, I'm glad to see our politicians embracing the internet and everything it has spawned in their efforts to win the White House. I wish Mr. Huckabee the best of luck-- after all, those facts he recited *did* make this site world famous. Honestly, I think the ad feels just a tad more "Superbowl" than "Election '08," but hey, it raises the bar as to what other internet memes candidates will get behind so as to promote themselves. Personally, I'd really like to see Barack Obama featured in Soulja Boy's next single, Rudy Giuliani doing the "Evolution of Dance", or Hilary Clinton covering "Dick in a Box".

That'll get the kids to go out and vote.

3 comments

## **Older News**

# Fast Facts

A little known fact of Mr. T is that he was the inspiration for "I'm Gonna Get You Sucka"

Windows ME never crashes if Vin Diesel is at the keyboard.

Mr. T pities the orphanages destroyed by Vin Diesel.

Chuck Norris drinks straight from the fire hydrant.

Vin Diesel: Born 1505. Died 1610. 105 years old, he hung in there, didnt he? He didnt die of old age, either. He was poisoned, stabbed, shot, hung, steretched, diesemboweled, drawn and quartered.



GET OFFERS NOW ▶

Partners In Crime:

 
 



Want to appear here?

| **Mike Huckabee in 2008** | **Clogged Artery** | **Mike Huckabee Poll** | **Allergy Information** |
|---|---|---|---|
| Faith. Family. Freedom. Conservatives are choosing Huckabee www.mikehuckabee.com | Learn More About a Product Designed to Open the Arteries. CypherUSA.com | Who's your choice in 2008? Take our Presidential Election Poll www.PollingPoint.com | Stay Alert and Focused, Drowsy, with Claritin® www.Claritin.com |

©2005-2007 4Q.cc. Terms and Conditions of Use

Site visitors in last five minutes: 104

Users active in last five minutes: 1

Server Load: 0.12 (2 CPUs) :D

Time: 0.0795660018921



4Q.cc Home
Forums

View Facts About:
Vin Diesel
Mr. T
Chuck Norris
Anybody

Top 100 Facts:
Vin Diesel
Mr. T
Chuck Norris
Anybody

View All Facts
Search Facts

Atom Feeds
Facts for MySpace

Login
Register

About 4Q

| Fact | Votes | Rating |
|---|---|---|
| Leading hand sanitizers claim they can kill 99.9 percent of germs. Chuck Norris can kill 100 percent of whatever the fuck he wants. | 2400 | 8.372 |

| | | |
|---|---|---|
| Some kids piss their name in the snow. Chuck Norris can piss his name into concrete. | 2831 | 8.370 |
| Chuck Norris' calendar goes straight from March 31st to April 2nd; no one fools Chuck Norris. | 4943 | 8.362 |
| Chuck Norris once visited the Virgin Islands. They are now The Islands. | 1918 | 8.352 |
| Chuck Norris counted to infinity - twice. | 1707 | 8.347 |
| Chuck Norris' tears cure cancer. Too bad he has never cried. | 2183 | 8.339 |
| Chuck Norris does not sleep. He waits. | 1289 | 8.333 |
| Chuck Norris can speak braille. | 1678 | 8.312 |
| Once, while having sex in a tractor-trailer, part of Chuck Norris' sperm escaped and got into the engine. We now know this truck as Optimus Prime. | 1995 | 8.310 |
| On a high school math test, Chuck Norris put down "Violence" as every one of the answers. He got an A+ on the test because Chuck Norris solves all his problems with Violence. | 461 | 8.271 |
| If you spell Chuck Norris wrong on Google it doesn't say, "Did you mean Chuck Norris?" It simply replies, "Run while you still have the chance." | 808 | 8.196 |
| Chuck Norris owns the greatest Poker Face of all-time. It helped him win the 1983 World Series of Poker despite him holding just a Joker, a Get out of Jail Free Monopoly card, a 2 of clubs, 7 of spades and a green #4 card from the game Uno. | 1436 | 8.195 |
| Chuck Norris puts the "laughter" in "manslaughter". | 1463 | 8.172 |
| Chuck Norris can do a wheelie on a unicycle. | 663 | 8.154 |
| Chuck Norris once won a game of Connect Four in 3 moves. | 325 | 8.055 |
| Chuck Norris can delete the Recycling Bin. | 660 | 7.992 |
| Once a cobra bit Chuck Norris' leg. After five days of excruciating pain, the cobra died. | 975 | 7.987 |
| Chuck Norris was originally cast as the main character in 24, but was replaced by the producers when he managed to kill every terrorist and save the day in 12 minutes and 37 seconds. | 2625 | 7.983 |
| Chuck Norris died ten years ago, but the Grim Reaper can't get up the courage to tell him. | 1026 | 7.960 |
| When the Boogeyman goes to sleep every night he checks his closet for Chuck Norris. | 932 | 7.958 |
| Chuck Norris does not hunt because the word hunting implies the possibility of failure. Chuck Norris goes killing. | 1014 | 7.919 |
| Chuck Norris can slam revolving doors. | 1073 | 7.875 |
| Superman owns a pair of Chuck Norris pajamas. | 1037 | 7.845 |
| If it looks like chicken, tastes like chicken, and feels like chicken but Chuck Norris says its beef, then it's fucking beef. | 995 | 7.839 |
| Giraffes were created when Chuck Norris uppercutted a horse. | 964 | 7.804 |
| Chuck Norris doesn't read books. He stares them down until he gets the information he wants. | 805 | 7.713 |
| Chuck Norris sleeps with a night light. Not because Chuck Norris is afraid of the dark, but the dark is afraid of Chuck Norris | 785 | 7.678 |
| Chuck Norris secretly sleeps with every woman in the world once a month. They bleed for a week as a result. | 1021 | 7.664 |
| When Chuck Norris gives you the finger, he's telling you how many seconds you have left to live. | 692 | 7.626 |
| Chuck Norris sold his soul to the devil for his rugged good looks and unparalleled martial arts ability. Shortly after the transaction was finalized, Chuck roundhouse kicked the devil in the face and took his soul back. The devil, who appreciates irony, couldn't stay mad and admitted he should have seen it coming. They now play poker every second Wednesday of the month. | 1023 | 7.614 |
| If you play Led Zeppelin's "Stairway to Heaven" backwards, you will hear Chuck Norris banging your sister. | 718 | 7.595 |
| Chuck Norris' dog is trained to pick up his own poop because Chuck Norris will not take shit from anyone. | 812 | 7.590 |
| Chuck Norris doesn't have hair on his testicles, because hair does not grow on steel. | 844 | 7.571 |
| Chuck Norris can kill two stones with one bird. | 831 | 7.557 |

Chuck Norris was once on Celebrity Wheel of Fortune and was the first to spin. The next 29 minutes of

| | | |
|---|---|---|
| the show consisted of everyone standing around awkwardly, waiting for the wheel to stop. | 828 | 7.554 |
| Chuck Norris is always on top during sex because Chuck Norris never fucks up. | 804 | 7.510 |
| The best part of waking up is not Folgers in your cup, but knowing that Chuck Norris didn't kill you in your sleep. | 587 | 7.497 |
| Chuck Norris doesn't pop his collar, his shirts just get erections when they touch his body. | 904 | 7.494 |
| Chuck Norris is the only person on the planet that can kick you in the back of the face. | 831 | 7.475 |
| Bill Gates lives in constant fear that Chuck Norris' PC will crash. | 896 | 7.452 |
| Ghosts are actually caused by Chuck Norris killing people faster than Death can process them. | 789 | 7.446 |
| Death once had a near-Chuck-Norris experience. | 719 | 7.427 |
| Chuck Norris was once charged with three attempted murdered in Boulder County, but the Judge quickly dropped the charges because Chuck Norris does not "attempt" murder. | 415 | 7.388 |
| Chuck Norris never retreats, he just attacks in the opposite direction. | 362 | 7.387 |
| Chuck Norris plays russian roulette with a fully loded revolver... and wins. | 669 | 7.375 |
| Chuck Norris can build a snowman out of rain. | 764 | 7.368 |
| Chuck Norris can strangle you with a cordless phone. | 555 | 7.353 |
| Chuck Norris has to maintain a concealed weapon license in all 50 states in order to legally wear pants. | 733 | 7.347 |
| Chuck Norris is not hung like a horse... horses are hung like Chuck Norris | 727 | 7.323 |
| The reason newborn babies cry is because they know they have just entered a world with Chuck Norris. | 676 | 7.322 |
| Mr. T once defeated Chuck Norris in a game of Tic-Tac-Toe. In retaliation, Chuck Norris invented racism. | 1051 | 7.317 |
| Chuck Norris can play the violin with a piano | 57 | 7.316 |
| Chuck Norris likes to knit sweaters in his free time. And by "knit", I mean "kick", and by "sweaters", I mean "babies". | 983 | 7.305 |
| M.C. Hammer learned the hard way that Chuck Norris can touch this. | 680 | 7.288 |
| Chuck Norris can drown a fish. | 622 | 7.280 |
| Chuck Norris once punched a man in the soul. | 814 | 7.268 |
| Chuck Norris is 1/8th Cherokee. This has nothing to do with ancestry, the man ate a fucking Jeep. | 931 | 7.257 |
| It is considered a great accomplishment to go down Niagara Falls in a wooden barrel. Chuck Norris can go up Niagara Falls in a cardboard box. | 613 | 7.248 |
| When Chuck Norris enters a room, he doesn't turn the lights on, he turns the dark off. | 649 | 7.247 |
| Chuck Norris once had a heart attack; his heart lost. | 664 | 7.229 |
| When Chuck Norris looks in a mirror the mirror shatters, because not even glass is stupid enough to get in between Chuck Norris and Chuck Norris. | 700 | 7.211 |
| Chuck Norris can make a paraplegic run for his life. | 196 | 7.199 |
| Rosa Parks refused to get out of her seat because she was saving it for Chuck Norris. | 803 | 7.192 |
| The Pentagon's proposal to develop a bomb which would turn enemy soldiers gay has been called "ridiculous" and "absurd." However, most critics agree that a bomb to turn friendly soldiers into Chuck Norris would be "really fucking awesome." | 26 | 7.192 |
| Jack was nimble, Jack was quick, but Jack still couldn't dodge Chuck Norris' roundhouse kick. | 772 | 7.179 |
| The only time Chuck Norris was wrong was when he thought he had made a mistake. | 704 | 7.173 |
| Chuck Norris once bowled a 300. Without a ball. He wasn't even in a bowling alley. | 198 | 7.172 |
| Chuck Norris doesn't need a miracle in order to split the ocean. He just walks in and the water gets the fuck out of the way. | 465 | 7.170 |
| A rogue squirrel once challenged Chuck Norris to a nut hunt around the park. Before beginning, Chuck simply dropped his pants, instantly killing the squirrel and 3 small children. Chuck knows you can't find bigger, better nuts than that. | 504 | 7.163 |
| A Handicap parking sign does not signify that this spot is for handicapped people. It is actually in fact a warning, that the spot belongs to Chuck Norris and that you will be handicapped if you park there. | 664 | 7.146 |

| Fact | Votes | Rating |
|---|---|---|
| Chuck Norris doesn't use pickup lines, he simply says, "Now." | 824 | 7.136 |
| Brett Favre can throw a football over 50 yards. Chuck Norris can throw Brett Favre even further. | 433 | 7.134 |
| When Chuck Norris goes cow-tipping, he lifts a cow up and drop kicks it into the neighboring farm. All the other cows simply tip themselves over to keep from having to walk back in the dark. | 55 | 7.127 |
| The chief export of Chuck Norris is pain. | 755 | 7.126 |
| When God said, "Let there be light", Chuck Norris said, "say please." | 833 | 7.120 |
| Chuck Norris can create a rock so heavy that even he can't lift it. And then he lifts it anyways, just to show you who the fuck Chuck Norris is. | 770 | 7.117 |
| The last digit of pi is Chuck Norris. He is the end of all things. | 684 | 7.094 |
| The quickest way to a man's heart is with Chuck Norris's fist. | 649 | 7.066 |
| Chuck Norris can tie his shoes with his feet. | 591 | 7.061 |
| Chuck Norris was originally offered the role as Frodo in Lord of the Rings. He declined because, "Only a pussy would need three movies to destroy a piece of jewelery." | 709 | 7.059 |
| If you can see Chuck Norris, he can see you. If you can't see Chuck Norris you may be only seconds away from death. | 652 | 7.054 |
| Pinatas were made in an attempt to get Chuck Norris to stop kicking the people of Mexico. Sadly this backfired, as all it has resulted in is Chuck Norris now looking for candy after he kicks his victims. | 688 | 7.052 |
| Chuck Norris once had an erection while lying face down and struck oil. | 702 | 7.048 |
| Chuck Norris is currently in a legal battle with the makers of Bubble Tape. Norris claims "6 Feet of Fun" is actually the trademark for his penis. | 698 | 7.037 |
| The phrase, "You are what you eat" cannot be true based on the amount of pussy Chuck Norris eats. | 775 | 7.034 |
| Chuck Norris does not know where you live, but he knows where you will die. | 721 | 7.033 |
| Chuck Norris is the only person that can punch a cyclops between the eye. | 398 | 7.033 |
| Chuck Norris doesn't play "hide-and-seek." He plays "hide-and-pray-I-don't-find-you." | 652 | 7.031 |
| Chuck Norris is currently suing NBC, claiming Law and Order are trademarked names for his left and right legs. | 712 | 7.013 |
| The saddest moment for a child is not when he learns Santa Claus isn't real, it's when he learns Chuck Norris is. | 637 | 7.008 |
| Upon hearing that his good friend, Lance Armstrong, lost his testicles to cancer, Chuck Norris donated one of his to Lance. With just one of Chuck's nuts, Lance was able to win the Tour De France seven times. By the way, Chuck still has two testicles; either he was able to produce a new one simply by flexing, or he had three to begin with. No one knows for sure. | 715 | 7.001 |
| Before Chuck Norris was born, the martial arts weapons with two pieces of wood connected by a chain were called NunBarrys. No one ever did find out what happened to Barry. | 735 | 6.997 |
| Most men are okay with their wives fantasizing about Chuck Norris during sex, because they are doing the same thing. | 695 | 6.991 |
| Chuck Norris used to beat the shit out of his shadow because it was following to close. It now stands a safe 30 feet behind him. | 646 | 6.991 |
| Someone once tried to tell Chuck Norris that roundhouse kicks aren't the best way to kick someone. This has been recorded by historians as the worst mistake anyone has ever made. | 698 | 6.971 |
| Chuck Norris cannot predict the future; the future just better fucking do what Chuck Norris says. | 635 | 6.957 |
| Bullets dodge Chuck Norris. | 742 | 6.954 |
| The only reason Chuck Norris didn't win an Oscar for his performance in "Sidekicks" is because nobody in their right mind would willingly give Chuck Norris a blunt metal object. That's just suicide. | 658 | 6.927 |
| We all know the magic word is please. As in the sentence, "Please don't kill me." Too bad Chuck Norris doesn't believe in magic. | 748 | 6.926 |
| The grass is always greener on the other side, unless Chuck Norris has been there. In that case the grass is most likely soaked in blood and tears. | 632 | 6.911 |

Only facts with 25 or more votes are counted.

**Chuck Norris T-Shirts**
Leading Source for Chuck Norris Tees & Pop Culture Clothing $16.98
www.stylinonline.com

**Chuck backs Huck**
What do you think of Norris' support for Gov Mike Huckabee?
votivation.com

Partners In Crime:





Want to appear here?



www.shadylizard.com                                          Feedback - Ads by Google

©2005-2007 4Q.cc. Terms and Conditions of Use

Site visitors in last five minutes: 69

Users active in last five minutes: 1

Server Load: 0.03 (2 CPUs) :D

Time: 0.10878276825

Exhibit 4

**"Chuck Norris" Books**
from
Amazon.com

Amazon.com: chuck norris - Amazon.com: Books



-- CONTENT GOES HERE (simple)--
-- CONTENT GOES HERE (simple)--
-- CONTENT GOES HERE (simple)--
-- CONTENT GOES HERE (simple)--
-- CONTENT GOES HERE (simple)--
-- CONTENT GOES HERE (simple)--

amazon.com

Last full day to order by
ng for two-day shipping

Your Account | Help

**Hello. Sign in to get personalized recommendations.**
New customer? Start here.

Shop All Departments ▾    Your Amazon.com ▾    Today's Deals ▾    Gifts & Wish List ▾    Gift Cards ▾

Books ▾  | Search | Books ▾ | chuck norris | GO

Advanced Search | Browse Subjects | Hot New Releases | Bestsellers | the new york times® best sellers | Libros en español | Bargain Books | Textbooks

Cart | Your Lists ▾

Want it by Dec. 24?

Looking for the ultimate gift for your favorite muggle? Experience the
wonder of the final chapter in J.K. Rowling's magical series with the deluxe
edition of *Harry Potter and the Deathly Hallows*. This one-of-a-kind edition
includes a foil-stamped, custom-designed slipcase and exclusive artwork
from Mary GrandPré. Hurry--supplies are limited!

The Textbook Store

Hit the books in Amazon.com's Textbook Store and save up to
30% on over 250,000 new textbooks shipped from and sold by
Amazon.com. For even bigger savings, save up to 90% off the list
price of millions of used listings. All used textbook purchases are
backed by our A-to-z Guarantee.

"chuck norris" › Books

Showing 1 - 12 of 1,254 Results    Page 1 2 3 ... Next

Sort by: Relevance ▾



1.    **The Truth About Chuck Norris: 400 Facts About the World's Greatest Human** by Ian
Spector and Angelo Vildasol (Paperback - Nov 29, 2007)
Buy new: $12.99 $9.60   9 Used & new from $7.91
Get it by **Thursday, Dec 20** if you order in the next: **4 hours** and choose one-day shipping.
Eligible for **FREE** Super Saver Shipping.
★★★★☆ (9)



**Category**
‹ Any Category
 **Books**
  Calendars (5)
  Comics & Graphic Novels (22)
  Entertainment (399)
  Business & Investing (94)
  Cooking, Food & Wine (10)
  Gay & Lesbian (9)
  Health, Mind & Body (243)
  Computers & Internet (16)
  Children's Books (25)
  History (210)
  Home & Garden (28)
  Law (29)

Amazon.com: chuck norris - Amazon.com: Books

Medicine (22)
Mystery & Thrillers (64)
Nonfiction (438)
Literature & Fiction (233)
Outdoors & Nature (16)
Parenting & Families (32)
Arts & Photography (103)
Professional & Technical (104)
Religion & Spirituality (91)
Biographies & Memoirs (161)
Reference (238)
Romance (30)
Science (53)
Science Fiction & Fantasy (23)
Sports (180)
Teens (13)
Travel (60)

**Shipping Option**
   **Any Shipping Option**
Can be shipped within one
business day from Amazon.
com (698)

**Condition**
   **Any Condition**
Used
New
Collectible

**Listmania!**



Martial Arts Movies: An
Essential Reading List: A list
by K. Huneycutt

Books for all Seasons: A list
by emine selbes "eminselbes"

2.  **A Threat to Justice: A Novel (Justice Riders)** by Chuck Norris, Ken Abraham, Aaron Norris, and Tim
    Grayem (**Paperback** - Jun 1, 2007)
    Buy new: $15.99 **$10.87**   36 Used & new from $9.49
    Eligible for **FREE** Super Saver Shipping.
    In Stock
    ★★★☆☆ (1)
    Other Editions: Audio CD

3.  **Against All Odds: My Story** by Chuck Norris and Ken Abraham (**Hardcover** - Sep 30, 2004)
    Buy new: $24.99 **$16.49**   45 Used & new from $4.86
    Not in stock; order now and we'll deliver when available
    Eligible for **FREE** Super Saver Shipping.
    ★★★★☆ (34)
    **Excerpt** - page 31: "... "Good, then we'll call you **Chuck. Chuck Norris.**" The nickname has been with me ever since, although my ..."
    **Surprise me!** See a random page in this book.

4.  **Against All Odds: My Story** by Chuck Norris and Ken Abraham (**Paperback** - Sep 2006)
    Buy new: $14.99 **$10.19**   42 Used & new from $7.49
    Eligible for **FREE** Super Saver Shipping.
    ★★★★☆ (2)
    **Excerpt** - page 31: "... "Good, then we'll call you **Chuck. Chuck Norris.**" The nickname has been with me ever since, although my ..."
    **Surprise me!** See a random page in this book.

5.  **The Secret Power Within** by Chuck Norris (**Paperback** - Jan 6, 1997)
    Buy new: $13.95 **$11.16**   53 Used & new from $3.69
    Get it by **Thursday, Dec 20** if you order in the next **4 hours** and choose one-day shipping.
    Eligible for **FREE** Super Saver Shipping.
    ★★★★☆ (33)
    Other Editions: Hardcover
    **Excerpt** - page 50: "... out to make a name for himself by taking on **Chuck Norris** in a fight. ..."
    **Surprise me!** See a random page in this book.

6.  **Winning Tournament Karate** by Chuck Norris (**Paperback** - May 1, 1975)
    Buy new: **$14.00**   34 Used & new from $7.20
    Get it by **Thursday, Dec 20** if you order in the next **2 hours** and choose one-day shipping.
    Eligible for **FREE** Super Saver Shipping.
    ★★★★☆ (8)

    No image available

7.  **Toughen Up! the Chuck Norris Fitness System** by Chuck Norris (**Paperback** - May 1983)
    4 Used & new from $8.77
    ★★★★★ (2)



Amazon.com: chuck norris - Amazon.com: Books

▶ Create a Listmania! list

Search Listmania!

[GO!]

A D V E R T I S E M E N T

8.
**The Justice Riders** by Chuck Norris, Ken Abraham, Aaron Norris, and Tim Grayem (**Hardcover** - Jan 2006)
Buy new: $19.99 **$13.59**   62 Used & new from $0.99
Get it by **Thursday, Dec 20** if you order in the next **3 hours** and choose one-day shipping.
Eligible for **FREE** Super Saver Shipping.
★★★★☆ (11)
Other Editions: Paperback, Audio CD, Hardcover
**Excerpt** - Back Matter: "... Includes 16 page photo insert Go behind the scenes with **Chuck Norris**, the star of the television series Walker, ..."
Surprise me! See a random page in this book.

9.
**The Secret of Inner Strength: My Story** by Chuck Norris and Joe Hyams (**Hardcover** - Dec 1987)
54 Used & new from $1.93
★★★★★ (10)
Other Editions: Paperback

10.
**Chuck Norris: A Real-Life Reader Biography** by Melanie Cole (**Library Binding** - Nov 1998)
3 Used & new from $18.15
★★★★☆ (2)

11.
**Delta Force** by Chuck Norris (**Paperback** - Jan 1986)
25 Used & new from $0.01
★★★★☆ (79)
Other Editions: VHS Tape, DVD

12.
**Winning Tournament Karate** by Chuck Norris (**Paperback** - 1975)
2 Used & new from $5.95

Showing 1 - 12 of 1,725 Results          Previous Page | 1 2 3 ... Next

Sponsored Links ( What's this? )

• **Chuck**
www.myLot.info          Real people give real feedback on **Chuck** and more

**Search Feedback**
Did you find what you were looking for?   [Yes] [No]
If you need help or have a question for Customer Service, please visit the Help Section.

askville       Can't find what you're looking for? Ask Askville! There's a growing community of people just waiting to answer your question. **Give it a try!**

Sort by [Relevance ▾]

A D V E R T I S E M E N T

Search powered by A9

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate/card.
- Visit our Help department.

Search | Amazon.com | | | Go

## Your Recent History (What's this?)

**Recently Viewed Products**



The Truth About Chuck Norris: 400 Facts About th... by Ian Spector

**Recent Searches**

chuck norris (All Products), truth about chuck (All Products), truthaboutchuck (All Products)

> **View & edit Your Browsing History**

**Continue shopping:** Customers who bought items in your Recent History also bought



Chuck Norris Badass Poster ~ Things You Should Know About... MostlyPosters.com

Chuck Norris - Adult Slim-Fit T-Shirt T-Shirts com



The Chuck Norris Collection DVD ~ Chuck Norris

Against All Odds: My Story by Chuck Norris

---

**amazon.com®**  Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Careers at Amazon | Join Associates | Join Advantage | Join Honor System | Advertise With Us

Conditions of Use | Privacy Notice © 1996-2007, Amazon.com, Inc. or its affiliates

**Exhibit 5**

**Sample Reviews of Chuck Norris's Books**
**from**
**Amazon.com**

Amazon.com: The Secret of Inner Strength: My Story: Books: Chuck Norris,Joe Hyams

-- CONTENT GOES HERE (simple) --
-- CONTENT GOES HERE (simple) --
-- CONTENT GOES HERE (simple) --
-- CONTENT GOES HERE (simple) --
-- CONTENT GOES HERE (simple) --

amazon.com

**Shop All Departments** ☑ | **Search**

Books | Advanced Search | Browse Subjects | Hot New Releases | Bestsellers | Libros en español | the new york times® best sellers | Bargain Books | Textbooks

Hello. Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com | Today's Deals ☑ | Gifts & Wish Lists ☑ | Gift Cards ☑

search-alias=stripl

Your Account | Help

Cart | Your Lists ☑

Last full day to order ☑ using Two-Day Shipping

Want it by Dec. 24?

**The Secret of Inner Strength: My Story (Paperback)**
by Chuck Norris (Author), Joe Hyams (Author)
★★★★☆ ☑ (10 customer reviews)

No image available
Share your own customer image

Are You an Author or Publisher?
Find out how to publish your own Kindle Books

I own the rights to this title and would like to make it available again through Amazon.

