## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CARLOS RAY NORRIS,**<br>**a/k/a CHUCK NORRIS, an individual,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**PENGUIN GROUP (USA), INC.,**<br>**a Delaware corporation,**<br>**IAN SPECTOR, an individual, and**<br>**QUBEFACTOR, INC., a New York**<br>**Corporation, d/b/a QUBEFACTOR**<br>**TECHNOLOGIES**<br><br>    **Defendants.** | Civil Action No. O7 CV 11480 (RWS)<br><br>**DECLARATION OF**<br>**CARLOS RAY NORRIS**<br>**A/K/A CHUCK NORRIS** |

I, Carlos Ray Norris, hereby declare under penalty of perjury:

1.  My name is Carlos Ray Norris.  Most people know me by my professional name "Chuck Norris".  I am the plaintiff in this case, as Defendants' wrongful use of my name and image threatens my reputation and my rights.  I submit this Declaration in support of my motion for a preliminary injunction to halt the further publication and distribution of a book entitled "The Truth About Chuck Norris" and the further use of Internet domain names incorporating my name  ("truthaboutchucknorris.com" and "truthaboutchuck.com").  I object to these unauthorized commercial uses of my name and my image.

2.  I have been fortunate to have a rewarding career as an actor, a martial arts specialist, and an author.  My acting career spans the past three decades.  I have starred in over twenty films, including *Missing in Action* and *The Delta Force*, and I played the leading role in the television show *Walker, Texas Ranger*.  Before I was an actor, I spent many successful years as a martial

arts specialist and instructor.  I was a six-time undefeated World Professional Middleweight Karate Champion.  In 1997, I became the first man in the Western Hemisphere to be awarded an 8th degree Black Belt Grand Master recognition in the Tae Kwon Do system.  I also founded the United Fighting Arts Federation, an organization whose members study the way of a particular martial arts method called "Chun Kuk Do."  Now I also sponsor the World Combat League, a competitive professional martial arts fighting league that began in 2005.

3.  One of my most rewarding accomplishments has been the success of the non-profit KickStart Program.  That is part of the "Kick Drugs Out of America Foundation" that I helped establish in 1990.  I continue to support KickStart through royalties received from licenses for the use of my name and image, as well as in other ways.  KickStart teaches at-risk children martial arts as part of their school curriculum to help raise their self-esteem and instill discipline and respect for themselves and others.  A more thorough explanation can be found at KickStart's website, www.kick-start.org.

4.  I also actively support our men and women in uniform.  I have served as a spokesperson for the Veterans Administration and visited veterans in numerous hospitals. I also visited the troops in Iraq twice in the past two years to thank them personally for their service to our country.

5.  I have published numerous books, both non-fiction and fiction. Among my non-fiction books are "The Secret of Inner Strength," an autobiography, which was a 1998 New York Times Bestseller, "Against All Odds", which was published in 2005, and "Winning Tournament Karate."  Among fiction books, I co-wrote "A Threat to Justice" and other "Justice Rider" novels, which explore themes of honor and patriotism in the Old West.  My books are still in print and are available from Amazon.com, BarnesandNoble.com and other on-line and retail

stores. A copy of sample pages from Amazon.com advertising my books for sale is annexed as Exhibit 1. I also write a weekly column for WorldNetDaily, an Internet publication.

6. As a result of my acting, my martial arts skills, and my public service, my name and image are well-known in the United States and throughout the world. It is important to me that my name and image are used only with my permission, for causes I support or products I have reviewed and approved. My credibility and reputation are very important to me. I am loyal to my family, my friends and my fans. I do not endorse products or causes unless I believe in them.

7. I take care to protect my identity and reputation. For example, I have registered several trademarks in the United States Patent and Trademark Office to protect my rights. These include the following trademarks: "Chuck Norris", "Chuck Norris Facts" and "Chuck Norris is … the Fact." A copy of those trademark registrations is annexed as Exhibit 2.

8. I authorize my name and image, and my trademarks, to be used on certain products or websites. I receive many more requests to use my name, image, and trademarks than I grant. I only endorse products that meet my standards for quality and that are consistent with my personal values. As part of my business interests, I have authorized the use of my name on t-shirts, mugs, posters, and other items. Examples of some of these items bearing my name and likeness are annexed as Exhibit 3. I also have agreed to endorse certain products, including the "Total Gym" fitness home gym product. I have authorized a commercial licensing company to coordinate a commercial licensing program for the use of my name and image on various products, subject to my specific review and approval. I also appear in some television commercials. These authorized commercial uses of my name and likeness generate significant

income and royalties.  It is therefore important to me to maintain close control over the use of my name and image.

9. My reputation and credibility are important to me. If I discover that someone is exploiting my name for a commercial purpose, or making money off the use of my name and image, I take action to halt that unauthorized profiteering from the use of my name and identity.

10. I own and maintain an Internet website at ChuckNorris.com.  That domain name has been registered to Top Kick Productions ("Top Kick"), my production company, for over ten years, since July 17, 1997.  The ChuckNorris.com Website has several sections, including an autobiographical section, messages to my fans, and a "shopping" section where consumers can buy "Chuck Norris" merchandise that I have licensed.  Annexed as Exhibit 4 are several pages from the ChuckNorris.com website.

11. I have been aware of mythical "Chuck Norris Facts" for about two years.  The "Chuck Norris Facts" ascribe fantastical feats to me – like "Chuck Norris's tears cure cancer; too bad he never cries."  Many of them are amusing.  When I was asked on television what I thought of them, I agreed that many of them were funny.  I do not approve of the ones that are raunchy, racist, or lewd, however.  I find them offensive.  Those "facts" do not reflect my beliefs or values, in part because I believe that we can achieve success by maintaining a positive mindset and respecting ourselves and others.

12. So long as the "Chuck Norris Facts" are circulated for non-commercial purposes, I have not taken any action to stop them.   For instance, I was aware that Ian Spector had a website that listed "Chuck Norris Facts" along with "Facts" about other celebrities, such as Mr. T and Vin Diesel. Because that website was not "commercial" and did not sell products using my name,

and because the domain name for that website did not use my name, I did not take action to stop it. However, I have taken action to stop unauthorized commercial uses of my name in a "Chuck Norris Facts" context. For instance, in 2006, I discovered that someone had registered the Internet domain name "ChuckNorrisFacts.com" and was advertising T-shirts using my name on that website. I objected to the use and demanded that the unauthorized person transfer that domain name and the website to me. That transfer was accomplished.

13. The domain name "ChuckNorrisFacts.com" is controlled by me and authorized to use my name. The ChuckNorrisFacts.com website has some "Chuck Norris Facts" and sells "Chuck Norris" products through a licensing arrangement with a company that I have approved to sell them. A copy of the "ChuckNorrisFacts.com" website home page is annexed as Exhibit 5. I also approved the use of my name in a Mountain Dew commercial that spoofed the "Chuck Norris Facts."

