UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Chuck Norris,

    -v.-

Penguin Group, Inc.
------------------------------------------------------------X

07 Civ. 11480 (RWS)

Please be advised that the conference scheduled for ___Jan 16, 08___ has been rescheduled to ___Jan 30, 08___ at ___4:30pm___ in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
      1/16/08

_____
ROBERT W. SWEET
United States District Judge