## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

--------------------------------------- x
CARLOS RAY NORRIS,
a/k/a CHUCK NORRIS, an individual

    Plaintiff,

- v -

PENGUIN GROUP (USA), INC., a Delaware
Corporation, IAN SPECTOR, an individual and
QUBEFACTOR, INC., a New York Corporation,
d/b/a QUBEFACTOR TECHNOLOGIES,

    Defendants.
--------------------------------------- x

Civil Action No.: 07-CV-11480

**STIPULATION TO
EXTEND TIME TO RESPOND
TO COMPLAINT**

DATE: 1/18/08

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys for Plaintiff and for Defendants Penguin Group (USA), Inc. ("Penguin Group"), Ian Spector and QubeFactor, Inc. (collectively "Defendants") that counsel for Defendants accepts service of the Complaint on behalf of Penguin Group and Ian Spector and acknowledges service on QubeFactor and that the time for Defendants to move, answer, or otherwise respond to the Complaint is hereby extended up to and including February 1, 2008.

DATED: January 14, 2008

CAHILL GORDON & REINDEL LLP

By _____
Dean Ringel (DR 0446)

80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
Attorneys for Defendants Penguin Group
(USA), Inc., Ian Spector and QubeFactor, Inc.

PATTON BOGGS LLP

By _____
Anthony Laura (AL 6091)

1675 Broadway, 31st Floor
New York, New York 10019-5820
Telephone: (646) 557-5100

2550 M Street NW
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Attorneys for Plaintiff Carlos Ray Norris a/k/a
Chuck Norris

**IT IS SO ORDERED.**

DATED: ___1-18___, 2008
New York, New York

_____
United States District Judge