

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

CARLOS RAY NORRIS,
a/k/a CHUCK NORRIS, an individual

    Plaintiff,

  - v -

PENGUIN GROUP (USA), INC., a Delaware
Corporation, IAN SPECTOR, an individual and
QUBEFACTOR, INC., a New York Corporation,
d/b/a QUBEFACTOR TECHNOLOGIES,

    Defendants.

---------------------------------x

No.: 07-CV-11480 (RWS)

## STIPULATION AND (PROPOSED) ORDER

  The parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

  (1) the return date of Plaintiff's motion for preliminary injunction, currently set for February 6, 2008, is hereby adjourned until February 20, 2008, or such other date as the Court determines;

  (2) Defendants' opposition papers will be served by hand (or other method that ensures receipt by Plaintiff by the close of business) no later than February 4, 2008, or such other date as the Court determines;

  (3) Plaintiff's reply papers will be served by hand (or other method that ensures receipt by Defendants by the close of business) no later than February 12, 2008, or such other date as the Court determines; and

(4) Defendants' Answer or motion to dismiss will be served by hand (or other method that ensures receipt by Plaintiff by the close of business) on February 8, 2008, or such other date as the Court determines.

Dated: January 25, 2008

By: *[signature]*
Anthony Laura (AL-3091)
Deborah Lodge (DL-8774)

PATTON BOGGS LLP
1675 Broadway, 31st Floor
New York, New York 10019-5820
646-557-5100
Attorneys for Plaintiff

By: *[signature]*
Dean Ringel (DR-0446)
Gail Johnston (GJ-3180)
Andrea R. Butler (AB-1577)
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
212-701-3000
Attorneys for Defendants

SO ORDERED:

*[signature]*
United States Judge

Entered: January 28, 2008

-2-