*Sweet, S.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CARLOS RAY NORRIS,
a/k/a CHUCK NORRIS, an individual

            Plaintiff,

   - v -

PENGUIN GROUP (USA), INC., a Delaware
Corporation, IAN SPECTOR, an individual and
QUBEFACTOR, INC., a New York Corporation,
d/b/a QUBEFACTOR TECHNOLOGIES,

            Defendants.

------------------------------------- x

No.: 07-CV-11480 (RWS)



RECEIVED JAN 3 1 2008 JUDGE SWEET CHAMBERS

## STIPULATION AND (PROPOSED) ORDER

The parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

(1) the return date of Plaintiff's motion for preliminary injunction, currently set for February 20, 2008, is hereby adjourned until March 19, 2008, at 12:00 noon, or such other date as the Court determines;

(2) Defendants' opposition papers will be served by hand (or other method that ensures receipt by Plaintiff by the close of business) no later than February 19, 2008, or such other date as the Court determines; and

(3) Plaintiff's reply papers will be served by hand (or other method that ensures receipt by Defendants by the close of business) no later than March 5, 2008, or such other date as the Court determines.

Dated: January 30, 2008

2/1/08

By: _____
Anthony Laura (AL-9091)
Deborah Lodge (DL-8774)

PATTON BOGGS LLP
1675 Broadway, 31st Floor
New York, New York 10019-5820
646-557-5100
Attorneys for Plaintiff

By: _____
Dean Ringel (DR-0446)
Gail Johnston (GJ-3180)
Andrea R. Butler (AB-1577)
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
212-701-3000
Attorneys for Defendants

SO ORDERED:

_____
United States Judge

Entered: January 31, 2008

-2-