Dean Ringel
Gail Johnston
Andrea R. Butler
CAHILL GORDON & REINDEL LLP
80 Pine Street, New York, New York
Telephone: (212) 701-3000
*Attorneys for Defendants*
*Penguin Group (USA) Inc., Ian Spector and Qubefactor, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
:
:
CARLOS RAY NORRIS,                       :    Civil Action No.: 07-CV-11480
a/k/a CHUCK NORRIS, an individual        :
:
Plaintiff,             :
:
- v -                            :    **RULE 7.1 STATEMENT**
:    **OF PENGUIN GROUP (USA) INC.**
PENGUIN GROUP (USA) INC., a Delaware     :
Corporation, IAN SPECTOR, an individual and :
QUBEFACTOR, INC., a New York Corporation,:
d/b/a QUBEFACTOR TECHNOLOGIES,           :
:
Defendants.            :
:
---------------------------------------- x

Pursuant to Fed. R. Civ. P. 7.1 and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Penguin Group (USA) Inc. certifies that Pearson, Inc. is the parent company of Penguin Group (USA) Inc. and that Pearson, Inc. is, in turn, an indirect subsidiary of Pearson plc.

Pearson plc is a United Kingdom corporation whose shares are listed on the London Stock Exchange and whose ADRs are listed on the New York Stock Exchange.

No other publicly traded corporation owns 10% or more of the stock of Penguin Group (USA) Inc.

Dated: February 8, 2008
New York, New York

                                    CAHILL GORDON & REINDEL LLP

                                    By: _____

                                    Dean Ringel (DR 0446)
                                    Gail Johnston (GJ 3180)
                                    Andrea R. Butler (AB 1577)
                                    Cahill Gordon & Reindel LLP
                                    80 Pine Street
                                    New York, NY 10005
                                    (212) 701-3000 (phone)
                                    (212) 269-5420 (fax)

                                    Attorneys for Defendants Penguin Group
                                    (USA) Inc., Ian Spector and Qubefactor,
                                    Inc.