Dean Ringel
Gail Johnston
Andrea R. Butler
CAHILL GORDON & REINDEL LLP
80 Pine Street, New York, New York
Telephone: (212) 701-3000
*Attorneys for Defendants*
*Penguin Group (USA) Inc., Ian Spector and Qubefactor, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
: 
CARLOS RAY NORRIS,                    :    Civil Action No.: 07-CV-11480
a/k/a CHUCK NORRIS, an individual     :
:
Plaintiff,                            :
:
- v -                                 :    **RULE 7.1 STATEMENT**
:    **OF QUBEFACTOR, INC.**
PENGUIN GROUP (USA) INC., a Delaware  :
Corporation, IAN SPECTOR, an individual and :
QUBEFACTOR, INC., a New York Corporation, :
d/b/a QUBEFACTOR TECHNOLOGIES,        :
:
Defendants.                           :
------------------------------------- x

Pursuant to Fed. R. Civ. P. 7.1 and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant QubeFactor, Inc. certifies that QubeFactor, Inc. has no parent corporation and that no publicly held corporation owns 10% or more of the stock of QubeFactor, Inc.

-2-

Dated: February 8, 2008
New York, New York

                              CAHILL GORDON & REINDEL LLP

                              By: _____

                              Dean Ringel (DR 0446)
                              Gail Johnston (GJ 3180)
                              Andrea R. Butler (AB 1577)
                              Cahill Gordon & Reindel LLP
                              80 Pine Street
                              New York, NY 10005
                              (212) 701-3000 (phone)
                              (212) 269-5420 (fax)

                              Attorneys for Defendants Penguin Group (USA) Inc., Ian Spector and Qubefactor, Inc.