IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS RAY NORRIS, <br> a/k/a CHUCK NORRIS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> PENGUIN GROUP (USA), INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 07 CV 11480 (RWS) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF CHANGE OF ADDRESS OF PATTON BOGGS LLP

To: Clerk of the Court and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following law firm address change for Patton Boggs LLP's New York office.

The new address of Patton Boggs LLP is 1185 Avenue of the Americas, 30th Floor, New York, NY 10036. The phone number remains the same.

The old address of Patton Boggs LLP was 1675 Broadway, 31st Floor, New York, NY 10019.

Dated: February 14, 2008
Washington, D.C.

                                                                                      Respectfully submitted,

                                                                                      PATTON BOGGS LLP

                                                                                      By: *Deborah L[odge]* (signature)
                                                                                      Anthony J. Laura AL-3091
                                                                                      Deborah M. Lodge DL-8774

                                                                                      1185 Avenue of the Americas
                                                                                      30th Floor
                                                                                      New York, NY 10036
                                                                                      (646) 557-5100

4939298

2550 M Street, N.W.
Washington, D.C. 20037
(202) 457-6030
(202) 457-6315 fax

*Attorneys for Plaintiff*

4939298