IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS RAY NORRIS, ) <br> a/k/a CHUCK NORRIS, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PENGUIN GROUP (USA), INC., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No.: 07 CV 11480 (RWS) |

## MOTION TO ADMIT COUNSEL
## PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the this Court, I, Deborah M. Lodge, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name: SUSAN E. BILLHEIMER

    Firm Name: Patton Boggs, LLP

    Address: 2550 M Street, N.W.

    City/State/Zip: Washington, D.C. 20037

    Phone Number: (202) 457-5316

    Fax Number: (202) 457-6315

    Email Address: sbillheimer@pattonboggs.com

SUSAN E. BILLHEIMER is a member in good standing of the Bar of the State of California (Bar Number 233190). A certificate of attesting to that is annexed.

There are no pending disciplinary proceedings against SUSAN E. BILLHEIMER in any State or Federal court.

4932196

Dated: February 14, 2008
Washington, D.C.

                                                Respectfully submitted,

                                                PATTON BOGGS LLP

                                                By: _____
                                                Anthony J. Laura AL-3091
                                                Deborah M. Lodge DL-8774

                                                1185 Avenue of the Americas
                                                30th Floor
                                                New York, NY 10036
                                                (646) 557-5100

                                                2550 M Street, N.W.
                                                Washington, D.C. 20037
                                                (202) 457-6030
                                                (202) 457-6315 fax

                                                *Attorneys for Plaintiff*

4932196

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS RAY NORRIS, a/k/a CHUCK NORRIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PENGUIN GROUP (USA), INC., et al.,<br><br>Defendants. | Civil Action No.: 07 CV 11480 (RWS) |

## AFFIDAVIT OF DEBORAH M. LODGE IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Deborah M. Lodge, being duly sworn, hereby deposes and says as follows:

1. I am Partner at Patton Boggs, LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Susan E. Billheimer as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1978. I am also admitted to the bar of the United States District Court for the Southern District of New York, and I am in good standing with this Court.

3. I have known Susan E. Billheimer since 2007.

4. Ms. Billheimer is an Associate at Patton Boggs, LLP, in Washington, D.C.

5. I have found Ms. Billheimer to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Susan E. Billheimer, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Susan E. Billheimer, pro hac vice, which is attached hereto.

4932196

WHEREFORE it is respectfully requested that the motion to admit Susan E. Billheimer, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: February 14, 2008
Washington, D.C.

Notarized:

Respectfully submitted,

*[signature]*
Deborah M. Lodge
SDNY Bar: DL-8774

District of Columbia : SS
Subscribed and Sworn to before me, in my presence,
this 14th day of February, 2008

*[signature]*
Sandra L. Fricker, Notary Public, D.C.
My commission expires August 31, 2009

4932196

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

January 30, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SUSAN EILEEN BILLHEIMER, #233190 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2004; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS RAY NORRIS,<br>a/k/a CHUCK NORRIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PENGUIN GROUP (USA), INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 07 CV 11480 (RWS)<br>)<br>)<br>)<br>)<br>) |

## ORDER FOR ADMISSION
## PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Deborah M. Lodge attorney for Carlos Ray Norris a/k/a Chuck Norris, an individual, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

  Applicant's Name: SUSAN E. BILLHEIMER

  Firm Name: Patton Boggs, LLP

  Address: 2550 M Street, N.W.

  City/State/Zip: Washington, D.C. 20037

  Telephone/Fax: (202) 457-5316/(202) 457-6315

  Email Address: sbillheimer@pattonboggs.com

is admitted to practice pro hac vice as counsel for Carlos Ray Norris a/k/a Chuck Norris, an individual, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

4932196

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECP password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____

New York, NY

_____
Honorable, Judge Robert W. Sweet
U.S. District Judge of SDNY

4932196

## CERTIFICATE OF SERVICE

I hereby certify that on February 14th, 2008 I served a true copy of the foregoing MOTION TO ADMIT COUNSEL PRO HAC VICE upon the following persons by United States First Class Mail, postage prepaid:

Mr. Dean Ringel, Esq.
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005


Crystal C. Martinez
Paralegal

PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6175

4932196