UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
:
CARLOS RAY NORRIS,                                    :   Civil Action No.: 07-CV-11480
a/k/a CHUCK NORRIS, an individual                     :   (RWS) (ECF case)
:
Plaintiff,                                            :
:
- v -                                                 :
:
PENGUIN GROUP (USA), INC., a Delaware                 :   STIPULATION AND
Corporation, IAN SPECTOR, an individual and           :   PROPOSED ORDER
QUBEFACTOR, INC., a New York Corporation,             :
d/b/a QUBEFACTOR TECHNOLOGIES,                        :
:
Defendants.                                           :
:
------------------------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 2/25/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that defendants may withdraw Docket Entry #23 and substitute redacted exhibits.

Dated: New York, New York
       February 22, 2008

PATTON BOGGS LLP

By: _____
    Anthony J. Laura

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel No. 973-848-5608

Attorneys for Plaintiff

CAHILL GORDON & REINDEL LLP

By: _____
Dean Ringel

80 Pine Street
New York, NY 10005
Tel No. (212) 701-3521

Attorneys for Defendants

SO ORDERED:

_____
U.S.D.J.     Part I