UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                     :

CARLOS RAY NORRIS,                    :      Civil Action No.: 07-CV-11480
a/k/a CHUCK NORRIS, an individual    :      (RWS) (ECF case)

                Plaintiff,      :

           - v -           :

                             :

PENGUIN GROUP (USA) INC., a Delaware  :
Corporation, IAN SPECTOR, an individual and :
QUBEFACTOR, INC., a New York Corporation, :    **REDACTED DECLARATION OF**
d/b/a QUBEFACTOR TECHNOLOGIES,    :    **IAN SPECTOR**

                          :

           Defendants.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        I, IAN SPECTOR, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

        1.      I am currently an undergraduate student at Brown University. I created the original Chuck Norris Fact Generator website, which started the "Chuck Norris Facts" phenomenon ("Chuck Norris Facts"), and am the author of the book, *The Truth About Chuck Norris: 400 Facts About the World's Greatest Human* (the "Book"). I was born February 10, 1988. I have personal knowledge of the matters I describe in this declaration except where the statement is identified as being on information and belief. I submit this Declaration in Opposition to Plaintiff's Motion for a Preliminary Injunction.

2.       At Brown, I am concentrating in cognitive neuroscience.  One of my other passions, however, has always been comedy and, specifically, comedic writing.

3.       I have also been actively involved in computer-related projects for a number of years.  In early 2005 I merged several of my personal interests together and began creating celebrity-humor websites.  I purchased the domain name, www.4q.cc on March 26, 2005.  On April 1, 2005, I launched www.4q.cc as a humor website consisting of one-line, farcical attributes about the actor, Vin Diesel, whose action-comedy movie, *The Pacifier,*" had recently premiered.  Within 24-hours of its launch the site received approximately 20,000 hits.  Thereafter, I began allowing visitors to submit their own one-liners about Vin Diesel which I had coined "facts," and to rate other "facts" already on the site.

4.       In the summer of 2005 I conducted a poll on the website asking visitors which celebrity they would like to see as the subject of the next fact generator.  I proposed twelve candidates ranging from people in the entertainment world such as Lindsay Lohan and Samuel L. Jackson, to political figures including Dick Cheney and others.  I also provided the opportunity for visitors to write-in their own submissions.  To my surprise, more users suggested "Chuck Norris" than any other celebrity.  In response to those submissions, in or about July 2005 I launched the Chuck Norris Fact Generator.  To my knowledge, no other website or other source of satirical commentary about Chuck Norris existed prior to the launch of my site.  I was aware, however, that comedic references about Chuck Norris had begun to enter the public's consciousness following skits and parodies made about him and his popular television series, "Walker, Texas Ranger" on the late night comedy show, *Late Night With Conan O'Brien,*" and through Chuck Norris's 2004 comedic cameo role in the comedy film, *Dodgeball,*" starring Ben Stiller.

5.     Initially, visitors to my website showed little interest in the new Chuck Norris Facts section they had requested.  That changed in November 2005 when someone posted a link to my website on www.collegehumor.com.  Traffic to my website and the Chuck Norris Facts section increased dramatically.  In January 2006 the website, which in October 2005 received about 4 million hits, received more than 18 million hits.

6.     My Chuck Norris Facts website continued to grow in popularity and since November 2005 has been featured on such well-known websites as Empire Online and ESPN.com, as well as in articles in *The Washington Post*, and in features on ABC News's *Nightline* program and many others.  (True and correct copies of the reference to my website in each of the listed media are included in Exhibit 1.)

7.     As the website's editor-in-chief I have spent hundreds of hours reviewing, selecting and editing thousands of proposed submissions for inclusion on the website.  I edited submissions for both content and style.  Although I have edited and posted thousands of "facts," many more were submitted and reviewed by me but never posted.

8.     My website evolved from my love of comedy and technology.  It receives (and has received since its inception) only very limited advertising revenue through google.com and similar online advertising services primarily to cover the costs to keep the website "live."  I have never paid for any advertising services on google.com or any other Internet search engine, website or otherwise.  I have never sold any merchandise relating to Chuck Norris, his name, appearance or likeness.  Nor has my website ever provided a link to chucknorris.com or any other website owned or operated by Mr. Norris.

9.    In January 2006 Chuck Norris did propose a business arrangement that would involve my website, 4q.cc, and of course my Chuck Norris Facts.  The proposed merchandising deal was made through his lawyer and business associate, Michael S. Forshey, Esq., ("Forshey").  Upon information and belief Forshey was an attorney with the firm of Patton Boggs, current counsel for plaintiff in this matter.  I had hoped that the proceeds from that venture together would help found a charity I was organizing called "webhostsforcharity.org."  However, no agreement was ever reached between us.  (Copies of the emails are attached as Exhibit 2).

10.    I understood that I could not sell any Norris tee shirts or similar merchandise without their prior permission.  As stated above, I have never done so.

11.    Since my website's inception, I have always included a disclaimer, which currently reads, and has read since the creation of the Chuck Norris Fact Generator, "the website and its creators are not affiliated with Vin Diesel, Chuck Norris, Mr. T, any motion picture corporation, any television corporation, parent or affiliate corporation."  (A true and correct copy of that disclaimer is attached as Exhibit 3.)

12.    I was asked to appear on the January 9, 2006 episode of CNBC's *The Big Idea with Donny Deutsch* to discuss the Chuck Norris Facts phenomenon.  Chuck Norris was also a guest on the show.  Although I accepted the invitation, the producers were unable to have me appear during the Chuck Norris segment of the show due to time constraints.  I posted about my planned appearance (and my disappointment in not being able to appear) on my website.

13.    A few weeks later I received a phone call from Mr. Norris's wife, Gena Norris, who indicated that she had read the post on my website, and was sorry that Mr. Norris had been unable to meet me personally during the taping of *The Big Idea*. Gena Norris invited my father and me to visit Mr. Norris at the Mohegan Sun Casino on January 21, 2006, while Mr. Norris was promoting a "World Combat League" fight. I accepted the invitation.

14.    My meeting with Chuck and Gena Norris on January 21, 2006 lasted approximately one hour. Also present during the meeting were Mr. Forshey and Mr. Norris's business manager, whose name I do not remember. Our meeting was very cordial. Mr. Norris apologized for my being "bumped" off of *The Big Idea* due to time constraints. We also talked about his World Combat League, Mr. Norris's recent book, the origins of my website and the Chuck Norris facts, and also whether I owned www.chucknorrisfacts.com (I did not). At no time during this meeting or at any time thereafter did Mr. Norris, his wife, or anyone else ever express any disapproval of my website. Nor did Mr. Norris suggest that he had any problem with the facts on my website. Quite the contrary. He claimed it was all very amusing and expressed pleasure that my website had made him popular with a new base of fans. Although Mr. Norris may have remarked that the website included a few facts he did not find funny, he did not ask me to remove those facts or otherwise change anything about the website, nor did he ask me to limit in any way any use of the facts. At the conclusion of the meeting, Gena Norris told me that I should stay in touch and gave me her email address because Chuck did not have his own email account.

15.    As noted above, Mr. Norris's lawyer, Michael Forshey, subsequently approached my father and me with a merchandising deal relating to my website's Chuck Norris

facts, but no agreement was ever reached.  At another point Mr. Forshey later asked if I would mind removing from my website one of the 'banner ads' that had been placed on it by the Google advertising service.  Such banners are automatically posted by Google without consultation with me, but I am free to remove them, and I did so at Mr. Forshey's request.

16.    I kept in touch with Mr. Norris and/or his associates.  On February 10, 2006, I informed Mr. Forshey, Mr. Norris's lawyer, about a website I had seen, www.chucknorristruefacts.com, to which I thought Mr. Norris might object.  (True and correct copies of my e-mail to Mr. Forshey and his response are attached as Exhibit 4.)  Indeed I wrote again to Mr. Forshey in February 2007 inquiring about Mr. Norris's purchase of the domain name, www.chucknorrisfacts.com.  (A true and correct copy of my email is attached as Exhibit 5.)

17.    In February 2006, I was asked by FM 107 in Minneapolis to appear live on-air and announce some new Chuck Norris Facts, and to do so as a "surprise" to Mr. Norris while he was on the air.  I agreed.  Because Mr. Norris was such a good sport about the awkward situation created by this program's chosen format, I emailed him through Gena Norris on February 28, 2006, thanking them both "for putting up with things."  (A true and correct copy of this e-mail exchange is included as Exhibit 6.)  Gena Norris responded to me on the same day, thanking me and stating that she would "pass along your encouraging words to [Chuck]."  She also wished me well at school.  (*Id.*)  Because Chuck and Gena had been so gracious, I offered to run a public service announcement advertisement for their charitable organization, KickStart, on my website.  (*Id.*)  Gena Norris thanked me for the offer, and wrote "I will see what I can find out for you.  On another note, we had a very successful event in Las Vegas.  A packed house and great

reviews. Thought you would like to know. Don't know when finals are, but hang tough. all the best, Gena." I replied the same day and asked her to "Pass a 'happy birthday' on to Chuck for me." Gena responded that she would. (*Id.*)

18.    Not long thereafter, in the spring of 2006, I began receiving offers to compile a book based on my Chuck Norris Facts. By September 2006 I began working with Patrick Mulligan, an associate editor at Gotham Books to compile the facts into a book. My original treatment for the book was submitted to Gotham in January 2007 and included a 10-page preface describing how I started Chuck Norris Facts and how I met Mr. Norris, and noted that I was still in touch with Mr. Norris and his wife. My initial draft contained approximately 250 facts from my website that I believed would appeal to a wide audience.

