# CAHILL GORDON & REINDEL LLP
## EIGHTY PINE STREET
## NEW YORK, N.Y. 10005-1702

| | | | | |
|---|---|---|---|---|
| FLOYD ABRAMS | CHARLES A. GILMAN | TELEPHONE: (212) 701-3000 | MICHAEL J. OHLBE | JOHN R. NATHRIP, JR. |
| L. HOWARD ADAMS | STEPHEN A. GREENE | FACSIMILE: (212) 269-5420 | KENNETH W. ORCE | MICHAEL B. WEISS |
| ROBERT A. ALESSI | ROBERT M. HALLMAN | | DAVID R. OWEN | S. PENNY WINDLE |
| ROGER ANDRUS | WILLIAM M. HARTNETT | 1990 K STREET, N.W. | JOHN PAPACHRISTOS | COREY WRIGHT |
| HELENE R. BANKS | CRAIG M. HOROWITZ | WASHINGTON, D.C. 20006-1181 | LUIS R. PENALVER | DANIEL J. ZUBKOFF |
| MICHAEL A. BECKER | DOUGLAS S. HOROWITZ | (202) 862-8900 | ROY L. REGOZIN | ADAM ZUROFSKY |
| LANDIS C. BEST | DAVID G. JANUSZEWSKI | FAX: (202) 862-8958 | DEAN RINGEL | |
| GARY A. BROOKS | ELAI KATZ | | JAMES ROBINSON | |
| SUSAN BUCKLEY | THOMAS J. KAVALER | | THORN ROSENTHAL | SENIOR COUNSEL |
| KEVIN J. BURKE | DAVID N. KELLEY | AUGUSTINE HOUSE | JONATHAN A. SCHAFFZIN | LAWRENCE A. KOBRIN |
| JAMES J. CLARK | EDWARD P. KRUGMAN | 6A AUSTIN FRIARS | JOHN SCHUSTER | IMMANUEL KOHN |
| BENJAMIN J. COHEN | JOEL KURTZBERG | LONDON, ENGLAND EC2N 2HA | MICHAEL A. SHERMAN | DONALD J. MULVIHILL |
| CHRISTOPHER T. COX | ALIZA R. LEVINE | (011) 44.20.7920.9800 | DARREN SILVER | |
| W. LESLIE DUFFY | GEOFFREY E. LIEBMANN | FAX: (011) 44.20.7920.9825 | HOWARD G. SLOANE | |
| ADAM M. DWORKIN | MICHAEL MACRIS | | LAURENCE T. SORKIN | COUNSEL |
| RICHARD E. FARLEY | ANN S. MAKICH | | LEONARD A. SPIVAK | |
| PATRICIA FARREN | JONATHAN I. MARK | WRITER'S DIRECT NUMBER | SUSANNA M. SUH | JAY GEIGER |
| JOAN MURTAGH FRANKEL | GERARD M. MEISTRELL | | GERALD S. TANENBAUM | RAND McQUINN* |
| JONATHAN J. FRANKEL | MICHAEL E. MICHETTI | | JONATHAN D. THIER | |
| BART FRIEDMAN | WILLIAM J. MILLER | | JOHN A. TRIPODORO | *ADMITTED IN |
| CIRO A. GAMBONI | ATHY A. MOBILIA | | ROBERT USADI | C, TX, VA ONLY |
| WILLIAM B. GANNETT | NOAH B. NEWITZ | | GEORGE WAILAND | |

Honorable Robert Sweet
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

(212) 701-3521

February 14, 2008

Re:  <u>Norris v. Penguin Group (USA) Inc., et al., No. 07 Civ 11480</u>

Dear Judge Sweet:

My firm represents the defendants in the above-referenced action. I write to request permission (1) to file certain exhibits related to Defendants' opposition to Plaintiff's Motion for a Preliminary Injunction on February 19, 2008 in hard copy with the Court, and (2) to be relieved of the duty to file them electronically. We seek permission because the nature of the particular exhibits makes electronic filing impractical. The exhibits in question are the book that is the subject of plaintiff's lawsuit as well as a collection of video clips in CD-ROM format. Thank you for your consideration of this matter.

Respectfully yours,

Dean Ringel

**VIA FACSIMILE**
212 805-0124

cc:  Deborah Lodge, Esq. (via facsimile)
     Anthony Laura, Esq. (via facsimile)

So ordered.

/s/ Sweet USDJ
2-20-08