IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS RAY NORRIS, <br> a/k/a CHUCK NORRIS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> PENGUIN GROUP (USA), INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 07 CV 11480 (RWS) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER FOR ADMISSION**
**PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Deborah M. Lodge attorney for Carlos Ray Norris a/k/a Chuck Norris, an individual, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    Applicant's Name: SUSAN E. BILLHEIMER

    Firm Name: Patton Boggs, LLP

    Address: 2550 M Street, N.W.

    City/State/Zip: Washington, D.C. 20037

    Telephone/Fax: (202) 457-5316/(202) 457-6315

    Email Address: sbillheimer@pattonboggs.com

is admitted to practice pro hac vice as counsel for Carlos Ray Norris a/k/a Chuck Norris, an individual, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3-3-08]

4932196

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECP password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 2/27/08

New York, NY

_____
Honorable, Judge Robert W. Sweet
U.S. District Judge of SDNY

4932196

## CERTIFICATE OF SERVICE

I hereby certify that on February 14th, 2008 I served a true copy of the foregoing MOTION TO ADMIT COUNSEL PRO HAC VICE upon the following persons by United States First Class Mail, postage prepaid:

Mr. Dean Ringel, Esq.
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Crystal C. Martinez
Paralegal

PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6175

4932196