**PATTON BOGGS** LLP
ATTORNEYS AT LAW

2550 M Street, NW
Washington, DC 20037-1350
202-457-6000

Facsimile 202-457-6315
www.pattonboggs.com

RECEIVED APR 24 2008 JUDGE SWEET CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

April 24, 2008

Deborah M. Lodge
202-457-6030
dlodge@pattonboggs.com

VIA FACSIMILE – 212-805-7925

The Honorable Robert W. Sweet, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

Re: Norris v. Penguin Group (USA) Inc., et al.
Civil Action No. 07-cv-11480

Dear Judge Sweet:

Plaintiff and Defendants in the above case request adjournment of the trial date, now set for May 6, 2008. As stated this morning in a telephone conversation between me, defendants' attorney Dean Ringel, and your law clerk, the parties have pursued serious settlement negotiations over the past several weeks. As both parties have focused their attention on such negotiations, we have not pursued the discovery which would be required to be ready for trial on May 6. We therefore ask that the trial date be adjourned.

Please let us know if you have any questions concerning this request.

Sincerely,

Deborah M. Lodge
Attorney for Plaintiff

*The trial is adjourned to May 26, 2008*
*So ordered*
*Sweet*
*USDJ*
*4.25.08*

cc: Dean Ringel, Esq. (Attorney for Defendants)
Anthony Laura, Esq. (Patton Boggs LLP)