IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CARLOS RAY NORRIS, a/k/a CHUCK NORRIS, an individual, | ) ) ) | Civil Action No. 07 CV 11480 (RWS) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| PENGUIN GROUP (USA), INC., a Delaware corporation, IAN SPECTOR, an individual, and QUBEFACTOR, INC., a New York Corporation, d/b/a QUBEFACTOR TECHNOLOGIES, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

RECEIVED

MAY 2 0 2008

JUDGE SWEET CHAMBERS

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Parties hereby

stipulate and agree that the complaint and all of Plaintiff's claims against Defendants asserted in

the above-styled action are hereby dismissed with prejudice, with each party to bear its own

costs, attorneys' fees, and expenses of litigation.

Anthony J. Laura AL-3091
Deborah M. Lodge DL-8774
PATTON BOGGS LLP
1185 Avenue of the Americas, 30th Floor
New York, NY 10036
(646) 557-5100

*Attorneys for Plaintiff*

Dean Ringel DR-0446
Gail Johnston GJ-3180
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
(212) 701-3000

*Attorneys for Defendants*

SO ORDERED this 21 day of May, 2008.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/08

Honorable Robert W. Sweet, U.S.D.J