**Availability:** Available from these sellers.

22 used & new available from $0.42

Find bestsellers, editors' favorites, and great gift ideas in our Holiday Books Store.

**Also Available In:** **List Price:** **Our Price:** **Other Offers:**
Hardcover (1st ed)   54 used & new from $1.93

22 used & new from $0.42

Have one to sell? [Sell yours here]

See all buying options

[Add to Wish List] ▼
[Add to Wish List] ▼
[Add to Shopping List]
[Add to Wedding Registry]
[Add to Baby Registry]

[Tell a friend]

**Customers Who Bought This Item Also Bought**

Amazon.com: The Secret of Inner Strength: My Story: Books: Chuck Norris,Joe Hyams




The Secret Power Within by Chuck Norris
★★★★☆ (33) $11.16

Against All Odds: My Story by Chuck Norris
★★★★☆ (34) $16.49


Winning Tournament Karate by Chuck Norris
★★★★☆ (3) $14.00


The West Point Way of Leadership by Larry Donnithorne
★★★★☆ (13) $17.16

Dynamic Stretching and Kicking by Bill Wallace
★★★★☆ (13) $13.46

BUY IT NOW?  Christianity  Full Screen  Individual Sports  Inspirational  Management  Management & Leadership  Philosophy  Police & Detective Films  Self-Help  Walker, Texas Ranger  Widescreen

## Editorial Reviews

**From Publishers Weekly**
Karate champion and movie star Norris discusses his secrets of inner strength with the aid of show-biz biographer Hyams (Humphrey Bogart, Judy Garland et al.). Norris's formula consists primarily of positive thinking and visualizing in advance what will take place next, with added bits of advice on more specific subjects like dealing with failure and advancing beyond conceived limitations. The tone is didactic, and readers will find that the recounting of many of his films have the flavor of copy-book maxims. Further, the recapping of the plots of many of the star's films becomes tedious. Teenagers, however, may be taken with Norris's stated goal of offering a positive role model. Photos not seen by PW.
Copyright 1987 Reed Business Information, Inc. --*This text refers to an out of print or unavailable edition of this title.*

**From Library Journal**
Karate champion and film and movie star Norris has written his autobiography and includes in it his advice for thinking positively. From humble origins and in spite of considerable family problems, Norris rose to be a karate champion. Although admittedly not naturally athletic, his preparation and mental attitude carried him to the top of karate, somewhat before its popularity boomed. When he turned to acting, he applied himself diligently, and many of his films have been box-office hits. At the end of each chapter he has one or more sentences on his personal philosophy. Appended are his ethics code, his karate tournament achievements, and a filmography. Recommended. David L. Hills, Brooklyn P.L., New York
Copyright 1987 Reed Business Information, Inc. --*This text refers to an out of print or unavailable edition of this title.*

## Product Details

- **Paperback:** 1 pages
- **Publisher:** Jove Books (February 1989)
- **Language:** English
- **ISBN-10:** 1557731756
- **ISBN-13:** 978-1557731753
- **Product Dimensions:** 6.8 x 3.8 x 0.8 inches
- **Shipping Weight:** 4.8 ounces
- **Average Customer Review:** ★★★★☆ (10 customer reviews)
- **Amazon.com Sales Rank:** #572,113 in Books (See Bestsellers in Books)

(Publishers and authors: Improve Your Sales)

- **Also Available in:** Hardcover (1st ed) | All Editions

Would you like to update product info or give feedback on images? (We'll ask you to sign in so we can get back to you)

## Citations (learn more)

9 books cite this book:

- Spectacular Bodies: Gender, Genre and the Action Cinema (Film, Media, and Cultural Studies) by Yvonne Tasker on page 135, and Back Matter
- Spectacular Bodies: Gender, Genre and the Action Cinema by Yvonne Tasker on page 123, and Back Matter
- Karate's History and Traditions by Bruce A. Haines in Back Matter (1), and Back Matter (2)
- Marsha's Song by Ines Arnsberger Hatch on page 287, and Back Matter





- Violence and American Cinema (AFI Film Readers) by J. Slocum on page 207

▶ See all 9 books citing this book

Advertise on Amazon

## Customers viewing this page may be interested in these Sponsored Links (What's this?)

"Book Reveals The Secret"
TheSecret.BelieveAndManifest.com/   What is the key to the **Secret?** The Answer Inside May Shock You!

Con Artist of Catalina
http://www.amazon.com   a McAfee Twins Christmas novel – hilarious fun! –Armchair Interviews

Money Reiki Experiment
www.NewAgeReviews.com   Combine the Healing Power of Reiki, The **Secret** & The Law of Attraction

See a problem with these advertisements? Let us know

## What Do Customers Ultimately Buy After Viewing Items Like This?



**38% buy**
The Secret Power Within ★★★★☆ (33)
$11.16

**32% buy**
Against All Odds: My Story ★★★★★ (34)
$16.49

**17% buy**
The Truth About Chuck Norris: 400 Facts About the World's Greatest Human ★★★★☆ (9)
$9.60

**13% buy**
Against All Odds: My Story ★★★★☆ (2)
$10.19

[ Compare these items ]   Explore similar items

## Tags customers associate with similar products (What's this?)

Click on a tag to find related items, discussions, and people.

chuck norris (17)       collection (3)        christianity (2)
action movie (5)        kung fu (3)           movies (2)
martial arts (4)        self-defense (3)      tv series (2)
part-time ninja (4)     autobiographies (2)

**Your tags:**
Add your
first tag

**Help others find this product – tag it for Amazon search**
No one has tagged this product for Amazon search yet. Why not be the first to suggest a search for which it should appear?

Search Products Tagged with

[                    ] go

› See most
   popular Tags

## Are You an Author or Publisher?

Find out how to publish your own Kindle Books

Rate this item to improve your recommendations

Amazon.com: The Secret of Inner Strength: My Story: Books: Chuck Norris,Joe Hyams

Sign in to rate this item
☆☆☆☆☆ ☐ I own it

## Customer Reviews

**10 Reviews**

| | |
|---|---|
| 5 star: | (8) |
| 4 star: | (2) |
| 3 star: | (0) |
| 2 star: | (0) |
| 1 star: | (0) |



REAL NAME™

**Average Customer Review**
★★★★★ (10 customer reviews)

[ Create your own review ]

### Most Helpful Customer Reviews

7 of 7 people found the following review helpful:

★★★★☆ **A "Not-So-Common" Common Man's Journey!**, August 30, 2003

By **C.J. Hardman** (San Diego, CA USA)

REAL NAME™

**This review is from: The Secret of Inner Strength: My Story (Hardcover)**

Martial arts and film buffs will enjoy this book, which is a straightforward autobiography (written with the assistance of Joe Hyams). Be forwarned that this book was published in 1988 (at least my hardcover version), so the filmography doesn't cover his more recent works.

Norris describes his experiences from childhood, to the time spent in the armed forces, where he originally took up the material art of Tang Soo Do under Jae-chul Shin (who today runs the World Tang Soo Do Association).

This volume describes Norris's tournament days, including quite a bit about his competition experiences. There is also information about his family life, his entry into film making during his time as a karate (Tang Soo Do) instructor, and his experiences as a self-made actor in Hollywood. Throughout, he is honest as he describes his triumphs and mistakes.

Chuck Norris is the quintessential all-American guy who worked his tail off, took a big gamble, and came out on top. This book describes his journey from average Joe, to martial arts instructor, to professional film star. This book includes two sections of photographs which show Norris from childhood, with family, in the services, in karate competition, and during the filming of his movies.

[ Comment | Permalink | Was this review helpful to you? ( Yes ) ( No ) (Report this)

6 of 6 people found the following review helpful:

★★★★★ **I came away with More Respect for the man...**, August 4, 2004

By **B. Lynch** "the_onewhoknows" (USA)

REAL NAME™

**This review is from: The Secret of Inner Strength: My Story (Hardcover)**

I like action movies, and TV. Chuck Norris is reliable and delivers in his films. But this book reveals a depth of character that seems to be depressingly rare in the entertainment business.

In the end, Mr. Norris is an optimist.

He thinks that things will eventually work out OK.
He thinks that people can overcome adversity.
H thinks that people can succeed if they really apply themselves.

But he notes that success is rarely easy. Persistence and attitude are everything, and that strong character is essential. What are the elements of a strong character? According to Chuck Norris, they include the same qualities that The Boy Scouts and other institutions which claim to build character stress: Honesty, bravery, humility, humor, loyalty, commitment to truth, learning, duty, assisting others, etc.

If this book has a central flaw, it is the long (and often tedious) sections detailing some of Mr. Norris' films. But woven in wiht the narratives are some excellent insights into the value of strong character.

---

New! Amazon has customer video reviews

Flip Video Camcorders
★★★★☆ ☑ (211)
The easiest way to shoot video reviews.

### Most Recent Customer Reviews

★★★★★ **A Shy Man With Inner Strength of Iron**

I have seen Chuck Norris interviewed on several TV shows and he comes across as a very soft spoken shy man, yet you can tell he has a very powerful inner strength. Read more

Published on June 26, 2005 by Kondor

★★★★★ **Inner look at a remarkable human being**

This book is a must for all people of all ages. Whether your a Chuck Norris fan or not. As one review put it, he lays his emotions and home life on the table. Read more

Published on August 21, 2001 by Tony DeKose

★★★★★ **Inspirational ~ Motivational ~ real "how to" book for life**

This is a truly inspirational book. It will motivate you to achieve your own goals. Chuck Norris makes you believe that anything is achievable. Read more

Published on April 28, 2000 by annelixwork

★★★★★ **A great success story of Martial Artist,Actor Chuck Norris.**

An easy read, reader feels empowered to achieve. Chuck Norris is one of the few Martial Artist, Actor and businessman that is a honest and sincere person. Read more

Published on August 14, 1999

★★★★★ **Outstanding reading material!**

For all those people who enjoy Chuck Norris as a martial artist and performer, this book will draw you to the next level. Read more

Published on April 15, 1999

http://www.amazon.com/Secret-Inner-Strength-My-Story/dp/1557317356/ref=sr_1_8?ie=UTF8&s=books&qid=1198091950&sr=1-8 (4 of 8)12/0/2007 2:19:43 PM

In the value free world of entertainment and media, Chuck Norris is not afraid or ashamed to state that "right" and "wrong" are valid and applicable concepts. He gives several concrete examples to express his life philosophy and the validity thereof. Being didactic and judgemental are often frowned upon in media, entertainment, and publishing. But Norris makes a case 9with anecdotes and examples) that sound judgements premised or rooted upon well-formed values, are a positive thing.

In the end, a portrait emerges of a man shaped by his values, not his past. And Chuck Norris had a very hard start in life. But he decided that he would not fall into despair; instead, he would rise above expectations, and succeed.

I can recommend this book for many reasons. The two main reasons I do so are that it dispels the cyncial belief that honesty and good values are no longer worth anything. And in the end, Chuck Norris' life story serves as an inspirational motivator; to go out and make something of oneself.

This is a very positive book, and one I highly recommend.

☐ Comment | Permalink | Was this review helpful to you? (Yes) (No) (Report this)

7 of 7 people found the following review helpful:

★★★★★ **The Secret of Inner Strength**, November 28, 2002
By **Chris Robinson** (BRIDGEPORT, CT United States)

This review is from: **The Secret of Inner Strength: My Story (Hardcover)**

I thought I knew Chuck Norris before buying this book. But what I found was nothing that I ever expected. Chuck had a hard life and had health problems that he had to over come, talk about bad luck, nothing came easy for him, not even being born! If you are into self improvement or want a really inspiring story, buy this book and read it over and over again, the knowledge contained is great. It has a whole system of self development contained within, I have so much to say on this book, but read it for yourself, it's worth every penny!

☐ Comment | Permalink | Was this review helpful to you? (Yes) (No) (Report this)

Share your thoughts with other customers: (Create your own review)

› See all 10 customer reviews...

## Customer Discussions Beta (What's this?)
New! See recommended Discussions for You

**This product's forum** (0 discussions)

No discussions yet.

Ask questions, Share opinions, Gain insight

**Start a new discussion**

Topic:

First post:

☐ Receive e-mail when new posts are made

(Start a new discussion) (Cancel)    Guidelines

Prompts for sign-in

**Active discussions in related forums**

| Discussion | Replies | Latest Post |
|---|---|---|
| **sports** | | |
| The Greatest College football program of all time. | 39 | 3 hours ago |
| **sports** | | |
| ☐ Deadly Sports Mysteries | | 12 days ago |

---

★★★★★ **Think Chuck Norris is totally hard as nails? THINK AGAIN!**
The title of this book would lead one to believe Chuck Norris is totally full of himself (and, at certain times in his life, he may have been, especially when he ruled the... **Read more**
Published on September 3, 1998 by Denise Kennedy

★★★★★ **The inspiring story of chuck norris**
I got out this book from my local library and didnt expect much. But when I picked up the book I was blown away. Mr. **Read more**
Published on August 23, 1998 by Steven Udall(Fab-5-freddy@juno.com)

› **See all 10 customer reviews...**

**Search Customer Reviews**

[_____] (Go)

☑ Only search this product's reviews

A D V E R T I S E M E N T

**Related forums**

- **sports** (14 discussions)

Amazon.com: The Secret Power Within: Books: Chuck Norris



# amazon.com

-- CONTENT GOES HERE (simple) --

-- CONTENT GOES HERE (simple) --

-- CONTENT GOES HERE (simple) --

-- CONTENT GOES HERE (simple) --

-- CONTENT GOES HERE (simple) --

**Shop All Departments** | Books

Hello. Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com | search-alias=stripl | **Search** | Advanced Search | Browse Subjects | Hot New Releases | Bestsellers | the new york times® best sellers | Libros en español | Bargain Books | Textbooks

Today's Deals | Gifts & Wish Lists | Gift Cards

Your Account | Help | Cart | Your Lists

Last full day to order by using Two-Day Shipping

Want it by Dec. 24?

Amazon Prime gives you unlimited Free Shipping — learn more

Upgrade to FREE Two-Day Shipping



SEARCH INSIDE!™

See 1 customer image

Share your own customer images

Search inside this book

**Are You an Author or Publisher?**
Find out how to publish your own Kindle Books

## The Secret Power Within (Paperback)
by Chuck Norris (Author) "I've never been psychoanalyzed, but I imagine that if I were, the analyst would probably begin with my early childhood memories and be as puzzled..." (more)

Key Phrases: inner mountain, karate tournaments, shadow warriors, Bruce Lee, Los Angeles, Chuck Norris (more...)

★★★★☆ (33 customer reviews)

List Price: ~~$13.95~~
**Price: $11.16** & eligible for **FREE Super Saver Shipping** on orders over $25. Details
**You Save:** $2.79 (20%)

**Availability:** In Stock.
To ensure delivery by December 24, choose Two-Day Shipping. For delivery after December 24, this item is eligible for FREE Super Saver Shipping on orders over $25. Read more about holiday shipping. Ships from and sold by Amazon.com. Gift-wrap available.

Quantity: 1



Add to Shopping Cart

or
Sign in to turn on 1-Click ordering.

**More Buying Choices**

53 used & new from $3.69

Have one to sell? | Sell yours here

Add to Wish List
Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

Amazon.com: The Secret Power Within: Books: Chuck Norris

**Want it delivered Thursday, December 20?** Order it in the next 4 hours and 12 minutes, and choose **One-Day Shipping** at checkout. See details

**53 used & new**
available from $3.69

Find bestsellers, editors' favorites, and great gift ideas in our Holiday Books Store.

**Also Available in:** List Price: Our Price: Other Offers:

Hardcover (1st ed)    $2 used & new from
$1.10

## Better Together

Buy this book with Against All Odds: My Story by Chuck Norris today!



+

**Buy Together Today: $27.65**

[Buy both now!]

Winning Tournament Karate by Chuck Norris
★★★★☆ (8) $14.00

Against All Odds: My Story by Chuck Norris
★★★★☆ (2) $10.19

## Customers Who Bought This Item Also Bought



The Justice Riders by Chuck Norris
★★★★☆ (11) $10.87



A Man of God: Essential Priorities for Eve..., by Jack Graham
★★★★★ (5)



A Threat to Justice: A Novel (Justice Riders) by Chuck Norris
★★★☆☆ (11) $10.87

**Any Category**  Action & Adventure    Boxed Set   Coppoletta, Joe   Drago, Billy   Drama   Heroes   Loners   Martial Arts   Norris, Aaron   Police & Detective Films   Revenge   Walker, Walker, Texas Ranger   Widescreen

## Editorial Reviews

**From Library Journal**
Zen advice from a martial arts expert?and star of TV's Walker, Texas Ranger.
Copyright 1995 Reed Business Information, Inc. --*This text refers to an out of print or unavailable edition of this title.*

**From Booklist**
Chuck Norris, martial-arts movie hero and the star of television's *Walker, Texas Ranger*, offers his thoughts on martial-arts training and the Zen philosophy behind the kicks and punches. In his own life, Norris has found that applying Zen helped him succeed in both business and acting. The discipline and structure of martial-arts training, he argues, can provide one with focus, self-confidence, and determination. Norris peppers his discourse with illustrative anecdotes, such as the story of the wounded marine who--despite the loss of both legs--studied martial arts under a visionary master and learned to use his wheelchair as a weapon. Norris also champions Zen as a path to self-awareness whereby followers learn how to reward, motivate, and respect themselves. One could easily dismiss this book as a superficial presentation of a complex

philosophy by a pretentious showbiz dilettante, but that would be an error. View it rather as a primer presented sincerely by a famous practitioner. Norris' fame may help him connect with younger readers, who are often most in need of his message. *Wes Lukowsky* --*This text refers to an out of print or unavailable edition of this title.*

▸ **See all Editorial Reviews**

## Product Details

- **Paperback:** 192 pages
- **Publisher:** Broadway (January 6, 1997)
- **Language:** English
- **ISBN-10:** 055306908X
- **ISBN-13:** 978-0553069082
- **Product Dimensions:** 8 x 5.4 x 0.6 inches
- **Shipping Weight:** 6.4 ounces (View shipping rates and policies)
- **Average Customer Review:**
  ★★★★☆ ☑ (33 customer reviews)
- **Amazon.com Sales Rank:** #70,189 in Books (See Bestsellers in Books)

  Popular in these categories: (What's this?)

  #77 in Books > Religion & Spirituality > Buddhism > **Zen**
  #98 in Books > Religion & Spirituality > Other Eastern Religions > **Eastern Philosophy**

  (Publishers and authors: Improve Your Sales)

- **Also Available in:** Hardcover (1st ed) | All Editions

Would you like to update product info or give feedback on images? (We'll ask you to sign in so we can get back to you)

## Inside This Book (learn more)

**First Sentence:**
"I've never been psychoanalyzed, but I imagine that if I were, the analyst would probably begin with my early childhood memories and be as puzzled as I am about the course of my life." Read the first page

**Key Phrases - Statistically Improbable Phrases (SIPs):** (learn more)
inner mountain, karate tournaments, shadow warriors, turning words, martial artists

**Key Phrases - Capitalized Phrases (CAPs):** (learn more)
Bruce Lee, Los Angeles, Chuck Norris, Hong Kong, United States, John Wayne, World War, Bob Wall, Texas Ranger

**New!**
Books on Related Topics | Concordance | Text Stats

**Browse Sample Pages:**
Front Cover | Copyright | Table of Contents | Excerpt | Back Cover | Surprise Me!

**Search Inside This Book:**



## Citations (learn more)

- **This book cites 8 books:**
  - Bruce Lee by Mike Baron on page 71, and page 118
  - Delta Force by Chuck Norris in Back Matter
  - An Eye for an Eye by John B. West in Back Matter
  - Missing In Action by Raven Walker in Back Matter

Amazon.com: The Secret Power Within: Books: Chuck Norris

- Bruce Lee by Bruce Lee on page 62
- ▶ See all 8 books this book cites

**12 books cite this book:**

- The Millionaire Code: 16 Paths to Wealth Building by Paul B. Farrell on 6 pages
- Zen and the Art of Poker: Timeless Secrets to Transform Your Game by Larry Phillips on 4 pages
- The Learning Annex Presents the Millionaire Code: A Smarter Approach to Making Millions by Paul B. Farrell on page 74, page 209, and page 211
- Things That Work: A No-nonsense Guide to Recovery by One Who Knows (Human Services Library) by Barry Bocchieri in Back Matter
- The Art of Expressing the Human Body by Bruce Lee on page 1
- ▶ See all 12 books citing this book

## Books on Related Topics (learn more)



**Fighting Science** by Martina Sprague
Discusses:
- karate tournaments
- martial artists
- unbalance your opponent



**Bruce Lee** by Bruce Thomas
Discusses:
- martial artists
- Bruce Lee
- Chuck Norris

**The Tao of Bruce Lee** by Davis Miller
Discusses:
- martial artists
- Bruce Lee
- Chuck Norris

## Customers viewing this page may be interested in these Sponsored Links (What's this?)

**Chuck**
♦www.myLot.info   Real people give real feedback on **Chuck** and more

See a problem with these advertisements? Let us Know

## What Do Customers Ultimately Buy After Viewing Items Like This?



**54%** buy the item featured on this page:
The Secret Power Within (33) ★★★★☆

**20%** buy
Against All Odds: My Story ★★★★☆ (34)
$16.49

**10%** buy
The Truth About Chuck Norris: 400 Facts About the World's Greatest Human ★★★★☆ (9)
$9.60

**9%** buy
Against All Odds: My Story ★★★★☆ (2)
$10.19





Advertise on Amazon



Amazon.com: The Secret Power Within: Books: Chuck Norris

[Compare these Items]   **Explore similar items**

## Looking for "chuck norris" products?
**Other customers suggested these items:**



Missing in Action **DVD** ~Chuck Norris
★★★★☆ (27)  $12.99
Suggested by 6 customers

The Chuck Norris Collection **DVD** ~Chuck Norris
★★★★☆ (11) $26.99
Suggested by 6 customers



Hero And The Terror **DVD** ~Heather Blodgett
★★★★☆ (10) $12.99
Suggested by 6 customers

Walker, Texas Ranger - The Third Season **DVD** ~Chuck Norris
★★★★☆ (12) $44.99
Suggested by 6 customers

The Truth About Chuck Norris: 400 Facts About the World's Greatest Human by Ian Spector
★★★★☆ (9) $9.60
Suggested by 5 customers

› **Explore 73 "chuck norris" related items**

## Tags customers associate with this product (What's this?)
Click on a tag to find related items, discussions, and people.

self improvement (1)      › **See all 3 tags...**

**Your tags:**
**Add your**
**first tag**

**Help others find this product - tag it for Amazon search**
No one has tagged this product for Amazon search yet. Why not be the first to suggest a search for which it should appear?

**Search Products Tagged with**
[                    ] (go)

› See most
popular Tags

## Are You an Author or Publisher?
Find out how to publish your own Kindle Books

## Rate this item to improve your recommendations
Sign in to rate this item
☆☆☆☆☆ ☐ I own it

## Customer Reviews
**33 Reviews**

5 star: (26)
4 star: (5)
3 star: (1)
2 star: (0)
1 star: (1)

**Average Customer Review**
★★★★☆ (33 customer reviews)

[Create your own review]

New! Amazon has customer video reviews



Flip Video Camcorders
★★★★☆ (211)
The easiest way to shoot video reviews.

## Most Helpful Customer Reviews

16 of 17 people found the following review helpful:

★★★★★ **A very good book, Excellently written**, June 18, 2002

By **Golden Lion "Reader"** (North Ogden, Ut United States) - See all my reviews

TOP 1000 REVIEWER

Golden Lion Kempo Karate: I've studied Kempo Karate, Tai Chi, Aikido, Jui Jutisitu and Judo over the last ten years. I related to the concepts and stories told by the author. A martial artist knows the commitment, skill, and dedication required to gain a Black Belt, but few really understand the essence of Zen, in their training. The author does not try to explain all the philosophical aspects of Zen or Buddism, instead draws from his own life experiences instances of Zen. Many of these stories are very personal and easy to relate too. The author has a very honest and non-assumption style to his writing; rather than focusing on achievements and personal aggrandizing, he emphasizes his struggles with marriage, tournament fighting, recovery from a bankrupt school, and a brother killed in Viet Nam. I personally found the book to be very inspiring and renewed a desire to be a leader and better example to my students and those around me. The author effectively communicated topics of Zen in a easy to understand concepts and stories. A rare addition to your Martial Art Library.

Comment | Permalink | Was this review helpful to you? Yes No (Report this)

4 of 4 people found the following review helpful:

★★★★★ **An Excellent Book, Even if You Don't Do Martial Arts!**, January 3, 2006

By **D. Buxman "A Seeker of Truth"** (Pueblo, CO United States) - See all my reviews

TOP 1000 REVIEWER    REAL NAME™    VINE™ VOICE

I recently re-read this book after an initial reading in 1997 or 1998. When I first read it, I was interested in exploring Martial Arts and found it to be quite interesting.

A few days ago, I picked it up again and was pleasantly surprised at how well the book had stood the test of time. Part biography and part philosophical exposition, this work has good, practical advice for living and facing struggles in the ring, workplace and home. It is a nice introduction to Zen and also provides an interesting look at the author's personal struggles. The writing style is lucid and easy to follow.

It is brief, easy to read, but thought-provoking.