14. I did not approve "The Truth about Chuck Norris" (the "Book"), which was published by Defendant Penguin in mid-November 2007, and was authored by Defendant Ian Spector. The Book uses my name prominently in the title and throughout its pages, along with illustrations of me. The title of course is false-- the Book is not a biography of me; it does not discuss the "truth" about me. The preface and afterward of the Book refer to meetings with me and thank me for "playing along." I did not approve of the use of my name or image in the Book. I am concerned that the use of my name in the title, the use of my name and likeness throughout the Book, and the references to meeting me and to my supposed "playing along," will lead my fans and other people to believe that I endorse or approve of this Book.

15. The Book is a collection of "Chuck Norris Facts." Although some of the selected "facts" are amusing, others are racist, feature sexual promiscuity, or involve crude situations that conflict with my personal values and beliefs and/or illegal activities. Many are too vulgar and explicit for me to quote. In contrast to many "clean," good-humored "facts" that are circulating on the Internet, the Book is filled with unsavory "facts" that link my name and my image with morally compromising situations. Many of the Book's illustrations falsely depict me in compromising situations or otherwise are repugnant to my standards. The Book's advertising and sample "facts" on the outside cover do not warn readers of the unsavory nature of some "facts." Nor does the Book warn my fans and the public that I do not approve or endorse the Book. I do not know whether all the facts in the Book were contained in Ian Spector's website listing "Chuck Norris Facts". I think there is a big difference between putting unsavory "facts" in a book that is being marketed to young people, and having them buried in a website that also features other celebrities. I am very concerned that the Book will result in tarnishing my image in the eyes of my fans and young people.

16. The "facts" and illustrations selected by the Defendants are at odds with the honorable all-American values and principles that I live by and promote. I had no input over the use of my name or image in Defendants' Book, in advertising for the Book, or in the Internet domain names "truthaboutchucknorris.com" and "truthaboutchuck.com." I never gave Defendants any license or other permission to use my name or image with the Book or in a domain name. Defendants have stolen my identity for their own commercial gain and have deprived me of my right to control my name, my identity, and reputation.

17. The "acknowledgment" section of the Book thanks me "for playing along" and suggests that I endorsed or approved of the Book. Exhibit 6 is a copy of the cover and the acknowledgement

page from the Book. The insincerity of the "acknowledgement" is obvious; I am confident that Mr. Spector and the publisher Penguin knew that I would not approve of their decision to publish this Book without my consent. The Book's forward also refers to my meeting with Mr. Spector. While I did meet him and his father once, in January 2006, we did not discuss the Book or publishing the "facts". At that meeting, I expressed both my amazement at the popular Internet "facts" phenomenon and my concerns about any use of my name and image for commercial purposes. Both Mr. Spector and Penguin had ample opportunity to contact me and seek my consent for their Book, but they deliberately decided to proceed without my approval.

18. Through my attorneys, on October 24, 2007, before the publication of the Book, I formally notified Mr. Spector and Penguin that I did not consent to their use of my name and likeness for this Book. In a subsequent letter, sent by my attorneys on November 16, 2007, I also expressed my concern about Mr. Spector's statement, in an interview in his college newspaper, which suggested that vulgar facts were added to the Book to improve the commercial sales of the Book. Before the publication of the Book, I asked for the opportunity to review it, to see whether I would need to take legal action to protect my name and interests. My request was refused. Before the publication. I did not know that the Book would refer to meeting me, or would "thank me" or otherwise suggest that I approved the Book and its contents. Now that I have seen the Book, I am even more concerned about the exploitation of my name and image, and the false suggestion that I endorsed or approved of the Book.

19. My reputation and credibility with my fans are very important to me. I am concerned that the use of my name and images in the Book, including the factual references to meetings with me and to my "playing along" will mislead my fans and the public into believing that I endorsed and approved of the Book. My fans may incorrectly believe that I have "sold out" on my

principles. Even fans familiar with the "facts" phenomenon may be put off by the particular images and facts in this Book. I am also concerned that fans and others looking for information about me will be fooled by the domain names "truthaboutchucknorris" or "truthaboutchuck" into thinking that the domain names link to truthful information about me.

20. I believe that Defendants' unauthorized use of my name and image will interfere with my ability to protect my name and reputation. The Book and Mr. Spector's efforts have generated some publicity. If Defendants' unauthorized uses are not stopped, others will likely think that they also can misappropriate my name and identity for their own uses. Defendants' continued unauthorized use of my name and persona may also impede my current efforts to protect my identity from existing infringers and further undermine my credibility with my fans and the public. It will undoubtedly increase the costs for me to enforce my rights against others, and will encourage resistance to my claims.

21. I am also concerned that the Defendants' unauthorized use of my name and persona will weaken my ability to license my name and image for approved uses. Defendants are depriving me of the ability to control the use of my name and image. Existing licensees may be upset if they see unauthorized merchandise being sold without a license. Defendants' deliberate decision to proceed without my consent may also interfere with prospective licensees and business opportunities.

22. In my films and television shows, I have tried to entertain with a moral: that right-minded people stand up for themselves and respect the rights of others. Defendants are misusing my identity and my good-natured support of the non-commercial "facts" phenomenon for their own profit. Unless Defendants are ordered to stop the unauthorized use of my name, image

8

and persona through commercial sales of the Book or otherwise, I am concerned that my reputation will be harmed, my fans and the public will be misled, and others will be encouraged to take similar liberties without my approval.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: _Dec. 19, 2007_                    _Carlos Ray Norris_

                                                Carlos Ray Norris

9

**EXHIBIT 1**

**Sample Pages from Amazon.com**

**Showing Advertising for Chuck Norris's Books**



Amazon.com: Chuck Norris: Books

-- CONTENT GOES HERE (simple) --
-- CONTENT GOES HERE (simple) --
-- CONTENT GOES HERE (simple) --
-- CONTENT GOES HERE (simple) --
-- CONTENT GOES HERE (simple) --

**Best Books of 2007**
Find editors' picks and customers' favorites in dozens of categories in our Best of 2007 Store.

**Category**
**Books**
Nonfiction (2)
Arts & Photography (1)
Biographies & Memoirs (6)
Entertainment (5)
Health, Mind & Body (4)
Literature & Fiction (4)
Religion & Spirituality (8)
Sports (7)

**Shipping Option**
**Any Shipping Option**
Can be shipped within one business day from Amazon.com (5)

**Holiday Sale: $5 Instant Rebate on over 150 Magazine Subscriptions**
For a limited time, get a $5 instant rebate on many bestselling magazine subscriptions—the more you buy, the more you save, and no code is required.

**Books › "Chuck Norris"**

Showing 1 - 12 of 38 Results

‹ Previous | Page: 1 2 3 4 | Next ›

1.    **Against All Odds: My Story** by Chuck Norris and Ken Abraham (**Hardcover** - Sep 30, 2004)
      Buy new: $24.99 $16.49   45 Used & new from $4.86
      Not in stock; order now and we'll deliver when available
      Eligible for **FREE** Super Saver Shipping.
      ★★★★★ (34)

2.    **A Threat to Justice: A Novel (Justice Riders)** by Chuck Norris, Ken Abraham, Aaron Norris, and Tim Grayem (**Paperback** - Jun 1, 2007)
      Buy new: $15.99 $10.87   36 Used & new from $9.49
      In Stock
      Eligible for **FREE** Super Saver Shipping.
      ★★★☆☆ (1)
      Other Editions: Audio CD

Amazon.com: Chuck Norris: Books

**Condition**
Any Condition
Used
New
Collectible

**Listmania!**



Blueprint for an MA Style: A list by Anderssen "imperator_ptolemy"

Sparring and Fitness in the Martial Arts: A list by Anderssen "imperator_ptolemy"

▶ Create a Listmania! list

Search Listmania!