19.    After I submitted my proposed selection to Gotham, Mr. Mulligan suggested that we increase the number of facts from 250 to 400-500. I provided Mr. Mulligan with a list of all the facts available on my website. Mr. Mulligan shared with me prior to final selection approximately 150 additional facts he had designated for inclusion.

20.    In late June 2007 Mr. Mulligan asked me to write the preface and acknowledgements for the Book. He assisted me in drafting the preface by providing me with an edited version of my original proposal, which I adapted into the preface. I also wrote the acknowledgements at that time.

21.    When I included language in the preface (which language was also included in my original proposal) stating that "I am still in touch with Chuck and Gena, and to date I've not yet been on the receiving end of a roundhouse kick," I believed, based on my communi-

cations and interactions with Chuck and Gena that we were indeed on amicable terms. I had no reason to believe otherwise. We had remained in touch with each other, and they never hesitated to contact me whenever they needed me to do something for them.

22.    Similarly, the words that Mr. Norris has now focused on (in seeking a temporary restraining order) in the book's Acknowledgement were true. For example, when I wrote "And of course to Chuck: You've got an awesome sense of humor. Thanks for playing along." I genuinely felt I had good reason to think that Mr. Norris had been "playing along" with the Chuck Norris facts. It had been almost two years since I had launched the Chuck Norris Fact Generator during which time there had been nothing but praise, support and friendship from both Gena and Chuck. And it was Mr. Norris who had proposed going into business with me. No indication, either directly or indirectly, ever came from Mr. Norris or any of his representatives that he disapproved of the Chuck Norris Facts, my website itself or any of the facts in the Book.

23.    Furthermore, since my meeting with him in January 2006 Mr. Norris made numerous personal appearances on nationally syndicated television shows *to recite these Chuck Norris Facts*, including the shows, "*The Best Damn Sports Show Period,*""*The Tony Danza Show,*" and others. Mr. Norris appeared to be using the facts that originated on my website (and their popularity) to also promote himself and various commercial products including a television commercial for the popular soft drink, "Mountain Dew." I learned of the Mountain Dew commercial from my friends who sent me links to the spot, all commenting that the Chuck Norris Mountain Dew ad seemed to be based on me and my website. I was also aware of the following statement by Mr. Norris on his "official" website, www.chucknorris.com, entitled "In Response to the Random 'Facts' That Are Being Generated on the Internet":

"I'm aware of the made up declarations about me that have recently begun to appear on the Internet and in emails as 'Chuck Norris facts.' I've seen some of them. Some are funny. Some are pretty far out. Being more a student of the Wild West than the wild world of the Internet, I'm not quite sure what to make of it. It's quite surprising. I do know that boys will be boys, and I neither take offense nor take these things too seriously. Who knows, maybe these made up one-liners will prompt young people to seek out the real facts as found in my recent autobiographical book, 'Against All Odds?' They may even be interested enough to check out my novels set in the Old West, 'The Justice Riders,' released this month. I'm very proud of these literary efforts."

All of this made me believe that Mr. Norris was "playing along" with the Chuck Norris fact phenomenon. In fact, it led me to believe that Mr. Norris saw the humor in it (and even enjoyed it). If I had had any reason to believe otherwise, I would not have included the phrase "Thanks for playing along" in my Book. I had no intention to deceive consumers into thinking that Mr. Norris had approved or authorized the Book.

24.     Having since received a cease and desist letter and been sued by Mr. Norris, I have changed the text of the preface and acknowledgement in my book. Upon its fifth printing (the first printing after Mr. Norris filed this lawsuit and expressed objection to the preface and acknowledgments), the preface and acknowledgements no longer include the phrases to which Mr. Norris has objected, and the preface explicitly states that Mr. Norris "has not given the Book his endorsement."

25.     On May 10, 2007, I purchased the domain names "truthaboutchucknorris.com", "truthaboutchuck.com" and "thetruthaboutchuck.com" for use in connection with the Book. These are the only domain names, other than www.4q.cc, that I own in any way relating to Mr. Norris. Obviously, I chose the domain names based on the Book's title, which had been decided on by then. The domains were linked to my 4q.cc website in October 2007. They have never been linked to any website owned or controlled by Mr. Norris, and, when they went "live"

through the link to 4q.cc, they included the same disclaimer that they are not affiliated with Mr. Norris or any other celebrity. The link to the 4q.cc website allows the visitor to view the "Facts," as well as a description of the book. I did not intend to divert any traffic away from any website owned by Mr. Norris nor did I register the domain names with the intent to sell them to Mr. Norris or anyone else. The contact information I supplied when registering the domain names was, and is, true and correct. If I did not believe that I had a lawful and good faith basis to register these domain names, I would not have done so. I have never sought to hold these or any other domain names "hostage."

26.    The Book is a work of humor. It parodies the superhuman hero concept. I can say unequivocally that with respect to both the website and the Book, I intended to create works of humor, not to tarnish or injure Mr. Norris in any way, nor to mislead readers into think-ing that this was a work by Mr. Norris or even that he had endorsed it. The domain names were adopted in good faith solely to relate to the title of the Book, not for the purpose of selling to Mr. Norris (or anyone else).

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on February 18, 2008.

IAN SPECTOR

# EXHIBIT 1



>>FREE GIFT

Join Empire | Log In

The Empire office TV is switched off.

Empire Network Empire Movie Downloads | Empire Great Trivia | RSS

Search



Join Empire
Get your free weekly newsletter
Your Email Address
Sign Up


The Movie Quote Quiz
The legendary quote quiz has returned!


The Awards
The Sony Ericsson Empire Awards microsite

MOVIE NEWS    EMPIRE BLOG    REVIEWS    FUTURE FILMS    FEATURES    INTERVIEWS    IMAGE GALLERY    COMPETITIONS    FORUM
MAGAZINE

# Movie News

ALOUD·COM
T-SHIRTS

**BOND POLL**
What do you think of the new Bond 22 title, Quantum Of Solace?

○ Love it
○ Hate it
○ Eh?

View Results
Previous Poll Results

**LATEST HEADLINES**

TODAY
» **New Hellboy II Character Poster**
It's Johann, the gas man!
» **Nolan Pays Tribute To Ledger**
The Dark Knight director on his star
» **Julia Roberts Enters Hot House**
She'll produce and possibly star
» **Julianne Moore Says Gimme Shelter**
Signs on for new horror thriller
» **More Cast in G.I. Joe**
Quaid and Vosloo join the gang
» **More Movie News**

**RELATED NEWS**

20 November 2007
» **David Twohy Hints At Return Of Riddick**
But the price of Diesel must fall
» **More Movie News**

**RELATED FUTURE FILMS**

» **Babylon A.D.**
29 February 2008
» **More Future Films**

**RELATED REVIEWS**

» **The Pacifier**
★☆☆☆☆

» **The Chronicles of Riddick**
★★☆☆☆

» **A Man Apart**

15 April 2005

## Is This The Greatest Website Ever?
### Though Vin Diesel might not agree: FACT

Did you know that Vin Diesel's long-time friendship with H. P. Lovecraft was the inspiration for the Beatles' "White Album"? Or that before he came to this planet, Earth didn't spin? Or that he invented the spoon but then was so enraged by it that he invented both the fork and the spork to destroy all spoons?

Nope, we didn't either. And to be fair, neither did Vin, probably. But these are just three of the outrageous and hilarious claims made by a website that we chanced upon today (thanks to Mrs. Remote Control – nice one, Lucy!), and which we're now calling 'Best. Website. Ever. (After. Empire. Online. Of. Course.)'.

Simply entitled the **Random Vin Diesel Fact Generator**, the site does exactly what it says on the tin. Press F5 and you are instantly greeted with a new fact about the world's second finest bald, gravel-voiced action hero (after the mighty Jason Statham, of course). All of which are completely insane, 27.3% of which are utterly random, some of which are possibly litigious, and most of which are very, very funny.

Some more facts to entice you: Vin Diesel can not distinguish between babies and bagels. Vin Diesel does not need to insert two coins to continue. And our personal favourite… in an average living room there are 1,242 objects Vin Diesel could use to kill you, including the room itself.

And what's more, you can actually submit your own random Vin Diesel fact. Empire, obviously, has refrained for we're above that kind of thing, unlike Vin Diesel, who once ate an entire troupe of girl scouts when they gave him plain chocolate brownies, rather than his preferred milk. Ahem.

Anyway, do check it out **here** – before Vin and his mighty lawyers get the whole shebang closed down.

Share this article on:
⚫ Digg   ⬛ Facebook   ⬛ Delicious   ⬛ reddit   ⬛ StumbleUpon

## Have Your Say...
We want to know what you think? To have your say on this, and all of Empire's news stories, **register here** or **login now**.