Comment | Permalink | Was this review helpful to you? Yes No (Report this)

5 of 5 people found the following review helpful:

★★★★★ **WELL WORTH THE TIME SPENT TO READ THIS WORK**, August 2, 2005

By **D. Blankenship** (The Ozarks) - See all my reviews

TOP 500 REVIEWER    REAL NAME™    VINE™ VOICE

First let me say that I, in general, have a rather low opinion of this particular genre of book. Secondly, I am not a big Chuck Norris (the actor) fan. (Note: On the other hand, I do admire very much Chuck Norris the man, and his many, many accomplishments and the way he has lead his life). Those two things being said, I was very surprised at the usefulness of this particular book. The writing is quite simple, easy to understand and fun. Mr. Norris certainly has some wonderful advice to share. I do agree with another reviewer in that Mr. Norris has obviously been influenced by another writer or someone twenty years ago, though, I know of absolutely no one who could have been so influenced by those who preceded him. Why should Mr. Norris be any different. This work, my Norris is a much easier read than some of the other works in this field and I feel could probably be more understood by the younger reader. Overall I recommend this one highly.

Comment | Permalink | Was this review helpful to you? Yes No (Report this)

Share your thoughts with other customers: Create your own review

> **See all 33 customer reviews...**

## Most Recent Customer Reviews

★★★★☆ **Worth reading**

Being a Chuck Norris fan his book "The Secret Power Within" was enjoyable and an easy read. Chuck told stories that were touching and poignant. **Read more**

Published 3 months ago by D. Dore

★★★★★ **Chuck Norris, Enough Said.**

Chuck Norris is not only a martial arts and action icon, he is now a cuiteral phenomenon. Few people know the man behind the immense reputation, this book will take you there ... **Read more**

Published 5 months ago by Jason Treft

★★★★★ **outstanding Book**

Chuck Norris is a man who has succeeded at everything he has done, which makes him a person I want to know more about. **Read more**

Published 7 months ago by J. H. Carpenter

★★★★★ **Pop Goes The Roshi**

THE SECRET POWER WITHIN: ZEN SOLUTIONS TO REAL PROBLEMS by Chuck Norris is Pop Zen, but the book is no less meaningful for that. **Read more**

Published 8 months ago by J. H. Minde

★★★★★ **A little gem of wisdom**

I know a book about Zen Buddisim written by Chuck Norris, strange. All I have to say after reading this is that Chuck Norris is the man. **Read more**

Published 12 months ago by Jeff Smith

★★★★★ **The Secret Power Within**

This was an excellent book. Chuck Norris is truly an inspiration to humanity. The book gives you some background on what his life has been like and the struggles and triumphs he... **Read more**

Published 16 months ago by T. Rollins

★★★★★ **The Secret of his power...**

Much like the biblical Samson, Chuck's secret powers are derived from the length of his hair, specifically his facial hair. **Read more**

Published 22 months ago by Matthew I. Zellerbach

★★★★★ **Chuck Norris is AWESOME!!!**

I heard that growing up chuck norris got his liscence at the age of 15 - seconds, and so began a precocious life of great deeds and even greater legends. **Read more**

Published 22 months ago by discipleofchuck.

Case 1:07-cv-11480-RWS    Document 7-6    Filed 01/11/2008    Page 12 of 18

Amazon.com: Against All Odds: My Story: Books: Chuck Norris,Ken Abraham

-- CONTENT GOES HERE (simple)--

-- CONTENT GOES HERE (simple)--

-- CONTENT GOES HERE (simple)--

-- CONTENT GOES HERE (simple)--

-- CONTENT GOES HERE (simple)--

amazon.com

Hello, Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com | Gifts & Wish Lists | Gift Cards

Shop All Departments | Search | search-alias=stripl

Books | Advanced Search | Browse Subjects | Hot New Releases | Today's Deals | Bestsellers | The new york times® best sellers | Libros en español

Amazon Prime gives you unlimited Free Shipping. Learn more

**Against All Odds: My Story (Paperback)**

by Chuck Norris (Author), Ken Abraham (Author) "I could tell that something was wrong the moment I caught my security guard's eye..." (more)

Key Phrases: world karate champion, tang soo, black belt students, Total Gym, Air Force, Los Angeles (more...)

★★★★☆ (2 customer reviews)

SEARCH INSIDE!™

Share your own customer images

Search inside this book

Are You an Author or Publisher?
Find out how to publish your own Kindle Books

List Price: $14.99
Price: $10.19 & eligible for FREE Super Saver Shipping on orders over $25. Details

You Save: $4.80 (32%)

Availability: In Stock.
To ensure delivery by December 24, choose One-Day Shipping. For delivery after December 24, this item is eligible for FREE Super Saver Shipping on orders over $25. Read more about holiday shipping. Ships from and sold by Amazon.com. Gift-wrap available.

42 used & new available from $7.49

Quantity: 1

Add to Shopping Cart
Sign in to turn on 1-Click ordering.

More Buying Choices

42 used & new from $7.49

Have one to sell? Sell yours here

Add to Wish List
Add to Wish List
Add to Shopping Registry
Add to Wedding Registry
Add to Baby Registry

Tell a friend

Last full day to order
using Two-Day Shipping

Your Account | Help

Cart | Your Lists

Bargain Books | Textbooks

http://www.amazon.com/Against-All-Odds-My-Story/dp/0805444211/ref=sr_1_4?ie=UTF8&s=books&qid=1198991733&sr=1-4 (1 of 9)12/19/2007 2:16:44 PM

Amazon.com: Against All Odds: My Story: Books: Chuck Norris,Ken Abraham



Page 1 of 5

Find bestsellers, editors' favorites, and great gift ideas in our Holiday Books Store.
› See more product promotions

## Special Offers and Product Promotions

- Find books, Bibles and more in our new **Christian Books store.**

## Better Together

Buy this book with The Secret Power Within by Chuck Norris today!

**Buy Together Today: $21.35**

 + 

Buy both now!

## Customers Who Bought This Item Also Bought















The Truth Abou Chuck Norris:
400 Facts Ab... by Ian Spector
★★★★☆ (11) $9.60

A Threat to Justice: A Novel
(Justice Riders) by Chuck Norris
★★★☆☆ (11) $10.87

SEARCH INSIDE!™

The Justice Riders by Chuck Norris
★★★☆☆ (11) $10.87

Winning Tournament Karate by
Chuck Norris
★★★★☆ (6) $14.00

Hellbound / The Hitman / Forced
Vengeance DVD ~ Chuck Norris
★★★★☆ (1) $12.99
Widescreen

Any Category  Boxed Set  Christianity  Drama  Full Screen  Loners  Martial Arts  Norris, Aaron  Religious  Walker, Texas Ranger  Widescreen

## Editorial Reviews

**Book Description**
Millions of people worldwide know Chuck Norris as the star of more than twenty motion pictures, a martial arts expert, and the only man in the Western Hemisphere to hold an eighth degree Black Belt Grand Master in Tae Kwon Do. Countless others see him daily in syndicated reruns as the hero of the longest running CBS series to date, "Walker, Texas Ranger."

What many don't know is that Chuck Norris is a sincere Christian—a man whose faith plays a role in everything he does. *Against All Odds* is the inspirational story of how Norris overcame abject poverty from childhood, the effects of his father's alcoholism and desertion of the family, and his own shyness and lack of strength and ability early in his life. Norris writes candidly about the past and gives God full credit for where he is today.

Amazon.com: Against All Odds: My Story: Books: Chuck Norris,Ken Abraham

## Product Details

- **Paperback:** 246 pages
- **Publisher:** B&H Publishing Group (September 2006)
- **Language:** English
- **ISBN-10:** 0805444211
- **ISBN-13:** 978-0805444216
- **Product Dimensions:** 8.9 x 5.9 x 0.8 inches
- **Shipping Weight:** 13.6 ounces (View shipping rates and policies)
- **Average Customer Review:**
  ★★★★☆ ☑ (2 customer reviews)
- **Amazon.com Sales Rank:** #17,719 in Books (See Bestsellers in Books)

  Popular in these categories: (What's this?)

  #14 in Books > Arts & Photography > Performing Arts > Theater > **Acting & Auditioning**
  #21 in Books > Sports > Individual Sports > **Martial Arts**
  #38 in Books > Biographies & Memoirs > Arts & Literature > **Actors & Actresses**

(Publishers and authors: Improve Your Sales)

Would you like to update product info or give feedback on images? (We'll ask you to sign in so we can get back to you)

## Inside This Book (learn more)

**First Sentence:**
I could tell that something was wrong the moment I caught my security guard's eye. Read the first page

**Key Phrases - Statistically Improbable Phrases (SIPs):** (learn more)
world karate champion, tang soo, black belt students, middleweight division, karate tournament

**Key Phrases - Capitalized Phrases (CAPs):** (learn more)
Total Gym, Air Force, Los Angeles, Texas Ranger, President Bush, Chuck Norris, United States, Bruce Lee, Bob Wall, New York, Grand Championship, Hong Kong, Good Guys Wear Black, Joe Lewis, San Francisco, Force of One, Peter Jennings, Lee Atwater, Granny Scarberry, White House, Fort Worth, John Wayne, Phil Cameron, Return of the Dragon, San Diego

**New!**
Books on Related Topics | Concordance | Text Stats

**Browse Sample Pages:**
Front Cover | Copyright | Table of Contents | Excerpt | Back Cover | Surprise Me!

**Search Inside This Book:**

[Go]

## Citations (learn more)

**This book cites 13 books:**

- A Texas Ranger by N. A. Jennings on page 194 and page 195
- God Is! by Mark R. Littleton in Front Matter
- Bruce Lee (They Died Too Young) by Jon E. Lewis on page 70
- Native Americans (Native Peoples of the Americas) by Jill Norris on page 15
- Abraham Lincoln (History Makers) by Philip Clark in Back Matter

▶ See all 13 books this book cites

**20 books cite this book:**

Amazon.com: Against All Odds: My Story: Books: Chuck Norris,Ken Abraham

- The Justice Riders by Chuck Norris in Back Matter
- The Health Detective's 456 Most Powerful Healing Secrets by Nan Kathryn Fuchs in Back Matter
- Immigration and American Religion (Religion in American Life) by Jenna Weissman Joselit in Back Matter
- History of the Jews in Modern Times by Lloyd P. Gartner on page 401
- The Best 4 Plus 24 / Pop Classics (Intermediate/Advan by Alfred Publishing in Back Matter

▸ See all 20 books citing this book

## Books on Related Topics (learn more)







Against All Odds by Chuck Norris

**Discusses:**
- world karate champion
- tang soo
- black belt students

The Secret Power Within by Chuck Norris

**Discusses:**
- tang soo
- karate tournament
- Chuck Norris

Jeet Kune Do Experience by Jerry Beasley

**Discusses:**
- world karate champion
- Chuck Norris
- Bruce Lee

The Complete Idiot's Guide to Martial Arts by Cezar Borkowski

**Discusses:**
- tang soo
- black belt students
- karate tournaments

## Customers viewing this page may be interested in these Sponsored Links (What's this?)

Get Song Ringtones
♥www.rockinrings.net   Download hot new song ringtones directly to your phone Today!

Hong Kong Movies
♥notonandsound.com   Carrying 3000+ HK, Korean, Japanese Movies, Save up 80%, Free Shipping

New Children's Fantasy
♥www.brennanpope.com   Adventures of William Walkingstick Volume 1: Encounter at Egad's Lair

See a problem with these advertisements? Let us know

## What Do Customers Ultimately Buy After Viewing Items Like This?



64% buy the item featured on this page:
Against All Odds: My Story ★★★☆☆ (2)
$10.19

14% buy
Against All Odds: My Story ★★★★☆ (34)
$16.49

12% buy
The Truth About Chuck Norris: 400 Facts About the World's Greatest Human ★★★★☆ (9)
$9.60

5% buy
The Secret Power Within ★★★★☆ (33)
$11.16

[ Compare these items ]   Explore similar items

Advertise on Amazon

Amazon.com: Against All Odds: My Story: Books: Chuck Norris,Ken Abraham

## Looking for "chuck norris" products?
### other customers suggested these items:



Missing In Action **DVD** ~Chuck Norris
★★★★☆ (27)  $12.99
Suggested by 6 customers



The Chuck Norris Collection **DVD** ~Chuck Norris
★★★★☆ (11)  $26.99
Suggested by 6 customers



Hero And The Terror **DVD** ~Heather Blodgett
★★★★☆ (10)  $12.99
Suggested by 6 customers

Walker, Texas Ranger – The Third Season **DVD** ~Chuck Norris
★★★★☆ (12)  $44.99
Suggested by 6 customers

The Truth About Chuck Norris: 400 Facts About the World's Greatest Human by Ian Spector
★★★★☆ (9)  $9.60
Suggested by 5 customers

> Explore 73 "chuck norris" related items

**Search Products Tagged with** [   ] (GO)

> See most popular Tags

## Tags customers associate with this product (What's this?)
Click on a tag to find related items, discussions, and people.

actor (1)          christian (1)          martial arts (1)
autobiography (1)  chuck norris (1)

**Your tags:**
Add your
first tag

**Help others find this product – tag it for Amazon search**
No one has tagged this product for Amazon search yet. Why not be the first to suggest a search for which it should appear?

## Are You an Author or Publisher?
Find out how to publish your own Kindle Books

## Rate this item to improve your recommendations
Sign in to rate this item
☆☆☆☆☆ ☐ I own it

## Customer Reviews

**2 Reviews**

| | |
|---|---|
| 5 star: | (1) |
| 4 star: | (0) |
| 3 star: | (1) |
| 2 star: | (0) |
| 1 star: | (0) |

**Average Customer Review**
★★★☆☆ (2 customer reviews)

[ Create your own review ]

New! Amazon has customer video reviews

 Flip Video Camcorders
★★★★☆ (9) (211)
The easiest way to shoot video reviews.

Amazon.com: Against All Odds: My Story: Books: Chuck Norris,Ken Abraham

## Most Helpful Customer Reviews

1 of 1 people found the following review helpful:

★★★☆☆ **More info needed**, March 8, 2007

By **Bill Ashworth "Moxnix"** (Clarkdale, Arizona United States)

Chuck Norris is undoubtedly a stright shooter of high moral character. It would have been more interesting if he had gone into more detail about his life from childhood to when he started with the martial arts. Bottom line, I did enjoy the book.

🗩 Comment | Permalink | Was this review helpful to you? (Yes) (No) (Report this)

4 of 4 people found the following review helpful:

★★★★★ **Chuck Norris - a man to emulate!**, January 9, 2007

By **William A. Robfogel** (Charlotte, NC USA)

REAL NAME™

This is the story of Chuck Norris. I really enjoyed it and wish everyone would read it. Many know that Chuck was a 6 time undefeated professional world champion of Karate. Many have seem the movies he has made. Most people have seen his TV series, "Walker, Texas Ranger," but other than that we know little of who he really is. Chuck Norris is one of the more down to earth Hollywood types who has had his share of ups and downs.

His story chronicles his life and shows how he dealt with the things that have faced him and his family. Like all of us, he has failed at times. Like all of us, he wishes that he had done somethings differently.

Chucks faith in Christ is evident throughout the book. Yet he doesn't hammer us with it. Many of the projects that were started through Chuck's desire to help people are a direct result of his faith in Christ.

"Against All Odds: My Story," by Chuck Norris is a very engaging book that you will enjoy and find hard to put it down.

🗩 Comment | Permalink | Was this review helpful to you? (Yes) (No) (Report this)

Share your thoughts with other customers: (Create your own review)

› **See all 2 customer reviews...**

---

## Customer Discussions Beta (What's this?)
**New!** See recommended Discussions for You

**This product's forum** (0 discussions)

| Discussion | Replies | Latest Post |
|---|---|---|
| No discussions yet |  |  |

Start a new discussion

Topic: [_____]

First post:

[_____]

☐ Receive e-mail when new posts are made

(Start a new discussion) (Cancel)
Prompts for sign-in                     Guidelines

---

Search Customer Reviews

[_____] (Go)

☑ Only search this product's reviews

A D V E R T I S E M E N T

**Related forums**

- christianity (1,023 discussions)
- religion (1,023 discussions)
- sports (14 discussions)

Exhibit 6

Sample Reviews of Defendants' Book
from
Amazon.com and Overstock.com

Amazon.com: Customer Reviews: The Truth About Chuck Norris: 400 Facts About the World's Greatest Human



-- CONTENT GOES HERE (simple) --
-- CONTENT GOES HERE (simple) --
-- CONTENT GOES HERE (simple) --
-- CONTENT GOES HERE (simple) --
-- CONTENT GOES HERE (simple) --

amazon.com

| Books | Shop All Departments ▾ | Search ▾ | Books ▾ |

Advanced Search | Browse Subjects

Hello. Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com | Today's Deals ▾ | Gifts & Wish Lists ▾ | Gift Cards ▾

Hot New Releases | Bestsellers | the new york times® best sellers

Your Account
Help
Cart ▾ | Your Lists ▾

Libros en español | Bargain Books | Textbooks

Introducing Amazon Kindle: ▸
Amazon's wireless reading device

## Customer Reviews
### The Truth About Chuck Norris: 400 Facts About the World's Greatest Human

**Average Customer Review**
★★★★☆ (24 customer reviews)

Share your thoughts with other customers

[Create your own review]

**24 Reviews**

| | |
|---|---|
| 5 star: | (15) |
| 4 star: | (2) |
| 3 star: | (0) |
| 2 star: | (0) |
| 1 star: | (7) |

**Search Customer Reviews**

[        ] GO!

☑ Only search this product's reviews

**The most helpful favorable review**

19 of 26 people found the following review helpful:

★★★★★ **This book rocks**
The facts are hilarious and the illustrations are great.
This is a perfect stocking stuffer or secret santa gift.
Plus I heard that if you buy the book you get moved
down Chuck's list of people to kill.

Published 28 days ago by Philip Fernbach

> See more **5 star**, **4 star** reviews

Vs.

**The most helpful critical review**

12 of 36 people found the following review helpful:

★☆☆☆☆ **A one lame joke book. No stars if
possible.**
If you want to waste your money on a book full of
lame, unfunny, repetitious jokes dreamt up by a
college kid with nothing better to do, this book is for
you. If you like to support people who make money off
of publicly attacking and ridiculing an individual, get
this.

Here's an example of a "hilarious" Chuck Norris joke:

"Chuck Norris once...
**Read the full review ›**

Published 18 days ago by Truthbetold

---

**This product**



The Truth About Chuck Norris: 400
Facts About the World's Greatest
Human by Ian Spector (Paperback
- November 29, 2007)
★★★★☆ (24)
$12.00 $9.60
In Stock

[Add to Cart]

[Add to Wish List]

19 used & new from **$6.65**

Amazon.com: Customer Reviews: The Truth About Chuck Norris: 400 Facts About the World's Greatest Human

‹ Previous | 1 2 3 | Next ›

> See more 3 star, 2 star, **1 star** reviews

**Most Helpful First** | Newest First

19 of 26 people found the following review helpful:

★★★★★ **This book rocks**, December 12, 2007

By **Philip Fernbach** (Providence, RI) - See all my reviews
REAL NAME™

The facts are hilarious and the illustrations are great. This is a perfect stocking stuffer or secret santa gift. Plus I heard that if you buy the book you get moved down Chuck's list of people to kill.

**Help other customers find the most helpful reviews**

Was this review helpful to you? [Yes] [No]

| Report this | Permalink
🗩 Comment

17 of 19 people found the following review helpful:

★★★★☆ **The Truth...From the Originator of the "Chuck Norris Facts"**, December 5, 2007

By **Andrew Shaffer** "**www.orderofandrew.com**" (Iowa City, IA USA) - See all my reviews
REAL NAME™

When Brown University student Ian Spector created the Chuck Norris Fact Generator in 2005 on his web site, there was no way that anyone could have anticipated the cultural impact of the "facts." Now, actor and martial artist Chuck Norris has surpassed Jesus Christ in Internet search volume thanks in part to the fire that Spector ignited. Yet Spector is still mystified by the phenomena: "I haven't a clue seen any movie with [Chuck Norris] except for Dodgeball," Spector told the Brown Daily Herald. "But that doesn't really count."

The book's promotional materials tout it as "easily the most important book of all time." While some may dispute this claim, there's no denying the truths contained in "The Truth About Chuck Norris." The 400 facts assembled here are hilarious and poignant, although some of them veer towards more sexually explicit territory that may put off some Chuck Norris fans.

**Help other customers find the most helpful reviews**

Was this review helpful to you? [Yes] [No]

| Report this | Permalink
🗩 Comment

10 of 14 people found the following review helpful:

★★★★★ **Hilarious**, December 14, 2007

By **mnm82** - See all my reviews

This is easily one of the most entertaining books I've read in a long time. Who doesn't enjoy the _sheer genius_ that is Chuck Norris every now and then. It's a great stocking stuffer, coffee table read, or last minute gift. If you're not already a fan of Chuck, you will be after this book.

**Help other customers find the most helpful reviews**

Was this review helpful to you? [Yes] [No]

| Report this | Permalink
🗩 Comment

---

**Customers who viewed this item also viewed**



Chuck Norris Badass Poster ~ Things You Should Know About Chuck Norris ~ "If Chuck Norris Is Late, Then Time Better Slow The F*** Down..." by MostlyPosters.com
Buy new: $14.95 $9.75
In stock. Processing takes an additional 2 to 3 days.



Chuck Norris T-Shirt by HiveTees
Out of stock



Against All Odds: My Story by Chuck Norris (Hardcover - September 30, 2004)
★★★★☆ ☑ (34)
Buy new: $24.99 $16.49
In Stock

10 of 12 people found the following review helpful:

★★★★★ **Creative and hilarious, perfect as a holiday gift too**, December 12, 2007

By <u>MJM</u> (DC) - <u>See all my reviews</u>

This hilarious book collects the best lines from the infamous Chuck Norris Fact generator and adds many more. I'm giving one to everyone I know for the holidays. I expect the first edition will become something of a collector's item too.

**Help other customers find the most helpful reviews**

Was this review helpful to you? ( **Yes** ) ( **No** )

<u>Report this</u> | <u>Permalink</u>

🗩 <u>Comment</u>

---

8 of 10 people found the following review helpful:

★★★★★ **Hilarious**, December 23, 2007

By <u>Gary M. Kantz</u> (Gurnee, IL USA) - <u>See all my reviews</u>
<span style="font-size:smaller">REAL NAME™</span>

Been following this site since my daughter told me about it a couple of years ago. She created a monster because I can't get enough of the site. So when Ian Spector put together a book of the best facts, I had to buy it. It's full of hysterical facts and great illustrations, and yes it's as vulgar as the site. So be it. A hilarious collection of Norris facts.

**Help other customers find the most helpful reviews**

Was this review helpful to you? ( **Yes** ) ( **No** )

<u>Report this</u> | <u>Permalink</u>

🗩 <u>Comment</u>

---

10 of 11 people found the following review helpful:

★★★★★ **An Absolute Must Bleed**, December 23, 2007

By <u>B. Peters "Informed Citizen"</u> (Atlanta Suburbs) - <u>See all my reviews</u>
<span style="font-size:smaller">REAL NAME™</span>

This book is so awesome it has its own beard. In 1987, working together with Chuck Norris's beard, this book freed Ross Perot from a Texas prison. Then they swam to Tijuana and made sweet love to 12 donkeys and a cactus. Twice. No rubbers.

**Help other customers find the most helpful reviews**

Was this review helpful to you? ( **Yes** ) ( **No** )

<u>Report this</u> | <u>Permalink</u>

🗩 <u>Comment</u>

---

56 used & new from **$4.60**

11 of 12 people found the following review helpful:

★★★★★ **Absolutely hilarious!**, December 10, 2007

By **V. Kuncham** - See all my reviews

REAL NAME™

This book is funny and entertaining, providing pure enjoyment from cover to cover. Spector's creative humor is simply inspiring. Two thumbs up!

**Help other customers find the most helpful reviews**          Report this | Permalink

Was this review helpful to you?  (Yes) (No)                       💬 Comment

12 of 36 people found the following review helpful:

★☆☆☆☆ **A one lame joke book. No stars if possible.**, December 22, 2007

By **Truthbetold** - See all my reviews

If you want to waste your money on a book full of lame, unfunny, repetitious jokes dreamt up by a college kid with nothing better to do, this book is for you. If you like to support people who make money off of publicly attacking and ridiculing an individual, get this.

Here's an example of a "hilarious" Chuck Norris joke:

"Chuck Norris once roundhouse kicked someone so hard that his foot broke the speed of light, went back in time, and killed Amelia Earhart while she was flying over the Pacific Ocean."

Are you in hysterics yet?

Here's another: "Contrary to popular belief, America is not a democracy, it is a Chucktatorship."

Oh stop, you're killing me.

Wait a few months and you'll be able to get this book for 20 cents or free at every dumb guy's garage sale.

**Help other customers find the most helpful reviews**          Report this | Permalink

Was this review helpful to you?  (Yes) (No)                       💬 Comment

0 of 4 people found the following review helpful:

★★☆☆☆ **Seriously unfunny**, January 4, 2008

By **Michael Rohm** (Florida) - See all my reviews

REAL NAME™

An insanely awful and unfunny Internet meme turned book. Just what the world needs now. On top of it, Chuck Norris is indeed a whining, sobbing little girl given the lawsuit he's filing. The only reason to buy this book is to stick it to Chuck for whining about the fact that he's finally somewhat relevant due to lame Internet jokes.

At least the webpage didn't kill trees. I can at least recommend it for that.

**Help other customers find the most helpful reviews**          Report this | Permalink

Was this review helpful to you?  (Yes) (No)                       💬 Comment

Amazon.com: Customer Reviews: The Truth About Chuck Norris: 400 Facts About the World's Greatest Human

5 of 7 people found the following review helpful:

★★★★★ **HYSTERICAL!**, December 22, 2007

By **Advanced Transportation "ATC"** (Orange County, CA) - See all my reviews
REAL NAME™

Chuck Norris' idea of redecorating his guest room is to replace all the antlers, tiger and lion head trophies on his wall with this single "autobiography."