GO!

ADVERTISEMENT

3.

4.
**Delta Force** by Chuck Norris (**Paperback** - Jan 1986)
25 Used & new from $0.01
★★★☆☆ (79)
Other Editions: VHS Tape, DVD
**Against All Odds: My Story** by Chuck Norris and Ken Abraham (**Paperback** – Sep 2006)
Buy new: $14.99 **$10.19**   42 Used & new from $7.49
In Stock
Eligible for **FREE** Super Saver Shipping.
★★★★☆ (2)

5.
**The Justice Riders** by Chuck Norris, Ken Abraham, and Aaron Norris (**Paperback** – Aug 2006)
Buy new: $15.99 **$10.87**   18 Used & new from $3.00
Usually ships in 1 to 4 weeks
Eligible for **FREE** Super Saver Shipping.
★★★★☆ (11)
Other Editions: Hardcover, Audio CD, Hardcover

6.
**The Secret Power Within** by Chuck Norris (**Paperback** - Jan 6, 1997)
Buy new: $13.95 **$11.16**   53 Used & new from $3.69
Get it by **Thursday, Dec 20** if you order in the next **4 hours** and choose one-day shipping.
Eligible for **FREE** Super Saver Shipping.
★★★★☆ (33)
Other Editions: Hardcover

7.
**Winning Tournament Karate** by Chuck Norris (**Paperback** – May 1, 1975)
Buy new: **$14.00**   34 Used & new from $7.20
Get it by **Thursday, Dec 20** if you order in the next **2 hours** and choose one-day shipping.
Eligible for **FREE** Super Saver Shipping.
★★★★☆ (8)

8.
**The Secret of Inner Strength: My Story** by Chuck Norris and Joe Hyams (**Paperback** - Feb 1989)
22 Used & new from $0.42
★★★★☆ (10)
Other Editions: Hardcover

9.
**Toughen Up! the Chuck Norris Fitness System** by Chuck Norris (**Paperback** - May 1983)
4 Used & new from $8.77
★★★☆☆ (2)

10.
**A Man of God: Essential Priorities for Every Man's Life** by Jack Graham and Chuck Norris (Hardcover - May 25, 2005)
7 Used & new from $11.17
★★★★★ (5)

Amazon.com: Chuck Norris Books

**11.**

**Against All Odds: my Story** by Chuck Norris, Ken Abraham, and Michael Norris (**Audio CD** - Sep 30, 2004) - **Unabridged**

Buy new: **$29.99**   7 Used & new from $23.98

Get it by **Thursday, Dec 20** if you order in the next **2 hours** and choose one-day shipping.
Eligible for **FREE** Super Saver Shipping.
Other Editions: Audio Cassette

**12.**

**Against All Odds: My Story** by Chuck Norris with Ken Abraham (**Hardcover** - April 20, 2005) - **Large Print**

8 Used & new from $14.35

Showing 1 – 12 of 38 Results        « Previous Page: 1 2 3 ' Next »

Sort by | Relevance |

Sponsored Links ( What's this? )

**Chuck**
www.myLot.info    Real people give real feedback on **Chuck** and more

**Search Feedback**
Did you find what you were looking for?
If you need help or have a question for Customer Service, please visit the Help Section.

Can't find what you're looking for? Ask Askville! There's a growing community of people just waiting to answer your question. Give it a try!

ADVERTISEMENT

Search powered by A9

**Shipping & Returns**
• See our shipping rates & policies.
• Return an item (here's our Returns Policy).

**Need Help?**
• Forgot your password? Click here.
• Redeem or buy a gift certificate/card.
• Visit our Help department.

search: | Amazon.com |

**Where's My Stuff?**
• Track your recent orders.
• View or change your orders in Your Account.

Your Recent History (What's this?)

Amazon.com: Chuck Norris: Books

**Recently Viewed Products**

The Secret Power Within by Chuck Norris

Against All Odds: My Story by Chuck Norris

Against All Odds: My Story by Chuck Norris

A Threat to Justice: A Novel (Justice Riders) by Chuck Norris

**Recent Searches**

chuck norris (Books), chuck norris (All Products), truth about chuck (All Products), truthaboutchuck (All Products)

› View & edit Your Browsing History

Loading Recommendations...

**amazon.com®** Amazon.com Home  |  Directory of All Stores

International Sites:  Canada  |  United Kingdom  |  Germany  |  Japan  |  France  |  China

Help  |  View Cart  |  Your Account  |  Sell Items  |  1-Click Settings

Investor Relations  |  Press Release  |  Careers at Amazon  |  Join Associates  |  Join Advantage  |  Join Honor System  |  Advertise With Us

Conditions of Use  |  Privacy Notice © 1996-2007, Amazon.com, Inc. or its affiliates

**EXHIBIT 2**

**UNITED STATES TRADEMARK REGISTRATIONS**

**CHUCK NORRIS**
**CHUCK NORRIS FACTS**

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,864,474

Registered July 20, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

## CHUCK NORRIS

NORRIS, CARLOS RAY (UNITED STATES INDI-
VIDUAL)
C/O TOP KICK PRODUCTIONS
18653 VENTURA BLVD., SUITE 751
TARZANA, CA 913564174

FOR: ENTERTAINMENT SERVICES, NAMELY
PERSONAL APPEARANCES AND LIVE PERFOR-
MANCES BY A MOVIE STAR AND ACTOR; SCRIPT-
WRITING, DIRECTING AND PRODUCTION OF
MOTION PICTURES; ONLINE INFORMATION
SERVICES RELATING TO ENTERTAINMENT PRO-
DUCTIONS, MARTIAL ARTS, ANTI-DRUG AND
MAXIMIZATION OF LIFE OPPORTUNITIES AND
PHILOSOPHIES, IN CLASS 41 (U.S. CLS. 100, 101
AND 107).

FIRST USE 0-0-1973; IN COMMERCE 0-0-1973.

OWNER OF U.S. REG. NOS. 1,413,462, 2,124,757
AND OTHERS.

CARLOS RAY NORRIS, WHOSE TRADE NAME
IS "CHUCK NORRIS", CONSENTS TO THE REGIS-
TRATION OF HIS NAME AS A SERVICE MARK.

SER. NO. 76-511,481, FILED 5-6-2003.

KARANENDRA S. CHHINA, EXAMINING ATTOR-
NEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 2,124,757
Registered Dec. 30, 1997

## SERVICE MARK
## PRINCIPAL REGISTER

## CHUCK NORRIS

NORRIS, CHUCK (UNITED STATES CITIZEN)
RT 3, BOX 31
NAVASOTA, TX 77868

    FOR: PROVIDING MARTIAL ARTS TRAIN-
ING SERVICES, IN CLASS 41 (U.S. CLS. 100, 101
AND 107).