Previous Story
**Ronald Reagan: A Tribute**
1911-2004

Next Story
**Five Battle Mad, Savage Dogs On A Desert Island**
No, not the new Enid Blyton – it's the new Wes Craven…

Advertisement

THE RETURN OF THE
BIG MOVIE QUOTE QUIZ
3 LEVELS. 90 QUOTES.
DARE YOU ACCEPT THE CHALLENGE?
CLICK HERE TO PLAY

CURRENT HIGHLIGHTS


**Video Interview:**
**Cloverfield Director**
Matt Reeves talks about the monster movie and a possible sequel


**SAG And DGA Winners Announced**
Coens and No Country For Old Men pick up awards


**Quantum Of Solace 101**
Everything you need to know about Bond 22


**Javier Bardem Video Interview**
The Oscar-nominated actor talks No Country For Old Men


**Heath Ledger Remembered**
The late actor's best roles

Sponsored Links





KILLERS


CLICK HERE!

★★☆☆☆
» xXx
★★★☆☆
» **The Fast And The Furious**
★★★★☆
» **Cinema Releases**
» **DVD Releases**



Ads by Google

**Horror Movie Quiz**
Are You A Horror Movie
Fanatic? Browse Our Fun
Quizzes Now!
LifeScript.com

**Disney® Movie Club**
$1.99 Each For 3 Movies
and Free Shipping When
You Join!
DisneyMovieClub.com

**Mustang Movie**
Visit the Official Ford Site
Now for New Mustang
Bullitt Info.
fordvehicles.com/mustangbullitt

**See Funny Movie Reviews**
Going To The Movies?
Watch Animated Video
Reviews Before The
Show! Free
www.Spill.com

**Sundance Film Fest at IFC**
Check Out Interviews,
News & More from The
Sundance Film Festival.
www.IFC.com

Back | Print This Page | Email This Page | Back To Top

**EXCLUSIVE OFFERS**

 **Download Batman Movies**
Superhero movies to download today
**Subscribe To Empire today**

 **Download Crime Spree**
Download Infernal Affairs and more today
**Click here**

 **Empire Great Trivia**
Put you film knowledge to the test – and win money!
**Click here**

Movie News | Future Films | Reviews | CompetitionsRed Carpet | Competitions | Features | Interviews | Forums | Empire Extra | Magazine | Empire Cinema Listings

© Emap Consumer Media | Terms And Conditions | Contact Us | Empire FAQ
Emap Consumer Media Limited. Company number 1176085 (England). Registered Office: 40 Bernard Street, London, WC1N 1LW

ESPN.com | Profile | Register | Forgot Password?        Member Name:        Password:



NFL  MLB  NBA  NASCAR  Autos  NHL  College  Golf  Soccer  Tennis  Page 2  Nation  Insider  Fantasy  360

# Links of the day

COLUMNIST

Theresa
MacDonald
LINKS OF THE DAY

**BostonDirtDogs.com** -- Curt Schilling points out the "irony" of Joe Magrane calling him old and picking on him for running his mouth by, ironically, running his mouth.

**Yahoo News** -- This is funny because my roommate (Erin) and I are always saying that we should give tours of Washington based on our experiences. Except ours would go like this: "That's where Erin threw up ... That's where Erin peed outside ... We got kicked out of that bar ... Accidentally walked through a gang fight .. Threw up ... Peed ..."

**SurvivingGrady.com** -- Have you ever seen anyone's likeability factor plummet as quickly as Mr. Damon's? I let the wife-cheating slide, but I refuse to respect any man with stairs in his closet. He's coming OFF the bathroom wall!

**USAToday.com** -- Except for the conspicuous absence of "Paula the Stutterer" and "Paula the potentially under the influence," this article is pretty spot-on. Sadly, it left out my favorite Paula Abdul quote of all time: "You're like a pole vaulter ... you just keep POLE VAULTING!"

**APComics.com** -- Christmas has come early this year, kiddies! Or ... maybe ... 20 years late. I can't be sure.

## TUESDAY

**SportingNews.com** -- In a related story, Kevin Millar has been fitted for a set of magical wooden legs that promise to aid him in the long, arduous run to first base.

**Local 10.com** -- Yes, I can totally see the logic behind a teenage girl sporting a lower voice, severe acne, and some extra body hair in a quest to be thin. Kids can be so cruel to overweight girls, but completely tolerant of gruff, hairy ones.

**ESPN.com** -- Fat baseball players put on crash diets and bite umps in the arm -- things your coach never taught you in little league ... Unless you went to little league in Fiji or with Mike Tyson or something.

ESPN.com: Help | PR Media Kit | Sales Media Kit | Report a Bug | Contact Us | News Archive | Site Map | ESPN Shop | Jobs at I

**MSNBC.com** -- The definitive proof that money CAN buy everything, including supercool best friends for big ol' dorks.

**Yahoo News** -- If "everybody" loved me, I'd want to play sports with real athletes too. But I would've started with Terrell Buckley's tournament.

**SignOnSanDiego.com** -- In case you ever wondered how baseball players were so efficiently able to keep the vampires and boogeymen away, here you go.

## MONDAY
**NYPost.com** -- In an attempt to find an online version of Michael Rapaport's Jane Magazine article trashing Natasha Lyonne (which I strongly suggest you pick up in hard copy this month, if only for the fact that Michael Rapaport wrote an article and you'll want to save that for your grandkids), I came across this paradigm of ridiculousness, which is arguably even BETTER than what I was looking for.

**SI.com** -- Student athletes weigh in on the important issues, such as the Duff vs. Lohan debate and which Big 12 team is the "most attractive." Except for the whole athletic prowess part, I'm now quite sure I could've been a student athlete.

**SFgate.com** -- Because every Sports Guy reader needs another parallel between 90210 and The O.C. Though this is less about sideburns and more about music, so...I don't know if that makes it less girly or what.

**NYTimes.com** (subscription only) -- Do you realize this means that there are kids out there with driver's licenses who weren't even born yet when "The Simpsons" first premiered? Doesn't that just make you want to go jump of a bridge or buy a Ferrari or something?

**4q.cc** -- Combat boredom at work! Educate yourself! Dazzle your peers at cocktail parties! On the Vin Diesel Random Fact Generator, learn such vital "facts" as "Vin Diesel once lost the remote, but maintained control of the TV by calmly telling it what to do." (Click Refresh for a new gem.)

*** *If you've got a suggestion for The Daily Links, hold on to it for now.* ***



**Supplier Information**
Copyright ©2008 ESPN Internet Ventures. **Terms of Use** and **Privacy Policy and Safety Information/Your California Privacy Rights** applicable to you. All rights reserved.

Sponsored Links

**Pheromones for Men**
Check out which ones actually attract women, and which ones don't!
www.pheromonereviewsite.com

**Travelocity sale**
Sail to top destinations from $199. Get up to $250 onboard credit.
leisure.travelocity.com

**Notre Dame Certificates**
Negotiation and Leadership & Management Certificates Online! Free Info.
www.NotreDameOnline.com

**Free Texas Hold'em**
Play in unlimited daily cash hold'em tournaments. Absolutely free.
www.pureplay.com

**Buy a link here**

<<  **Prev**    Page 2 of 2          **Single page view**

Washington Post, Jan. 2, 2006, at C1

# Tough Love: Norris Fans Board the Chuck Wagon

**BY PAUL FARHI**
*Washington Post Staff Writer*

Chuck Norris does not sleep. He waits.

Chuck Norris frequently donates blood to the Red Cross. Just not his own.

Chuck Norris does not fade away. By all rights he should have, by now. "Walker, Texas Ranger," his butt-kicking law-and-order TV series, finished its run on CBS in May 2001, after eight years and 203 episodes. And that should have been that for the great Stoneface, outside of the endless cable reruns, the Total Gym infomercials and the occasional late-night rebroadcast of one of his '80s-era chop-socky movies ("Lone Wolf McQuade," "Missing in Action," etc.).

But Chuck Norris, or maybe just Chuck Mania, endures.

At the moment, the 65-year-old martial-arts master is the object of a kind of sardonic cult veneration. Conan O'Brien, on his late-night show, has been airing vintage "Walker" clips for months. *Collegehumor.com*, a Web site popular among the dorm set, regularly links to all things Norris on the Internet (recent entry: a rare photo of Norris sans beard). Norris popped up in a cameo in "Dodgeball" two summers

*See NORRIS, C7. Col. 3*

480-RW... 02/06/2000

New Year's Eve was bandleader Guy Lombardo, who conducted an orchestra called the Royal Canadians. Each year at midnight on Dec. 31, Lombardo would lead his band in a sentimental rendition of "Auld Lang Syne" as the chimes rang out.

Lombardo once jokingly appeared on NBC's hit comedy series "Rowan & Martin's Laugh-In" to declare into the

Donald Trump and interviewing actor John O'Hurley, famous first for playing J. Peterman on "Seinfeld" and now for his terpsichorean feats on "Dancing With the Stars." "He's going to appear on Broadway in 'Chicago' soon," Philbin said, probably confusing any viewers who were unaware that "Chicago" is the name of a musical play.

Ben Dougherty. The chief segment, noting "the escalation of the war in Vietnam" as a major news story of the day.