**Help other customers find the most helpful reviews**

Was this review helpful to you? (Yes) (No)

Report this | Permalink
💬 Comment

‹ Previous | 1 2 3 | Next ›

Most Helpful First | Newest First

---

**amazon.com®** Amazon.com Home | Directory of All Stores

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate/card.
- Visit our Help department.

Search | Amazon.com | (Go)

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Press Release | Careers at Amazon | Join Associates | Join Advantage | Join Honor System | Advertise With Us

Conditions of Use | Privacy Notice © 1996-2008, Amazon.com, Inc. or its affiliates

Investor Relations |

Amazon.com: Customer Reviews: The Truth About Chuck Norris: 400 Facts About the World's Greatest Human

## This product



The Truth About Chuck Norris: 400 Facts About the World's Greatest Human by Ian Spector (Paperback - November 29, 2007)

★★★★☆ ☑ (24)

~~$12.99~~ $9.60
In Stock

**Add to Cart**

**Add to Wish List**

19 used & new from **$6.65**

## Customers who viewed this item also viewed

Chuck Norris Badass Poster ~ Things You Should Know About Chuck Norris ~ "If Chuck Norris Is Late, Then Time Better Slow The F*** Down..." by MostlyPosters.com
Buy new: ~~$14.95~~ $9.75
In stock. Processing takes an additional 2 to 3 days.

## Customer Reviews
### The Truth About Chuck Norris: 400 Facts About the World's Greatest Human

**24 Reviews**

| | |
|---|---|
| 5 star: | (15) |
| 4 star: | (2) |
| 3 star: | (0) |
| 2 star: | (0) |
| 1 star: | (7) |

**Average Customer Review**
★★★★☆ (24 customer reviews)
Share your thoughts with other customers

**Create your own review**

**Search Customer Reviews**

[ _____ ] GO!
☑ Only search this product's reviews

› See most helpful viewpoints

‹ Previous | 1 2 3 | Next ›

**Most Helpful First | Newest First**

13 of 14 people found the following review helpful:

★★★★★ **A gripping, hilarious read!**, December 2, 2007

By B. Pumper "booksandtongues" (Canada) - See all my reviews

By now, we're all familiar with the Chuck Norris phenomenon that has gripped the nation. We all know that Chuck's tears cure cancer - but don't try to make him cry, cuz he'll roundhouse-kick you right in the face. We're familiar with the fact that Chuck doesn't sleep - he waits. And we know Chuck's manhood far encompasses that of any mortal man.

Ian Spector is a genius for first starting the Original Chuck Norris Fact Generator and now for the release of this delightful book. It is a factbook you simply cannot put down - each fact is more hilarious than the last. Personally, I can't wait for the next Chuck Norris book of facts - bring them on, Ian!

**Help other customers find the most helpful reviews**

Was this review helpful to you? **Yes** **No** | Report this | Permalink
[  ] Comment

5 of 5 people found the following review helpful:

★★★★★ **Way better than I expected...**, December 26, 2007

By Matt (Providence, RI) - See all my reviews

Bought this as a gag gift for a friend, but we were passing it around at the party as soon as he opened it. Everyone was waiting for their turn. Good stuff.

This book makes me proud to know that some fraction of the air I breathe in was once breathed out by Chuck.

**Help other customers find the most helpful reviews**

Was this review helpful to you? **Yes** **No** | Report this | Permalink
[  ] Comment



Chuck Norris T-Shirt by HiveTees

Out of stock



Against All Odds: My Story by
Chuck Norris (Hardcover -
September 30, 2004)
★★★★★ ☑ (34)
Buy new: $24.99 $16.49
In Stock
56 used & new from $4.60

---

12 of 57 people found the following review helpful:

★★☆☆☆ **VERY VULGAR BOOK--CHUCK NORRIS WOULD NOT BE PROUD !**, December 9, 2007

By **Cheryl A. Trosclair "CHERYL"** (BREAUX BRIDGE, LA United States) - See all my reviews

REAL NAME™

I THINK THIS BOOK IS A DISGRACE TO CHUCK NORRIS, HE WOULD NOT BE PROUD, YOU SHOULD BE ASHAMED OF YOURSELF WRITING SUCH FILTH & GARBAGE, LOTS OF DIRTY & VULGAR WORDS, NOT GOOD FOR ANYONE TO READ, I HAD TO GIVE A 1 STAR BUT BELIEVE ME NOT WORTH A ZERO. I AM RETURNING THE BOOK & CONTACTING AMAZON, THEY SHOULD PUT SOME KIND OF EXPLICIT MATERIAL ON TRASH LIKE THIS.

**Help other customers find the most helpful reviews**

Was this review helpful to you? (Yes) (No)                  Report this | Permalink
                                         💬 Comments (9)

---

8 of 10 people found the following review helpful:

★★★★★ **AWESOME READ! GREAT PRESENT!**, December 24, 2007

By **R. Paredes** - See all my reviews

REAL NAME™

Received this book as a gift. HILARIOUS! Showed it to everyone, they loved it. Illustrations are absolutely amazing! I died reading it for the first time. Has a lot of facts even I'd never read before.

Would recommend this to anyone who needs a good laugh, or a good gift this holiday season. Happy holidays to all!

**Help other customers find the most helpful reviews**

Was this review helpful to you? (Yes) (No)                  Report this | Permalink
                                         💬 Comment

---

6 of 7 people found the following review helpful:

★★★★★ **Hilarious book**, December 22, 2007

By **J. Izadi** - See all my reviews

REAL NAME™

This book is hilarious. I'm glad I can read over my favorite Chuck Norris facts in a hard copy. Really funny stuff, I would recommend it for anyone looking for a good laugh.

**Help other customers find the most helpful reviews**

Was this review helpful to you? (Yes) (No)                  Report this | Permalink
                                         💬 Comment

---

7 of 13 people found the following review helpful:

★★★★★ **Chuck Norris Sues This Company...,** December 22, 2007

By **Jeremy Wiseman "Jay"** (Largo, FL USA) - See all my reviews

REAL NAME™

Chuck Norris has decided to sue this publisher. So, I'd get this book whilst it lasts because I have a feeling it won't be on the shelves for long anymore. He's suing on the fact that it makes racist/deragatory terms in his name and he wants his brand name to be used on his own terms for profit. I have this book and I love this book. But for Chuck to go and sue this publisher? I guess he doesn't have a sense of humor or like parody at all. Maybe they'll rule that it's parody. You can search for this on Yahoo! because I don't know if I can link to it. But again, it's a good book and you should get it. And yes, it's vulgar and sexually explicit at times but it's still funny.

**Help other customers find the most helpful reviews**

Was this review helpful to you? [ Yes ] [ No ]

Report this | Permalink

Comments (2)

---

2 of 7 people found the following review helpful:

★★★★★ **Chuck Norris Wouldn't Approve,** December 31, 2007

By **M. Walker** - See all my reviews

REAL NAME™

My husband and brothers in law all love the website and all the chuck-isms, so I bought this book for one of them. When I got it in the mail, the some of the illustrations were very offensive--a couple of them nearly pornographic! I was embarrassed to give this as a gift because of the pictures, so I actually ended up tearing the 2 most offensive ones out before giving it to him! I know all you guys out there probably don't mind that kind of stuff being in there, but ladies, if you're buying it for a young man or even your husband, you might think twice. This is just my opinion, and I'm a bit conservative about these things, so take it for what it's worth to you!

**Help other customers find the most helpful reviews**

Was this review helpful to you? [ Yes ] [ No ]

Report this | Permalink

Comment

---

9 of 24 people found the following review helpful:

★★★★★ **Chuck's Tears Do not Cure Cancer!,** December 24, 2007

By **S. Eagan** (Northern UT) - See all my reviews

REAL NAME™

I was so excited to find that Chuck Norris's tears cured cancer that I took my beautiful kitty that was dying from whisker cancer, Chuck Jr., to Chuck Norris' Texas Estate. Chuck Norris Sr. was so moved that he let one small tear fall upon my precious Chuck Jr.

To my amazement my wonderful and kick ace kitty still died after the cancer spread from her whiskers to her paws. I miss Chuck Jr.

**Help other customers find the most helpful reviews**

Was this review helpful to you? [ Yes ] [ No ]

Report this | Permalink

Comment (1)

Amazon.com: Customer Reviews: The Truth About Chuck Norris: 400 Facts About the World's Greatest Human

10 of 14 people found the following review helpful:

★★★★★ **Instant Classic - Great Holiday Gift Too (Chuck Would Approve)** , December 12, 2007

By **R. Gunther** (Boston) - See all my reviews

REAL NAME™

This book is absolutely priceless, I have been laughing page by page as I have made my way through the book. I always loved the website that put forth these unbelievable facts about the man, myth, legend, that is Chuck Norris. This book simply captures the 400 most hilarious and insightful of the bunch. I would definitely recommend this to anyone who can be categorized as one or all of the following: a) loves Chuck Norris b) has a sense of humor c) is breathing (although you may not be for long once Chuck gets word).

**Help other customers find the most helpful reviews**

Was this review helpful to you? [ **Yes** ] [ **No** ]    Report this | Permalink

🗩 Comment

10 of 36 people found the following review helpful:

★★★★★ **Sad**, December 11, 2007

By **Alice Sword "Reader"** (Knoxville, TN) - See all my reviews

REAL NAME™

There are some really funny points in this book. However, there are an equal number of offensive and sexual jokes. Many of the sayings are sacreligious. If the author had made any of these jokes about Islam, he would be on a death list. Neither the book nor Amazon gave any indication of the vulgar material in the book. I bought three of them for gifts that I am going to have to return now. I hope Amazon pays for the return shipping.

**Help other customers find the most helpful reviews**

Was this review helpful to you? [ **Yes** ] [ **No** ]    Report this | Permalink

🗩 Comments (Z)

‹ Previous | 1 2 3 | Next ›    **Most Helpful First | Newest First**

**Where's My Stuff?**
• Track your recent orders.
• View or change your orders in Your Account.

**Shipping & Returns**
• See our shipping rates & policies.
• Return an item (here's our Returns Policy).

**Need Help?**
• Forgot your password? Click here.
• Redeem or buy a gift certificate/card.
• Visit our Help department.

Search [ Amazon.com ] [ GO ]

amazon.com® Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Careers at Amazon | Join Associates | Join Advantage | Join Honor System | Advertise With Us

Conditions of Use | Privacy Notice © 1996-2008, Amazon.com, Inc. or its affiliates

Amazon.com: Customer Reviews: The Truth About Chuck Norris: 400 Facts About the World's Greatest Human

**Customers who viewed this item also viewed**



Chuck Norris Badass Poster ~ Things You Should Know About Chuck Norris ~ "If Chuck Norris Is Late, Then Time Better Slow The F*** Down,"... by MostlyPosters.com
Buy new: ~~$14.95~~ $9.75
In stock. Processing takes an additional 2 to 3 days.



Chuck Norris T-Shirt by HiveTees
Out of stock



Against All Odds: My Story by Chuck Norris (Hardcover - September 30, 2004)
★★★★☆ ☑ (34)
Buy new: ~~$24.99~~ $16.49
In Stock

---

★☆☆☆☆ **terrible book**, January 8, 2008

By **Nordahmae Little "nordahmae little"** (bradenton, fl) - See all my reviews
REAL NAME™

This book is the most vulgar book that I have ever read, and for the author to have the gull to say that Chuck Norris approved this book, when he didn't.There was only one true statement in that book, and the rest of them was all false. I AM GLAD THAT CHUCK NORRIS HAS A LAW SUIT AGAINST HIM AND THE PUBLISHING COMPANY TO STOP THE SALE OF ANYMORE BOOKS AND FUTHURE PRINTING OF IT.
I AM BURNING MY BOOK

**Help other customers find the most helpful reviews**

Was this review helpful to you? [Yes] [No]

Report this | Permalink
💬 Comment

---

★★★★★ **Very Satirical and Entertaining!**, January 3, 2008

By **htwander** - See all my reviews

This book was the most entertaining book about Chuck. I liked the author's style; I look forward to reading more of his works. I will certainly recommend it to many of my friends. It makes a great gift. Realize, this book is a satire of Chuck-- it's not to be taken seriously. Keep up the good work, Ian Spector!

**Help other customers find the most helpful reviews**

Was this review helpful to you? [Yes] [No]

Report this | Permalink
💬 Comment

---

★★★☆☆ **So funny!**, January 2, 2008

By **M. Andrus** - See all my reviews

Very funny book! They've compiled some of the best chuck norris jokes out there. My only criticism is that I was a little disappointed at how many of them were crude - however I respect that others would laugh at the same jokes at which I'm cringing. I gave this book as a gift to my friend because he LOVES chuck norris jokes and he absolutely LOVES the book. He ordered 4 additional copies so that he could give them as gifts as well.

**Help other customers find the most helpful reviews**

Was this review helpful to you? [Yes] [No]

Report this | Permalink
💬 Comment

---

★★★★★ **Blatantly awesome**, January 2, 2008

By **Ivan Alfaro "Ivan Alfaro"** (Atlanta, GA) - See all my reviews
REAL NAME™

I would buy 400 of these books and read them all just to satisfy Chuck Norris

**Help other customers find the most helpful reviews**

Was this review helpful to you? [Yes] [No]

Report this | Permalink
💬 Comment

---

< Previous | 1 2 3 | Next >    Most Helpful First | Newest First

 **Overstock.com**
*Your Online Outlet™*

**$2.95 Shipping** for Unlimited Books, Music, Movies & Games!

My Accou

For best offers, sign i

| SHOPPING | AUCTIONS | CARS | COMMUNITY |

furniture    home    bedding    clothing    jewelry    watches    electronics    sports    books & more    worldstock

other stores

**SEARCH**    All Products

GO

0 item(s) in cart

**Online Shopping** > **Entertainment** > **Books** > **Humor** > **General**



⊕ View Larger Image

**10% off Amazon**
Amazon Price: $9.60
(as of 12/28/2007 23:39
Mountain Time, excludes
shipping)

**Overall Rating:** ★☆☆☆☆ **1** out of **5**
**0 of 1** (0%) customers said they would recommend this product to a friend.
Read all reviews    Write a review

# The Truth About Chuck Norris

400 Facts About the World Greatest Human

by Spector, Ian

Compare at: $12.00

**Today's Price: $8.64**

You Save: $3.36 (28%)

Format: Paperback

Publish Date: 11/29/2007

ISBN: 9781592403448

Catalog #: 10726794

**Quantity:**

1

**Add To Cart ▶**

You can remove this item later if you'd like.

**In Stock if you order today:** This item will be delivered to you via USPS Trackable Media Mail or UPS Mail Innovations and will take from 2 days to 3 weeks from the time the item leaves our warehouse.*

**Product Description:**

A zany compilation of factoids, cartoons, trivia, and exploits celebrates the life and times of Chuck Norris, the hero of Walker: Texas Ranger, with observations on the cobra that died after b...

Click to read more details

C
C
S

C
C
S


**Best price on the net. Guaranteed.**


Sign up for the Overstock.com Rewards Visa and save today! Learn how.

Read Customer Reviews  ▪  More Info.  ▪  Email to a Friend  ▪  Easy Returns Policy

C
C
S

## The Truth About Chuck Norris

**Author:** Spector, Ian

**Description:** A zany compilation of factoids, cartoons, trivia, and exploits celebrates the life and times of Chuck Norris, the hero of Walker: Texas Ranger, with observations on the cobra that died after biting Chuck Norris, Norris`s ability to charge a cell phone by rubbing it on his beard, and other wacky feats. Original.

**Product Details**
**Pages:**       161
**Publisher:** Gotham Books
**Language:** English
**Contributors...**
**Author:**       Spector, Ian

 ### No Payments for Up To 6 Months

Minimum purchase required

Subject to credit approval    View Details

**Shipping -**   This item will be delivered to you via USPS Trackable Media Mail or UPS Mail Innovations and will take from 2 days to 3 weeks from the time the item leaves our warehouse.*

* For your safety, some orders go through our fraud prevention department. If yours is selected, we will quickly notify you (doing this may cause a delay of up to 3 days).



---

**Related Topics**
Topic / Adult

---

## Product Reviews

| Choose a sort order |  Review This Product |

---

**Overall Rating:** ★☆☆☆☆ **1** out of **5**
**Not what I expected,**  Dec 26, 2007 from  Houston, TX
The bulk of this collection is crude, X-rated humor with a fair amount of blaspheme thrown in. My teenage kids and I have heard alot of the Chuck jokes going around and thought they were really funny. So I thought this would be a fun book to share with them. I am so glad I reviewed the book before handing it over to them! This book is hardcore and not for the genreal public.

**How often do you shop at Overstock.com?:** Few times a year
**Are you a Club O Member?:** No

Was this review helpful to you?  Yes   No  (Report Inappropriate Review)

---

1-1  of  1

---

**Customers who bought this item often buy...**

Exhibit 7

Commentary on Defendants' Book in

**USA TODAY**
December 12, 2007

Book buzz: 'U' spoke up about Grafton's next title - USATODAY.com                    Page 1 of 3



▪ Cars ▪ Auto Financing ▪ Event Tickets ▪ Jobs ▪ Real Estate ▪ Shop ▪ Online Degrees ▪ Credit Card Offers ✺HOLIDAY GIFT (

Search _____          How do I find it?



 **Home     News     Travel     Money     Sports     Life     Tech     Weather**

Life » **Books**     Top 150 Books     **Shop for Books**

# Book buzz: 'U' spoke up about Grafton's next title

Updated 1d 21h ago | Comment    | Recommend    1          E-mail | Save | Print | Reprints & Permissions | [RSS]



Enlarge                                    Putnam

Grafton: You never know about titles.

**By Carol Memmott and Bob Minzesheimer, USA TODAY**

**All about 'U':**

We invited readers to vote on a title for Sue Grafton's next alphabet mystery now that she has published *T Is for Trespass.* (*Trespass* enters USA TODAY's Best-Selling Books list at No. 4.) "U" is up next. We gave readers five suggestions, and 54% voting in an informal online poll liked "U Is for Undertaker." (Also-rans: "Unravel," 28%; "U-Turn," 14%; "Usurper," 3%; "Uxoricide," 2%.) Grafton's reaction: "I don't believe I've ever used four syllables for a title. I've used three: *Evidence, Innocent.* I have to make sure it's not going to wrap all the way around the book. I have thought of *Undertaker,* but I let the book tell me, and I don't know yet what the story is for 'U.' "

**TOP 150:** Which titles are tops with book buyers?

**Not chuckling:**

In *The Truth About Chuck Norris: 400 Facts About the World's Greatest Human,* author Ian Spector, a sophomore at Brown University, thanks Norris, whom he once met, and writes: "You've got an awesome sense of humor. Thanks for playing along." But not everybody is laughing. Vince Morris, a spokesman for Norris' law firm, says the book "exploits (Norris') name and accomplishments and links him to vulgar and offensive material. He is weighing his options, including legal action." Gotham publisher William Shrinker says, "It's clearly a parody protected by the First Amendment…I hope they sue. It will sell more books." The $12 paperback grew out of Spector's website, TheTruthAbout Chuck.com. Two weeks after its release, the book is in its fourth printing, up to 60,000 copies.

Mixx it
Other ways to share:
Digg
del.icio.us
Newsvine
Reddit
Facebook
What's this?

Related

**AARP Au**
Over 50? S
Hassle Quo
AARP.TheH

**Christina**
Get Christi
phone.
ChristinaAqu

**FIND MORE STORIES IN:** Books list | Bob Minzesheimer | Carol Memmott | Chuck Norris | U-Turn | Walter Mosley | Sue Grafton

**Easy does it:**

Walter Mosley, best known for his 10-book Easy Rawlins series set in mid-20th-century L.A., is moving on. He has a deal for two novels in a new series about Leonid McGill, also a black private eye. The first will be published by Riverhead in 2009. "It's time to talk about a different time and a different age and a different set of issues and problems from a black male point of view," says Mosley, who wrapped up Rawlins with this fall's *Blonde Faith*. McGill "lives a much different and if it's possible to believe, darker life than Easy's. He's a black male hero, and he's going to run into issues about race, but it's going to be a lot different because it's contemporary New York." Riverhead also will publish Mosley's *The Last Days of Ptolemy Grey*, about an old black man with dementia and his relationship with a teen girl.



Similar Pr...
Three C...
S Is for...
Sue Gra...
Mystery...
N Is For...
O Is for...

**Share this story:**



Posted 1d 22h ago

Updated 1d 21h ago                                    E-mail | Save | Print | Reprints & Permissions |  RSS

*To report corrections and clarifications, contact Reader Editor* **Brent Jones**. *For publication consideration in the newspaper, send comments to letters@usatoday.com. Include name, phone number, city and state for verification.*

**Conversation guidelines:** USA TODAY welcomes your thoughts, stories and information related to this article. Please stay on topic and be respectful of others. Keep the conversation appropriate for interested readers across the map.

**You must be logged in to leave a comment. Log in | Register**

Submit

**Comments: (0)**                              Showing:   Newest first

Sponsored Links

**"End Your Sciatica Today"**
Breakthrough Ends Sciatica - Safe Remedy, Free Guaranteed Relief
BackandSciaticaRelief.com

**Live Jewelry Auctions Starting At $1**
Up to 95% off diamond & gold jewelry,engagement rings, watches & more!
www.bidz.com

**Exhibit 8**

**Wikipedia Article discussing Chuck Norris "Facts"**

Chuck Norris Facts - Wikipedia, the free encyclopedia

**38,319** have donated.

[Hide this message]

# You can help Wikipedia change the world!

From the fundraising blog – **Wikibooks and the Future of Free Education**

"Wikipedia is the manifest of human collaborative spirit." – Anon.

# Chuck Norris Facts

## From Wikipedia, the free encyclopedia

(Redirected from Chuck norris facts)

Jump to: navigation, search



Chuck Norris Facts in Rolling Stone.

**Chuck Norris Facts** are satirical "facts" about martial artist and actor Chuck Norris, which have become an Internet phenomenon and as a result have become widespread in popular culture. The "facts" tend to involve jokes and plays on claims of Norris' toughness, attitude, virility, "alpha-male status", sophistication and masculinity stated in an absurdly serious tone, for example:

*Chuck Norris' tears cure cancer. Too bad Chuck Norris has never cried. Ever.*

Chuck Norris Facts - Wikipedia, the free encyclopedia

The "facts" typically claim that Chuck Norris is some type of irate, all-powerful, superbeing. Some of these "facts" have also turned into popular jokes. Like most Internet phenomena, the Chuck Norris facts have spread around the world, leading not only to translated versions, but also spawning localized versions mentioning country-specific advertisements, other Internet phenomena, etc. Allusions are also sometimes made to his use of roundhouse kick attacks to perform seemingly any task, his large amount of body hair with specific regard to his beard, and his role in the action television series *Walker, Texas Ranger*.

## Contents

[hide]

- 1 Background
- 2 Chuck's response
- 3 Famous mentions
- 4 Spin-off jokes
- 5 References
- 6 External links

## Background

Chuck Norris Facts were originally seen on the Internet in early 2005. Conan O'Brien's Chuck Norris jokes on *Late Night with Conan O'Brien* (which generally center on *Walker, Texas Ranger*) have been seen as an inspiration for the fad. Chuck Norris Facts followed "facts" based on actors Vin Diesel and Bob Saget, and spawned similar "facts" about fictional character Jack Bauer from the television series *24*, Mr. T and other personages. The exaggerated style of these facts is similar to a recurring *Saturday Night Live* sketch called *Bill Brasky*. These are similar to "Tall tales" such as those of Paul Bunyan. Chuck Norris Facts surged the gaming community shortly after a Chuck Norris Fact generator was introduced as a World of Warcraft addon in early 2006[1].

## Chuck's response

Chuck Norris responded to the Chuck Norris Facts on his official website, chucknorris.com, with a statement. He was generally surprised and flattered by the attention. Admitting some of the statements were indeed humorous, he tries not to take any of them seriously, and he hopes that such statements will interest people in real facts about Chuck Norris contained in his literary works.[2] On October 23, 2006, Chuck Norris' first column for WorldNetDaily consisted of yet another response. It began similarly to the above quote from chucknorris.com, but then disclaimed Norris' own prowess in favor of God and Jesus Christ.

One of the satirical "facts" made of Norris states that "There is no theory of evolution. Just a list of creatures Chuck Norris has allowed to live." Upon hearing this, Chuck replied:

It's funny. It's cute. But here's what I really think about the theory of evolution: It's not real. It is not the way we got here. In fact, the life you see on this planet is really just a list of creatures God has allowed to live. We are not creations of random chance. We are not accidents. There is a God, a Creator, who made you and me. We were made in His image, which separates us from all other creatures. By the way, without Him, I don't have any power. But with Him, the Bible tells me, I really can do all things—and so can you. [3]

Norris appeared in a 2007 commercial for Mountain Dew where he had his revenge on the two fictional webmasters of a popular site that featured Norris in a humorous light, undoubtedly a reference to the Chuck Norris Facts meme. [4]

## Famous mentions

- Norris has appeared on *The Tony Danza Show* and *The Best Damn Sports Show Period*, and has been questioned regarding the satirical facts. In the latter show, he read up the current Top 10 facts, as well as mentioning his favorite one was *"They once tried to carve Chuck Norris' face into Mount Rushmore, but the granite wasn't hard enough for his beard"*.
- *Rolling Stone* magazine featured a short blurb regarding the "facts". (See image above.)
- In the March 20, 2006 issue, *TIME* magazine interviewed Chuck Norris, calling him an "online cult hero." In the answer to their last question, he called the Chuck Norris Facts "weird but wildly popular sayings" and quoted one: "Chuck Norris can divide by zero." [5]
- On an episode of *The Daily Show* in a parody of Alaskan senator Ted Stevens' comments about the Internet being a "Series of tubes", John Hodgman stated that beneath every American home there were indeed a series of tubes and they could be used to send various pieces of information, mainly Chuck Norris Facts.
- On "Boys Do Cry", a 2007 episode of *Family Guy*, Peter Griffin mentions a Chuck Norris Fact that, when challenged by Brian, turns out to be true when Chuck Norris suddenly appears and punches him with a fist concealed under his beard.
- One of GaiaOnline's February 2006 'monthly collectibles' is presumably named after Chuck Norris. The Item itself has a suggesting name (Chyaku Norisu) and its description resembles one of the Facts: "There are only two things in the world that can cut diamonds ... other diamonds and CHYAKU NORISU!!"
- "DON'T F*** WITH CHUCK" is a popular Facebook application which generates Chuck Norris Facts for visitors to read.
- Famed Internet writer and author Maddox dedicated an entire chapter of his bestseller *The Alphabet of Manliness* to Chuck Norris facts.
- Governor Mike Huckabee, as a 2008 Republican Presidential Candidate, made a campaign video with Chuck Norris called HuckChuckFacts [6]. In it, he tells Chuck Norris "facts", while Norris tells real facts about the Governor and his plans.