FIRST USE 1-1-1977; IN COMMERCE
1-1-1977.

SER. NO. 75-032,188, FILED 12-11-1995.

STEVEN R. FINE, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**Reg. No. 3,213,519**

## United States Patent and Trademark Office

Registered Feb. 27, 2007

**SERVICE MARK**
**PRINCIPAL REGISTER**

# CHUCK NORRIS FACTS

NORRIS, CARLOS RAY (UNITED STATES INDI-
 VIDUAL)
C/O MICHAEL FORSHEY, PATTON BOGGS LLP
2001 ROSS AVENUE., #3000
DALLAS, TX 75201

FOR: ONLINE RETAIL STORE SERVICES FEA-
TURING CLOTHING, MUGS, MESSENGER BAGS,
MOUSEPADS, AND ACCESSORIES, IN CLASS 35
(U.S. CLS. 100, 101 AND 102).

FIRST USE 2-13-2006; IN COMMERCE 2-13-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,864,474.

SER. NO. 78-905,038, FILED 6-9-2006.

LINDA M. KING, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,220,185
Registered Mar. 20, 2007

## SERVICE MARK
### PRINCIPAL REGISTER



NORRIS, CARLOS RAY (UNITED STATES INDI-
VIDUAL)
C/O MICHAEL FORSHEY, PATTON BOGGS LLP
2001 ROSS AVENUE, #3000
DALLAS, TX 75201

FOR: ONLINE RETAIL STORE SERVICES FEA-
TURING CLOTHING, MUGS, MESSENGER BAGS,
MOUSEPADS, AND ACCESSORIES, IN CLASS 35
(U.S. CLS. 100, 101 AND 102).

FIRST USE 2-13-2006; IN COMMERCE 2-13-2006.

OWNER OF U.S. REG. NO. 2,864,474.

SER. NO. 78-904,982, FILED 6-9-2006.

LINDA M. KING, EXAMINING ATTORNEY

**EXHIBIT 3**

**EXAMPLES OF AUTHORIZED ITEMS**

**USING CHUCK NORRIS'S NAME AND IMAGE**

Chuck Norris Official Website

T-Shirts | Book | Posters | Photos | Total Gym

**Chuck's New Book**
**Against All Odds, My Story.**

*All proceeds will go to the KickStart Foundation.





Against All Odds
Quantity:                                    1



Against All Odds, Autographed
Quantity:                                    1

Add To Cart

$24.99 + Shipping & Handling or
$124.99 for the Autographed Edition

View Cart    Check Out

T-Shirts | Book | Posters | Photos | Total Gym

CHUCK NORRIS.com



Chuck Norris Official Website

T-Shirts | Book | Posters | Photos | Total Gym

**NEW CODE
OF ETHICS
T-SHIRT
$10.95**

Code of Ethics
small Quantity:

Add To Cart

Code of Ethics
medium Quantity:

Add To Cart

Code of Ethics
large Quantity:

Add To Cart

Code of Ethics
X large Quantity:

Add To Cart

Availabilty:
(Kids, Small,
Medium
Large, XLarge
XXL )

Code of Ethics
XX large Quantity:

Add To Cart

Chuck Norris Official Website

Code of Ethics
Kids Quantity



Add To Cart

*NEW LOW PRICE*

Chuck Norris.com
T-shirts!

$10.99 + $5.00
shipping

(was 15.99 + shipping)

Black small Quantity: 

Add To Cart



Availabilty: Black
(Kids, Small,
MediumLarge, XLarge,
XXL)
Click to Enlarge

Black medium Quantity:



Add To Cart

Black large Quantity:

Add To Cart

Black X large Quantity:

Add To Cart

Black XX large Quantity:

Add To Cart

Chuck Norris Official Website

Kids Quantity

Add To Cart

View Cart                    Check Out

T-Shirts | Book | Posters | Photos | Total Gym

CHUCK NORRIS.com

T-Shirts | Book | Posters | Photos | Total Gym



**Signature Edition**

**total gym.** 14000

**Total Gym Signature Edition**
**TOTAL GYM PACKAGE $1399.00**

**BUY NOW**

Model 14000 Package: Includes Model 14000, Weight Bar, Dip Bar, Progression One : Total Gym Fundamentals DVD and Resistance Training Exercise Guide

Give Total Gym 14000 only 20 minutes, 4 days a week and you will look and feel fit for life.

Total Gym uses a percentage of your body weight against gravity as its source of resistance to provide fast, safe, effective, results, regardless of your individual body composition.

No bungies, or springs-- just you-- moving your body weight against the pull of gravity, on a free motion glideboard, to achieve fitness levels that will help you move better, play faster, get stronger, live longer.

With over 200 strength, stretching and Pilates exercises, and six resistance levels, Total Gym 14000 provides full-body functional training that utilizes the core muscles of the stomach and back in every workout. You and your family can achieve your individual fitness goals, whether you want to lose inches, gain muscle, improve stability, or maintain peak fitness and performance levels.

### Models Specs

**LEVELS**
Six, from 6.5% to 64% body weight resistance

**WEIGHT** CAPACITY
450 Lbs

**FEATURES**
Wing, standard Squat Stand and unilateral bi-Lateral Arm Pulley System

**IN USE**
L=8'4" W=23" H=4'5"
**FOLDED**
L=20" W=23" H=4'5"

**These assesories are included in the price.**



**Dip Bar Included**
(Retail Value $165.00)



Chuck Norris Official Website

The NEW Total Gym 14000 accessory mounting system features solid, quiet, retractable pins with easy grip knobs. Total Gym 14000 offers upgrade options that substitute the standard Squat Stand for a wide-based Telescoping Squat Stand with three adjustable height settings. The standard Wing can upgrade to the NEW 3Grip Pull-up Bar, Press Bar and Folding Foot Holder that tucks out of the way when not in use. Total Gym 14000 folds away easily for storage.

---

**WARRANTY:**
Non-Commercial Warranty: Frame- Lifetime; Parts & Upholstery- 3 years; Foam & Rubber- 6 months

**SHIPPING**
Base Unit, UPS, Four Boxes,
Shipping Weight: 51 lbs., 46 lbs., 14 lbs & 8 lbs.
Component parts shipped separately include Wing, Squat Stand or upgrades and accessories.

East: $160
Mid: $120
West: $100

*All shipping prices shown on this website apply only to the contiguous United States.

---

Click below if ordering from the following states.
Price $1559, Includes shipping to the following states.
**East:** AL, CT, DC, DE, FL, GA, IN, KY, ME, MD, MA, MI, NH, NJ, NY, NC, OH, PA, RI, SC, VT, VA, WV.

Quantity: 1
Add To Cart

Click below if ordering from the following midwestern states.
Price $1519, Includes shipping to the following states.
**Midwest includes:** AR, IL, IA, KS, LA, MN, MS, MO, NE, ND, OK, SD, TN, TX, WI.

Quantity: 1
Add To Cart

Click below if ordering from the following western states.