Later, live on NBC, Daly told viewers that "a lot has changed" over the years "and yet in a weird way, not much has changed." This New Year's Eve show seemed in a very weird way indeed.

# Hanging Tough: Devotees Still Get a Kick Out of Norris

NORRIS, From C1

"Dodgeball" two summers ago, and in a two-hour "Walker" movie in October, which drew respectable ratings.

Most intriguing, and certainly most amusing, has been the grass-fire spread of Chuck Norris "facts," a series of Paul Bunyanesque exaggerations riffing on (and amplifying) the Legend of Chuck. Such as:

*Chuck Norris's tears cure cancer. Too bad he has never cried.*

*Wilt Chamberlain claims to have slept with more than 20,000 women in his lifetime. Chuck Norris calls this "a slow Tuesday."*

Why does Norris (once described by a critic as the stiffest guy on TV since Ed Sullivan) rate this sort of exaltation, this David Hasselhoff-ization? Why not fellow aging B-pic martial-arts action stars such as Steven Seagal or Jean-Claude Van Damme? Why not cartoonish wrestler-actors like the Rock or Hulk Hogan? Why not other men-of-frozen-facial-features such as Charles Bronson or Steve McQueen (a former Norris martial-arts student)?

Why not that MacGyver guy?

Why, in short, a guy who never uttered more than three consecutive lines of dialogue and tended to solve contentious military and law enforcement issues by, um, kicking people in the head?

*Chuck Norris does not go hunting because "hunting" implies a chance of failure. Chuck Norris goes killing.*

*Outer space exists because it's afraid to be on the same planet with Chuck Norris.*

While hardly an unbiased source, Jeff Duclos, who has been Norris's publicist since the last season of "Walker," chalks up Chuck Mania to Norris's "consistent persona."

"There are very few people who have projected that kind of image, that kind of mythical heroism," he says. "People, especially young men, appreciate the underlying principles of that character, the morality, the dignity, the sense of right and wrong."

While Norris has never challenged Sir Laurence Olivier for acting nuance, he certainly *has* been consistent during his more than 30-year movie and TV career. Through scores of "Walker" episodes and nearly two dozen movies, he played pretty much the same guy. As the square-jawed embodiment of law and order, he could be counted on to do What Was Right, even if right



Chuck Norris's "Walker, Texas Ranger" was canceled in 2001 and his action-picture heyday is long past, but he's bigger than ever.

involved beating up people, which, in Norris's case, it invariably did.

"Walker," which drew almost 20 million viewers at its peak, was predictable, simple and (as Conan's clips demonstrate) often unintentionally funny. To call "Walker" retro is to insult retro. Although it was in the tradition of "Gunsmoke" and John Wayne westerns, it existed in its own space-time continuum. As latter-day Texas Ranger Cordell Walker, Norris and his sidekicks were the white hats out to rid the West (or at least Dallas) of drug-dealin', kidnappin', gunrunnin', no-good scum. Every week, justice prevailed. And it prevailed with great guest stars, including Frank Stallone, Joan Jett, Erik Estrada, Ann Jillian, Tom Bosley and Barbara Mandrell.

There was a certain integrity to the series. To his credit, Norris, who was executive producer of the show, never tried to do a Very Special Episode (okay, the one about him and Alex registering for their wedding was an exception). "Walker" never did subtlety, or ambiguity, or irony. (In fact, Chuck Norris can bend irony into

balloon-animal shapes.)

Another possible explanation for Norris adulation is a demographic one: Young adults, who grew up watching "Walker" on Saturday nights, are reliving a fond bit of their childhood, just as earlier generations elevated "The Brady Bunch" and "The Dukes of Hazzard" to iconic camp status. In any case, young people seem to be the driving force behind Norris nostalgia. The most frequent visitors to the Chuck Norris Fact Generator (www.4q.cc/chuck/), a daily offering of Chuck "facts," are college students and military personnel, according to Ian Spector, the site's co-founder.

Spector, a 17-year-old Brown University freshman from Long Island, started a "fact" site for the actor Vin Diesel in April and joined forces with another Web designer, Mike Lelli, to launch the Norris site a month later. After some slow going, things have picked up: The Norris generator got 18 million of its 28.7 million hits in the past month, Spector reports. He has now collected some 8,000 Norris "facts" from visitors, and he is planning to produce a book and a calendar.

Why the passion for Chuck? Spector has a few thoughts: "I guess he's well enough known that people know what he's done," he says. "And he's been out of the culture long enough so that people can go wherever they want with the facts." Beyond that, it's really hard to say.

*Chuck Norris doesn't read books. He stares them down until he gets the information he wants.*

Norris was on vacation with his family and unavailable for comment, according to Duclos. The publicist adds, however, that Norris doesn't mind making a little fun of his persona. In addition to the "Dodgeball" cameo, he appeared on O'Brien's show last year, in a humorous skit in which Norris/Walker stops O'Brien from showing another "Walker" clip by shooting his hand away from a clip-generating lever. The two men then mock-argue and engage in a carefully choreographed martial-arts fight.

"He's a good sport," Duclos says. "He's a serious guy, but I don't think he takes himself too seriously."

As for the Internet "facts," Norris hasn't seen those yet, says Duclos.

Probably just as well. You wouldn't want to upset Chuck Norris.

*There is no theory of evolution. Just a list of creatures Chuck Norris has allowed to live.*



# Chuck Norris – Actor, Director, Cult Icon

**Bearded Star of 1980s B Movies and TV Has Become a Postmodern Paul Bunyan**

**By BILL WEIR and SANDRA TEMKO**

**July 4, 2007 —**

*This story originally aired on October 18, 2006.*

Chuck Norris has two speeds: Walk, and kill. There is no chin under the Chuck Norris beard, just another fist. Chuck Norris once visited the Virgin Islands: They are now known as "The Islands."

These are just a few of the thousands of Chuck Norris "facts" found on dozens of Internet sites that draw hundreds of millions of hits.

College students and bored office workers e-mail them to one another-and they are quoted during military briefings in Iraq.

"Life is like a box of chocolates," said Capt. Joe LaTendresse, who is stationed at Iraq's Camp Liberty. "You never know when Chuck Norris going to kill you."

"Never make fun of Chuck," said Major Robert Hart who is at Camp Victory. "You'll get a roundhouse kick."

Somehow, the bearded star of 1980s B movies and televsion has become a post-modern Paul Bunyon, a source of comedic myth-making. But Hart said Norris has real value as a symbol for Americans stationed overseas.

"I think it's kinda going back to the World War Two days when you have Kilroy was here, and Kilroy's not around anymore I guess," he says. "We got Chuck Norris instead."

**Strong and Silent**

Chuck Norris is a full-on phenomenon, and this all amuses -- and confuses -- the man himself.

"I think, 'How do these kids come up with these?' It's incredible," Norris says of the "facts." "It's mind blowing, truthfully, but I take it as an extreme compliment from these kids."

His favorites?

"'They wanted to put Chuck Norris on Mt. Rushmore, but the granite wasn't tough enough for his beard,'" Norris says. "Or, 'When Chuck Norris does pushups, he doesn't push up. He pushes the earth down.'"

These kids might never recognize the kid Norris once was: scrawny, uncoordinated, raised by a single mom in Oklahoma.

He joined the Air Force in 1958, after high school, and discovered martial arts while stationed in Korea. He came home with a black belt. He began competing in order to drum up business for his karate studio and went on to win six world titles.

But contrary to the one-liner superlatives, Norris doesn't consider toughness to be his greatest attribute.

"If I use one word, I would have to say timing," Norris says. "Timing I think was my key thing. I was able to figure out the timing to close the gap between my opponent and myself and move back, and that was I think the key."

He also carried a quiet confidence noticed by one of his students, Steve McQueen, the film icon who encouraged him to try acting.

After a host of failed auditions and bit parts, he created his own character and had a friend write it into a script titled "Good Guys Wear Black."

"When I did 'Good Guys Wear Black,' I had a lot of dialogue in that movie," Norris says. "So Steve said, after he saw it, he said, 'Well, let me give you a suggestion. Cut your dialogue down dramatically.'" "I had no acting experience. I'm -- you know, I'm not a good actor," Norris says. "What am I going to portray? So, I decided I was going to play a very strong positive image of a character. And that's what Steve McQueen actually suggested I do. He said, 'You know, try to make this character as much of you as you possibly can and ... and play that strong silent type.'"

Less talking, more kicking became the hallmark of a career that spans more than two dozen films and one television series that's recently emerged as a pop culture touchstone -- even though it's long been in reruns.

It's a frequent joke on "Late Night with Conan O'Brien," and in the recent movie "Talladega Nights," Will Ferrell's character, Ricky Bobby, named his two sons Walker and Texas Ranger.

The show "Walker, Texas Ranger" ran eight seasons, but his character has achieved syndication immortality. The late-night reruns are regular dormitory fare in an era when Orlando Bloom is considered an "action hero."

## A Campus Phenomenon

When an 18-year-old freshman at Brown University created the first Chuck Norris "fact generator," the response was overwhelming.

"Overall, we've gotten about 140, 150 million hits," Ian Spector, now a sophomore says. "There was students in universities, there are people in jobs where they are bored, and there are people in the military, and then there's just everyone else who I just can't figure out....In Poland, for instance, I think in around April or so of this year, as far as search queries go, on the Internet, number two was Chuck Norris, number one was Bird Flu."