## Spin-off jokes

Due to the popularity of Chuck Norris facts, and in order to keep this style of jokes fresh, other celebrities have become the target of these jokes. Bob Saget

facts are in fact the opposite of the Chuck Norris facts, pointing out Saget's sensitivity. For example, "every night, the boogeyman checks under his bed for Chuck Norris; but then Bob Saget comes in, gives the boogeyman warm milk and quietly reads him a bedtime story." This style has also been applied to other celebrities, such as Vin Diesel, Jack Bauer, Ron Paul, [7] Mr. T, Bob Barker, Bruce Schneier, [8] The Silver Surfer, Florida Gators quarterback Tim Tebow, Chris Benoit (before his double-murder/suicide), Albus Dumbledore[9] and Philadelphia Phillies pitcher Cole Hamels. On the DVD reissue of Road House, Kevin Smith's commentary track gives several Chuck Norris facts retitled to reference Patrick Swayze's character Dalton.

# References

1. ^ Curse Gaming - The original addon can be found at http://wow.curse.com/downloads/details/2242/
2. ^ Chuck Norris. In response to the "Random facts" that are being generated on the Internet. Retrieved on 2004-12-04.
3. ^ "On Chuck Norris 'mania sweeping the Net", *WorldNetDaily*, October 23, 2006.
4. ^ Miller, Liz. Chuck Norris Gets His Vengeance. The Daily Reel. Retrieved on 2007-04-09.
5. ^ Keegan, Rebecca Winters. "People", Time, Mar. 20, 2006. Retrieved on 2006-06-20.
6. ^ HuckChuckFacts. Retrieved on 2007-11-19.
7. ^ [1]
8. ^ Schneier Facts. Retrieved on 11 July 2007.
9. ^ [2]

# External links

- Chuck Norris Facts.com
- More Chuck Norris Facts
- Random Fact Generator
- Chuck Norris' official response
- A Washington Post article on Chuck Norris Facts
- List of facts on Uncyclopedia
- Chuck Norris' Video Appearance Reading Top 10 Chuck Norris Jokes (Best Sports Period)
- Chuck Norris Facts Dashboard Widget

Retrieved from "http://en.wikipedia.org/wiki/Chuck_Norris_Facts"

Categories: Semi-protected | Internet memes

# Views

Chuck Norris Facts - Wikipedia, the free encyclopedia

- Article
- Discussion
- View source
- History

**Personal tools**

- Sign in / create account

**Navigation**

- Main Page
- Contents
- Featured content
- Current events
- Random article

**interaction**

- About Wikipedia
- Community portal
- Recent changes
- Contact Wikipedia
- Donate to Wikipedia
- Help

**Search**



**Toolbox**

- What links here
- Related changes
- Upload file
- Special pages

Chuck Norris Facts - Wikipedia, the free encyclopedia

- Printable version
- Permanent link
- Cite this article

**Languages**

- Deutsch
- Español
- Français
- Italiano
- Lietuvi•
- Polski
- •••••••
- Svenska

- This page was last modified 00:59, 18 December 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.
- Privacy policy
- About Wikipedia
- Disclaimers

**Exhibit 9**

**Sample News Articles discussing Chuck Norris "Facts"**

- College Publisher Network

- Join the College Publisher Network
- Advertise Across the Network
- View Network Affiliates

- Select your search method
- Search

- ⦿ Search This Paper
- ○ Search Google

- Music
- Jobs
- Top National College News
- Money
- Books





Home > A&E

# Chuck Norris has gone from TV karate chops to Net punch lines

**Bryon Okada**
**Knight Ridder Tribune**

**Issue date:** 5/9/06 **Section:** A&E

You're standing in the security lines outside Gate 21 in Terminal C.

The ultimate goal is to reach Chuck Norris to discuss the Internet phenomenon of Chuck Norris jokes, which has caught on with students - mostly boys - ranging from middle school to college. A college student in Rhode Island is credited with starting the craze last summer. Since then, Norris has reached major online stud status because of the nerdy braggadocio about the physical, intellectual, and sometimes sexual prowess of the man who was "Walker, Texas Ranger."

Example: "Chuck Norris can slam revolving doors."

Or: "Chuck Norris doesn't do push-ups. He pushes the Earth down."

Or Chuck's personal favorite: "They once tried to carve Chuck Norris' face into Mount Rushmore, but the granite wasn't hard enough."

In the quest to find Norris, you head to Dallas/Fort Worth Airport to find Bill Reed.

By day, Reed may be an airport screener - but among fellow stuntmen he's "Grizzley" and, yep, he's tough as a bear. The stunt work he got on "Walker, Texas Ranger" he got because he can take it ("What ain't been broke's been bent pretty good," he says cheerfully.)

Grizzley will tell you: "When Chuck hits you, it's you who messed up."

Grizzley says he's aware of the Chuck jokes - and they're not all that far off. Apparently Chuck's proficiency in Korean martial arts and other Chuck fu is such that during a staged fight you can literally feel the air move when his fist - or foot - passes millimeters from your face. As a stuntman, you do your part and, for the rest, it's a matter of "in Chuck you trust." Don't forget, Chuck's the genuine article.

From Grizzley you learn that Chuck's brother Aaron lives in Flower Mound, Texas, and that Chuck's got a ranch nearby.

Armed with this background, it's time to take a stab at finding Chuck.

You start off bright and early the next day, looking for Chuck Norris' publicist. At this point, you know you don't have anything particularly original to ask Chuck.

Hey, you think this is cool or what?

You'll just have to hope that Chuck's as nice as everyone says and that he'll patiently answer that yet again.

A quick Internet search brings up other stories written about the subject, and you learn that Chuck's publicist is a guy named Jeff Duclos. You also notice that most of the stories contain quotes from Duclos and not Norris, or Duclos-said-Norris-said-quotes.

"Yes, that's me," Duclos answers politely, when you cold-call him based on a Web search and ask him if this is the Jeff Duclos who represents Chuck Norris. You inform Duclos right off that you're probably the 900th reporter who wants to ask questions about Chuck Norris jokes, and he chuckles. It hasn't been quite the deluge of interview requests that you expect.

"It wouldn't be necessarily daily, it would be weekly," he says. "It's definitely a phenomenon. He doesn't mind it. It's all very flattering. And some are laugh-out-loud funny."

Nice guy, Jeff. He politely says Chuck is busy this week. Out of town. Publicizing something called the World Combat League. But send an e-mail.

So you e-mail over a few quick questions and your phone number - and cross your fingers.

You dream of Chuck's call: "Hi, this is Chuck Norris. I heard you wanted to talk about me being an online icon ..." He tells you he's not a real computer guy, more of an outdoorsman. You know, more "Walker"like (This you're guessing, based on other stories where Chuck talks about the jokes).

The call never comes.

Now you look for Ian Spector, credited with initiating online Chuck humor, by starting at his Web site (www.4q.cc). A short biographical page says a guy going by the alias Toad King runs the day-to-day Chuck operation, but you still e-mail Ian because the page describes him as the "head honcho."

His site started as a homage to the actor Vin Diesel. Only after a public poll was taken did Chuck Norris become the focus of the site.

The rest of the phenomenon seems to be mostly about people copying from the site, then copying the copies, and e-mailing the copies, and so on and so forth. Thousands of times. Millions maybe. Who knows?

Legends, like tall tales, are stories everybody knows but nobody knows where they came from.

Like the publicist, he tells you that about a dozen reporters have interviewed him about the site.

"I try to keep schoolwork first," he says. From his Brown University dorm room in Rhode Island, Ian works on the Chuck Norris joke Web site between computer, math and engineering classes. "I'm in a bit of a funk right now about what I'm going to do, but hopefully it ends up with med school."

Ian says he's got nothing for or against Chuck. "I met him, and he's a really nice guy."

No, the site has not made a celebrity out of the 18-year-old from Long Island, N.Y. He does occasionally wear a T-shirt that proclaims: "People know who I am on the Internet." His friends sometimes brag. Being "that guy" got him into exactly one party.

"As far as the site, I expect it to die off at any minute," he says. "It's up to the public on that one."

Three weeks go by and nothing.

Then the publicist e-mails to say Chuck's back from an out-of-country trip. Turns out Chuck will be holding a one-hour teleconference with college newspapers. The subject is Chuck's new book, "The Justice Riders," and Chuck's career in general. Yep, in addition to movie star, television actor, martial artist and Internet tough guy _ he's also a fiction writer.

Only two people ask questions about the book during the teleconference.

The students are armed with their Chuck jokes - and youthful questions about how it must feel to be ... superhuman?

"I tell you, it's been quite amazing to me," Chuck says about the jokes. He credits Spector as lead jokester. He says he has e-mails from Iraq and Afghanistan, from soldiers who exchange the jokes as they go from post to post. Good for morale.

He tells the Boogeyman joke: "When the Boogeyman goes to sleep every night, he checks the closet for Chuck Norris."

Questions range from "Why is `Walker' so slow to come to DVD?" and "Why do you think the Bible should be taught in school?" to "Are you the third side of the Force?" One college student asks: "What

could I do to become just like you?"

It's clear that "Walker" is water under the bridge. Entertainment questions center on recent action films that use wire-work stunts. (Those are the "Matrix"-esque flying stunts that include hanging actors/stuntmen from wires to make them seem to defy gravity.) Apparently, Chuck and Bruce - that would be martial arts icon Bruce Lee - long ago opted for earthly styles. There will be no Chuck side of the Force, he says.

He is asked about late-night talk show host Conan O'Brien making jokes out of "Walker" clips. He is asked about training daytime game-show host Bob Barker - because college kids know about the "Happy Gilmore" fight scene. He talks about teaching `70s action star Steve McQueen, but then has to explain who he was. Yes, he sang the "Walker" theme song. No, he won't sing again. No, he won't do comedies.

Chuck says expanding his KICKSTART Foundation, a martial arts program for at-risk children started in Houston and Dallas, will be the "last chapter" of his career.

It's quickly obvious that Chuck is expected to be all things to all people. He is savvy enough to play along.

For more than an hour, he is polite and patient and forges ahead with a positive message of staying the course. He does not brush off anyone's question.

The teleconference becomes a lovefest and, really, is it any surprise? He is theirs. Chuck Norris is the star of Ian Spector's new media phenomenon.

The phenomenon is identifiable because they love him and they are young. Because they are young, we pay attention.

"How many roundhouse kicks have you done?" someone asks.

"Thousands," he says.

"Can you roundhouse kick me through the phone right now?"

"Probably," Chuck says. "Do you want me to? Yaaaaaahhh!!!"


Chuck Yuks


There is no official list of the "Top 10" Chuck Norris jokes, or facts. Here are some of "Chuck's favorites," according to www.chucknorris.facts.com, one of the many Web sites dedicated to the legend of Chuck:

Chuck Norris doesn't read books. He stares them down until he gets the information he wants.

There is no theory of evolution. Just a list of creatures Chuck Norris has allowed to live.

Outer space exists because it's afraid to be on the same planet with Chuck Norris.

Chuck Norris does not sleep. He waits.

Chuck Norris is currently suing NBC, claiming "Law & Order" are trademarked names for his left and right legs.

Chuck Norris is the reason why Waldo is hiding.

Chuck Norris is so fast, he can run around the world and punch himself in the back of the head.

Chuck Norris doesn't wear a watch, HE decides what time it is.

Chuck Norris can lead a horse to water AND make it drink.

Chuck Norris does not get frostbite. Chuck Norris bites frost.


In the know:

The man behind

the icon


Real Name: Carlos Norris

Age: 66 (March 10, 1940)

Birthplace: Ryan, Okla.

Background: Part-Cherokee, part-Irish, Norris and his brothers were raised largely by their mother in Torrance, Calif. Norris is self-described as shy and introverted. He described his father as "an alcoholic and a philanderer."

Martial arts: Norris first learned martial arts in Korea while in the Air Force. He is the first person from the Western Hemisphere to be awarded "Grand Master" status in tae kwon do, a break with 4,500 years of tradition. He is also a 10th-degree black belt in tang soo do, and has a black belt in Brazilian jujitsu. He has opened dozens of martial arts schools. His KICKSTART Foundation teaches martial arts to at-risk students.

Acting: Introduced to Hollywood by student Steve McQueen, Norris quickly became a cult hero in action films then achieved mainstream success with the TV series "Walker, Texas Ranger." It premiered in 1993 and ran for nine seasons.

Author: In addition to scripts, he has previously written his memoirs. "The Justice Riders" is his first attempt at Western fiction.

Page **1** of 1

**Article Tools**

**Share:**

- Facebook
- Blogger
- del.icio.us
- digg
- newsvine

**Subscribe:**

- My Yahoo!
- Google

## Viewing Comments 1 - 1 of 1

**anonymous890**

**anonymous890**

**posted 5/11/06 @ 7:09 AM MST**

This non-Pulitzer essay on Chucky Norris was such a facinating read I coul . . .yawn, zzzzzzzzzzzzz.

steviekins, Hooeyblabber
91320
KngpstBlu1@hotmail. (Continued...)

Details   Reply to this comment

# Post a Comment

- Name: (required)
- Email: (required)
-         NOTE: Email address will not be published
- Website:

☐ Notify me of followup comments via e-mail

Type your comment below (html not allowed)

☐ **I am not posting spam.** I understand posting spam or other comments that are unrelated to this article will cause my comment to be flagged for deletion and possibly cause my IP address to be permanently banned from this server.

Post

**(208) 853-5253**

National College Advertising and Marketing | Privacy Policy (8/15/07) | Terms of Use (8/15/07)
Content Submission Agreement (8/23/07) | Copyright Compliance Policy (8/25/07) | RSS Terms of Use

## washingtonpost.com

# Tough Love: Norris Fans Board the Chuck Wagon

By Paul Farhi
Washington Post Staff Writer
Monday, January 2, 2006; C01

Advertisement



*Chuck Norris does not sleep. He waits.*

*Chuck Norris frequently donates blood to the Red Cross. Just not his own.*

Chuck Norris does not fade away. By all rights he should have, by now. "Walker, Texas Ranger," his butt-kicking law-and-order TV series, finished its run on CBS in May 2001, after eight years and 203 episodes. And that should have been that for the great Stoneface, outside of the endless cable reruns, the Total Gym infomercials and the occasional late-night rebroadcast of one of his '80s-era chop-socky movies ("Lone Wolf McQuade," "Missing in Action," etc.).

But Chuck Norris, or maybe just Chuck Mania, endures.

At the moment, the 65-year-old martial-arts master is the object of a kind of sardonic cult veneration. Conan O'Brien, on his late-night show, has been airing vintage "Walker" clips for months. http://Collegehumor.com , a Web site popular among the dorm set, regularly links to all things Norris on the Internet (recent entry: a rare photo of Norris sans beard). Norris popped up in a cameo in "Dodgeball" two summers ago, and in a two-hour "Walker" movie in October, which drew respectable ratings.

Most intriguing, and certainly most amusing, has been the grass-fire spread of Chuck Norris "facts," a series of Paul Bunyanesque exaggerations riffing on (and amplifying) the Legend of Chuck. Such as:

*Chuck Norris's tears cure cancer. Too bad he has never cried.*

*Wilt Chamberlain claims to have slept with more than 20,000 women in his lifetime. Chuck Norris calls this "a slow Tuesday."*

Why does Norris (once described by a critic as the stiffest guy on TV since Ed Sullivan) rate this sort of exaltation, this David Hasselhoff-ization? Why not fellow aging B-pic martial-arts action stars such as Steven Seagal or Jean-Claude Van Damme? Why not cartoonish wrestler-actors like the Rock or Hulk Hogan? Why not other men-of-frozen-facial-features such as Charles Bronson or Steve McQueen (a former Norris martial-arts student)?

Why not that MacGyver guy?

Why, in short, a guy who never uttered more than three consecutive lines of dialogue and tended to solve contentious military and law enforcement issues by, um, kicking people in the head?

*Chuck Norris does not go hunting because "hunting" implies a chance of failure. Chuck Norris goes killing.*

*Outer space exists because it's afraid to be on the same planet with Chuck Norris.*

While hardly an unbiased source, Jeff Duclos, who has been Norris's publicist since the last season of "Walker," chalks up Chuck Mania to Norris's "consistent persona."

"There are very few people who have projected that kind of image, that kind of mythical heroism," he says. "People, especially young men, appreciate the underlying principles of that character, the morality, the dignity, the sense of right and wrong."

While Norris *has* never challenged Sir Laurence Olivier for acting nuance, he certainly has been consistent during his more than 30-year movie and TV career. Through scores of "Walker" episodes and nearly two dozen movies, he played pretty much the same guy. As the square-jawed embodiment of law and order, he could be counted on to do What Was Right, even if right involved beating up people, which, in Norris's case, it invariably did.

"Walker," which drew almost 20 million viewers at its peak, was predictable, simple and (as Conan's clips demonstrate) often unintentionally funny. To call "Walker" retro is to insult retro. Although it was in the tradition of "Gunsmoke" and John Wayne westerns, it existed in its own space-time continuum. As latter-day Texas Ranger Cordell Walker, Norris and his sidekicks were the white hats out to rid the West (or at least Dallas) of drug-dealin', kidnappin', gun-runnin', no-good scum. Every week, justice prevailed. And it prevailed with great guest stars, including Frank Stallone, Joan Jett, Erik Estrada, Ann Jillian, Tom Bosley and Barbara Mandrell.

There was a certain integrity to the series. To his credit, Norris, who was executive producer of the show, never tried to do a Very Special Episode (okay, the one about him and Alex registering for their wedding was an exception). "Walker" never did subtlety, or ambiguity, or irony. (In fact, Chuck Norris can bend irony into balloon-animal shapes.)

Another possible explanation for Norris adulation is a demographic one: Young adults, who grew up watching "Walker" on Saturday nights, are reliving a fond bit of their childhood, just as earlier generations elevated "The Brady Bunch" and "The Dukes of Hazzard" to iconic camp status. In any case, young people seem to be the driving force behind Norris nostalgia. The most frequent visitors to the Chuck Norris Fact Generator ( http://www.4q.cc/chuck/ ), a daily offering of Chuck "facts," are college students and military personnel, according to Ian Spector, the site's co-founder.

Spector, a 17-year-old Brown University freshman from Long Island, started a "fact" site for the actor Vin Diesel in April and joined forces with another Web designer, Mike Lelli, to launch the Norris site a month later. After some slow going, things have picked up: The Norris generator got 18 million of its 28.7 million hits in the past month, Spector reports. He has now collected some 8,000 Norris "facts" from visitors, and he is planning to produce a book and a calendar.

Why the passion for Chuck? Spector has a few thoughts: "I guess he's well enough known that people know what he's done," he says. "And he's been out of the culture long enough so that people can go wherever they want with the 'facts.' Beyond that, it's really hard to say."

*Chuck Norris doesn't read books. He stares them down until he gets the information he wants.*

Norris was on vacation with his family and unavailable for comment, according to Duclos. The publicist adds, however, that Norris doesn't mind making a little fun of his persona. In addition to the "Dodgeball" cameo, he appeared on O'Brien's show last year, in a humorous skit in which Norris/Walker stops O'Brien from showing another "Walker" clip by shooting his hand away from a clip-generating lever. The two men then mock-argue and engage in a carefully choreographed martial-arts fight.

"He's a good sport," Duclos says. "He's a serious guy, but I don't think he takes himself too seriously."

As for the Internet "facts," Norris hasn't seen those yet, says Duclos.

Probably just as well. You wouldn't want to upset Chuck Norris.

*There is no theory of evolution. Just a list of creatures Chuck Norris has allowed to live.*

© 2006 The Washington Post Company

Ads by Google

**American Express® Cards**
Great Card Offers from American Express. Compare and Apply Online!
www.americanexpress.com

Exhibit 10

**Sample Web sites featuring Chuck Norris "Facts"**



Buy | Sell | My eBay | Community | Help

Welcome! Sign in or register.                              Site Map

|                        | All Categories          | [Search] | Advanced Search |

**Categories ▾**   **Motors**   **Express**   **Stores**          eBay Security & Resolution Center

Home  >  Buy  >  Reviews & Guides  >  Top 100 Chuck Norris Facts

## Reviews & Guides

Reviews & Guides  [Search]          Reviews & Guides Home page

# Top 100 Chuck Norris Facts          Write a guide

by: apang1 ( 136  ★ )  🗎 Top **1,000** Reviewer

**455** out of **531** people found this guide helpful.

Tags: Chuck | Norris | Facts | Tough |      Guide viewed: **251886** times
Man

1.  Chuck Norris' tears cure cancer. Too bad he has never cried.
    Ever.
2.  Chuck Norris does not sleep. He waits.
3.  Chuck Norris is currently suing NBC, claiming Law and Order
    are trademarked names for his left and right legs.
4.  The chief export of Chuck Norris is pain.
5.  If you can see Chuck Norris, he can see you. If you can't see
    Chuck Norris, you may be only seconds away from death.
6.  Chuck Norris has counted to infinity. Twice.
7.  Chuck Norris does not hunt because the word hunting implies
    the probability of failure. Chuck Norris goes killing.
8.  Chuck Norris doesn't wash his clothes, he disembowels them.
9.  Chuck Norris is 1/8th Cherokee. This has nothing to do with
    ancestry, the man ate a f***ing Indian.
10. In fine print on the last page of the Guinness Book of World
    Records it notes that all world records are held by Chuck
    Norris, and those listed in the book are simply the closest
    anyone else has ever gotten.
11. There is no chin behind Chuck Norris' beard. There is only
    another fist.
12. Chuck Norris once roundhouse kicked someone so hard that
    his foot broke the speed of light, went back in time, and killed
    Amelia Earhart while she was flying over the Pacific Ocean.
13. Crop circles are Chuck Norris' way of telling the world that
    sometimes corn needs to lie the f*** down.
14. Chuck Norris is ten feet tall, weighs two-tons, breathes fire,
    and could eat a hammer and take a shotgun blast standing.
15. The Great Wall of China was originally created to keep Chuck
    Norris out. It failed miserably.
16. If you ask Chuck Norris what time it is, he always says, "Two
    seconds 'till." After you ask, "Two seconds 'til what?" he
    roundhouse kicks you in the face.

### Member Information



apang1 ( 136  ★ ) me

See all guides by this member

View items for sale by this member

### Items from eBay sellers



**CHUCK NORRIS FIST T SHIRT**
vintage facts dodge ball XL
Current Price: **$9.99**
*View similar items. ..*

**CHUCK NORRIS FACTS HUNG**

17. Chuck Norris drives an ice cream truck covered in human skulls.
18. Chuck Norris sold his soul to the devil for his rugged good looks and unparalleled martial arts ability. Shortly after the transaction was finalized, Chuck roundhouse-kicked the devil in the face and took his soul back. The devil, who appreciates irony, couldn't stay mad and admitted he should have seen it coming. They now play poker every second Wednesday of the month.
19. There is no theory of evolution, just a list of creatures Chuck Norris allows to live.
20. Chuck Norris once ate three 72 oz. steaks in one hour. He spent the first 45 minutes having sex with his waitress.
21. Chuck Norris is the only man to ever defeat a brick wall in a game of tennis.
22. Chuck Norris doesn't churn butter. He roundhouse kicks the cows and the butter comes straight out.
23. When Chuck Norris sends in his taxes, he sends blank forms and includes only a picture of himself, crouched and ready to attack. Chuck Norris has not had to pay taxes ever.
24. The quickest way to a man's heart is with Chuck Norris' fist.
25. A Handicap parking sign does not signify that this spot is for handicapped people. It is actually in fact a warning, that the spot belongs to Chuck Norris and that you will be handicapped if you park there.
26. Chuck Norris will attain statehood in 2009. His state flower will be the Magnolia.
27. Nagasaki never had a bomb dropped on it. Chuck Norris jumped out of a plane and punched the ground.
28. Chuck Norris originally appeared in the "Street Fighter II" video game, but was removed by Beta Testers because every button caused him to do a roundhouse kick. When asked bout this "glitch," Norris replied, "That's no glitch."
29. The opening scene of the movie "Saving Private Ryan" is loosely based on games of dodge ball Chuck Norris played in second grade.
30. Chuck Norris once shot down a German fighter plane with his finger, by yelling, "Bang!"
31. Chuck Norris once bet NASA he could survive re-entry without a spacesuit. On July 19th, 1999, a naked Chuck Norris re-entered the earth's atmosphere, streaking over 14 states and reaching a temperature of 3000 degrees. An embarrassed NASA publicly claimed it was a meteor, and still owes him a beer.
32. Chuck Norris has two speeds: Walk and Kill.
33. Someone once tried to tell Chuck Norris that roundhouse kicks aren't the best way to kick someone. This has been recorded by historians as the worst mistake anyone has ever made.
34. Contrary to popular belief, America is not a democracy, it is a Chucktatorship.
35. Teenage Mutant Ninja Turtles is based on a true story: Chuck Norris once swallowed a turtle whole, and when he crapped it out, the turtle was six feet tall and had learned karate.
36. Chuck Norris is not hung like a horse... horses are hung like Chuck Norris
37. Chuck Norris is the only human being to display the Heisenberg uncertainty principle -- you can never know both exactly where and how quickly he will roundhouse-kick you in the face.
38. Chuck Norris can drink an entire gallon of milk in forty-seven seconds.
39. Rather than being birthed like a normal child, Chuck Norris instead decided to punch his way out of his mother's womb.