**Weight Bar**
(Retail Value $40.00)

**If you were to purchase these items seperately they would cost you $165.00 and $40.00 individually and each video at $10.00.**

**Warranty Info**
(Click Here)

**Shipping Info**
(Click Here)

Chuck Norris Official Website

Price $1499, Includes shipping to the following states.
**West includes:** AZ, CA, CO, ID, MT, NV, NM, OR, UT, WA, WY.

Quantity: 1



T-Shirts | Book | Posters | Photos | Total Gym

CHUCK NORRIS.com

General Info

UFAF Members Login

UFAF Shop

Find a School

UNITED FIGHTING ARTS FEDERATION

>CLICK HERE<

2007 Membership Renewal

CHUCK
NORRIS
AGAINST
ALL ODDS

Mr. Norris' new book, *Against All Odds*, is available now. For more information and a schedule of upcoming appearances, please visit chucknorris.com

KICKSTART

UFAF is a proud supporter of the KICKSTART Foundation

© 2003 - 2006 UFAF. All Rights Reserved - Design and Hosting By Media Six21

Welcome to United Fighting Arts Federation

**Welcome to the
United Fighting Arts Federation Website.**

People around the world know Chuck Norris, either through his martial arts career, or most likely through the characters from his action movies and hit television series. However, very few know of the actual style of martial arts he founded and practices... Chun Kuk Do.

We invite you to explore our site and learn more about the organization and innovative style of martial arts founded by Chuck Norris.



About UFAF
About Chun Kuk Do
About Our Founder
Frequently Asked Questions
Find a School
Website Links
Contacting UFAF

# SHOPPING

T-Shirts | Book | Posters | Photos | Total Gym

**Photo's Available**



### *NEW LOW PRICE!*

### 8 x 10 Photos
These are actual 8x10 glossy photo enlargements
printed on high quality photography paper.
They are very rare and available for a limited time only.

All photographs are $7.95 + $4.50 Shipping & Handling
unless noted otherwise

 $7.95 + $4.50 S&H

Quantity:  

Also Available:
Autographed for $107.95

Quantity:  



 $7.95 + $4.50 S&H

Quantity:  

Also Available:
Autographed for $107.95

Quantity:  



$7.95 + $4.50 S&H

Quantity:  

Also Available:
Autographed for $107.95

Quantity:  



$7.95 + $4.50 S&H

Quantity:  

Also Available:
Autographed for $107.95

Quantity:



Chuck Norris Official Website



$7.95 + $4.50 S&H

Quantity: [____] [Add]

Also Available:
Autographed for $107.95

Quantity: [____] [Add]

$7.95 + $4.50 S&H

Quantity: [____] [Add]

Also Available:
Autographed for $107.95

Quantity: [____] [Add]

$7.95 + $4.50 S&H

Quantity: [____] [Add]

Also Available:
Autographed for $107.95

Quantity: [____] [Add]

$7.95 + $4.50 S&H

Quantity: [____] [Add]

Also Available:
Autographed for $107.95

Quantity: [____] [Add]

$7.95 + $4.50 S&H

Quantity: [____] [Add]

Also Available:
Autographed for $107.95

Quantity: [____] [Add]

$7.95 + $4.50 S&H

Quantity: [____] [Add]

Also Available:
Autographed for $107.95

Chuck Norris Official Website



Quantity: _____ | [Add]

$7.95 + $4.50 S&H

Quantity: _____ [Add]

Also Available:
Autographed for $107.95

Quantity: _____ [Add]

$7.95 + $4.50 S&H

Quantity: _____ [Add]

Also Available:
Autographed for $107.95

Quantity: _____ [Add]

$7.95 + $4.50 S&H

Quantity: _____ [Add]

Also Available:
Autographed for $107.95

Quantity: _____ [Add]

$7.95 + $4.50 S&H

Quantity: _____ [Add]

Also Available:
Autographed for $107.95

Quantity: _____ [Add]

**More Pictures
Coming Soon**

Chuck Norris Official Website

T-Shirts | Book | Posters | Photos | Total Gym

**EXHIBIT 4**

**Sample Website Pages from Chucknorris.com**



Click here to read Chuck's "Farewell to Walker" letter to the fans.

**CHUCK NORRIS.com**

All materials copyrighted. Duplication without express written permission is prohibited.



# BIOGRAPHY



**Chuck Norris Biography**

When you think of Chuck Norris, you either immediately think action movie star (recalling his numerous feature films) or television star, for his long-running CBS television series, "Walker, Texas Ranger."

But prior to that, Chuck was a martial arts star, winning many martial arts championships including being a six-time undefeated World Professional MiddleWeight Karate Champion. Chuck was also a renowned teacher in the martial arts. Some of his students were Steve McQueen, Bob Barker, Priscilla Presley and Donnie & Marie Osmond.

From 1964 to 1968, Chuck won many State, National, and International amateur karate titles. In 1968, Chuck fought and won the World Professional MiddleWeight Karate championships by defeating the World's Top Fighters. He held that title until 1974 when he retired undefeated.

In 1968, Chuck was inducted into the Black Belt Hall of Fame as Fighter of the Year. In 1975, he was inducted as Instructor of the Year and in 1977, Chuck received the honor of Man of the Year.

Chuck is also founder and President of United Fighting Arts Federation with over 2,300 black belts all over the world.

In 1997, Chuck achieved another milestone in his life by being the first man ever in the Western Hemisphere to be awarded an 8th degree Black Belt Grand Master recognition in the Tae Kwon Do system. This was a first in 4,500 years of tradition.

Chuck's intense drive and determination extended beyond his martial arts and acting career. He became an offshore powerboat racer with speeds of 140 miles per hour. In 1991, Chuck with his team and sponsor "Popeye Chicken" won the World Off Shore Powerboat championships. Then he went on to setting a new world record by racing a 38 foot Scarab boat 605 miles across the Great Lakes, from Chicago to Detroit, in 12 hours and 8 minutes.

In 1988, Chuck wrote his autobiography, "The Secret of Inner Strength", for Little Brown Publishing, which became a New York Times Best Seller. He followed up a few years later with a second

book, "The Secret Power Within: Zen Solutions to Real Problems",
also with Little Brown Publishing.

Chuck was asked how he would like to be remembered. Chuck's
answer was as a Humanitarian. He has gotten a good start by:

1.) Being the spokesperson for United Way, doing an eight-minute
commercial, which helped bring in over two billion dollars.

2.) Veterans Administration spokesperson visiting over 12 V.A.
hospitals and speaking with World War II, Korean and Vietnam War
Veterans including one from World War I.

3.) Winning the 1998 Epiphany award on Walker, Texas Ranger for
the best Christian program.

4.) The Jewish Humanitarian Man of the Year Award.

5.) Actively involved with the Make A Wish Foundation for 20 years by
making dreams come true for terminally ill children.

6.) BMI Music Television Award for Walker, Texas Ranger theme
song, "Eyes of a Ranger".

7.) Texas Ranger Hall of Fame.

8.) Commissioned Police Officer for Terrell, Texas.

9.) Motivational speaker for many Christian ministries, such as T.D.
Jakes Ministry, Trinity Broadcasting, and Bill Glass Crusade.