One floor of a dorm at the University of Texas is devoted to all things Chuck. The students there seem to worship him.

"He's like this elevated superstar, badass, bucking, kicking dude, but he's also a good, nice, normal guy," Johnna Andiorio says.

"As a kid, I grew up thinking we won Vietnam because of his movies," Tiger Scheu says.

Though many indulge an ironic appreciation of Norris, there is a genuine respect here.

"He actually brings us together. We really enjoy watching his show," Sean Foster says. "We sit down and be quiet and watch his show."

At Camp Victory in Baghdad, trading Norris facts is called "upchucking." Odes to his prowess have been scrawled inside latrines there.

"If we brought Chuck Norris over here, the war would end a lot sooner," SFC Stephan Battiest, who is based at Camp Liberty, joked. "Send us home."

"Well, you know, I'm the spiritual leader of about eight platoons over there, and that's a real compliment," Norris says. "One particular group, I'm their icon ... I'm on their weapons."

**From Roundhouse to Charity**

He is also the icon of the World Combat League, which has teams in eight major American cities. Kicking and punching as a team sport was his idea, and all profits go toward his real passion: teaching martial arts to inner city kids across the country.

"I've graduated 40,000 over the last 13 years and many of these kids, going on to college and becoming successful in their own right," Norris says. "And if they were here right now, they would say to you it's because of this program that I'm not in prison or dead today."

Some might question Norris's efforts to teach violence to young people -- isn't that the worst possible thing you could teach them?

"You would think so, but actually it is just the opposite," Norris says. "It's the bullies who are afraid, are the ones that do all the fighting. It's not the secure kids that get out there and fight. It's the insecure kids. And when you develop that security in these youngsters and all of a sudden they have no reason to fight... This is to me the most gratifying thing I've ever been able to do."

Norris is now 66 years old -- or, as he says, "39 with 27 years experience."

According to the Chuck Norris fact generator, "Chuck Norris does not age. He roundhouse kicks time in the face."

"Yep, that's what I do," Norris says. "Actually, that's what I do."

Copyright © 2008 ABC News Internet Ventures

# EXHIBIT 2

----- Original Message -----
From: "Forshey, Michael" <mforshey@PattonBoggs.com>
To: "Neal Spector" <nss@nealspectorpc.com>
Sent: Tuesday, January 24, 2006 5:57 PM
Subject: RE: Thank You

Neal,

We (Chuck, Gena, Bill and I) enjoyed visiting with you and Ian.  I have forwarded your
email to Chuck and Gena.  We will deal directly with you on all matters.  With 2 in
college, I understand and appreciate the importance of not deflecting Ian's attention
during the semester.  Thanks.

Mike

Michael S. Forshey
Patton Boggs LLP
2001 Ross Ave., Suite 3000
Dallas, Tx 75201
214.758.1500 (Main)
214.758.3540 (Direct)
214.758.1550 (Fax)
mforshey@pattonboggs.com

-----Original Message-----
From: Neal Spector [mailto:nss@nealspectorpc.com]
Sent: Tuesday, January 24, 2006 4:40 PM
To: Forshey, Michael
Subject: Thank You

Dear Michael:

It was a pleasure to meet you, Gena, Chuck and Bill last Saturday.  It was a very
thoughtful gesture.  Ian and I regretted we weren't able to stay for the event but his
academic commitments come first, as I trust you appreciate.

Please feel free to contact me with regard to anything further along the lines that were
initiated in the course of our meeting.  Kindly contact me directly; I would appreciate it
if you kept Ian out of the line of direct communication during the semester.

My regards to Gena and Chuck, I remain,

1

Truly yours,
-NEAL S.


NEAL S. SPECTOR, P.C.
300 OLD COUNTRY ROAD, SUITE 351
MINEOLA, NEW YORK 11501
T 516-873-8989
F 516-873-8992 (NOT AUTHORIZED FOR SERVICE OF PAPERS)


DISCLAIMER:
This e-mail message contains confidential, privileged information intended solely for the
addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If
you have received it in error, please call us (collect) at (202) 457-6000 and ask to speak
with the message sender.
Also, we would appreciate your forwarding the message back to us and deleting it from your
system.  Thank you.

This e-mail and all other electronic (including voice) communications from the sender's
firm are for informational purposes only.  No such communication is intended by the sender
to constitute either an electronic record or an electronic signature, or to constitute any
agreement by the sender to conduct a transaction by electronic means.  Any such intention
or agreement is hereby expressly disclaimed unless otherwise specifically indicated.  To
learn more about our firm, please visit our website at http://www.pattonboggs.com.

----- Original Message -----
From: "Forshey, Michael" <mforshey@PattonBoggs.com>
To: "Neal Spector" <nss@nealspectorpc.com>
Sent: Monday, January 30, 2006 5:08 PM
Subject: RE: CONFIDENTIAL MATERIAL

Neal,

Good to hear from you. Chuck remains interested in pursuing this
opportunity. I would be interested in getting your perspective and thoughts

on the "concept".    Would you have time for a call on Wednesday, Feb 1st? I
am generally available all day.  Thanks.

Michael S. Forshey

Michael S. Forshey
Patton Boggs LLP
2001 Ross Ave., Suite 3000
Dallas, Tx 75201
214.758.1500 (Main)
214.758.3540 (Direct)
214.758.1550 (Fax)
mforshey@pattonboggs.com


-----Original Message-----
From: Neal Spector [mailto:nss@nealspectorpc.com]
Sent: Monday, January 30, 2006 3:51 PM
To: Forshey, Michael
Subject: CONFIDENTIAL MATERIAL


Dear Mike:
Please let me know if Chuck remains desirous of moving
forward with proposals pertaining to the concept.    I
have been holding-off the advances of other parties
including one party eager to proceed ASAP on an
exclusive basis.   Everyone wants to strike while the
iron's red-hot.
If Chuck is still interested, I invite you to propose
an array of ideas including the profitable and the
charitable (Ian is  undertaking his own
charity/foundation funded by a prior endeavor which he
would like to exapand).
The combination of good natured humor, advancing the
specific image Chuck wishes to portray for himself,
his projects and his charities, mixed with Ian's
talent and connections to millions of loyal, branded
followers seems perfect for multiple applications.
The results obviously speak for themself.
What would it take Chuck in terms of time and money to
replicate those results on his own, assuming he ever
could?
I look forward to receiving your prompt reply, and
remain,
Truly yours,
-Neal S.


DISCLAIMER:
This e-mail message contains confidential, privileged information intended
solely for the addressee.   Please do not read, copy, or disseminate it
unless you are the addressee.  If you have received it in error, please call
us (collect) at (202) 457-6000 and ask to speak with the message sender.
Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.


This e-mail and all other electronic (including voice) communications from
the sender's firm are for informational purposes only.  No such
communication is intended by the sender to constitute either an electronic
record or an electronic signature, or to constitute any agreement by the
sender to conduct a transaction by electronic means.  Any such intention or
agreement is hereby expressly disclaimed unless otherwise specifically
indicated.  To learn more about our firm, please visit our website at
http://www.pattonboggs.com.

**From:**          Neal Spector [nss@nealspectorpc.com]
**Sent:**          Monday, February 06, 2006 5:10 PM
**To:**            Forshey, Michael
**Subject:**       F Y I

**Attachments:**      link



link

        Mike:
Ian sent me this link today.
We also had that other company's link removed from his
site, per your concern.
-Neal S.

Note: forwarded message attached.

NEAL S. SPECTOR, P.C.
300 OLD COUNTRY ROAD, SUITE 351
MINEOLA, NEW YORK 11501
T 516-873-8989
F 516-873-8992 (NOT AUTHORIZED FOR SERVICE OF PAPERS)

1

**From:**   Ian [isnet396@optonline.net]
**Sent:**   Monday, February 06, 2006 5:03 PM
**To:**     'Neal Spector, Esq.'
**Subject:** link

Came across this, thought you may want to pass this on to Mike Forshey,

http://www.bustedtees.com/in/fb/hero

Ian

----- Original Message -----
From: "Forshey, Michael" <mforshey@PattonBoggs.com>
To: <nss@nealspectorpc.com>
Sent: Monday, February 06, 2006 5:20 PM
Subject: Re: F Y I


Neal,

Thanks for the information. I will try to call you tomorrow. I'm in Florida
with my mother who had to have surgery.


Michael S. Forshey

Michael S. Forshey
Patton Boggs LLP
2001 Ross Ave., Suite 3000
Dallas, Tx 75201
214.758.1500 (Main)
214.758.3540 (Direct)
214.758.1550 (Fax)
mforshey@pattonboggs.com


-----Original Message-----
From: Neal Spector <nss@nealspectorpc.com>
To: Forshey, Michael <mforshey@PattonBoggs.com>
Sent: Mon Feb 06 16:09:33 2006
Subject: F Y I

Mike:
Ian sent me this link today.
We also had that other company's link removed from his
site, per your concern.
-Neal S.

Note: forwarded message attached.