LIKE A HORSE T SHIRT funny XXL
Current Price: **$13.49**
*View similar items. ..*

---



CHUCK NORRIS FACTS! Set of 8 Fridge Magnets! 1337.
Current Price: AU **$8.49**
*View similar items. ..*

---



CHUCK NORRIS FACTS! Set of 8 Fridge Magnets! 1337.
Current Price: AU **$8.49**
*View similar items. ..*



CHUCK NORRIS FACTS HUNG LIKE A HORSE T SHIRT funny XL
Current Price: **$9.99**
*View similar items. ..*

---

View more items on eBay...

40. If you say Chuck Norris' name in Mongolia, the people there will roundhouse kick you in his honor. Their kick will be followed by the REAL roundhouse delivered by none other than Norris himself.
41. Time waits for no man. Unless that man is Chuck Norris.
42. Chuck Norris discovered a new theory of relativity involving multiple universes in which Chuck Norris is even more badass than in this one. When it was discovered by Albert Einstein and made public, Chuck Norris roundhouse-kicked him in the face. We know Albert Einstein today as Stephen Hawking.
43. The Chuck Norris military unit was not used in the game Civilization 4, because a single Chuck Norris could defeat the entire combined nations of the world in one turn.
44. In an average living room there are 1,242 objects Chuck Norris could use to kill you, including the room itself.
45. Chuck Norris does not teabag the ladies. He potato-sacks them.
46. Pluto is actually an orbiting group of British soldiers from the American Revolution who entered space after the Chuck gave them a roundhouse kick to the face.
47. When Chuck Norris goes to donate blood, he declines the syringe, and instead requests a hand gun and a bucket.
48. There are no weapons of mass destruction. Just Chuck Norris.
49. Chuck Norris once challenged Lance Armstrong in a "Who has more testicles?" contest. Chuck Norris won by 5.
50. Chuck Norris was the fourth wise man, who gave baby Jesus the gift of beard, which he carried with him until he died. The other three wise men were enraged by the preference that Jesus showed to Chuck's gift, and arranged to have him written out of the bible. All three died soon after of mysterious roundhouse-kick related injuries.
51. Chuck Norris sheds his skin twice a year.
52. When Chuck Norris calls 1-900 numbers, he doesn't get charged. He holds up the phone and money falls out.
53. Chuck Norris once ate a whole cake before his friends could tell him there was a stripper in it.
54. There are no races, only countries of people Chuck Norris has beaten to different shades of black and blue.
55. Chuck Norris can't finish a "color by numbers" because his markers are filled with the blood of his victims. Unfortunately, all blood is dark red.
56. A Chuck Norris-delivered Roundhouse Kick is the preferred method of execution in 16 states.
57. When Chuck Norris falls in water, Chuck Norris doesn't get wet. Water gets Chuck Norris.
58. Chuck Norris's urine was the main ingredient for balco's designer steroids. Therefore, Chuck Norris is actually the all-time single-season home run king.
59. Scientists have estimated that the energy given off during the Big Bang is roughly equal to 1CNRhK (Chuck Norris Roundhouse Kick)
60. Chuck Norris' house has no doors, only walls that he walks through.
61. When Chuck Norris has sex with a man, it won't be because he is gay. It will be because he has run out of women.
62. How much wood would a woodchuck chuck if a woodchuck could Chuck Norris? ...All of it.
63. Chuck Norris doesn't actually write books, the words assemble themselves out of fear.
64. In honor of Chuck Norris, all McDonald's in Texas have an even larger size than the super-size. When ordering, just ask to be "Norrisized".
65. Chuck Norris CAN believe it's not butter.

66. If tapped, a Chuck Norris roundhouse kick could power the country of Australia for 44 minutes.
67. The grass is always greener on the other side, unless Chuck Norris has been there. In that case the grass is most likely soaked in blood and tears.
68. Newton's Third Law is wrong: Although it states that for each action, there is an equal and opposite reaction, there is no force equal in reaction to a Chuck Norris roundhouse kick.
69. Chuck Norris invented his own type of karate. It's called Chuck-Will-Kill.
70. When an episode of Walker Texas Ranger was aired in France, the French surrendered to Chuck Norris just to be on the safe side.
71. While urinating, Chuck Norris is easily capable of welding titanium.
72. Chuck Norris once sued the Houghton-Mifflin textbook company when it became apparent that their account of the war of 1812 was plagiarized from his autobiography.
73. When Steven Seagal kills a ninja, he only takes its hide. When Chuck Norris kills a ninja, he uses every part.
74. Wilt Chamberlain claims to have slept with more than 20,000 women in his lifetime. Chuck Norris calls this "a slow Tuesday."
75. Contrary to popular belief, there is indeed enough Chuck Norris to go around.
76. Chuck Norris doesn't shave; he kicks himself in the face. The only thing that can cut Chuck Norris is Chuck Norris.
77. For some, the left testicle is larger than the right one. For Chuck Norris, each testicle is larger than the other one.
78. When taking the SAT, write "Chuck Norris" for every answer. You will score a 1600.
79. Chuck Norris invented black. In fact, he invented the entire spectrum of visible light. Except pink. Tom Cruise invented pink.
80. When you're Chuck Norris, anything + anything is equal to 1. One roundhouse kick to the face.
81. Chuck Norris has the greatest Poker-Face of all time. He won the 1983 World Series of Poker, despite holding only a Joker, a Get out of Jail Free Monopoly card, a 2 of clubs, 7 of spades and a green #4 card from the game UNO.
82. On his birthday, Chuck Norris randomly selects one lucky child to be thrown into the sun.
83. Nobody doesn't like Sara Lee. Except Chuck Norris.
84. Chuck Norris doesn't throw up if he drinks too much. Chuck Norris throws down!
85. In the beginning there was nothing...then Chuck Norris Roundhouse kicked that nothing in the face and said "Get a job". That is the story of the universe.
86. Chuck Norris has 12 moons. One of those moons is the Earth.
87. Chuck Norris grinds his coffee with his teeth and boils the water with his own rage.
88. Archeologists unearthed an old English dictionary dating back to the year 1236. It defined "victim" as "one who has encountered Chuck Norris"
89. Chuck Norris ordered a Big Mac at Burger King, and got one.
90. Chuck Norris and Mr. T walked into a bar. The bar was instantly destroyed, as that level of awesome cannot be contained in one building.
91. If you Google search "Chuck Norris getting his ass kicked" you will generate zero results. It just doesn't happen.
92. Chuck Norris doesn't bowl strikes, he just knocks down one pin and the other nine faint.
93. The show Survivor had the original premise of putting people

on an island with Chuck Norris. there were no survivors and the pilot episode tape has been burned.

94. Chuck Norris brings the noise AND the funk.
95. You know how they say if you die in your dream then you will die in real life? In actuality, if you dream of death then Chuck Norris will find you and kill you.
96. Chuck Norris can slam a revolving door.
97. When Chuck Norris is in a crowded area, he doesn't walk around people. He walks through them
98. James Cameron wanted Chuck Norris to play the Terminator. However, upon reflection, he realized that would have turned his movie into a documentary, so he went with Arnold Schwarzenegger.
99. Chuck Norris can touch MC Hammer.
100. Little known medical fact: Chuck Norris invented the Caesarean section when he roundhouse-kicked his way out of his mother's womb.
101. Chuck Norris can divide by zero.

Guide created: 01/14/06 (updated 12/18/07)      Guide ID: 10000000000690883

Was this guide helpful?  | Yes |  | No |     Report this guide

Ready to share your knowledge with others? Write a guide

Related tags: Facts | Norris | Man | Chuck | Tough

Related categories:

- DVDs & Movies > DVD, HD DVD & Blu-ray
- Collectibles

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype | Tickets

About eBay | Announcements | Security Center | Policies | Government Relations | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time
.

# Martial Development

## Martial arts for personal development

- Articles
- About Martial Development
- Seattle Martial Arts
- Search

Does "Final Fu" Give Martial Arts a Black Eye? →
· **Ads by Google**  James Yimm Lee    Amazing Facts    Fun Facts    Random Facts

# 14 Amazing Chuck Norris Facts

· **79 Comments**



1. Chuck Norris does not sleep. He waits.
2. Chuck Norris counted to infinity—twice.
3. The chief export of Chuck Norris is Pain.
4. Chuck Norris doesn't read books. He stares them down until he gets the information he wants.
5. When the Boogeyman goes to sleep every night, he checks his closet for Chuck Norris.
6. Chuck Norris can lead a horse to water AND make it drink.

7. When Chuck Norris does a pushup, he isn't lifting himself up, he's pushing the Earth down.
8. Chuck Norris can slam a revolving door.
9. Chuck Norris is his own line at the DMV.
10. When Chuck Norris does division, there are no remainders.
11. Chuck Norris can blow bubbles with beef jerky.
12. Chuck Norris can get Blackjack with just one card.
13. Chuck Norris puts the laughter in manslaughter.
14. Chuck Norris makes onions cry!

You can learn more about Chuck Norris here. And if you discover any other critical Chuck Norris facts, please share them with us.

Technorati Tags: Martial Arts, Chuck Norris

**Tags:** Martial Arts Humor

   Share This

## More Articles

- More Chuck Norris Facts
- Should I Switch from a Full to a Partial RSS Feed?
- The Three Craziest People I Met in Aikido Class

Ads by Google

# Chronic Psoriasis

Get Proven & Effective Treatment for
Moderate to Severe Psoriasis.

www.Enbrel.com

**79 responses so far ↓**

- 1 **5 Reasons Why I am loving this week's 'Lists' Group Writing Project - Reader Submissions Round 2** // Aug 16, 2006

  [...] 14 Amazing Chuck Norris Facts by Chris [...]

- 2 **Jersey Girl** // Aug 16, 2006

  Flippin' brilliant post...I'm laughing like a crazy woman here... Okay, so maybe I am crazy, but that's besides the point. Don't stare.

- 3 **MamaDuck** // Aug 16, 2006

  ROTFL!! Our list is up if you'd like to look... have a great day!

- 4 **Josh Maher** // Aug 16, 2006

  How do we get this amazing power?

  http://joshmaher.wordpress.com/2006/08/14/top-ten-reasons-you-should-not-blog/

- 5 **Jersey Girl** // Aug 16, 2006

  Okay, it's about two hours later and I had to come back to read it for a chuckle...just as funny the second time. LOL...still laughing.

- 6 **Distractions to Make Your Day More Interesting at Duane Brown's Blog** // Aug 16, 2006

  [...] The list includes everything from 14 Amazing Chuck Norris Facts to Top 10 Things I'd Tell My Younger Self. Enjoy the read. [...]

- 7 **Chris** // Aug 16, 2006

Now that is one funny list, I always knew Chuck Norris was some kinda of super being.

Take a peek at my List

- 8 **Leroy Brown** // Aug 16, 2006

  Rockin list man! Good work.

- 9 **Sarakastic** // Aug 16, 2006

  This should be a bumpersticker "Chuck Norris puts the laughter in manslaughter."

- 10 **The ITtoolbox Blog Potato** // Aug 16, 2006

  **Listmania, my favourite lists from the Problogger Writing Project…**

  Here are some great lists from the Problogger List Writing Project. Good movies, bad movies, Chuck Norris, Blogging, Not Blogging and why I struggle with blog comments….

- 11 **nrkii** // Aug 16, 2006

  I haven't come up with a list yet, and now I'm intimidated by the power of Chuck Norris.

  This is fantastic!

  And I agree about the bumper sticker.

- 12 **SEO Firm » 5 Reasons Why I am loving this week's 'Lists' Group Writing Project - Reader Submissions Round 2** // Aug 16, 2006

  […] 14 Amazing Chuck Norris Facts by Chris […]

- 13 **Jennie** // Aug 17, 2006

  oh my god! ROTFL! Truly unique list, I really enjoyed reading that one!

- 14 **Some lookworthy lists… at ipears | Blogging the Ways to Make Money Online** // Aug 18, 2006

  […] 14 Amazing Chuck Norris Facts [The legend lives on… in the hearts of many] […]

- 15 **Ducksnorts » Friday Links (18 Aug 06)** // Aug 18, 2006

  […] 14 Amazing Chuck Norris Facts (Martial Development). This is just the damn funniest thing I've read in a long time. I love #10: "When Chuck Norris does division, there are no remainders." Solid effort. […]

- 16 **Crappy Day at Tony and Paige.com** // Aug 18, 2006

[…] If you're also having a rough day, you might want to check out these 14 Amazing Facts About Chuck Norris. They made me smile… […]

- 17 **A Lists of Lists That Were Written For Listing : Better Than Crabs** // Aug 18, 2006

  […] 14 Amazing Chuck Norris Facts - Martial Development […]

- 18 **Lists Group Writing Project - Categorized** // Aug 26, 2006

  […] 96. Top 25 Romance Movies by Ashwin 97. Disney Favorites From the Disney Dog Blog by Deb 98. Top Ten Janeane Garofalo Mistakes by BoreAmerica 99. My Top 10 Favorite Desperate Housewives Moments by Leora 100. 11 Teams I'd Love to See on the Amazing Race by Kent 101. 7 Hollywood Blockbuster Blogging Movies Not Coming to a Cinema Near You by Vincent 102. How to be a Movie Star and/or Cult Leader by Eltan 103. Top 10 Lindsay Lohan Oops Moments by Arieanna 104. Songs for October by Kenn 105. Wedding songs for the despair Generation by Jill 106. Top 13 Black Comedies by andi 107. 5 Books That Made Me an Optimistic Environmentalist by Steve 108. Some of the Worst Filler Songs of All Time… by D.T. Kelly 109. 14 Amazing Chuck Norris Facts by Chris 110. Five Happy Dog Movies by Katelyn 111. 7 Reasons I Can't Wait for the 2006 Fall TV Season to Start by Jason 112. 5 Benjamin Bratt Movies Worth Your Time; and 9.4 "Law & Order" episodes, too by Brattfan 113. The 11 New Fall Shows I can't Wait to See by Adam 114. The Top 10 (heck, maybe more) Streaming Piles Even I Can't Believe I Sat Through! by The Gooch 115. 5 Songs That Have Torn at my Heartstrings by Alan 116. Things You Learn from Anime by Alan […]

- 19 **Michael Anuzis » Sharing Advice** // Aug 26, 2006

  […] 96. Top 25 Romance Movies by Ashwin 97. Disney Favorites From the Disney Dog Blog by Deb 98. Top Ten Janeane Garofalo Mistakes by BoreAmerica 99. My Top 10 Favorite Desperate Housewives Moments by Leora 100. 11 Teams I'd Love to See on the Amazing Race by Kent 101. 7 Hollywood Blockbuster Blogging Movies Not Coming to a Cinema Near You by Vincent 102. How to be a Movie Star and/or Cult Leader by Eltan 103. Top 10 Lindsay Lohan Oops Moments by Arieanna 104. Songs for October by Kenn 105. Wedding songs for the despair Generation by Jill 106. Top 13 Black Comedies by andi 107. 5 Books That Made Me an Optimistic Environmentalist by Steve 108. Some of the Worst Filler Songs of All Time… by D.T. Kelly 109. 14 Amazing Chuck Norris Facts by Chris 110. Five Happy Dog Movies by Katelyn 111. 7 Reasons I Can't Wait for the 2006 Fall TV Season to Start by Jason 112. 5 Benjamin Bratt Movies Worth Your Time; and 9.4 "Law & Order" episodes, too by Brattfan 113. The 11 New Fall Shows I can't Wait to See by Adam 114. The Top 10 (heck, maybe more) Streaming Piles Even I Can't Believe I Sat Through! by The Gooch 115. 5 Songs That Have Torn at my Heartstrings by Alan 116. Things You Learn from Anime by Alan […]

- 20 **Dave Carr** // Aug 31, 2006

  You know, I am not really a Chuck buff - but this stuff is funny! Thanks!

  DC1

- 21 **Seven Entertaining TV Related Lists » TVaholic.com** // Sep 4, 2006

  […] 14 Amazing Chuck Norris Facts – Fourteen of favorite facts from Chuck Norris Facts. I wish

Walker, Texas Ranger was still on every Saturday night. Then at least something would be. […]

- 22 **TMaiden** // Sep 11, 2006

  If you enjoy these, you might as well read, view, and post your own at
  http://www.famousfacts.net

- 23 **Lufecaep** // Sep 28, 2006

  The dead sea scrolls revealed that the literal translation of Genisis 1:1 was "In the beginning
  Chuck Norris performed a roundhouse kick"

- 24 **Chris** // Sep 28, 2006

  Thank you for sharing. I have recently discovered that Chuck Norris grinds his coffee with his
  teeth, and boils the water with his own rage.

- 25 **April Flowers** // Sep 29, 2006

  This has been well published in many other places (with more items). I really would like people to
  at least acknowledge that their content originated (even if in part) elsewhere.
  Here are some of my favorites which were not listed here (a whole bunch can be found at
  http://uncyclopedia.org/wiki/Chuck_Norris):

  1 - Chuck Norris CAN divide by zero.
  2 - Chuck Norris sleeps with a nightlight. Not because he's afraid of the dark, but because the dark
  is afraid of him.
  3 - Chuck Norris' tears can cure any known disease. Too bad he hasn't and never will cry.
  And finally, my favorite:
  4 - The eternal conundrum "what happens when an unstoppable force meets an immovable
  object?" was finally solved when Chuck Norris roundhouse kicked himself in the face. That was
  the first time he was ever seen without his beard, a mere 7th dan blackbelt.

- 26 **Chris** // Sep 30, 2006

  I would be happy to acknowledge the original authors, but every website I've seen (including
  Uncyclopedia) quotes them without attribution.

- 27 **links for 2006-10-08 | Phil Wallach** // Oct 7, 2006

  […] 14 Amazing Chuck Norris Facts - Martial Development (tags: martial arts humour) […]

- 28 **LinuxGuru** // Oct 9, 2006

  Some Top 100 facts about Chuck Norris.

  http://www.dahl-lumholt.dk/Chuck-Norris.html

  Enjoy !!!



**urban**
DICTIONARY



Chuck Norris Facts

random  A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X

order *mo' urban*
on amazon and b&n
**now shipping**

Chuck Francis
Chuck Fu
chuck fucker
chuck in
chuck it in
chuck it in her
Chuck it on Branson
chuck juice
chuck key holder
Chuck Liddell
Chuck Mangione
Chuck Mosely
chuck mosley
chuck muck
chuck my custard
Chuck Noris
chuck noriss
Chuck Norissed
chuck norris
Chuck Norris And
  Friends

**Chuck Norris Facts**

Chuck Norris
  Lemonade
Chuck Norris or Dead
Chuck Norris Shitkick
Chuck Norris-ing
Chuck Norrised
Chuck Norrisized
chuck one off
chuck roast
chuck salt
chuck sauce
chuck schuldiner
chuck sheen
chuck taylor
chuck taylors
chuck that shit in the
  bush
chuck the ace
Chuck the Bottle
  Thrower

**Chuck Norris Facts**  chuck norris   roundhouse kick   walker texas ranger

## 1. Chuck Norris Facts

**141 up, 8 down**

Chuck Norris Facts are an Internet phenomenon of satirical "facts" about
martial artist and actor Chuck Norris. The "facts" tend to involve absurdly
exaggerated claims of Norris' toughness, attitude, virility, and masculinity
stated in an absurdly serious tone; for example:

Chuck Norris' tears cure cancer. Too bad he has never cried. Ever.

*Chuck Norris Facts:*

*When an episode of Walker Texas Ranger was aired in France, the French
surrendered to Chuck Norris just to be on the safe side.*

*Chuck Norris can win a game of Connect Four in only three moves.*

*There are two types of people in the world... people that suck, and Chuck
Norris.*

*Chuck Norris' sperm can be seen with the naked eye. Each one is the size of
a quarter.*

*Chuck Norris is responsible for China's over-population. He hosted a Karate
tournament in Beijing and all women within 1,000 miles became pregnant
instantly.*

*Chuck Norris has banned rainbows from the state of North Dakota.*

*When chuck Norris does division, there are no remainders.*

*If Chuck Norris wants your opinion, he'll beat it into you.
The show Survivor had the original premise of putting people on an island
with Chuck Norris. There were no survivors, and nobody is brave enough to
go to the island to retrieve the footage.*

*Whoever said "only the good die young" was probably in Chuck Norris's
kindergarten class.*

*Guantuanamo Bay, Cuba, is the military code-word for "Chuck Norris'
basement".*



chuck the duce
chuck the fargers
chuck tossin'

Aliens DO indeed exist. They just know better than to visit a planet that Chuck Norris is on.

When Bruce Banner gets mad, he turns into the Hulk. When the Hulk gets mad, he turns into Chuck Norris.

Chuck Norris wipes his rear with chain mail and sandpaper.

Chuck Norris? sperm is so badrear, he had sex with Nicole Kidman, and 7 months later she prematurely gave birth to a Ford Excursion.

Chuck Norris invented the bolt-action rifle, liquor, sexual intercourse, and football– in that order

Instead of having a cigarette after sex, Chuck Norris heads outside and brands his cattle.

In 1990, Chuck Norris founded the non-profit organization "Kick Drugs Out of America". If the organization's name were "Roundhouse Kick Drugs out of America", there wouldn't be any drugs in the Western Hemisphere. Anywhere.

Chuck Norris once sued the Houghton-Mifflin textbook company when it became apparent that their account of the war of 1812 was plagiarized from his autobiography

Chuck Norris CAN in fact 'raise the roof'. And he can do it with one hand.

Chuck Norris is the only man who has, literally, beaten the odds. With his fists.

Some people like to eat frogs' legs. Chuck Norris likes to eat lizard legs. Hence, snakes.

Ninjas want to grow up to be just like Chuck Norris. But usually they grow up just to be killed by Chuck Norris.

Two wrongs don't make a right. Unless you're Chuck Norris. Then two wrongs make a roundhouse kick to the face.

Chuck Norris was once on Jeopardy. This show is notable in that it was the first occasion in Jeopardy history that Alex Trebek had appeared without a mustache. And a head.

Chuck Norris drinks napalm to quell his heartburn.

They were going to release a Chuck Norris edition of Clue, but the answer

*always turns out to be "Chuck Norris. In The Library. With a Roundhouse Kick."*

*There are no weapons of mass destruction in Iraq, Chuck Norris lives in Oklahoma.*

*Chuck Norris shot the sheriff, but he round house kicked the deputy.*

*Chuck Norris once went skydiving, but promised never to do it again. One Grand Canyon is enough.*

*Chuck Norris does not have to answer the phone. His beard picks up the incoming electrical impulses and translates them into audible sound.*

*As President Roosevelt said: "We have nothing to fear but fear itself. And Chuck Norris."*

*When taking the SAT, write "Chuck Norris" for every answer. You will score over 8000.*

*Chuck Norris is the reason why Waldo is hiding.*

*After returning from World War 2 unscathed, Bob Dole was congratulated by Chuck Norris with a handshake. The rest is history.*

*Never look a gift Chuck Norris in the mouth, because he will bite your dang eyes off.*

*The word 'Kill' was invented by Chuck Norris. Other words were 'Die', 'Beer', and 'What'.*

*Chuck Norris once round-house kicked a salesman. Over the phone.*

*Chuck Norris can win at solitaire with only 18 cards.*

*Chuck Norris doesn't chew gum. Chuck Norris chews tin foil.*

*On the set of Walker Texas Ranger Chuck Norris brought a dying lamb back to life by nuzzling it with his beard. As the onlookers gathered, the lamb sprang to life. Chuck Norris then roundhouse kicked it, killing it instantly. This was just to prove that the good Chuck giveth, and the good Chuck, he taketh away.*

*Before each filming of Walker: Texas Ranger, Chuck Norris is injected with fourteen times the lethal dose of elephant tranquilzer. This is, of course, to limit his strength and mobility, in an attempt to lower the fatality rate of the actors he fights.*

*In ancient China there is a legend that one day a child will be born from a dragon, grow to be a man, and vanquish evil from the land. That man is not Chuck Norris, because Chuck Norris killed that man.*

*Chuck Norris once shot down a German fighter plane with his finger, by yelling, "Bang!"*

tags  roundhouse kick   chuck norris   walker texas ranger   toughness
 destruction   chuck norriss

by Anisettekiss Philly PA Nov 16, 2006 email it

## 2. Chuck Norris Facts           **25** up, **21** down

The phenomena that is Chuck Norris and facts proving he is one bad motha... SHUT YO MOUTH.
I'm just talkin 'bout Chuck....

These facts are popularly known in the realm of cool people.
I'm serious. Look it up in Wikipedia.
That is all, says Chuck.