But Chuck thinks his most rewarding accomplishment was the
creation of his Kick-Start Foundation. With the help of President
George Bush, Chuck implemented a program teaching the martial arts
to 150 high-risk children at M C Williams Middle School in Houston,
Texas, as part of the school curriculum. The program was so
successful in helping these kids raise their self-esteem and instilling
discipline and respect, as well as getting them out of gangs, that the
program is now in 30 schools with over 4,200 young boys and girls
actively participating.

Click here to view photos of Chuck's early life.

CHUCK NORRIS.com



# FILMOGRAPHY

**Chuck Norris Filmography**

The Wrecking Crew - 1969 (appeared in)
Return Of The Dragon - 1973 (feature film debut)
Breaker! Breaker! - 1976
Good Guys Wear Black - 1977
A Force Of One - 1978
The Octagon - 1979
An Eye For An Eye - 1980
Silent Rage - 1981
Forced Vengeance - 1981
Lone Wolf McQuade - 1982
Missing In Action - 1984
Missing In Action II: The Beginning - 1985
Code Of Silence - 1985
Invasion USA - 1985
Delta Force - 1986
Firewalker - 1986
Braddock: Missing In Action III - 1987
Hero And The Terror - 1988
Delta Force 2: Operation Stranglehold - 1990
The Hitman - 1991
Sidekicks - 1993
Hellbound - 1994
Top Dog - 1995
Forrest Warrior - 1995 (released on video only)

**Television Series**

Walker, Texas Ranger - 1993 to 2001







The purpose of this web site is to inform and inspire Chuck Norris fans all over the World.

The site's mission is to keep fans up to date on the latest happenings and events plus heighten the awareness of the Kick Start Foundation.

# KICK START



**Chuck Norris**
**Chairman and Founder**
**www.kick-start.org**

MISSION
PROGRAM
KICKSTART
PHOTOGRAPHY
SIGHTING
CHATROOM
AUCTION
KIDS CORNER
CURRENT EVENTS
FAREWELL LETTER
CHRISTIAN AREA
FITNESS
LINKS
EMAIL

Dear Friends,

When I founded Kick Drugs Out of America in 1990, my primary focus was helping youngsters resist drug-related peer pressures through martial arts training. Of course I understood that the comprehensive benefits to martial arts training far exceed preventing drug use...but that was my primary concern and certainly a major concern for our country.

Within a couple of years of implementation, it became quite clear from evaluation that the impact of the program was much more than helping youngsters resist drugs. Today, our organization is a character building, life-skills program whose fundamental purpose is to give our students the tools to strengthen their self image. When a child develops a strong sense of self-awareness and inner strength, they are able to resist peer pressure including drug and alcohol use and involvement in gangs.

In addition, martial arts training provides them with the core values and philosophies associated with leading a productive and healthy life. That is what we are all about...to give every child a chance for a productive life in which they CAN achieve their goals and dreams. Our current name, while it has served us well, implies too narrow a focus for all that we are accomplishing.

Therefore, we are changing our name to KICK START, which we believe more accurately describes our mission. With our new name and a new marketing focus, we hope to reach more children, which will increase our impact upon the youth of our country.

As always, please know how much your continued support means to me and all of our "karate kids". Now, more than ever, we need you to give every consideration to including using your giving plans.

With warm regards,

Chuck Norris



**To help the Kick Start Foundation please send your donation to:**

**427 W. 20th Street, Ste. 203**
**Houston, TX 77008**

**Kick Start Foundation**

CHUCK NORRIS.com

# CHUCK NORRIS                                FITNESS



**This is the Total Gym exercise machine as endorsed by Chuck Norris.**



The Total Gym allows you to train with natural multi-plane movements,working the large muscles synergistically against gravity.Recruiting the stabilizer muscles in nearly every exercise, you stretch and flex your way through a full body workout in as little as 20 minutes a day. This is functional exercise; it mimics the way you function in life, creating a superior body and superior physical performance. For more information click on the video of Chuck and Gina Norris.

Video Small 2.5 mb

Video Medium 5 mb

**Purchase the Total Gym from ChuckNorris.com**

CHUCK NORRIS.com



# CHUCK NORRIS     CHRISTIAN AREA



LESSON
BIOGRAPHY
FILMS 'EM
FILMOGRAPHY
SHOPPING
CHAT ROOM
AUCTION
KIDS CORNER
CURRENT EVENTS
FAREWELL LETTER
CHRISTIAN AREA
FITNESS
LINKS
EMAIL

## Welcome to the Christian Area

### Thanksgiving from the heart



**Oh, Give Thanks Unt**

Oh, give thanks unto the Lord, for the
For the new breath each day, you g
Every day is a blessing, afre
Along with the grace to carr

Oh, give thanks unto the Lord, for
For walking right beside you, in e
And on days when you feel like n
He'll love on your heart when you
Oh, give thanks unto the Lord for the
For His eyes are always upon you, the
He is an awesome Lord, who dese
For the wonderful things He does
Oh, give thanks unto the Lord, for ev
He is so very worthy of your ad
For His thoughtful ways, He has to
He desires thanksgiving, glory, I

Written for Thanksgiving, 2007

### Please watch the Lifehouse Everything Skit

### GodTube : Broadcast Him

## (Randy Alcorn's blog)
## Eternal Perspectives
### Purchase Randy Alcorn Books

## Who Is Jesus?

## CHUCK NORRIS    CURRENT EVENTS

Upcoming Events | Current Events | Past Events

# Upcoming Events

MISSION
BIOGRAPHY
FILMSTAR
FILMOGRAPHY
WRITINGS
CHAT ROOM
AUCTION
KIDS CORNER
CURRENT EVENTS
FARMER LETTER
CHRISTIAN AREA
FITNESS
LINKS
STORE



**Chuck Norris Endorses Mike Huckabee**
**New WCL Schedule for 2007-2008**

**Chuck Norris Fact:** The Surge is Working - so is Huckabee's!

**www.MikeHuckabee.com**

**CHUCK NORRIS STATEMENT REGARDING ENDORSEMENT OF PRESIDENTIAL CANDIDATE MIKE HUCKABEE**

Like many of you, I've been giving a great deal of thought as to which candidate might best lead this country, in this critical time, as our next president. It is a question I am asked quite often by fans and the media.

I've always known that the person to whom I pledge my vote must be someone I can embrace wholeheartedly and enthusiastically. It is now clear to me that the candidate is Arkansas Governor, Mike Huckabee. Mike is a man whose sense of integrity and commitment are supported by a lifetime of accomplishments, strong family values, and clear vision of what America should be and can be. Mike Huckabee is a man of strong moral character and impeccable qualifications. He is the real deal and that is why he has my vote.

To read more on my position, log on to my World Net Daily column at --
www.worldnetdaily.com/staticarticles/article56107.html

November 26, 2007
Huckabee bringing Chuck Norris to CNN/YouTube debate



http://www.chucknorris.com/html/events.aspx                    11/29/2007

**Norris and Huckabee appear in a campaign ad running in Iowa.**

**WASHINGTON (CNN)** — Republican presidential candidate **Mike Huckabee** appears to be milking cult hero Chuck Norris' endorsement for all it's worth.