NEAL S. SPECTOR, P.C.
300 OLD COUNTRY ROAD, SUITE 351
MINEOLA, NEW YORK 11501
T 516-873-8989
F 516-873-8992 (NOT AUTHORIZED FOR SERVICE OF PAPERS)


DISCLAIMER:
This e-mail message contains confidential, privileged information intended
solely for the addressee. Please do not read, copy, or disseminate it
unless you are the addressee. If you have received it in error, please call
us (collect) at (202) 457-6000 and ask to speak with the message sender.
Also, we would appreciate your forwarding the message back to us and
deleting it from your system. Thank you.


This e-mail and all other electronic (including voice) communications from
the sender's firm are for informational purposes only. No such

communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our website at http://www.pattonboggs.com.

----- Original Message -----
**From:** Forshey, Michael
**To:** Ian Spector ; Neal Spector, Esq.
**Sent:** Friday, February 10, 2006 4:32 PM
**Subject:** RE: chucknorristruefacts.com

Ian,

Thanks. We will have a cease and desist out by Monday.

Neal,

I'm just back in my office in Dallas. Can we set up a time to talk on Monday, Feb 13th about a specific proposal. I am available all day except from 9 to 11am and 3 to 4pm CT. Let me know what time works for you and I will call. Thanks.

*Michael S. Forshey*

**Michael S. Forshey**
**Patton Boggs LLP**
**2001 Ross Ave., Suite 3000**
**Dallas, Tx 75201**
**214.758.1500 (Main)**
**214.758.3540 (Direct)**
**214.758.1550 (Fax)**
**mforshey@pattonboggs.com**

-----Original Message-----
**From:** Ian Spector [mailto:ian_spector@brown.edu]
**Sent:** Friday, February 10, 2006 2:13 PM
**To:** 'Neal Spector, Esq.'; Forshey, Michael
**Subject:** chucknorristruefacts.com

This site was brought to my attention today: www.chucknorristruefacts.com. It might look nice, but it doesn't appear to be official at all, as well as claims all facts to be "true." The company that developed it, MindChill, is based in Poland, I think. According to their website, their contact info is:

contact@mindchili.com
tel. (071) 79 199 25 / +48 71 791 99 25
ul. Wietrzna 10a/15, 53-024 Wrocław

They released a statement through PRWeb.com (http://www.prweb.com/releases/2006/2/prweb341818.php) as well. The site itself displays a bunch of facts ripped from the 4Q site as well as promotes merchandise with facts on it.

Just thought you should know.

Ian

DISCLAIMER:
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) at (202) 457-6000 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our website at http://www.pattonboggs.com.

----- Original Message -----
From: "Forshey, Michael" <mforshey@PattonBoggs.com>
To: "Neal Spector, Esq." <nss@nealspectorpc.com>
Sent: Monday, February 13, 2006 1:59 PM
Subject: RE: Conference


3:00pm EST works for me.  All went well in Florida. Thanks for asking.  I
have not had the opportunity to prepare a written proposal.  I only have my
handwritten notes at this time. Thanks.

Michael S. Forshey

Michael S. Forshey
Patton Boggs LLP
2001 Ross Ave., Suite 3000
Dallas, Tx 75201
214.758.1500 (Main)
214.758.3540 (Direct)
214.758.1550 (Fax)
mforshey@pattonboggs.com


-----Original Message-----
From: Neal Spector, Esq. [mailto:nss@nealspectorpc.com]
Sent: Saturday, February 11, 2006 9:27 PM
To: Forshey, Michael
Subject: Re: Conference


I will be available at 3:00 EST Monday if that's good for you.  I would
appreciate it if you would email or fax the proposal ahead of our call.
I trust there were no surprises in Florida.
-Neal S.



-----Original Message-----
From: "Forshey, Michael" <mforshey@PattonBoggs.com>
Date: Fri, 10 Feb 2006 15:32:28
To:"Ian Spector" <ian_spector@brown.edu>,        "Neal Spector, Esq."
<nss@nealspectorpc.com>
Subject: RE: chucknorristruefacts.com

Ian,

Thanks.  We will have a cease and desist out by Monday.


Neal,

I'm just back in my office in Dallas.  Can we set up a time to talk on
Monday, Feb 13th about a specific proposal.   I am available all day except
from 9 to 11am and 3 to 4pm CT.  Let me know what time works for you and I
will call.  Thanks.

Michael S. Forshey

Michael S. Forshey
Patton Boggs LLP
2001 Ross Ave., Suite 3000
Dallas, Tx 75201
214.758.1500 (Main)
214.758.3540 (Direct)
214.758.1550 (Fax)
mforshey@pattonboggs.com
-----Original Message-----
From: Ian Spector    [mailto:ian_spector@brown.edu]
Sent: Friday, February 10, 2006 2:13   PM
To: 'Neal Spector, Esq.'; Forshey, Michael
Subject:   chucknorristruefacts.com


This site was brought to my   attention today: www.chucknorristruefacts.com.
It might look nice, but it doesnt appear to be official at all, as well as
claims all facts to be true. The company that developed it, MindChili, is
based in Poland, I think. According to their   website, their contact info
is:


contact@mindchili.com

tel. (071) 79 199 25 /  +48   71 791 99 25

ul. Wietrzna 10a/15, 53-024   Wrocław


They released a statement through    PRWeb.com
(http://www.prweb.com/releases/2006/2/prweb341818.php)   as well. The site
itself displays a bunch of facts ripped from the 4Q site as   well as
promotes merchandise with facts on it.


Just thought you should   know.


Ian


DISCLAIMER:
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it
unless you are the addressee.  If you have received it in error, please call
us (collect) at (202) 457-6000 and ask to speak with the message sender.
Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

This e-mail and all other electronic (including voice) communications from
the sender's firm are for informational purposes only.  No such
communication is intended by the sender to constitute either an electronic
record or an electronic signature, or to constitute any agreement by the
sender to conduct a transaction by electronic means.  Any such intention or
agreement is hereby expressly disclaimed unless otherwise specifically
indicated.  To learn more about our firm, please visit our website at
http://www.pattonboggs.com.

```
-----Original Message-----
From: Gena Norris ADDRESS REDACTED AT PLAINTIFF'S REQUEST
Sent: Friday, March 10, 2006 11:32 PM
To: ian_spector@brown.edu
Subject: RE: Radio

I will Ian. Thank-you!

G.


>From: "Ian Spector" <ian_spector@brown.edu>
>To: "'Gena Norris'" ADDRESS REDACTED AT PLAINTIFF'S REQUEST
>Subject: RE: Radio
>Date: Fri, 10 Mar 2006 15:14:53 -0500
>
>Glad to hear things are turning out well. Pass a 'happy birthday' on to
>Chuck for me.
>
>Ian
>
>-----Original Message-----
>From: Gena Norris ADDRESS REDACTED AT PLAINTIFF'S REQUEST
>Sent: Tuesday, March 07, 2006 9:52 PM
>To: ian_spector@brown.edu
>Subject: RE: Radio
>
>Thanks Ian. I will see what I can find out for you. On another note, we
>had a very successful event in Las Vegas. A packed house and great reviews.
>Thought you would like to know. Don't know when finals are, but hang tough.
>
>all the best,
>Gena
>
>
> >From: "Ian Spector" <ian_spector@brown.edu>
> >To: "'Gena Norris'" ADDRESS REDACTED AT PLAINTIFF'S REQUEST
> >Subject: RE: Radio
> >Date: Tue, 28 Feb 2006 12:50:19 -0500
> >
> >Oh, one last thing...
> >
> >Google allows me to override their run public service announcement
> >type
ads
> >with an alternative one. I'd be happy to put up a link to KickStart,
> >but
```

1

>I
> >don't see any kind of banner ad I can use from the KickStart website.
> >I suppose I could make one myself and the powers that be could
> >approve it, but I figured that there may be some already existing
> >promotional banner somewhere that would be more appropriate.
> >
> >Ian
> >
> >-----Original Message-----
> >From: Gena Norris ADDRESS REDACTED AT PLAINTIFF'S REQUEST
> >Sent: Tuesday, February 28, 2006 11:29 AM
> >To: ian_spector@brown.edu
> >Subject: RE: Radio
> >
> >Thanks Ian, I will pass along your encouraging words to CN. Have a
> >great day! I hope school is going well for you too!
> >
> >all the best,
> >Gena
> >
> >
> > >From: "Ian Spector" <ian_spector@brown.edu>
> > >To: ADDRESS REDACTED AT PLAINTIFF'S REQUEST
> > >Subject: Radio
> > >Date: Tue, 28 Feb 2006 08:42:36 -0500
> > >
> > >Hi Gena,
> > >
> > >
> > >
> > >I just got off the phone with FM 107 in Minneapolis with Chuck,
> > >they
> >wanted
> > >me to come on and read some new content from my website on the air
> > >for them, but as I was sitting there I realized that it must have
> > >been incredibly bizarre for Chuck to just kind of just sit there
> > >through it all. I know that I would certainly find it awkward if I
> > >was in his situation, so I'd
>just
> > >like to thank you both for putting up with things.
> > >
> > >
> > >
> > >Ian
> > >
> >
> >
> >
> >
>
>
>
>

```
----- Original Message -----
From: "Forshey, Michael" <mforshey@PattonBoggs.com>
To: "Neal Spector" <nss@nealspectorpc.com>
Sent: Monday, March 13, 2006 3:03 PM
Subject: RE: 4q/CN Spreadshirt Matter
```

Neal,

My turn to apologize for the delay.