*Chuck Norris Facts:*

*When an episode of Walker Texas Ranger was aired in France, the French surrendered to Chuck Norris just to be on the safe side.*

*Chuck Norris can win a game of Connect Four in only three moves.*

*There are two types of people in the world... people that suck, and Chuck Norris.*

*Chuck Norris' sperm can be seen with the naked eye. Each one is the size of a quarter.*

*Chuck Norris is responsible for China's over-population. He hosted a Karate tournament in Beijing and all women within 1,000 miles became pregnant instantly.*

*Chuck Norris has banned rainbows from the state of North Dakota.*

*When chuck Norris does division, there are no remainders.*

*If Chuck Norris wants your opinion, he'll beat it into you.*
The show Survivor had the original premise of putting people on an island with Chuck Norris. There were no survivors, and nobody is brave enough to go to the island to retrieve the footage.

*Whoever said "only the good die young" was probably in Chuck Norris's kindergarten class.*

*Guantuanamo Bay, Cuba, is the military code-word for "Chuck Norris' basement".*

*Aliens DO indeed exist. They just know better than to visit a planet that Chuck Norris is on.*

*When Bruce Banner gets mad, he turns into the Hulk. When the Hulk gets mad, he turns into Chuck Norris.*

*Chuck Norris wipes his rear with chain mail and sandpaper.*

*Chuck Norris? sperm is so badrear, he had sex with Nicole Kidman, and 7 months later she prematurely gave birth to a Ford Excursion.*

*Chuck Norris invented the bolt-action rifle, liquor, sexual intercourse, and football– in that order*

*Instead of having a cigarette after sex, Chuck Norris heads outside and brands his cattle.*

*In 1990, Chuck Norris founded the non-profit organization "Kick Drugs Out of America". If the organization's name were "Roundhouse Kick Drugs out of America", there wouldn't be any drugs in the Western Hemisphere. Anywhere.*

*Chuck Norris once sued the Houghton-Mifflin textbook company when it became apparent that their account of the war of 1812 was plagiarized from his autobiography*

*Chuck Norris CAN in fact 'raise the roof'. And he can do it with one hand.*

*Chuck Norris is the only man who has, literally, beaten the odds. With his fists.*

*Some people like to eat frogs' legs. Chuck Norris likes to eat lizard legs. Hence, snakes.*

*Ninjas want to grow up to be just like Chuck Norris. But usually they grow up just to be killed by Chuck Norris.*

*Two wrongs don't make a right. Unless you're Chuck Norris. Then two wrongs make a roundhouse kick to the face.*

*Chuck Norris was once on Jeopardy. This show is notable in that it was the first occasion in Jeopardy history that Alex Trebek had appeared without a mustache. And a head.*

*Chuck Norris drinks napalm to quell his heartburn.*

*They were going to release a Chuck Norris edition of Clue, but the answer always turns out to be "Chuck Norris. In The Library. With a Roundhouse Kick."*

*There are no weapons of mass destruction in Iraq, Chuck Norris lives in Oklahoma.*

*Chuck Norris shot the sheriff, but he round house kicked the deputy.*

*Chuck Norris once went skydiving, but promised never to do it again. One Grand Canyon is enough.*

*Chuck Norris does not have to answer the phone. His beard picks up the incoming electrical impulses and translates them into audible sound.*

*As President Roosevelt said: "We have nothing to fear but fear itself. And Chuck Norris."*

*When taking the SAT, write "Chuck Norris" for every answer. You will score over 8000.*

*Chuck Norris is the reason why Waldo is hiding.*

*After returning from World War 2 unscathed, Bob Dole was congratulated by Chuck Norris with a handshake. The rest is history.*

*Never look a gift Chuck Norris in the mouth, because he will bite your dang eyes off.*

*The word 'Kill' was invented by Chuck Norris. Other words were 'Die', 'Beer', and 'What'.*

*Chuck Norris once round-house kicked a salesman. Over the phone.*

*Chuck Norris can win at solitaire with only 18 cards.*

*Chuck Norris doesn't chew gum. Chuck Norris chews tin foil.*

*On the set of Walker Texas Ranger Chuck Norris brought a dying lamb back to life by nuzzling it with his beard. As the onlookers gathered, the lamb sprang to life. Chuck Norris then roundhouse kicked it, killing it instantly. This was just to prove that the good Chuck giveth, and the good Chuck, he taketh away.*

*Before each filming of Walker: Texas Ranger, Chuck Norris is injected with fourteen times the lethal dose of elephant tranquilzer. This is, of course, to*

*limit his strength and mobility, in an attempt to lower the fatality rate of the actors he fights.*

*In ancient China there is a legend that one day a child will be born from a dragon, grow to be a man, and vanquish evil from the land. That man is not Chuck Norris, because Chuck Norris killed that man.*

*Chuck Norris once shot down a German fighter plane with his finger, by yelling, "Bang!"*

tags  chuck norris   wilipedia   one bad motha   roundhouse kick   beard
walker texas ranger

by Anisettekiss Philly PA Nov 16, 2006  email it

## 3. Chuck Norris Facts      4 up, 5 down

Chuck Norris has never seen a punch coming. He has only seen men adjust their shoulder slightly before he roundhouse kicks them in their face.

Surprising Chuck Norris has never been in a fight, only slaughters.

Chuck Norris choose the last pope

Sharks don't bite people when Chuck Norris goes for a swim.

A Bear can smell a drop of blood 2 miles away. Chuck Norris can smell fear 5.

Norris made history in 1997 when he was the first Westerner in the documented history of Tae Kwon Do to be given the rank of 8th Degree Black Belt Grand Master. In 2017 he will make history again when kicks everybodys ass... AT THE SAME TIME.

Chuck Norris doesn't carry atm cards, he only goes to registers and says CREDIT.

When Chuck Norris was born he gave the doctor a smack on the ass. The doctor still cry's till this day.

When Chuck Norris was a child he never asked WHY?

Chuck Norris didn't live through the cold war. He only put on and extra leather vest.

Chuck Norris is the only person that sees Shaq as a cute puppy.

*Chuck Norris Facts are known to be true if this world were a utopia.*

tags  chuck norris   chuck norris facts   man on fire   chuck   chuck n

by  C-los777  O-Town Sep 27, 2007  email it



www.godstilllovesus.org                    Ads by Goooooogle


meatwad


omgwtf


tranwich


pie


nike shox

browse   word of the day   add   edit   new book   press   tools   newest

Urban Dictionary is not appropriate for all audiences. ©1999-2007. terms of service | feedback | tools | rss | advertise

**Web**  Images  Maps  News  Shopping  Gmail  more ▼                    Sign in

Google          "chuck norris facts"            [ Search ]  Advanced Search
                                                             Preferences

**Web**  Video              Results **1 - 10** of about **454,000** for "**chuck norris facts**". (0.13 seconds)

### Chuck Norris Facts
Home - Facts - New Facts - Shirt Designer - Premade Shirts - ChuckNorris.com · Guns
don't kill people. Chuck Norris kills People. ...
www.chucknorrisfacts.com/ - 16k - Cached - Similar pages

> ### Additional **Chuck Norris Facts**
> Home - Facts - New Facts - Shirt Designer - Premade Shirts - ChuckNorris.com. Page 1 - 2
> - 3 - 4 - 5 - 6 - 7 - 8 - 9 ...
> www.chucknorrisfacts.com/page1.html - 18k - Cached - Similar pages
> [ More results from www.chucknorrisfacts.com ]

### 4Q.cc >> Top 100 Facts for Chuck Norris
Random Facts about Vin Diesel, Chuck Norris, and Mr. T.
4q.cc/index.php?pid=top100&person=chuck - 42k - Cached - Similar pages

> ### chuck norris facts
> Warning: mysqli::mysqli() [function.mysqli-mysqli.php]: (HY000/2002): Can't connect to local
> MySQL server through socket '/var/lib/mysql/mysql.sock' (2) in ...
> 4q.cc/index.php?pid=fact&person=chuck - Similar pages

### Chuck Norris Facts - Wikipedia, the free encyclopedia
**Chuck Norris Facts** are satirical "facts" about martial artist and actor Chuck Norris, which
have become an Internet phenomenon and as a result have become ...
en.wikipedia.org/wiki/Chuck_Norris_Facts - 33k - Cached - Similar pages

### eBay Guides - Top 100 Chuck Norris Facts
Chuck Norris' tears cure cancer. Too bad he has never cried. Ever. Chuck Norris does not
sleep. He waits. Chuck Norris is currently suing NBC, claiming Law ...
reviews.ebay.com/Top-100-**Chuck-Norris-Facts**_W0QQugidZ10000000000690883 - 44k -
Cached - Similar pages



### YouTube - Chuck norris facts
Chuck norris reading the **chuck norris facts**. ... Views ...
⊞Watch video - 3 min 13 sec - ★★★★★
www.youtube.com/watch?v=I8k3uGzgZls

### Chuck Norris - the facts « Because the World is Round
8, '06): Click here to see Tony Danza read **Chuck norris facts** directly to Chuck Norris. ......
Chuck Norris does not appreciate long **Chuck Norris facts**. ...
mike.wordpress.com/2005/12/05/chuck-norris-the-facts/ - 547k - Cached - Similar pages

### Chuck Norris
Chuck Norris thought up some of the funniest **Chuck Norris facts** ever, but he hasn't
submitted them to the site because he doesn't believe in any form of ...
www.dahl-lumholt.dk/Chuck-Norris.html - 26k - Cached - Similar pages

### 14 Amazing Chuck Norris Facts
14 Amazing **Chuck Norris Facts** (Martial Development). This is just the damn funniest thing

I've read in a long time. I love #10: "When Chuck Norris does ...
www.martialdevelopment.com/blog/14-amazing-**chuck-norris-facts**/ - 70k -
Cached - Similar pages

**1** 2 3 4 5 6 7 8 9 10        **Next**

Try Google Desktop: search your computer as easily as you search the web.

---

"chuck norris facts"                [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

**Exhibit 11**

**QubeFactor, Inc.**



# College Student's Humor Website Reaches 50 Millionth Visit

*A college student's wildly-popular website, The Random Vin Diesel Fact Generator, hits the 50 millionth visitor mark.*

New York, NY (PRWeb) December 17, 2005 -- The humor website www.4q.cc created in April, 2005 by university student, Ian Spector, reached its 50 millionth visitor today at 2:55 AM. The primary site, simply entitled The Random Vin Diesel Fact Generator displays a new "fact" about the actor Vin Diesel upon each refresh of the page.

The Random Vin Diesel Fact Generator is strictly humorous. None of the content in its database is necessarily true, but all of it has been regarded as downright uproarious. With over 4,500 facts, and growing by the day, the site has reached up to 9 million visitors per month and upwards of 200,000 visitors per day. In its early stages, the site received accolades from ESPN.com ("Combat boredom at work! Educate yourself! Dazzle your peers at cocktail parties!"), UK-based Empire Online ("Best. Website. Ever."), and the Long Island Press ("Wasting time celebrity-scouring on the Internet has rarely been so hilarious."). Although Ian Spector maintains the site, approximately 90% of the "facts" are contributed by visitors – most of whom are either college students or stuck in a cubicle – and are individually approved, edited, or denied. According to Spector, out of one hundred submitted facts, only two or three end up making the cut.

The website was spawned from a discussion thread on the massively popular internet forum, SomethingAwful.com, which was entitled "Facts About Vin Diesel." The first eight hundred facts were compiled from this thread and put on the website. Within 24 hours, visitor submissions were being accepted and within a month, the site received in excess of 10 million visitors.

At this point in time, Spector has already released a calendar with illustrated facts and is currently working with the creator of the original discussion thread on a book which will contain additional illustrations and the entirety of the fact database. The duo is working with www.lulu.com, the leader in online on-demand printing and shipping.

Ian Spector is always seeking inspiration from his visitors, "A lot of people have been asking for a Steven Seagal fact generator, so expect that one the horizon." In fact, since the inception of the website, two new fact generators have cropped up – The Random Chuck Norris Fact Generator, which has just reached the 20 millionth visitor mark, and The Random Mr. T Fact Generator. Despite the overwhelming number of visitors to the 4q.cc network, neither Vin Diesel, Chuck Norris, nor Mr. T have contacted Spector. "If those guys are anything like the way my site says they are, I'm glad, too," he states.

About Author
Long Island-native Ian Spector is currently an undergraduate student at Brown University, Providence, Rhode Island, and intends to concentrate in computational biology. In addition to 4q.cc, he has owned and operated a web hosting company, QubeFactor Technologies (www.qubefactor.com) since 2003.

About Lulu
Founded in 2002, Lulu is the world's fastest-growing print-on-demand marketplace for digital do-it-yourselfers. Please see www.lulu.com for more information.

# NYS Department of State
## Division of Corporations
## Entity Information

---

### Selected Entity Name: QUBEFACTOR, INC.

#### Selected Entity Status Information

**Current Entity Name:** QUBEFACTOR, INC.

**Initial DOS Filing Date:** FEBRUARY 07, 2006

**County:** NASSAU

**Jurisdiction:** NEW YORK

**Entity Type:** DOMESTIC BUSINESS CORPORATION

**Current Entity Status:** ACTIVE

#### Selected Entity Address Information

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)

QUBEFACTOR, INC.
IAN SPECTOR
300 OLD COUNTRY ROAD #351
MINEOLA, NEW YORK, 11501

**Registered Agent**

NONE

**NOTE:** New York State does not issue organizational identification numbers.

Search Results    New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

QubeFactor Technologies at Web Hosting Search







› Low Cost › E-commerce › Shared › Unix › Windows › PHP › ASP ASP.NET › Dedicated › Adult › Reseller › VPS › Canadian › UK



**Web Hosting Search**

LYPHA's Amazing Deal
250GB Web Space, 6TB
Xfer, UNLIMITED domains!

HostDepartment - $4.95/Mo
NO LIMIT Plan, Free
Domain 4 LIFE, 6 Mo. Free

eBoundhost.com
24/7 Supp, UNLIMITED
domains, 300G HD, 3,000G
BW

Hostway Exchange
Hosting
Solutions for every size
business. 2 months free!

HostForWeb – $8.32!
All features! FREE scripts
3GB WS / 125GB BW

HostGator - $4.95/mo
350GB Disk Space 3000GB
Bandwidth

HostSearch > Web Hosting Directory > United States > New York

# QubeFactor Technologies

http://www.qubefactor.com

QubeFactor Technologies is your ultimate stop for IT resources. We provide you with quality services to satisfy above and beyond your expectations of the digital lifestyle. Our professional services include Web Hosting, Web, Graphics, and Flash design, Custom Built Computers, and Digital Media Presentations. To begin, make a selection from the choices above.

## Web Hosting Plans Offered by this company

NOTE: CLICK ON PLAN NAME TO VIEW MORE

| Plan Name | Category | Platform | Setup Fee | Monthly |
|---|---|---|---|---|
| Basic Hosting Package | Shared Hosting | Unix | $0 | $5 |
| Advanced Hosting Package | Shared Hosting | Unix | $0 | $15 |
| Pro Hosting Package | Shared Hosting | Unix | $0 | $25 |
| Mini Hosting Package | Shared Hosting | Unix | $0 | $1.95 |

## General Information

| | |
|---|---|
| **Setup Time:** | within 24 hours |
| **Trial Period:** | No |
| **Money Back:** | 10 days |
| **Billing Cycle:** | Monthly, Yearly |
| **Account Control Panel:** | Yes |
| **Reseller Plan Available:** | Yes |
| **Web Design Services:** | Yes |
| **ISP:** | No |

## Support

| | |
|---|---|
| **Email Support Hours:** | 24x7 |
| **Email Response Time:** | within 24 hours |
| **Phone Support Hours:** | No Phone Support |

**Related Links**

Host Reviews:
Rated 2/4.0
▪ Read Reviews
▪ Submit a Review

Host Promotions:
No promotion

Hosting News:
No news

Host Interview:
No Interview

Host Tour:
No Company Tour

Contact Us:
Report this host for
invalid info



QubeFactor Technologies at Web Hosting Search



## Equipment

| | |
|---|---|
| **Number of Servers:** | 1 |
| **Brand of Servers:** | Custom Built |
| **Connection Speed:** | OC-12 |
| **Network Service Providers:** | LINX Peering, MAE-EAST ATM Peering & NYIIX Peering |

## Contact Information

| | |
|---|---|
| **Address** | 300 Old Country Road<br>Suite 351<br>Mineola NY 11501<br>United States |
| **Phone:** | 5166473259 |
| **Fax:** | N/A |
| **Email:** | info@qubefactor.com |

Last Update: 5/26/2003

### Top 3 Web Hosts from Web Hosting Search Results

| ★ LFC Hosting | ★ Webstrike Solutions | ★ UK2 |
|---|---|---|

Add a Host | Web Host Center | Advertising | Contact Us | Help | Webmaster Resources | Link Exchange

Search HostSearch.com [GO]

Web Hosting Info Network: HostSearch.com | WebHostingMall.com | TheWebHostBiz.com

©1997-2007 Clicksite Network Co., Ltd. All rights reserved | Privacy Policy | Copyright Information | Site Map

**Exhibit 12**

**WHOIS information for
4q.cc
truthaboutchucknorris.com
truthaboutchuck.com**





**DomainTools**

Now Accepting .in Domains
For the January 3rd Auction At Auction Now!

epcio

Whois | 4q.cc
Domain Suggestions | For Sale | Advanced Auctions | Welcome  Logout  My Account

Domain Directory  Ping | 207.218.180.35 | Traceroute | 207.218.180.35 | Domain Search
Power Tools: | Reverse IP  Domain History  Mark Alert  Name Server Spy | My IP Address  Domain Parking  Beta  Cheap Domain Name Registration  Bulk Check more > | Domain Monitor

Auctions | Hosting History  Registrant Search new  XMLAPI | Next ▶

Google▾ [        ] [Search]

Sponsored Ads

**$6 monthly!**
VPS HOSTING FROM
ROOT ACCESS    2GB STORAGE
9 OS CHOICES    1TB TRANSFER
W W W . V P S L I N K . C O M

**Free Registrant
Search Reports**
Validate your email address
and you can search for it for free

DomainTools Blog: Quad Monitors (11.7 Million Pixels) - Posted 9 hours ago - 5 comments

Whois Record for 4q.

cc    ( 4 q
)

**Front Page Information**

Thumbnail: 2007-11-30



Website Title: None given:

AboutUs: Wiki article on 4q.cc

SEO Score: 64%

Terms: 55 (Unique: 39, Linked: 2)

Images: 0 (Alt tags missing: 0)

Links: 2 (Internal: 0, Outbound: 2)

**Indexed Data**

YI Directory: 2 listings

Alexa Trend/Rank: #144,988   5,134 ranks over the last three months.

Compete Rank: #46,919 with 35,897 U.S. visitors per month

Queue this Domain for Update

SEO Text Browser

http://whois.domaintools.com/4q.cc (1 of 4)12/20/2007 1:51:28 PM

4q.cc - 4q

**Quantcast Rank:** #74,914

**Wikipedia:** Listed on 16 pages

## Registry Data

**ICANN Registrar:** ENOM, INC.

**Created:** 2005-03-26

**Expires:** 2008-03-26

**Registrar Status:** CLIENT-XFER-PROHIBITED

**Registrar Status:** CLIENT-DELETE-PROHIBITED

**Name Server:** NS1.4Q.CC (has 5 domains)

**Name Server:** NS2.4Q.CC

**Whois Server:** whois.enom.com

## Server Data

**IP Address:** 65.98.3.2 [W] [R] [P] [D] [T]

**IP Location:** [flag] - New York - New York - Fortresstx

**Response Code:** 200

**Blacklist Status:** Clear

**Domain Status:** Registered And Active Website

## DomainTools Exclusive

**Registrant Search:** "QubeFactor Technologies" owns about 32 other domains

**Email Search:** support@namecheap.com is associated with about 536,804 domains

sales@qubefactor.com is associated with about 15 domains

**Whois History:** 8 records have been archived since 2007-07-14.

**Reverse IP:** 2 other sites hosted on this server.

---

Warning: mysql::mysqli() [function.mysql-mysqli.php]:

(HY000/2002): Can't connect to local MySQL server

through socket '/var/lib/mysql/mysql.sock' (2) in /home/

q4cc/public_html/includes/mysql.php on line 45

Warning: mysql::select_db() [function.mysql-select-db.

php]: Couldn't fetch mysql in /home/q4cc/public_html/

includes/mysql.php on line 51

**Database error:** cannot use database q4cc_facts

Disable SEO Text Browser ( Beta )

**Other TLDs:**

**RSS Error:** 0 ()

| .com | hellist | .org | .biz | .info | .us |
|---|---|---|---|---|---|
| [img] | | [img] | [img] | [img] | [img] |

Hide Key

## Symbol Key

○ Available

◎ Available (Previously registered)

◉ Registered (Active website)

◉ Registered (Parked or redirected)

◉ Registered (No website)

◉ On-Hold (Generic)

◉ On-Hold (Redemption Period)

◉ On-Hold (Pending Delete)

▶ Monitor

◉ Preview

◉ No preview

Monitor Domain: ▶ Set Free Alerts on 4q.cc

Free Tool: ● Download DomainTools for Windows

## Whois Record

Registration Service Provided By: NameCheap.com
Contact: support@namecheap.com
Visit: www.NameCheap.com

Domain name: 4q.cc

Registrant Contact:
    QubeFactor Technologies
    Ian Spector ( sales@qubefactor.com )
    +1.5166473259
    Fax: +1.5168738992
    300 Old Country Road
    Suite 351
    Mineola, NY 11501
    US

Administrative Contact:
    QubeFactor Technologies
    Ian Spector ( sales@qubefactor.com )
    +1.5166473259
    Fax: +1.5168738992
    300 Old Country Road
    Suite 351
    Mineola, NY 11501
    US

Technical Contact:
    QubeFactor Technologies
    Ian Spector ( sales@qubefactor.com )
    +1.5166473259
    Fax: +1.5168738992
    300 Old Country Road
    Suite 351
    Mineola, NY 11501
    US

Status: Locked

Name Servers:
    ns1.4q.cc
    ns2.4q.cc

Creation date: 26 Mar 2005 10:51:49
Expiration date: 26 Mar 2008 10:51:49

● Buy this (Available)

● Buy this (Bid at auction)

## Back Order

Set a backorder so you can own 4q.cc when it becomes available.

## Customize This Page

Select the items you want to be shown on this page.

☑ Front Page      ☑ Indexed Data
☑ Server Data     ☑ Registry Data
☑ Exclusive       ☑ Whois Record
Data

## Compare Similar Domains

| Domain | Created |
|---|---|
| 4 Q | 1996-05-10 |
| 4 Pz | 2000-04-15 |
| 4 Pyramid | 2001-11-26 |
| 4 Q – Link | 2002-03-13 |
| 4 Protechnic | 2002-09-20 |
| 4 Q – Studio | 2003-01-10 |
| 4 P Y Ro | 2003-01-17 |
| 4 Pyramide Vents | 2004-01-07 |
| 4 Q 0 | 2004-02-25 |
| 4 Pyramid Mfg | 2004-03-30 |
| 4 Q – S – Nette Ch | 2004-09-29 |

| 4 Pz 2 Eq | 2005-11-06 |
| 4 Q - Power | 2006-03-27 |
| 4 Q 0 0m Eds Hd | 2006-08-27 |
| 4 Q 007 | 2007-02-14 |

 My Account | Memberships | Blog | Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions | Site Map

4q.cc - 4 q

WHOIS domain registration information results for truthaboutchucknorris.com from Network Solutions

Search »

# Available **truthaboutchucknorris** extensions:

**.net .org .us .mobi .info .biz .de .tv .co.uk .eu .bz**
☐   ☐   ☐   ☐    ☐    ☐   ☐   ☐   ☐    ☐   ☐

Order Selected Domain(s) »

## Your WHOIS Search Results



### truthaboutchucknorris.com

Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.
Enhanced Business Listing - Promote your business to millions of viewers for only
$1 a month!

```
=-=-=-=
Visit AboutUs.org for more information about TRUTHABOUTCHUCKNORRIS.COM
AboutUs:
TRUTHABOUTCHUCKNORRIS.COM

Registration Service Provided By: NameCheap.com
Contact: support@NameCheap.com
Visit: www.NameCheap.com

Domain name: TRUTHABOUTCHUCKNORRIS.COM

Registrant Contact:
    QubeFactor Technologies
    Ian Spector (sales@qubefactor.com)
    +1.5166473259
    Fax: +1.5168738992
    300 Old Country Road
```

WHOIS domain registration information results for truthaboutchucknorris.com from Network Solutions

```
     Suite 351
     Mineola, NY 11501
     US

Administrative Contact:
     QubeFactor Technologies
     Ian Spector (sales@qubefactor.com)
     +1.5166473259
     Fax: +1.5168738992
     300 Old Country Road
     Suite 351
     Mineola, NY 11501
     US

Technical Contact:
     QubeFactor Technologies
     Ian Spector (sales@qubefactor.com)
     +1.5166473259
     Fax: +1.5168738992
     300 Old Country Road
     Suite 351
     Mineola, NY 11501
     US

Status: Locked

Name Servers:
     dns1.name-services.com
     dns2.name-services.com
     dns3.name-services.com
     dns4.name-services.com
     dns5.name-services.com

Creation date: 10 May 2007 05:35:50
Expiration date: 10 May 2008 05:35:50
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
```

WHOIS domain registration information results for truthaboutchucknorris.com from Network Solutions

```
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | ENOM, INC. |
| **IP Address:** | 64.74.96.241 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-WASHINGTON-REDMOND |
| **Record Type:** | Domain Name |
| **Server Type:** | Indeterminate |
| **Lock Status:** | clientTransferProhibited |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 21-Nov-2007 |

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this

WHOIS domain registration information results for truthaboutchucknorris.com from Network Solutions

Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.

 

**Need to get your business online?**

Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

 

**PerformanceClicks™ from Network Solutions**

Create and manage your pay per click advertising from as low as **$125/month** plus **$99 one time set-up fee**

- Resellers
- •Affiliates
- •Promotions and Free Offers
- •WHOIS Search
- •VIP Program
- •Earn Airline Miles
- •SEO Training
- •Resources

- About Us
- •Jobs
- •Partner Offers
- • Site Map
- •Privacy Policy

    

WHOIS domain registration information results for truthaboutchuck.com from Network Solutions

Search ≫

# Available **truthaboutchuck** extensions:

**.net .org .us  .mobi .info .biz .tv  .co.uk .eu  .bz**
☐   ☐   ☐    ☐    ☐    ☐   ☐    ☐     ☐    ☐

Order Selected Domain(s) ≫

## Your WHOIS Search Results



### truthaboutchuck.com

Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.
Enhanced Business Listing - Promote your business to millions of viewers for only
$1 a month!