The former Arkansas governor told reporters on a conference call Monday morning that the "Walker Texas Ranger" star will be joining him at the CNN/YouTube debate this Wednesday night.

"[He] will be part of that experience," Huckabee said. "So it will be fun and hopefully very substantive."

Norris **officially endorsed Huckabee** last October, hailing him as a "respected and fearless leader" and one who's "not afraid to stand up for a Creator and against secularist beliefs."

Since then Norris has **penned a fundraising e-mail** on Huckabee's behalf, and even appears alongside the candidate in a television ad running in Iowa.

"When Chuck Norris does a push up, he isn't lifting himself up, he's pushing the world down," Huckabee, quoting the now famous "Chuck Norris Facts," says in the ad.

On Monday, Huckabee credited the ad for brining "a lot of attention" to his presidential bid.

"We had a lot of fun with it and it did exactly what we wanted it to do, and that is drive record numbers of people to our Web site," Huckabee said. "And it has made the rounds on YouTube and as people have e-mailed it to their friends, it has had a big impact on the 18-30 year-old market, which we expected it to do."

Huckabee also brushed aside criticism from some for promoting Norris' endorsement, as well **as that of professional wrestler** Ric Flair, so heavily.

"The only flak I get is from people who wish they had them," he said. "The rest of the time people are enjoying it and having fun with it as I am."

Huckabee's comments come the same day he announced the release of a new TV ad in Iowa. The 30-second spot, called "Believe," touts his conservative stances on social issues.

**– CNN Ticker Producer Alexander Mooney**

http://www.worldcombatleague.com/



DEC 1 . ATLANTIC CITY, NJ

ticketmaster

Results of the Denver Event

**Stars and Dragons steal the show in Denver,**

The 2007 Season Opener featured dominating performances by both the Texas Dragons and the Los Angeles Srs. Raymond "The Real Deal" Daniels (Los Angeles) once again displayed his elite skills as he put on a show for the Denver Coliseum. The Texas Dragons' Lawson "Meet Your Maker" Baker shocked the crowd with his powerful performance leading the Dragons to a victory over the hometown Fury.



Chuck Norris Visits "The Sports Guys!"

http://www.fan950.com/videos/chuck_norris_lan.wmv

---

**Watch all the events on the Versus channel**

---

**2007-2008 Season Schedule**

**Dec 01, 07 - New Jersey Tigers vs. New York Clash |
St. Louis Enforcers vs. Miami Force**
                    **- Taj Mahal | Atlantic City, New Jersey**

**Dec 14, 07 - Oklahoma Destroyers vs. Texas Dragons |
Denver Fury vs. Los Angeles Stars**
                    **- Tulsa, Oklahoma**

**TBD - Miami Force vs. New York Clash | St. Louis
Enforcers vs. New Jersey Tigers**
                    **- TBD**

**TBD - Denver Fury vs. Texas Dragons | Oklahoma
Destroyers vs. Los Angeles Stars**
                    **- TBD**

**TBD - New York Clash vs. St. Louis Enforcers | Miami
Force vs. New Jersey Tigers**
                    **- TBD**

**TBD - Oklahoma Destroyers vs. Denver Fury | Texas
Dragons vs. Los Angeles Stars**

events

- TBD


TBD - Miami Force vs. St. Louis Enforcers | New York
Clash vs. New Jersey Tigers
- TBD


**2007 Season PLAYOFFS / CHampionship**


**Mar 29, 08 - WCL Playoffs**

Western Conf. Semi Finalist vs. Western
Conf. Semi Finalist

Eastern Conf. Semi Finalist vs. Eastern
Conf. Semi Finalst

**May 3, 08 -  WCL 2007 Championship**

Eastern Runner Up vs. Western Runner
Up

Eastern Finalist vs. Western Finalist



**Chuck Norris has a column in the
WorldNetDaily
Started Monday October 23, 2006**




Read Chuck's column in the WorldNetDaily

Read the WorldNetDaily

---

Watch the World Combat League on the Versus Channel



events

## World Combat League



The World Combat League (WCL) is the creation of action-film and television star Chuck Norris. Norris has organized the world's most experienced martial arts producers to make the vision become reality. Chuck Norris, as the creative head, has joined together a number of innovators to present the next major American sporting league, and the next generation of martial arts combat entertainment.

World Combat League athletes are well-conditioned, exciting fighters with dynamic kicking skills. To encourage a "full throttle" style of fighting, each fighter will only fight a total of two rounds. This is intended to encourage each fighter to answer the bell with the spirit, desire and determination to earn their team as many points as possible by fighting aggressively every second of each round. The judge's scoring system and the referee's penalty point system is designed to reward this "full throttle" style of fighting and penalize any attempt to stall or be passive.

CHUCK NORRIS.com

# CHUCK NORRIS                                    FITNESS



**This is the Total Gym exercise machine as endorsed by Chuck Norris.**

The Total Gym allows you to train with natural multi-plane movements, working the large muscles synergistically against gravity. Recruiting the stabilizer muscles in nearly every exercise, you stretch and flex your way through a full body workout in as little as 20 minutes a day. This is functional exercise; it mimics the way you function in life, creating a superior body and superior physical performance. For more information click on the video of Chuck and Gina Norris.



Video Small 2.5 mb

Video Medium 5 mb

**Purchase the Total Gym from ChuckNorris.com**

CHUCK NORRIS.com

# EXHIBIT 5

**Sample Website Pages from Chucknorrisfacts.com**



# CHUCK NORRIS FACTS



Home - Facts - New Facts - Shirt Designer - Premade Shirts - ChuckNorris.com

★ **Design A Shirt!**



1. Guns don't kill people. Chuck Norris kills People.

2. There is no theory of evolution. Just a list of animals Chuck Norris allows to live.

3. Chuck Norris does not sleep. He waits.

4. The chief export of Chuck Norris is Pain.

5. There is no chin under Chuck Norris' Beard. There is only another fist.

6. Chuck Norris has two speeds: Walk, and Kill.

7. The leading causes of death in the United States are: 1. Heart Disease 2. Chuck Norris 3. Cancer

8. Chuck Norris drives an ice cream truck covered in human skulls.

9. Chuck Norris is my Homeboy

10. Chuck Norris doesn't go hunting... CHUCK NORRIS GOES KILLING

★ **Premade Shirts**



★ **Click here for more Chuck Norris Facts!**    Page 1 - 2 - 3 - 4 - 5 - 6 - 7 - 8

★ **Chuck's Favorites:  Picked by the man himself**

- When the Boogeyman goes to sleep every night, he checks his closet for Chuck Norris
- Chuck Norris doesn't read books. He stares them down until he gets the information he wants.
- There is no theory of evolution. Just a list of creatures Chuck Norris has allowed to live.
- Outer space exists because it's afraid to be on the same planet with Chuck Norris
- Chuck Norris does not sleep. He waits.
- Chuck Norris is currently suing NBC, claiming Law and Order are trademarked names for his left and right legs.