We are interested in working toward a mutually beneficial working relationship; however, we believe your proposal fails to recognize the value in Chuck Norris' trademark and celebrity which is the result of 40 years as a martial artist (6 time world champion), actor, entertainer and author. The current interest in Chuck Norris comes from many sources totally independent of Ian, including the World Combat League (rise in popularity of martial arts generally), Against All Odds (Book and Tour), Justice Riders (Book and tour), Conan O'Brien (Walker Clips) and SNL (Young Chuck Norris)- just to name a few. Additionally, Chuck Norris has further elevated current interest with TV and written press interviews. Further, doing facts about Chuck Norris was not Ian's idea, rather the result of existing Chuck Norris fans writing in to Q4.CC.

What Spreadshirt may have offered Ian directly is not particularly relevant because Ian could not do a deal with Spreadshirt without Chuck Norris' consent and involvement. Additionally, Chuck Norris has spent significant time and money (and will continue to do so) to stop the unauthorized sale of merchandise using his name, image and likeness.

In the interest of achieving a mutually beneficial relationship, we are will to pay 4Q.CC 5% of the total for each Spreadshirt sale of Chuck Norris fact shirts. I trust this proposal provides the basis for a mutually beneficial relationship. Thanks.

Michael S. Forshey

Michael S. Forshey
Patton Boggs LLP
2001 Ross Ave., Suite 3000
Dallas, Tx 75201
214.758.1500 (Main)
214.758.3540 (Direct)
214.758.1550 (Fax)
mforshey@pattonboggs.com

```
-----Original Message-----
From: Neal Spector [mailto:nss@nealspectorpc.com]
Sent: Friday, February 17, 2006 2:52 PM
To: Forshey, Michael
Subject: 4q/CN Spreadshirt Matter
```

Mike:
Sorry for the delay.  Had a nice little crime spree up
here.
I reviewed your numbers and, with respect to
Spreadshirt, they are far below what we were
previously offered directly by them.  If CN and 4q are
working toward developing a mutually benficial working
relationship your numbers need to be revised to
reflect that spirit and purpose.  For example, to 4q I
would propose fifteen (15%) of the total for each sale
(i.e., not of your end), together with twenty-five
(25%) of any advance payment received from
spreadshirt.  That represents a significant cut to us
while leaving the majority of the royalty to CN, and a
fair middle ground for us both.
Please let me know your thoughts.
-Neal S.


DISCLAIMER:
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it
unless you are the addressee.  If you have received it in error, please call
us (collect) at (202) 457-6000 and ask to speak with the message sender.
Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.


This e-mail and all other electronic (including voice) communications from
the sender's firm are for informational purposes only.  No such
communication is intended by the sender to constitute either an electronic
record or an electronic signature, or to constitute any agreement by the
sender to conduct a transaction by electronic means.  Any such intention or
agreement is hereby expressly disclaimed unless otherwise specifically
indicated.  To learn more about our firm, please visit our website at
http://www.pattonboggs.com.

From:           Neal Spector [nss@nealspectorpc.com]
Sent:           Tuesday, March 14, 2006 5:41 PM
To:             Forshey, Michael
Subject:        RE: 4q/CN Spreadshirt Matter

Mike:

Our counter offer was not unreasonable given all of
the circumstances and constraints.  Let's face it,
it's a symbiotic situation.  You are welcome to
believe whatever works for you but the "fact" is
nowhere else, anywhere, in any fora, is Chuck
receiving the worldwide internet exposure he is
currently receiving exclusively from 4q--now over 50
million a month.  None of the merchandising that you
cited has any appeal to 4q's audience, especially his
books, as I'm certain the sales figures confirm.

More importantly, what if 4q removed Chuck from the
site tomorrow.  How exactly would that help Chuck?
That's the value you are impliedly overlooking.
Keeping him on the site and current, generating that
attention has value to Chuck that shouldn't be so
cavalierly minimized.  Of course, you know best.

Therefore, let's agree to 10% of the total from
spreadshirt sales, plus 25% of the spreadshirt
advance.  Don't forget that this is all contingent
revenue from a relatively small project.  Let's keep
this in perspective.  Chuck still gets the enormous
lion's share of everything without being viewed as
"exploitive."  Thanks.

-Neal S.




--- "Forshey, Michael" <mforshey@PattonBoggs.com>
wrote:

> Neal,
>
> My turn to apologize for the delay.
>
> We are interested in working toward a mutually
> beneficial working relationship; however, we believe
> your proposal fails to recognize the value in Chuck
> Norris' trademark and celebrity which is the result
> of 40 years as a martial artist (6 time world
> champion), actor, entertainer and author.  The
> current interest in Chuck Norris comes from many
> sources totally independent of Ian, including the
> World Combat League (rise in popularity of martial
> arts generally), Against All Odds (Book and Tour),
> Justice Riders (Book and tour), Conan O'Brien
> (Walker Clips) and SNL (Young Chuck Norris)- just to
> name a few.  Additionally, Chuck Norris has further

1

> elevated current interest with TV and written press
> interviews. Further, doing facts about Chuck Norris
> was not Ian's idea, rather the result of existing
> Chuck Norris fans writing in to Q4.CC.
>
> What Spreadshirt may have offered Ian directly is
> not particularly relevant because Ian could not do a
> deal with Spreadshirt without Chuck Norris' consent
> and involvement. Additionally, Chuck Norris has
> spent significant time and money (and will continue
> to do so) to stop the unauthorized sale of
> merchandise using his name, image and likeness.
>
>
> In the interest of achieving a mutually beneficial
> relationship, we are will to pay 4Q.CC 5% of the
> total for each Spreadshirt sale of Chuck Norris fact
> shirts. I trust this proposal provides the basis for
> a mutually beneficial relationship.  Thanks.
>
>
> Michael S. Forshey
>
> Michael S. Forshey
> Patton Boggs LLP
> 2001 Ross Ave., Suite 3000
> Dallas, Tx 75201
> 214.758.1500 (Main)
> 214.758.3540 (Direct)
> 214.758.1550 (Fax)
> mforshey@pattonboggs.com
>
>
> -----Original Message-----
> From: Neal Spector [mailto:nss@nealspectorpc.com]
> Sent: Friday, February 17, 2006 2:52 PM
> To: Forshey, Michael
> Subject: 4q/CN Spreadshirt Matter
>
>
> Mike:
> Sorry for the delay.  Had a nice little crime spree
> up
> here.
> I reviewed your numbers and, with respect to
> Spreadshirt, they are far below what we were
> previously offered directly by them.  If CN and 4q
> are
> working toward developing a mutually benficial
> working
> relationship your numbers need to be revised to
> reflect that spirit and purpose.  For example, to 4q
> I
> would propose fifteen (15%) of the total for each
> sale
> (i.e., not of your end), together with twenty-five
> (25%) of any advance payment received from
> spreadshirt.  That represents a significant cut to
> us
> while leaving the majority of the royalty to CN, and
> a
> fair middle ground for us both.
> Please let me know your thoughts.
> -Neal S.
>
>

> DISCLAIMER:
> This e-mail message contains confidential,
> privileged information intended solely for the
> addressee. Please do not read, copy, or disseminate
> it unless you are the addressee. If you have
> received it in error, please call us (collect) at
> (202) 457-6000 and ask to speak with the message
> sender. Also, we would appreciate your forwarding
> the message back to us and deleting it from your
> system. Thank you.
>
> This e-mail and all other electronic (including
> voice) communications from the sender's firm are for
> informational purposes only. No such communication
> is intended by the sender to constitute either an
> electronic record or an electronic signature, or to
> constitute any agreement by the sender to conduct a
> transaction by electronic means. Any such intention
> or agreement is hereby expressly disclaimed unless
> otherwise specifically indicated. To learn more
> about our firm, please visit our website at
> http://www.pattonboggs.com.

NEAL S. SPECTOR, P.C.
300 OLD COUNTRY ROAD, SUITE 351
MINEOLA, NEW YORK 11501
T 516-873-8989
F 516-873-8992 (NOT AUTHORIZED FOR SERVICE OF PAPERS)

3

**From:** Ian Spector [mailto:ian_spector@brown.edu]
**Sent:** Thursday, February 08, 2007 8:49 PM
**To:** 'mforshey@pattonboggs.com'
**Subject:** RE: ChuckNorrisFacts.com

Dear Mr. Forshey,

It's been a while since we last spoke; I hope all is well on your end.

I noticed today that ChuckNorrisFacts.com is currently registered to you and your law firm. This site has always been a bit of a thorn in my side, as it was created in December, 2005 and launched with content that was taken entirely from my own site without permission. Despite my attempts to communicate to the former proprietors of the site, whose names and contact information were listed anonymously in the domain's registration information, I did not receive any reply and they continued to copy my site's material wholesale, for profit (both in online advertising and merchandise sales). I'm curious as to what your connections are with them and what your take on all this is; did you just purchase the domain name? Or are you guys in business with them?

Thanks, and hope to hear from you soon.