```
=-=-=-=
Visit AboutUs.org for more information about TRUTHABOUTCHUCK.COM
AboutUs: TRUTHABOUTCHUCK.COM

Registration Service Provided By: NameCheap.com
Contact: support@NameCheap.com
Visit: www.NameCheap.com

Domain name: TRUTHABOUTCHUCK.COM

Registrant Contact:
    QubeFactor Technologies
    Ian Spector (sales@qubefactor.com)
    +1.5166473259
    Fax: +1.5168738992
    300 Old Country Road
    Suite 351
```

WHOIS domain registration information results for truthaboutchuck.com from Network Solutions

```
    Mineola, NY 11501
    US

Administrative Contact:
    QubeFactor Technologies
    Ian Spector (sales@qubefactor.com)
    +1.5166473259
    Fax: +1.5168738992
    300 Old Country Road
    Suite 351
    Mineola, NY 11501
    US

Technical Contact:
    QubeFactor Technologies
    Ian Spector (sales@qubefactor.com)
    +1.5166473259
    Fax: +1.5168738992
    300 Old Country Road
    Suite 351
    Mineola, NY 11501
    US


Status: Locked

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com


Creation date: 10 May 2007 05:35:47
Expiration date: 10 May 2008 05:35:47
=-=-=-=
```

The data in this whois database is provided to you for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. We make this information available "as is," and do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or

WHOIS domain registration information results for truthaboutchuck.com from Network Solutions

```
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | ENOM, INC. |
| **IP Address:** | 64.74.96.241 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-WASHINGTON-REDMOND |
| **Record Type:** | Domain Name |
| **Server Type:** | Indeterminate |
| **Lock Status:** | clientTransferProhibited |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 27-Nov-2007 |

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-

WHOIS domain registration information results for truthaboutchuck.com from Network Solutions

volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.

 

**Need to get your business online?**

Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee



**PerformanceClicks™ from Network Solutions**

Create and manage your pay per click advertising from as low as **$125/month** plus **$99 one time set-up fee**

- Resellers
- •Affiliates
- •Promotions and Free Offers
- •WHOIS Search
- •VIP Program
- •Earn Airline Miles
- •SEO Training
- •Resources

- About Us
- •Jobs
- •Partner Offers
- • Site Map
- •Privacy Policy

    

**Exhibit 13**

**truthaboutchucknorris.com**
**truthaboutchuck.com**

**Website content hosted by 4q.cc**





**Exhibit 14**

**Cartoon Video on YouTube: "The Ballad of Chuck Norris"**

Exhibit 14 to
Kessler Declaration

# KESSLER INTERNATIONAL
COMPUTER ANALYSIS RESPONSE TEAM
NEW YORK HEADQUARTERS



**KESSLER**
INTERNATIONAL

Evidence
Copy



**Examiner:** Michael G. Kessler

**Date:** December 20, 2007

**Description:** Windows Media Video (WMV) format of a video found on YouTube™ titled "The Ballad of Chuck Norris".

CAUTION: This media may contain executable code, viruses, contraband, obscene materials and/or copyright protected data. This media should not be viewed or introduced into a classified computer system.

EXHIBIT 15

Online News Articles Discussing Lawsuit

"Biography" of Chuck Norris

In New York lawsuit, Chuck Norris gets tough with publisher of new biography - BostonHerald.com

# In New York lawsuit, Chuck Norris gets tough with publisher of new biography

**By Associated Press** |  Saturday, December 22, 2007 |  **http://www.bostonherald.com** |  Celebrity News

NEW YORK - Trading karate chops for lawyers, tough guy actor Chuck Norris is taking on a new book titled "The Truth About Chuck Norris," saying it's a big lie and he wants to stop its distribution.

On Friday, Norris sued Penguin Group Inc. and the book's creator, Ian Spector, saying his good image is being spoiled by a book that depicts him as callous and unlawful and which he says includes false "facts" that are sometimes racist and lewd.

In a lawsuit in U.S. District Court in Manhattan, the actor, whose real name is Carlos Ray Norris, says the preface of the book refers to meetings between Norris and Spector, a Westbury, N.Y., resident and an undergraduate at Brown University, and the book also thanks Norris for "playing along."

But, the lawsuit said, Norris never authorized Penguin or its Gotham Books division to use his name, image or likeness in connection with commercial sales of the book, which was published on Nov. 29.

The lawsuit said Norris told Penguin it was not authorized to publish the book but the publisher rejected Norris' claims. The lawsuit seeks unspecified damages, a halt to publication and a recall of books already sold.

A message left with a spokesman for Penguin was not immediately returned.

Norris has been in more than 20 films. The actor was a six-time undefeated World Professional Middle Weight Karate champion who in 1997 became the first man in the Western Hemisphere to be awarded an 8th degree Black Belt Grand Master recognition in the Tae Kwon Do system, the lawsuit said.

**Article URL: http://www.bostonherald.com/track/celebrity/view.bg?articleid=1062227**

---

**Related Articles:**

**Huckabee & pancakes turn out crowd in small N.H. town**
/news/national/politics/2008/view.bg?articleid=1065078

**Chuck Norris hearts Huckabee**
/news/national/politics/2008/view.bg?articleid=1050735

Contact us  |  Print advertising  |  Online advertising  |  Herald history  |  News tips  |  Electronic edition  |  Browser upgrade  |  Home delivery  |  Herald wireless

$ave on Home Delivery!  |  For back copy information please call 617-426-3000 Ext. 7714

Chuck Norris tries to block book about his life



Advertisement
Subscribe Contact Us

Thursday, 10 January 2008

Privacy Policy
Subscribe

Thursday, 10 January

2008

RSS

**Got Silver?**

Own a piece
of the Old
West...

.999% Pure

5 Troy Ounces

Mirror Finish

Limited Edition

Collectible

2004 Series

**Order Yours
Today!**

CLICK HERE



www.itronics.com
OTCBB: ITRO

**Breaking News**

- Home page
- Business
- National
- World
- Technology
- Health
- Environmental
- Sports
- Entertainment

Print Article    Bookmark page    Email Article

## Chuck Norris tries to block book about his life

*By Staff*

(AXcess News) New York - Action film star Chuck Norris has filed a lawsuit against Penguin Group, Inc. in an attempt to stop the publisher from distributing a book about his life that Norris claims is filled with false "facts".

Norris claims the author of the book, Ian Spector, portrayed the film star as a callus and racist man and that he never authorized his publisher to use images of Norris, let alone grant them consent to publish it.

Norris' lawsuit, which was filed in Manhattan, demands that Penguin pull the book from publication and order back all those copies which were already distributed.  The book, "The Truth About Chuck Norris," was published on November 29th.

Penguin says on its website that "The Truth About Chuck Norris is the one book brave enough to go behind the beard and reveal the real Chuck."

The book is in paperback and is available on Penguin's website for $12.00.

**Automation - 1/23
eSeminar**
Automate Your PC
Deployment and
Help...
www.eseminarsl...

**Other Sections**

- Columns
- Weather
- Horoscopes
- Cartoons
- News Room
- City Sites

More Entertainment News | Home Page

Shocked
by the
news?

Don't be...

Click
Here!

**Services & Info**



# ENTERTAINMENT

# Legal roundhouse kick: Chuck Norris sues publishers of new biography

**12:51 PM CST on Saturday, December 22, 2007**

**Associated Press**

NEW YORK -- Trading karate chops for lawyers, tough guy actor Chuck Norris is taking on a new book titled "The Truth About Chuck Norris," saying it's a big lie and he wants to stop its distribution.

On Friday, Norris sued Penguin Group Inc. and the book's creator, Ian Spector, saying his good image is being spoiled by a book that depicts him as callous and unlawful and which he says includes false "facts" that are sometimes racist and lewd.

In a lawsuit in U.S. District Court in Manhattan, the actor, whose real name is Carlos Ray Norris, says the preface of the book refers to meetings between Norris and Spector, a Westbury, N.Y., resident and an undergraduate at Brown University, and the book also thanks Norris for "playing along."

But, the lawsuit said, Norris never authorized Penguin or its Gotham Books division to use his name, image or likeness in connection with commercial sales of the book, which was published on Nov. 29.

The lawsuit said Norris told Penguin it was not authorized to publish the book but the publisher rejected Norris' claims. The lawsuit seeks unspecified damages, a halt to publication and a recall of books already sold.

A message left with a spokesman for Penguin was not immediately returned.

Norris has been in more than 20 films. The actor was a six-time undefeated World Professional Middle Weight Karate champion who in 1997 became the first man in the Western Hemisphere to be awarded an 8th degree Black Belt Grand Master recognition in the Tae Kwon Do system, the lawsuit said.

HELP DELETE ONLINE PREDATORS.

CLICK HERE FOR A FULL LIST OF ACRONYMS.

NATIONAL CENTER FOR
MISSING &
EXPLOITED
CHILDREN

YAHOO!

Our two slimmest
3G phones ever.

And you can only get them
*both* at the new AT&T.

SAMSUNG

at&t

at&t

▶ BUY NOW


Jan. 9, 2008 4:02pm ET

VIDEO ||| VISIT CBSNEWS.COM

THE **SHOWBUZZ**

**Search** The ShowBuzz

HOME | PEOPLE | MOVIES | TV | MUSIC | STYLE | BOOKS | GAMES | COMEDY | THEATER | LIVE | RADIO | PHOTOS

⟩ SEARCH

Ad Council

# Chuck Norris: 'Truth' Book Is A Lie
In New York Lawsuit, Chuck Norris Gets Tough With Publisher Of New Biography

⟩ E-MAIL THIS STORY  ⟩ PRINTABLE VERSION  ■ ● DELICIOUS  ⌂ DIGG

NEW YORK, Dec. 22, 2007

**(AP)** Trading karate chops for lawyers, tough guy actor Chuck Norris is taking on a new book titled "The Truth About Chuck Norris," saying it's a big lie and he wants to stop its distribution.

On Friday, Norris sued Penguin Group Inc. and the book's creator, Ian Spector, saying his good image is being spoiled by a book that depicts him as callous and unlawful and which he says includes false "facts" that are sometimes racist and lewd.

In a lawsuit in U.S. District Court in Manhattan, the actor, whose real name is Carlos Ray Norris, says the preface of the book refers to meetings between Norris and Spector, a Westbury, N.Y., resident and an undergraduate at Brown University, and the book also thanks Norris for "playing along."

But, the lawsuit said, Norris never authorized Penguin or its Gotham Books division to use his name, image or likeness in connection with commercial sales of the book, which was published on Nov. 29.

Chuck Norris: 'That' Book Is A Lie...In New York Lawsuit, Chuck Norris Gets Tough With Publisher Of New Biography - The ShowBuzz



Formerly Cingular

at&t

## Most Popular

| STORIES | VIDEOS | PHOTOS |

People's Choice Awards Given Sans Ceremony | [+]

People's Choice Winners List | [+]

Buzz Briefs: Britney Spears, Madonna | [+]

Lohan Sued In Car Chase Incident | [+]

Kate Middleton Turns 26 -- Still Single | [+]

XML Most Popular Stories RSS Feed

## Video

Top VIDEOS

● Behind Britney Meltdown Videos | Share

● How To Look Good Naked! | Share

● Britney Custody Blow-Out | Share

● Power Couples | Share

●● All Videos

New York Film Academy - Film School
...
www.nyfa.com

Hollywood Tours
...
www.labmtourner.net

The lawsuit said Norris told Penguin it was not authorized to publish the
book but the publisher rejected Norris' claims. The lawsuit seeks
unspecified damages, a halt to publication and a recall of books already
sold.

A message left with a spokesman for Penguin was not immediately
returned.

Norris has been in more than 20 films. The actor was a six-time
undefeated World Professional Middle Weight Karate champion who in
1997 became the first man in the Western Hemisphere to be awarded an
8th degree Black Belt Grand Master recognition in the Tae Kwon Do
system, the lawsuit said.

Copyright 2007 The Associated Press. All rights reserved. This material may not be
published, broadcast, rewritten or redistributed.

TOP SHOWBUZZ

**Dr. Phil "Betrayed"
Spears Family's Trust**
Spears' Mother, Sister And
Business Manager
Comment On The Doc's
Involvement On NBC's
"Today" Show

· The Latest Photos
· Lohan Sued In Car Chase Incident
· People's Choice Awards Given Sans
Ceremony
· **More**

BACK TO TOP

CBS News | WallStrip | CBS.com | CBSSportsline.com | CWTV.com | SHOW.com | S★★TREK.COM | ETONLINE.COM | The INSIDER

CBS Corporation | CBS Store | CBS Cares | CBS Cares

© MMVIII, CBS Interactive Inc. All Rights Reserved.

EXHIBIT 16

Online Commentary Discussing Lawsuit

Huffington Post Blog by Daniel Radosh

Daniel Radosh: Chuck Norris Never Cries, He Sues - Politics on The Huffington Post

The Huffington Post
# THE HUFFINGTON POST

TOP NEWS AND OPINION

Home > The Blogs > Daniel Radosh

**Daniel Radosh**
Become a Fan  Email Alerts  Similar Bloggers

# Chuck Norris Never Cries, He Sues

Posted December 28, 2007 | 04:45 PM (EST)

Read More: Chuck Norris, Chuck Norris Christian, Chuck Norris Lawsuits, Chuck Norris Mike Huckabee, The Truth About Chuck Norris, Breaking Politics News

- **Email**
- **Print**
- **Comment**

Last week, action star Chuck Norris sued the publisher and author of a new book based on the popular Internet meme Chuck Norris Facts. You know, like, "Chuck Norris's tears cure cancer. Too bad Chuck Norris has never cried."

Many of Norris's ironic fans were perplexed. "Why is Chuck being such a spoilsport?" asked a Wired blogger. "One could argue that the uniformly treasured lists rekindled a geek-hipster love of Norris, his mullet-y locks, tight jeans and flying roundhouse kicks."

But what geek-hipsters don't realize is that for many people, Norris's career didn't actually need rekindling. His fire may have gone out in our world, but for a few years now, it's been burning more brightly than ever in the parallel universe of Christian pop culture. Chuck Norris is the biggest thing in the evangelical bubble since Kirk Cameron. Or at least Stephen Baldwin. Norris's endorsement of Mike Huckabee wasn't as much of a surprise -- or joke -- to Huckabee's base as it was to the rest of us.

In 2004, Chuck wrote his spiritual memoir, Against All Odds, for B&H, the publishing arm of the

More on HuffPost...

ADVERTISING

Daniel Radosh: Chuck Norris Never Cries, He Sues - Politics on The Huffington Post

Southern Baptist Convention. Since then, he has "co-written" two Christian western novels, *The Justice Riders* and *A Threat to Justice*, which the publisher describes as a "heroic action tale of good versus evil, with elements of faith and romance." Fiction is the fastest-growing segment of the Christian publishing industry, and there's a glut of Christian genre novels right now, from Westerns, to thrillers to romances. Typically these books are "clean" versions of their secular counterparts, with a few scenes of prayer thrown in and, almost inevitably, a weepy moment where a main character falls to his knees and confesses that he is a sinner who needs Jesus. Partly because the books are so formulaic, having the name of a mainstream star on the cover is a great way to stand apart from the competition.

In 2006, Norris also began writing a column for the far-right Christian web site Worldnetdaily. In his first installment he wrote about Chuck Facts. While he was generally good-natured about them (while noting that " some are just not appropriate for kids,") he also fretted a bit about their message, writing, "In the history of this planet, there has only been one real Superman. It's not me." To drive home the point, he added, "There was a man whose tears could cure cancer or any other disease, including the real cause of all diseases – sin."

In his lawsuit, Norris alleges that "Some of the 'facts' in [The Truth About Norris] are racist, lewd or portray Mr. Norris as engaged in illegal activities." The real problem, I suspect, is that the book's humor depends on a highly refined sense of irony, and by and large, the Christian culture bubble does not do irony. It doesn't *get* irony. It doesn't *trust* irony. Christian fiction, like Christian rock (or at least the variety that gets played on Christian radio), is always deadly earnest. While I was researching my forthcoming book *Rapture Ready! Adventures in the Parallel Universe of Christian Pop Culture*, several people explained to me that when leading people to the truth of Jesus Christ, only unambiguous propositional statements are permissible. One can't risk causing someone to "stumble."

It's safe to say that most of Norris's Christian fan base is unaware of the Chuck Facts Internet meme. This book will be their first exposure to these jokes. And while it's extremely unlikely, as Norris's lawsuit claims, that any of them will believe the books "facts" are really factual, they may think that the joke itself is endorsed by Norris, and that would be nearly as upsetting to them. To think that Norris is portraying himself, even humorously, as a perfect hero might deeply offend people who already own a book about a person like that. A book first published nearly 2,000 years ago and taken very, very seriously.

Email Print Comment

More in Politics...

EXHIBIT 17

Online Commentary Discussing Lawsuit

4q.cc Website

<u>4Q.cc Home</u>
<u>Forums</u>

View Facts About:
<u>Vin Diesel</u>
<u>Mr. T</u>
<u>Chuck Norris</u>
<u>Anybody</u>

Top 100 Facts:
<u>Vin Diesel</u>
<u>Mr. T</u>
<u>Chuck Norris</u>
<u>Anybody</u>

<u>View All Facts</u>
<u>Search Facts</u>

<u>Atom Feeds</u>
<u>Facts for MySpace</u>

<u>Login</u>
<u>Register</u>

<u>About 4Q</u>

**<u>Forums</u> > <u>Announcements</u> > <u>Book's Out!</u>**

<u>New Reply</u>

**Post Time:** December 2nd, 2007, 5:32:25 PM

Ian

Administrator

Hi everyone--

First off, for those of you who may have missed it, <u>The Truth About Chuck Norris: 400 Facts About the World's Greatest Human</u> is now available in bookstores nationwide and online. You can **click here** to learn more and pick up a copy. It's only $12 and usually less than $10 at the big stores.

We also put together a pretty cool YouTube video, <u>"The Ballad of Chuck Norris"</u> for your viewing pleasure. Take a look and pass it around. Speaking of YouTube videos, we also put together a video unit that features content relevant to Chuck Norris and comedy. You can take a look at that **here**.

<u>Reply</u> | <u>Quote</u> | <u>#01</u>

**Post Time:** December 8th, 2007, 9:04:40 AM

4Q.cc >> Book's Out!

decrot
   Member  who's jokes did you use? did you make your own jokes up or did you take some of our jokes and publish them. I would like to know if any of my jokes made the cut.

Reply | Quote | #02

**Post Time:** December 11th, 2007, 11:42:58 AM

Anonymous
   Guest  I don't think he did. I have one fact in the top 100 and it didn't make the cut. I was kinda disappointed. It didn't look like he used facts from other people, but I'm not sure.

Reply | Quote | #03

**Post Time:** December 23rd, 2007, 4:12:31 AM

chuckslefthand
   Guest  Hahha. Not funny. You guys are getting sued. :o Asthey say: CHUCK WILL WIN

Reply | Quote | #04

**Post Time:** December 23rd, 2007, 6:47:22 AM

Anonymous
   Guest  Looks like you should've respected Chuck a little bit more. Jokes are one thing, but publishing untrue things about him without his permission? You didn't really think you'd get away with it, did you?

Reply | Quote | #05

**Post Time:** December 23rd, 2007, 3:54:21 PM

macman
   Member  If you read the preface of the book, you'll see that Ian's parents are attorneys. I really don't think this book was published without Chuck Norris' permission.

Reply | Quote | #06

**Post Time:** December 23rd, 2007, 6:45:25 PM

macman
   Member  ....then again, I didn't read the news about Chuck filing a lawsuit on Friday. Too bad, because after Norris talked up these facts and never said a word before, THEN used facts on HUCKABEE'S campaign ad, it would appear these would make his case ridiculously flimsy. What a dirty shame on his part.

Reply | Quote | #07

**Post Time:** December 23rd, 2007, 11:58:02 PM

Guest
   Guest  dude 4Q.cc u guys can't be serious, those jokes arn't funny there gay and watch out dude cuase you and i know chuck norris for real could if he wanted to beat your guys's asses man, get a real job.

Reply | Quote | #08

**Post Time:** December 24th, 2007, 1:46:54 AM

Some guy
   Guest  Hustler Magazine, Inc. v Falwell found that parody of public figures such as what is found in the book by Ian is perfectly legal and protected under the First Amendment. The background for that case can be found here: http://en.wikipedia.org/wiki/Hustler_Magazine_v._Falwell

This case is open and shut. Now, hopefully you can pass that info along to your parents and they'll just call it a Christmas present or something.

Reply | Quote | #09

**Post Time:** December 26th, 2007, 8:07:29 PM

Franky
   Guest  Ian is using Chuck's name to make money. Is Chuck getting any compensation for this? That would be the turning point in the trial in my opinion.

4Q.cc >> Book's Out!

Reply | Quote | #10

**Post Time:** December 26th, 2007, 8:15:09 PM

fuckachuck
    Member Chuck Norris is a douche-bag!


Reply | Quote | #11

**Post Time:** December 27th, 2007, 12:58:27 AM

        The question is not about Chuck using the facts for his own personal gain. Considering they're "about" him, he is more
        than welcome to do so.

BobG
    Guest The problem is with using his name and likeness to make a profit without his permission, or without royalties (which he
        is more than entitled to).

        If both of your parents are lawyers, why would you leave yourself open like this?

Reply | Quote | #12

**Post Time:** December 27th, 2007, 1:00:04 AM

        Oh, and SomeGuy:

        In Hustler Magazine, Inc. v. Falwell, 485 U.S. 46 (1988), the United States Supreme Court held, voting 8-0, that the
        First Amendment's free-speech guarantee prohibits awarding damages to public figures to compensate for emotional
BobG     distress intentionally inflicted upon them unless they can show that the statements that gave rise to the distress were
    Guest false and that the person that made those statements knew they were false or acted with reckless disregard for the truth
        in making the statements. Hustler magazine's parody of Jerry Falwell did not satisfy this standard, and so the Court
        reversed a jury verdict in favor of Falwell awarding him $250,000 in damages. (Quote from the Wiki article)

        The problem is that Norris isn't suing for emotional distress. He's suing because his name and image are being used to
        make a profit without his permission, and will likely win the suit.

Reply | Quote | #13

**Post Time:** January 1st, 2008, 6:39:50 AM

selleckfan
    Member On another topic, is there anyway we Can open this site up to Tom Selleck facts. He is an all-american hero with
        conservative values who is a mans man.Let me know what you think.

Reply | Quote | #14

**Post Time:** January 2nd, 2008, 9:05:53 PM

Anonymous
    Guest Tom Selleck's Hawaiian shirt on the classic series Magnum P.I. is made out of real Hawaiians


Reply | Quote | #15

**Post Time:** January 3rd, 2008, 7:17:24 AM

        I'm by no means a lawyer, but it seems like that would be protected as a parody. It seems to me that the book is
        profiting on Chuck the same way Hustler was profiting off of Jerry Falwell. And since this website has advertisers, it
        has been profiting off of these facts for years, there's not too much of a difference now that they're in print, right?
BeeGee    Plus, the standard for a public figure winning a defamation lawsuit is very, very high.
    Member
        But whether he wins or not, the suit causes me to lose all respect for Chuck Norris. Without Chuck Norris facts, he
        would still only be vaguely remembered for late-night infomercials and "Walker, Texas Ranger." This may go down
        in the dictionary as the example for biting the hand that feeds you. (They don't put expressions in the dictionary, but
        you know what I mean.)

Reply | Quote | #16

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **CARLOS RAY NORRIS,** | ) | |
| **a/k/a CHUCK NORRIS, an individual,** | ) | **Civil Action No. 07-cv-11480** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **PENGUIN GROUP (USA), INC.,** | ) | **CERTIFICATE OF SERVICE** |
| **a Delaware corporation,** | ) | |
| **IAN SPECTOR, an individual and** | ) | |
| **QUBEFACTOR, INC., a New York** | ) | |
| **Corporation, d/b/a QUBEFACTOR** | ) | |
| **TECHNOLOGIES,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

JOHN J. ZEFUTIE, JR. certifies as follows:

1.      I am not a party to this action, I am over eighteen years of age, and I am employed by Patton Boggs LLP, The Legal Center, One Riverfront Plaza, Newark, New Jersey 07102. Patton Boggs is counsel for Plaintiff Carlos Ray Norris ("Plaintiff") in the above-captioned action.

2.      On January 11, 2008, I served Plaintiff's Notice of Motion, Brief in Support of Preliminary Injunction, Declaration of Carlos Ray Norris (with Exhibits), Declaration of Deborah M. Lodge (with Exhibits), and Declaration of Michael G. Kessler (with Exhibits), by causing a true and correct copy of each of the aforementioned documents to be hand delivered to the following counsel for defendants at the last known address set forth below:

Dean Ringel, Esq.
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 11, 2008.

John J. Zefutie, Jr.

51138