- Chuck Norris is the reason why Waldo is hiding
- Chuck Norris counted to infinity - twice.
- There is no chin behind Chuck Norris' beard. There is only another fist.
- When Chuck Norris does a pushup, he isn't lifting himself up, he's pushing the Earth down.
- Chuck Norris is so fast, he can run around the world and punch himself in the back of the head.
- Chuck Norris' hand is the only hand that can beat a Royal Flush.
- Chuck Norris can lead a horse to water AND make it drink.
- Chuck Norris doesn't wear a watch, HE decides what time it is.
- Chuck Norris gave Mona Lisa that smile.

★ **Our Friends**



Chuck Norris Facts

- Chuck Norris can slam a revolving door.
- Chuck Norris does not get frostbite. Chuck Norris bites frost
- Remember the Soviet Union? They decided to quit after watching a DeltaForce marathon on Satellite TV.
- Contrary to popular belief, America is not a democracy, it is a Chucktatorship.





Additional Chuck Norris Facts



# CHUCK NORRIS FACTS



Home - Facts - New Facts - Shirt Designer - Premade Shirts - ChuckNorris.com

## ⭐ More Chuck Norris Facts! (Page 1)

Page 1 - 2 - 3 - 4 - 5 - 6 - 7 - 8 - 9

- In Pamplona, Spain, the people may be running from the bulls, but the bulls are running from Chuck Norris. (New!)
- Chuck Norris uses pepper spray to spice up his steaks. (New!)
- Chuck Norris once roundhouse kicked someone so hard that his foot broke the speed of light, went back in time, and killed Amelia Earhart while she was flying over the Pacific Ocean.
- Crop circles are Chuck Norris' way of telling the world that sometimes corn needs to lie down.
- Chuck Norris is ten feet tall, weighs two tons, breathes fire, and could eat a hammer and take a shotgun blast standing.
- The Great Wall of China was originally created to keep Chuck Norris out. It failed miserably.
- Contrary to popular belief, Chuck Norris, not the box jellyfish of northern Australia, is the most venomous creature on earth. Within 3 minutes of being bitten, a human being experiences the following symptoms: fever, blurred vision, beard rash, tightness of the jeans, and the feeling of being repeatedly kicked through a car windshield.
- Most people have 23 pairs of chromosomes. Chuck Norris has 72... and they're all poisonous.
- If you ask Chuck Norris what time it is, he always says, "Two seconds 'til." After you ask, "Two seconds 'til what?" he roundhouse kicks you in the face.
- Chuck Norris drives an ice cream truck covered in human skulls.
- When Chuck Norris sends in his taxes, he sends blank forms and includes only a picture of himself, crouched and ready to attack. Chuck Norris has not had to pay taxes, ever.
- The quickest way to a man's heart is with Chuck Norris' fist.
- Chuck Norris invented Kentucky Fried Chicken's famous secret recipe, with eleven herbs and spices. But nobody ever mentions the twelfth ingredient: Fear.
- CNN was originally created as the "Chuck Norris Network" to update Americans with on-the-spot ass kicking in real-time.
- Chuck Norris can win a game of Connect Four in only three moves.
- There is no theory of evolution, just a list of creatures Chuck Norris allows to live.
- Chuck Norris once ate three 72 oz. steaks in one hour. He spent the first 45 minutes having sex with his waitress.
- What was going through the minds of all of Chuck Norris' victims before they died? His shoe.
- Chuck Norris is the only man to ever defeat a brick wall in a game of tennis.
- Police label anyone attacking Chuck Norris as a Code 45-11... a suicide.
- Chuck Norris doesn't churn butter. He roundhouse kicks the cows and the butter comes straight out.
- Chuck Norris doesn't wash his clothes, he disembowels them.
- A Handicapped parking sign does not signify that this spot is for handicapped people. It is actually in fact a warning, that the spot belongs to Chuck Norris and that you will be handicapped if you park there.
- Chuck Norris will attain statehood in 2009. His state flower will be the Magnolia.
- Someone once videotaped Chuck Norris getting pissed off. It was called Walker: Texas Chain Saw Massacre.
- If you spell Chuck Norris in Scrabble, you win. Forever.
- Chuck Norris originally appeared in the "Street Fighter II" video game, but was removed by Beta Testers because every button caused him to do a roundhouse kick. When asked bout this "glitch," Norris replied, "That's no glitch."
- Fool me once, shame on you. Fool Chuck Norris once and he will roundhouse you in the face.
- The opening scene of the movie "Saving Private Ryan" is loosely based on games of dodgeball Chuck Norris played in second grade.
- Chuck Norris once shot down a German fighter plane with his finger, by yelling, "Bang!"
- Chuck Norris once bet NASA he could survive re-entry without a spacesuit. On July 19th, 1999, a naked Chuck Norris re-entered the earth's atmosphere, streaking over 14 states and reaching a temperature of 3000 degrees. An embarrassed NASA publically claimed it was a meteor, and still owes him a beer.
- Chuck Norris has two speeds: Walk and Kill.

## ⭐ Design A Shirt!



Your Text Here

## ⭐ Premade Shirts



## ⭐ Our Friends



**EXHIBIT 6**

**EXCERPTS FROM**

**THE BOOK**

**"THE TRUTH ABOUT CHUCK NORRIS"**



# Acknowledgments

Very special thanks, of course, to my family. Without their continued support, you wouldn't be reading any of this.

To my friends I'm contractually allowed only ten free copies of this book and you're not getting any of them.

Big thank-you's to Charlotte Wasserstein from WMA for getting me hooked on this book project again and walking me through the publishing process, as well as to my editor, Patrick Mulligan from Gotham, for being so enthusiastic about the project and being able to see eye to eye with me on everything.

And **OF COURSE to Chuck.** You've got an awesome sense of humor. Thanks for playing along.



**Chuck Norris doesn't sleep. He waits.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CARLOS RAY NORRIS,<br>a/k/a CHUCK NORRIS, an individual, | ) ) ) | Civil Action No. 07-cv-11480 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| PENGUIN GROUP (USA), INC.,<br>a Delaware corporation,<br>IAN SPECTOR, an individual and<br>QUBEFACTOR, INC., a New York<br>Corporation, d/b/a QUBEFACTOR<br>TECHNOLOGIES, | ) ) ) ) ) ) ) | CERTIFICATE OF SERVICE |
| Defendants. | ) ) ) | |

JOHN J. ZEFUTIE, JR. certifies as follows:

     1.     I am not a party to this action, I am over eighteen years of age, and I am employed by Patton Boggs LLP, The Legal Center, One Riverfront Plaza, Newark, New Jersey 07102. Patton Boggs is counsel for Plaintiff Carlos Ray Norris ("Plaintiff") in the above-captioned action.

     2.     On January 11, 2008, I served Plaintiff's Notice of Motion, Brief in Support of Preliminary Injunction, Declaration of Carlos Ray Norris (with Exhibits), Declaration of Deborah M. Lodge (with Exhibits), and Declaration of Michael G. Kessler (with Exhibits), by causing a true and correct copy of each of the aforementioned documents to be hand delivered to the following counsel for defendants at the last known address set forth below:

           Dean Ringel, Esq.
           Cahill Gordon & Reindel LLP
           80 Pine Street
           New York, NY 10005

     I certify under penalty of perjury that the foregoing is true and correct. Executed on January 11, 2008.

John J. Zefutie, Jr.

51138