Ian

----
Ian Spector
516.647.3259
ian_spector@brown.edu

Brown University
75 Waterman Street - Box 6027
Providence, RI 02912

EXHIBIT 3

4Q.cc Home
Forums

**View Facts
About:**
Vin Diesel
Mr. T
Chuck Norris
Anybody

**Top 100
Facts:**
Vin Diesel
Mr. T
Chuck Norris
Anybody

View All Facts
Search Facts

Atom Feeds
Facts for
MySpace

Login
Register

About 4Q

# Terms and Conditions of Use

This website and its creators are not affiliated with Vin Diesel, Chuck Norris, Mr. T, any motion picture corporation, any television corporation, parent, or affiliate corporation. All motion pictures, products, and brands mentioned on this website are the respective trademarks and copyrights of their owners. All material on this website is intended for humorous entertainment purposes only. The content on this website is not necessarily true and should not be regarded as truth. By submitting content to this website, you agree that you are at least eighteen (18) years of age. Additionally, your submission becomes the property of the owner of this domain name (4q.cc). We respect your privacy, and will not release any of your contact information unless it is requested by the proper authorities. We also reserve the right to add, edit, or remove your contribution to our database at any time.

You agree to indemnify, defend and hold 4Q.cc and its affiliates, and their respective directors, officers, employees, partners and agents (collectively, the "4Q.cc Parties") harmless from and against any and all claims, liability, losses, costs and expenses (including lawyers' fees on a solicitor and client basis) incurred by any 4Q.cc Party in connection with: (i) any use or alleged use of the Site under your User Name by any person, whether or not authorized by you; (ii) or resulting from any communication made or Content submitted, uploaded, or contributed under your User Name; or (iii) any breach by you of this Membership Agreement. 4Q.cc reserves the right, at your expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, and in such case, you agree to cooperate with 4Q.cc defense of such claim.

By submitting content to any part of 4Q.cc ('the Site"), you automatically grant, and you represent and warrant that you have the right to grant, to 4Q.cc an irrevocable, perpetual, non-exclusive, transferable, fully paid, worldwide license (with the right to sublicense) to use, copy, publicly perform, publicly display, reformat, translate, excerpt (in whole or in part) and distribute such content for any purpose, commercial, advertising, or otherwise, on or in connection with the Site or the promotion thereof, to prepare derivative works of, or incorporate into other works, such content, and to grant and authorize sublicenses of the foregoing.

| Guararra & Zaitz | Product Liability Lawyers | Director/Officer Consent | Form an LLC Online |
| Business Law Specialists Legal | Product Liability Specialists in Your | Easily create a director & officer | Form an LLC for Your Investment |

EXHIBIT 4

----- Original Message -----
**From:** Forshey, Michael
**To:** Ian Spector ; Neal Spector, Esq.
**Sent:** Friday, February 10, 2006 4:32 PM
**Subject:** RE: chucknorristruefacts.com

Ian,

Thanks.  We will have a cease and desist out by Monday.


Neal,

I'm just back in my office in Dallas.  Can we set up a time to talk on Monday, Feb 13th about a specific proposal.   I am available all day except from 9 to 11am and 3 to 4pm CT.  Let me know what time works for you and I will call.  Thanks.

*Michael S. Forshey*

**Michael S. Forshey**
**Patton Boggs LLP**
**2001 Ross Ave., Suite 3000**
**Dallas, Tx 75201**
**214.758.1500 (Main)**
**214.758.3540 (Direct)**
**214.758.1550 (Fax)**
**mforshey@pattonboggs.com**

-----Original Message-----
**From:** Ian Spector [mailto:ian_spector@brown.edu]
**Sent:** Friday, February 10, 2006 2:13 PM
**To:** 'Neal Spector, Esq.'; Forshey, Michael
**Subject:** chucknorristruefacts.com

This site was brought to my attention today: www.chucknorristruefacts.com. It might look nice, but it doesn't appear to be official at all, as well as claims all facts to be "true." The company that

1/29/2008

developed it, MindChili, is based in Poland, I think. According to their website, their contact info is:

contact@mindchili.com
tel. (071) 79 199 25 / +48 71 791 99 25
ul. Wietrzna 10a/15, 53-024 Wrocław

They released a statement through PRWeb.com
(http://www.prweb.com/releases/2006/2/prweb341818.php) as well. The site itself displays a bunch
of facts ripped from the 4Q site as well as promotes merchandise with facts on it.

Just thought you should know.

Ian

DISCLAIMER:
This e-mail message contains confidential, privileged information intended solely for the
addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have
received it in error, please call us (collect) at (202) 457-6000 and ask to speak with the message
sender. Also, we would appreciate your forwarding the message back to us and deleting it from
your system. Thank you.

This e-mail and all other electronic (including voice) communications from the sender's firm are
for informational purposes only. No such communication is intended by the sender to constitute
either an electronic record or an electronic signature, or to constitute any agreement by the sender
to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly
disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our
website at http://www.pattonboggs.com.

EXHIBIT 5

**From:** Ian Spector [mailto:ian_spector@brown.edu]
**Sent:** Thursday, February 08, 2007 8:49 PM
**To:** 'mforshey@pattonboggs.com'
**Subject:** RE: ChuckNorrisFacts.com

Dear Mr. Forshey,

It's been a while since we last spoke; I hope all is well on your end.

I noticed today that ChuckNorrisFacts.com is currently registered to you and your law firm. This site has always been a bit of a thorn in my side, as it was created in December, 2005 and launched with content that was taken entirely from my own site without permission. Despite my attempts to communicate to the former proprietors of the site, whose names and contact information were listed anonymously in the domain's registration information, I did not receive any reply and they continued to copy my site's material wholesale, for profit (both in online advertising and merchandise sales). I'm curious as to what your connections are with them and what your take on all this is; did you just purchase the domain name? Or are you guys in business with them?

Thanks, and hope to hear from you soon.

Ian

----
Ian Spector
516.647.3259
ian_spector@brown.edu

Brown University
75 Waterman Street - Box 6027
Providence, RI 02912

EXHIBIT 6

-----Original Message-----
From: Gena Norris ADDRESS REDACTED AT PLAINTIFF'S REQUEST
Sent: Friday, March 10, 2006 11:32 PM
To: ian_spector@brown.edu
Subject: RE: Radio

I will Ian. Thank-you!

G.


>From: "Ian Spector" <ian spector@brown.edu>
>To: "'Gena Norris'" ADDRESS REDACTED AT PLAINTIFF'S REQUEST
>Subject: RE: Radio
>Date: Fri, 10 Mar 2006 15:14:53 -0500
>
>Glad to hear things are turning out well. Pass a 'happy birthday' on to
>Chuck for me.
>
>Ian
>
>-----Original Message-----
>From: Gena Norris ADDRESS REDACTED AT PLAINTIFF'S REQUEST
>Sent: Tuesday, March 07, 2006 9:52 PM
>To: ian_spector@brown.edu
>Subject: RE: Radio
>
>Thanks Ian. I will see what I can find out for you. On another note, we
>had a very successful event in Las Vegas. A packed house and great reviews.
>Thought you would like to know. Don't know when finals are, but hang tough.
>
>all the best,
>Gena
>
>
> >From: "Ian Spector" <ian_spector@brown.edu>
> >To: "'Gena Norris'" ADDRESS REDACTED AT PLAINTIFF'S REQUEST
> >Subject: RE: Radio
> >Date: Tue, 28 Feb 2006 12:50:19 -0500
> >
> >Oh, one last thing...
> >
> >Google allows me to override their run public service announcement
> >type
>ads
> >with an alternative one. I'd be happy to put up a link to KickStart,
> >but

1

```
>I
> >don't see any kind of banner ad I can use from the KickStart website.
> >I suppose I could make one myself and the powers that be could
> >approve it, but I figured that there may be some already existing
> >
> >promotional banner somewhere that would be more appropriate.
> >
> >Ian
> >
> >-----Original Message-----
> >From: Gena Norris ADDRESS REDACTED AT PLAINTIFF'S REQUEST
> >Sent: Tuesday, February 28, 2006 11:29 AM
> >To: ian_spector@brown.edu
> >Subject: RE: Radio
> >
> >Thanks Ian, I will pass along your encouraging words to CN. Have a
> >great day! I hope school is going well for you too!
> >
> >all the best,
> >Gena
> >
> >
> > >From: "Ian Spector" <ian_spector@brown.edu>
> > >To: ADDRESS REDACTED AT PLAINTIFF'S REQUEST
> > >Subject: Radio
> > >Date: Tue, 28 Feb 2006 08:42:36 -0500
> > >
> > >Hi Gena,
> > >
> > >
> > >
> > >I just got off the phone with FM 107 in Minneapolis with Chuck,
> >they
> >wanted
> > >me to come on and read some new content from my website on the air
> > >for them, but as I was sitting there I realized that it must have
> > >been incredibly bizarre for Chuck to just kind of just sit there
> > >through it all. I know that I would certainly find it awkward if I
> > >was in his situation, so I'd
>just
> > >like to thank you both for putting up with things.
> > >
> > >
> > >
> > >Ian
> > >
> >
> >
> >
> >
> >
> >
> >
> >
```